| | |
|---|---|
| 1 | Lloyd Winawer (SBN 157823) |
| | *lwinawert@goodwinprocter.com* |
| 2 | **GOODWIN PROCTER LLP** |
| | 10250 Constellation Blvd., 21st Fl. |
| 3 | Los Angeles, California  90067 |
| | Tel.:  310.788.5100 |
| 4 | Fax:  310.286.0992 |

*Attorney for Defendants*
Countrywide Financial Corporation, Countrywide Home Loans, Inc., CWALT, Inc., CWMBS, Inc. CWABS, Inc., CWHEQ, Inc., Countrywide Capital Markets, Countrywide Securities Corporation, N. Joshua Adler

# UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| MAINE STATE RETIREMENT SYSTEM, Individually and On Behalf of All Others Similarly Situated,<br><br>Plaintiffs,<br><br>v.<br><br>COUNTRYWIDE FINANCIAL CORPORATION, a Delaware Corporation; COUNTRYWIDE HOME LOANS, INC.; CWALT, INC.; a Delaware Corporation; CWMBS, INC., a Delaware Corporation; CWABS, INC., A Delaware Corporation; COUNTRYWIDE CAPITAL MARKETS; COUNTRYWIDE SECURITIES CORPORATION; JP MORGAN SECURITIES INC.; DEUTSCHE BANK SECURITIES, INC; BEAR, STEARNS & CO., INC., et al.,<br><br>Defendants. | Case No. 2:10-CV-00302-MRP (MAN)<br><br>**FED. R. CIV. P. 7.1 CORPORATE DISCLOSURE STATEMENT**<br><br>Judge:     Hon. Mariana R. Pfaelzer |

Pursuant to Federal Rule of Civil Procedure 7.1, defendants Countrywide Financial Corporation, Countrywide Home Loans, Inc., CWALT, INC., CWMBS, INC., CWABS, INC., CWHEQ, INC., Countrywide Capital Markets, Countrywide Securities Corporation and N. Joshua Adler (collectively, the "Countrywide Defendants"), by and through their undersigned counsel, hereby certify that the following listed parties may have a pecuniary interest in the outcome of this case. These representations are made to enable the Court to evaluate possible disqualification or recusal.

Countrywide Securities Corporation is a subsidiary of Countrywide Capital Markets, Incorporated. Bank of America Corporation ("Bank of America") is the ultimate parent to all of the Countrywide Defendants and their parent companies. Bank of America is a publicly held corporation whose shares are traded on the New York Stock Exchange. It has no parent corporation, and no publicly-held corporation owns more than 10% of Bank of America's shares.

Dated: February 12, 2010

Respectfully submitted,

By /s/ Lloyd Winawer
Lloyd Winawer (SBN 157823)
lwinawert@goodwinprocter.com
**GOODWIN PROCTER LLP**
10250 Constellation Blvd., 21st Fl.
Los Angeles, California  90067
Tel.: 310.788.5100
Fax: 310.286.0992

*Attorney for Defendants*
Countrywide Financial Corporation, Countrywide Home Loans, Inc., CWALT, Inc., CWMBS, Inc. CWABS, Inc., CWHEQ, Inc., Countrywide Capital Markets, Countrywide Securities Corporation, N. Joshua Adler

**PROOF OF SERVICE**

I, Britani N. Selzler, declare:

I am employed in the County of Los Angeles, State of California. I am over the age of 18 and not a party to the within action. My business address is 10250 Constellation Boulevard, 21st Floor, Los Angeles, CA 90067.

On February 12, 2010, I served the following documents by placing a true copy thereof in a sealed envelope(s) on the persons listed on the service list below:

**FED. R. CIV. P. 7.1 CORPORATE DISCLOSURE STATEMENT**

☑ (MAIL) I placed the envelope for collection and mailing, following our ordinary business practices. I am readily familiar with this firm's practice for collecting and processing correspondence for mailing. On the same day that correspondence is placed for collection and mailing, it is deposited in the ordinary course of business with the United States Postal Service, in a sealed envelope with postage fully prepaid. I am a resident or employed in the county where the mailing occurred. The envelope or package was placed in the mail at Los Angeles, California.

☑ (CM/ECF Electronic Filing) I caused the above document(s) to be transmitted to the office(s) of the addressee(s) listed above by electronic mail at the e-mail address(es) set forth above pursuant to Fed.R.Civ.P.5(d)(1). "A Notice of Electronic Filing (NEF) is generated automatically by the ECF system upon completion of an electronic filing. The NEF, when e-mailed to the e-mail address of record in the case, shall constitute the proof of service as required by Fed.R.Civ.P.5(d)(1). A copy of the NEF shall be attached to any document served in the traditional manner upon any party appearing pro se."

I declare under penalty of perjury that I am employed in the office of a member of the bar of this Court at whose direction this service was made and that the foregoing is true and correct.

Executed on February 12, 2010, at Los Angeles, California.

| Britani N. Selzler | _(signature)_ |
|---|---|
| (Type or print name) | (Signature) |

1

# SERVICE LIST

## MAINE STATE RETIREMENT SYSTEM v. COUNTRYWIDE FINANCIAL CORPORATION, et al.

### CASE NO. CV-10-00302-MRP-(MAN)

| | |
|---|---|
| Spencer A. Burkholz<br>Thomas E. Egler<br>Daniel S. Drosman<br>Scott Saham<br>Lauren G. Kerkhoff<br>Jennifer Y. Lai<br>Christina A. Royce<br>**COUGHLIN STOIA GELLER RUDMAN & ROBBINS LLP**<br>655 West Broadway, Suite 1900<br>San Diego, CA 92101 | Telephone: 619-231-1058<br>Facsimile: 619-231-7423<br>Email:   *spenceb@csgrr.com*<br>         *tome@csgrr.com*<br>         *dand@csgrr.com*<br>         *ssaham@csgrr.com*<br>         *lkerkhoff@csgrr.com*<br>         *jlai@csgrr.com*<br>         *croyce@csgrr.com*<br><br>*Attorneys for Plaintiff* |
| Lauren Wagner Pederson<br>Jennifer L. Joost<br>Sharan Nimul<br>Andrew L Zivitz<br>**BARROWAY TOPAZ KESSLER METLTZER & CHECK LLP**<br>280 King of Prussia Road<br>Radnor, PA 19087<br><br>**VIA MAIL** | Telephone: 610-667-7706<br>Facsimile: 610-667-7056<br>Email:   *lpederson@btkmc.com*<br>         *jkeeney@btkmc.com*<br><br>*Attorneys for Plaintiff* |
| William F. Sullivan<br>Thomas A. Zaccaro<br>Joshua G. Hamilton<br>Peter Young Hoon Cho<br>**PAUL, HASTINGS, JANOFSKY & WALKER LLP**<br>515 South Flower Street, 25 Floor<br>Los Angeles, CA 90071 | Telephone: 213-683-6285<br>Facsimile: 213-996-3252<br>Email:   *williamsullivan@paulhastings.com*<br>         *thomaszaccaro@paulhastings.com*<br>         *joshuahamilton@paulhastings.com*<br>         *petercho@paulhastings.com*<br><br>*Attorneys for Defendants* Ranjit Kripalani, and Jennifer S. Sandefur |