1 | COUGHLIN STOIA GELLER
    RUDMAN & ROBBINS LLP
2 | SPENCER A. BURKHOLZ (147029)
    THOMAS E. EGLER (189871)
3 | DANIEL S. DROSMAN (200643)
    SCOTT H. SAHAM (188355)
4 | LAUREN G. KERKHOFF (236902)
    CHRISTINA A. ROYCE (254551)
5 | 655 West Broadway, Suite 1900
    San Diego, CA 92101
6 | Telephone: 619/231-1058
    619/231-7423 (fax)
7 | spenceb@csgrr.com
    tome@csgrr.com
8 | dand@csgrr.com
    scotts@csgrr.com
9 | lkerkhoff@csgrr.com
    croyce@csgrr.com
10 |
    BARROWAY TOPAZ KESSLER
11 |   MELTZER & CHECK, LLP
    ANDREW L. ZIVITZ (*pro hac vice pending*)
12 | LAUREN WAGNER PEDERSON (*pro hac vice pending*)
    SHARAN NIRMUL (*pro hac vice pending*)
13 | JENNIFER L. JOOST (*pro hac vice pending*)
    280 King of Prussia Road
14 | Radnor, PA 19087
    Telephone: 610/667-7706
15 | 610/667-7056 (fax)
    azivitz@btkmc.com
16 | lpederson@btkm.com
    snirmul@btkmc.com
17 | jjoost@btkmc.com

18 | Attorneys for Plaintiff

19 |                 UNITED STATES DISTRICT COURT
                  CENTRAL DISTRICT OF CALIFORNIA
20 |
    MAINE STATE RETIREMENT          )  No. 2:10-cv-00302-MRP(MANx)
21 | SYSTEM, Individually and On Behalf )
    of All Others Similarly Situated,  )  CLASS ACTION
22 |                                   )
                          Plaintiff,  )  STIPULATION EXTENDING TIME
23 |                                   )  TO RESPOND TO COMPLAINT
         vs.                          )
24 |                                   )
    COUNTRYWIDE FINANCIAL            )
25 | CORPORATION, et al.,             )
                                      )
26 |                          Defendants. )
                                      )
27 |

28 |

479413_3

1    WHEREAS, plaintiff filed this action on January 14, 2010;

2    WHEREAS, the parties anticipate that any later-filed related actions will be

3  consolidated and that a consolidated amended complaint ("Consolidated Amended

4  Complaint") will be filed in the low-numbered case in this action following the

5  Court's appointment of Lead Plaintiff and Lead Counsel pursuant to the provisions of

6  the Private Securities Litigation Reform Act of 1995 (the "Reform Act");

7    WHEREAS, the parties agree that justification and good cause exists to extend

8  the date by which defendants shall file any motion to dismiss or other response to the

9  complaint on file in this action pending the selection of Lead Plaintiff pursuant to the

10  provisions of the Reform Act and the filing of a Consolidated Amended Complaint

11  and hereby stipulate as follows:

12    1.    Defendants need not respond to the complaint presently on file in this

13  action, and no motion to dismiss or other response need be filed or served until 60

14  days after the date as of which the Court has appointed a Lead Plaintiff and a

15  Consolidated Amended Complaint has been filed; and

16    2.    In the event that plaintiff in this action is appointed Lead Plaintiff, the

17  parties will promptly confer regarding the briefing schedule of any motion to dismiss.

18    IT IS SO STIPULATED.

19  DATED: February 17, 2010    COUGHLIN STOIA GELLER
                                  RUDMAN & ROBBINS LLP
20                                SPENCER A. BURKHOLZ
                                  THOMAS E. EGLER
21                                DANIEL S. DROSMAN
                                  SCOTT H. SAHAM
22                                LAUREN G. KERKHOFF
                                  CHRISTINA A. ROYCE
23

24
                                          s/ THOMAS E. EGLER
25                                        THOMAS E. EGLER

26                                655 West Broadway, Suite 1900
                                  San Diego, CA 92101
27                                Telephone: 619/231-1058
                                  619/231-7423 (fax)
28

- 1 -

479413_3

1

2

3

4

5

6

7

8

9

10   DATED:  February 17, 2010

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

BARROWAY TOPAZ KESSLER
  MELTZER & CHECK, LLP
ANDREW L. ZIVITZ
(*pro hac vice pending*)
LAUREN WAGNER PEDERSON
(*pro hac vice pending*)
SHARAN NIRMUL
(*pro hac vice pending*)
JENNIFER L. JOOST
(*pro hac vice pending*)
280 King of Prussia Road
Radnor, PA  19087
Telephone:  610/667-7706
610/667-7056 (fax)

Attorneys for Plaintiff

GOODWIN PROCTER LLP
LLOYD WINAWER

_____
              LLOYD WINAWER

10250 Constellation Boulevard, 21st Floor
Los Angeles, CA  90067
Telephone:  310/788-5177
310/286-0992 (fax)

GOODWIN PROCTER LLP
BRIAN PASTUSZENSKI
(*pro hac vice to be filed*)
53 State Street
Boston, MA 02109-2802
Telephone:  617/570-1000
617/523-1231 (fax)

Attorneys for Defendants Countrywide
Financial Corporation, Countrywide
Home Loans, Inc., Countrywide Securities
Corporation, CWALT, Inc., CWMBS,
Inc., CWABS, Inc., CWHEQ, Inc.,
Countrywide Capital Markets,
Countrywide Securities Corporation and
N. Joshua Adler

- 2 -

479413_3

1   DATED:  February 17, 2010

2

3

4

5

6

7

8

9

10

11

12

13

14   DATED:  February 17, 2010

15

16

17

18

19

20

21

22

23   DATED:  February 17, 2010

24

25

26

27

28

ORRICK, HERRINGTON &
SUTCLIFFE LLP
MICHAEL C. TU

_Michael Tu_ bar Tee
MICHAEL C. TU

777 S. Figueroa Street, Suite 3200
Los Angeles, CA  90017
Telephone:  213/629-2020
213/612-2499 (fax)

ORRICK, HERRINGTON &
  SUTCLIFFE LLP
MICHAEL TORPEY
PENELOPE GRABOYS BLAIR
The Orrick Building
405 Howard Street
San Francisco, CA  94105
Telephone: 415/773-5700
415/773-5759 (fax)

Attorneys for Defendant
David A. Sambol

PAUL, HASTINGS, JANOFSKY &
  WALKER LLP
WILLIAM F. SULLIVAN

_William Sullivan_ by Tee
WILLIAM F. SULLIVAN

515 S. Flower Street, 25th Floor
Los Angeles, CA  90017
Telephone:  213/683-6000
213/627-0705 (fax)

Attorneys for Defendants
Ranjit Kripalani and Jennifer S. Sandefur

CALDWELL LESLIE & PROCTOR, PC
CHRISTOPHER G. CALDWELL
DAVID K. WILLINGHAM

_Christopher Caldwell_ by
CHRISTOPHER G. CALDWELL

- 3 -

479413_3

1000 Wilshire Boulevard, Suite 600
Los Angeles, CA 90017
Telephone: 213/629-9040
213/629-9022 (fax)

Attorneys for Defendant
Stanford L. Kurland

DATED: February 17, 2010        DLA PIPER LLP (US)
                                DAVID A. PRIEBE


                                _____
                                DAVID A. PRIEBE

2000 University Avenue
East Palo Alto, CA 94303-2214
Telephone: 650/833-2056
650/687-1226 (fax)

DLA PIPER LLP (US)
SHIRLI FABBRI WEISS
401 B Street, Suite 1700
San Diego, CA 92101
Telephone: 619/699-2700
619/699-2701 (fax)

Attorneys for Defendant
Eric P. Sieracki

DATED: February 17, 2010        BINGHAM MCCUTCHEN LLP
                                LEIV BLAD, JR.


                                _____
                                LEIV BLAD, JR.

2020 K Street, NW
Washington, DC 20006
Telephone: 202/373-6000
202/373-6001 (fax)

Attorneys for Defendant
David A. Spector

DATED: February 17, 2010        GIBSON, DUNN & CRUTCHER LLP
                                DEAN J. KITCHENS


                                _____
                                DEAN J. KITCHENS

- 4 -

479413_3

1

2       333 S. Grand Avenue
        Los Angeles, CA 90071
3       Telephone: 213/229-7000
        213/229-7520 (fax)

4       GIBSON, DUNN & CRUTCHER LLP
        JONATHAN C. DICKEY
5       200 Park Avenue, 48th Floor
        New York, NY 10166-0193
6       Telephone: 212/351-2399
        212/351-6399 (fax)

7
        Attorneys for Defendants J.P. Morgan
8       Securities Inc., Deutsche Bank Securities
        Inc., Bear, Stearns & Co. Inc., Banc of
9       America Securities LLC, UBS Securities,
        LLC, Morgan Stanley & Co. Incorporated,
10      Edward D. Jones & Co., L.P., Citigroup
        Global Markets Inc., Goldman, Sachs &
11      Co., Credit Suisse Securities (USA) LLC,
        Greenwich Capital Markets, Inc. a.k.a.
12      RBS Greenwich Capital, Barclays Capital
        Inc., HSBC Securities (USA), BNP
13      Paribas Securities Corp., and Merrill
        Lynch, Pierce, Fenner & Smith,
14      Incorporated

15

16

17

18

19

20

21

22

23

24

25

26

27

28

479413_3

1   <u>CERTIFICATE OF SERVICE</u>

2   I hereby certify that on February 17, 2010, I electronically filed the foregoing

3 with the Clerk of the Court using the CM/ECF system which will send notification of

4 such filing to the e-mail addresses denoted on the attached Electronic Mail Notice

5 List, and I hereby certify that I have mailed the foregoing document or paper via the

6 United States Postal Service to the non-CM/ECF participants indicated on the attached

7 Manual Notice List.

8   I certify under penalty of perjury under the laws of the United States of America

9 that the foregoing is true and correct.  Executed on February 17, 2010.

10

11   s/ THOMAS E. EGLER
THOMAS E. EGLER

12   COUGHLIN STOIA GELLER
        RUDMAN & ROBBINS LLP
13   655 West Broadway, Suite 1900
14   San Diego, CA  92101-3301
Telephone:  619/231-1058
15   619/231-7423 (fax)

16

17   E-mail:  tome@csgrr.com

18

19

20

21

22

23

24

25

26

27

28

- 6 -

479413_3

# Mailing Information for a Case 2:10-cv-00302-MRP-MAN

## Electronic Mail Notice List

The following are those who are currently on the list to receive e-mail notices for this case.

- **Spencer Alan Burkholz**
  spenceb@csgrr.com,jillk@csgrr.com,e_file_sd@csgrr.com
- **Peter Young Hoon Cho**
  petercho@paulhastings.com
- **Daniel S. Drosman**
  ddrosman@csgrr.com,tholindrake@csgrr.com
- **Thomas E Egler**
  tome@csgrr.com
- **Joshua G Hamilton**
  joshuahamilton@paulhastings.com,melmanahan@paulhastings.com
- **Jennifer L Joost**
  jjoost@btkmc.com,mswift@btkmc.com
- **Lauren G Kerkhoff**
  lkerkhoff@csgrr.com
- **Jennifer Y Lai**
  jlai@csgrr.com
- **Lauren Wagner Pederson**
  lpederson@btkmc.com
- **Christina A Royce**
  croyce@csgrr.com
- **Scott H Saham**
  scotts@csgrr.com
- **William F Sullivan**
  williamsullivan@paulhastings.com,lisavermeulen@paulhastings.com
- **Lloyd Winawer**
  lwinawer@goodwinprocter.com,sasmith@goodwinprocter.com,monyeagbako@goodwinprocter.com,cburgos@goodwinprocter.com

## Manual Notice List

The following is the list of attorneys who are **not** on the list to receive e-mail notices for this case (who therefore require manual noticing). You may wish to use your mouse to select and copy this list into your word processing program in order to create notices or labels for these recipients.

```
Sharan Nimul
Barrow Topaz Kessler Meltzer & Check LLP
280 King of Prussia Road
Randor, PA 19087
```

**Andrew L Zivitz**
Barroway Topaz Kessler Meltzer & Check LLP
280 King of Prussia Road
Radnor, PA 19087

**Michael Tu**
Orrick, Herrington & Sutcliffe LLP
777 S. Figueroa Street, Suite 3200
Los Angeles, CA 90017

**Michael Torpey**
**Penelope Graboys Blair**
Orrick, Herrington & Sutcliffe LLP
The Orrick Building
405 Howard Street
San Francisco, CA 94105

**Christopher G. Caldwell**
**David K. Willingham**
**Andrew Esbenshade**
Caldwell Leslie & Proctor, PC
1000 Wilshire Boulevard, Suite 600
Los Angeles, CA 90017

**David A. Priebe**
DLA Piper LLP (US)
2000 University Avenue
East Palo Alto, CA 94303-2214

**Shirli Fabbri Weiss**
DLA Piper LLP (US)
401 B Street, Suite 1700
San Diego, CA 92101

**Leiv Blad Jr.**
Bingham McCutchen LLP
2020 K Street, NW
Washington, DC 20006

**Dean J. Kitchens**
**Lindsay R. Pennington**
Gibson, Dunn & Crutcher
333 S. Grand Avenue
Los Angeles, CA 90071

**Jonathan C. Dickey**
Gibson, Dunn & Crutcher
200 Park Avenue, 48th Floor
New York, NY 10166-0193