| | |
|---|---|
| 1 | CALDWELL LESLIE & PROCTOR, PC |
| 2 | CHRISTOPHER G. CALDWELL, State Bar No. 106790<br>caldwell@caldwell-leslie.com |
| 3 | DAVID C. CODELL, Of Counsel, State Bar No. 200965<br>codell@caldwell-leslie.com |
| 4 | JEFFREY M. HAMMER, State Bar No. 264232<br>hammer@caldwell-leslie.com |
| 5 | 1000 Wilshire Boulevard, Suite 600<br>Los Angeles, California  90017-2463 |
| 6 | Telephone: (213) 629-9040<br>Facsimile: (213) 629-9022 |
| 7 | Attorneys for Defendant<br>STANFORD L. KURLAND |

# UNITED STATES DISTRICT COURT

## FOR THE CENTRAL DISTRICT OF CALIFORNIA

### WESTERN DIVISION

| | |
|---|---|
| MAINE STATE RETIREMENT SYSTEM, Individually and On Behalf of All Others Similarly Situated,<br><br>Plaintiffs,<br><br>v.<br><br>COUNTRYWIDE FINANCIAL CORPORATION, a Delaware corporation, et al.,<br><br>Defendants. | Case No. CV 10-00302-MRP (MANx)<br><br>Honorable Mariana R. Pfaelzer<br><br>**NOTICE OF APPEARANCE OF COUNSEL FOR DEFENDANT STANFORD L. KURLAND** |

1  PLEASE TAKE NOTICE that the following attorneys affiliated with
2  CALDWELL LESLIE & PROCTOR, PC, appear on behalf of defendant Stanford L.
3  Kurland and request to be added to the electronic service list in this case:
4      Christopher G. Caldwell [caldwell@caldwell-leslie.com]
5      David C. Codell [codell@caldwell-leslie.com]
6      Jeffrey M. Hammer [hammer@caldwell-leslie.com]
7
8  Dated: February 23, 2010    Respectfully submitted,
9
10     CALDWELL, LESLIE & PROCTOR, PC
11     CHRISTOPHER G. CALDWELL
12     DAVID C. CODELL, Of Counsel
    JEFFREY M. HAMMER
13
14     By _____/s/_____
15     DAVID C. CODELL
    Attorneys for Defendant
16     STANFORD L. KURLAND
17
18
19
20
21
22
23
24
25
26
27
28

CALDWELL
LESLIE &
PROCTOR

- 1 -

NOTICE OF APPEARANCE OF COUNSEL
FOR DEFENDANT STANFORD KURLAND

# PROOF OF SERVICE

**STATE OF CALIFORNIA, COUNTY OF LOS ANGELES**

At the time of service, I was over 18 years of age and **not a party to this action**. I am employed in the County of Los Angeles, State of California. My business address is 1000 Wilshire Boulevard, Suite 600, Los Angeles, California 90017-2463.

On February 23, 2010, I served true copies of the following document(s) described as **NOTICE OF APPEARANCE** on the interested parties in this action as follows:

**BY MAIL:** I enclosed the document(s) in a sealed envelope or package addressed to the persons at the addresses listed in the Service List and placed the envelope for collection and mailing, following our ordinary business practices. I am readily familiar with Caldwell Leslie & Proctor, PC's practice for collecting and processing correspondence for mailing. On the same day that the correspondence is placed for collection and mailing, it is deposited in the ordinary course of business with the United States Postal Service, in a sealed envelope with postage fully prepaid.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct and that I am employed in the office of a member of the bar of this Court at whose direction the service was made.

Executed on February 23, 2010, at Los Angeles, California.

Jennifer B Luz  
Goodwin Procter LLP  
Exchange Place  
53 State Street  
Boston, MA 02109

/S/  
Mirela Popescu