| | |
|---|---|
| 1 | COUGHLIN STOIA GELLER<br>  RUDMAN & ROBBINS LLP |
| 2 | SPENCER A. BURKHOLZ (147029)<br>THOMAS E. EGLER (189871) |
| 3 | DANIEL S. DROSMAN (200643)<br>SCOTT H. SAHAM (188355) |
| 4 | LAUREN G. KERKHOFF (236902)<br>CHRISTINA A. ROYCE (254551) |
| 5 | 655 West Broadway, Suite 1900<br>San Diego, CA 92101 |
| 6 | Telephone: 619/231-1058<br>619/231-7423 (fax) |
| 7 | spenceb@csgrr.com<br>tome@csgrr.com |
| 8 | dand@csgrr.com<br>scotts@csgrr.com |
| 9 | lkerkhoff@csgrr.com<br>croyce@csgrr.com |
| 10 | |
| 11 | BARROWAY TOPAZ KESSLER<br>  MELTZER & CHECK, LLP |
| 12 | ANDREW L. ZIVITZ (*pro hac vice pending*)<br>LAUREN WAGNER PEDERSON (*pro hac vice pending*) |
| 13 | SHARAN NIRMUL (*pro hac vice pending*)<br>JENNIFER L. JOOST (*pro hac vice pending*) |
| 14 | 280 King of Prussia Road<br>Radnor, PA 19087 |
| 15 | Telephone: 610/667-7706<br>610/667-7056 (fax) |
| 16 | azivitz@btkmc.com<br>lpederson@btkm.com |
| 17 | snirmul@btkmc.com<br>jjoost@btkmc.com |
| 18 | Attorneys for Plaintiff |

UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| MAINE STATE RETIREMENT SYSTEM, Individually and On Behalf of All Others Similarly Situated,<br><br>                    Plaintiff,<br><br>     vs.<br><br>COUNTRYWIDE FINANCIAL CORPORATION, et al.,<br><br>                    Defendants. | No. 2:10-cv-00302-MRP(MANx)<br><br><u>CLASS ACTION</u><br><br>ORDER GRANTING EXTENSION OF TIME TO RESPOND TO COMPLAINT |

479426_2

1  Pursuant to the parties' Stipulation dated February 17, 2010, the Court hereby
2  ORDERS as follows:
3  1. Defendants need not respond to the complaint presently on file in this
4  action, and no response need be filed or served until 60 days after the date as of which
5  the Court has appointed a Lead Plaintiff and a Consolidated Amended Complaint has
6  been filed; and
7  2. In the event that plaintiff in this action is appointed Lead Plaintiff, the
8  parties will confer regarding the briefing schedule of any motion to dismiss.
9  IT IS SO ORDERED.

DATED:  March 05, 2010        _____/s/ Mariana R. Pfaelzer_____
                              THE HONORABLE MARIANA R. PFAELZER
                              UNITED STATES DISTRICT JUDGE

- 1 -

479426_2