| | |
|---|---|
| 1 | SCOTT+SCOTT LLP |
|   | ARTHUR L. SHINGLER III (181719) |
| 2 | ashingler@scott-scott.com |
|   | 6424 Santa Monica Blvd. |
| 3 | Los Angeles, CA 90038 |
|   | Phone: (213) 985-1274 |
| 4 | Fax: (213) 985-1278 |
| 5 | SCOTT+SCOTT LLP |
|   | MARY K. BLASY (211262) |
| 6 | mblasy@scott-scott.com |
|   | HAL CUNNINGHAM (243048) |
| 7 | hcunningham@scott-scott.com |
|   | 600 B Street, Suite 1500 |
| 8 | San Diego, CA 92101 |
|   | Phone: (619) 233-4565 |
| 9 | Fax: (619) 233-0508 |
| 10 | |
|    | *Counsel for Proposed Lead Plaintiff Putnam Bank* |
| 11 | |

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| MAINE STATE RETIREMENT SYSTEM, Individually and On Behalf of All Others Similarly Situated,<br><br>Plaintiff,<br><br>vs.<br><br>COUNTRYWIDE FINANCIAL CORPORATION, a Delaware corporation; COUNTRYWIDE HOME LOANS, INC.; CWALT, INC., a Delaware corporation; CWMBS, INC., a Delaware corporation; CWABS, INC., a Delaware corporation; CWHEQ, INC., a Delaware corporation; COUNTRYWIDE CAPITAL MARKETS; COUNTRYWIDE SECURITIES CORPORATION; J.P. MORGAN SECURITIES INC.;<br><br>[CAPTION CONTINUED ON NEXT PAGE] | No. 2:10-CV-00302-MRP (MANx)<br><br>DECLARATION OF ARTHUR L. SHINGLER III IN SUPPORT OF NOTICE OF MOTION AND MEMORANDUM OF LAW IN SUPPORT OF APPOINTMENT OF LEAD PLAINTIFF AND APPROVAL OF SELECTION OF LEAD COUNSEL |

DECL. OF ARTHUR L. SHINGLER III ISO NOTICE OF MOT. AND MEMO. OF LAW ISO APPT. OF LEAD PLAINTIFFS AND APPROVAL OF SELECTION OF LEAD COUNSEL

No. 2:10-CV-00302-MRP (MANx)

| | |
|---|---|
| 1 | DEUTSCHE BANK SECURITIES INC.; BEAR, STEARNS & CO. INC.; BANC OF AMERICA SECURITIES LLC; UBS SECURITIES, LLC; MORGAN STANLEY & CO. INCORPORATED; EDWARD D. JONES & CO., L.P.; CITIGROUP GLOBAL MARKETS INC.; GOLDMAN, SACHS & CO.; CREDIT SUISSE SECURITIES (USA) LLC; GREENWICH CAPITAL MARKETS, INC. A.K.A. RBS GREENWICH CAPITAL; BARCLAYS CAPITAL INC.; HSBC SECURITIES (USA); BNP PARIBAS SECURITIES CORP.; MERRILL LYNCH, PIERCE, FENNER & SMITH, INCORPORATED; STANFORD L. KURLAND; DAVID A. SPECTOR; ERIC P. SIERACKI; N. JOSHUA ADLER; RANJIT KRIPALANI; JENNIFER S. SANDEFUR; DAVID A. SAMBOL, |
| | Defendants. |

DECL. OF ARTHUR L. SHINGLER III ISO NOTICE OF MOT. AND MEMO. OF LAW ISO APPT. OF LEAD PLAINTIFFS AND APPROVAL OF SELECTION OF LEAD COUNSEL

No. 2:10-CV-00302-MRP (MANx)

I, Arthur L. Shingler III, swear as follows:

1. I am a partner with the law firm of Scott+Scott LLP, counsel of record for Putnam Bank ("Putnam"). I make this declaration in support of Putnam's Motion for Appointment as Lead Plaintiff and Approval of Lead Plaintiff's Selection of Lead Counsel. I have personal knowledge of the matters stated herein and, if called upon, I could and would competently testify thereto.

2. Attached are true and correct copies of the following exhibits:

   Exhibit A:  Early Notice Published via *Business Wire*;

   Exhibit B:  Putnam's Plaintiff Certification; and

   Exhibit C:  Firm Résumé of Scott+Scott LLP.

3. I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

Executed this 2nd day of April, 2010, at San Diego, California.

/s/ Arthur L. Shingler III
ARTHUR L. SHINGLER III (181719)
SCOTT+SCOTT LLP
6424 Santa Monica Blvd.
Los Angeles, CA 90038
Phone: (213) 985-1274
Fax: (213) 985-1278
Email: ashingler@scott-scott.com

DECL. OF ARTHUR L. SHINGLER III ISO NOTICE OF MOT. AND MEMO. OF LAW ISO APPT. OF LEAD PLAINTIFFS AND APPROVAL OF SELECTION OF LEAD COUNSEL
No. 2:10-CV-00302-MRP (MANx)

## CERTIFICATE OF SERVICE

I hereby certify that on April 2, 2010 I caused the foregoing to be electronically filed with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the e-mail addresses denoted on the Electronic Mail Notice List, and I hereby certify that I caused the foregoing document or paper to be mailed via the United States Postal Service to the non-CM/ECF participants indicated on the Manual Notice List.

I certify under penalty of perjury under the laws of the United States of America that the foregoing is true and correct. Executed on April 2, 2010.

/s/ Arthur L. Shingler III
ARTHUR L. SHINGLER III (181719)
SCOTT+SCOTT LLP
6424 Santa Monica Blvd.
Los Angeles, CA 90038
Phone: (213) 985-1274
Fax: (213) 985-1278
Email: ashingler@scott-scott.com