UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| MAINE STATE RETIREMENT SYSTEM, Individually and On Behalf of All Others Similarly Situated,<br><br>Plaintiffs,<br><br>vs.<br><br>COUNTRYWIDE FINANCIAL CORPORATION, a Delaware corporation; COUNTRYWIDE HOME LOANS, INC.; CWALT, INC., a Delaware corporation; CWMBS, INC., a Delaware corporation; CWABS, INC., a Delaware corporation; CWHEQ, INC., a Delaware corporation; COUNTRYWIDE CAPITAL MARKETS; COUNTRYWIDE SECURITIES CORPORATION; J.P. MORGAN SECURITIES INC.;<br><br><br>[CAPTION CONTINUED ON NEXT PAGE] | No. 2:10-CV-00302-MRP (MANx)<br><br>[PROPOSED] ORDER APPOINTING LEAD PLAINTIFF AND APPROVING SELECTION OF LEAD COUNSEL |

[PROPOSED] ORDER APPOINTING LEAD PLAINTIFF AND APPROVING SELECTION OF LEAD COUNSEL

No. 2:10-CV-00302-MRP (MANx)

| | |
|---|---|
| 1 | |
| 2 | DEUTSCHE BANK SECURITIES INC.; BEAR, STEARNS & CO. INC.; BANC OF AMERICA SECURITIES LLC; UBS SECURITIES, LLC; MORGAN STANLEY & CO. INCORPORATED; EDWARD D. JONES & CO., L.P.; CITIGROUP GLOBAL MARKETS INC.; GOLDMAN, SACHS & CO.; CREDIT SUISSE SECURITIES (USA) LLC; GREENWICH CAPITAL MARKETS, INC. A.K.A. RBS GREENWICH CAPITAL; BARCLAYS CAPITAL INC.; HSBC SECURITIES (USA); BNP PARIBAS SECURITIES CORP.; MERRILL LYNCH, PIERCE, FENNER & SMITH, INCORPORATED; STANFORD L. KURLAND; DAVID A. SPECTOR; ERIC P. SIERACKI; N. JOSHUA ADLER; RANJIT KRIPALANI;JENNIFER S. SANDEFUR; DAVID A. SAMBOL, |
| 3 | |
| 4 | |
| 5 | |
| 6 | |
| 7 | |
| 8 | |
| 9 | |
| 10 | |
| 11 | |
| 12 | |
| 13 | |
| 14 | |
| 15 |             Defendants. |
| 16 | |
| 17 | |
| 18 | |
| 19 | |
| 20 | |
| 21 | |
| 22 | |
| 23 | |
| 24 | |
| 25 | |
| 26 | |
| 27 | |
| 28 | |

[PROPOSED] ORDER APPOINTING LEAD PLAINTIFF AND APPROVING SELECTION OF LEAD COUNSEL

No. 2:10-CV-00302-MRP (MANx)

**WHEREAS**, putative class member, Putnam Bank ("Putnam"), has moved, pursuant to §27(a)(3)(B) of the Securities Act of 1933, for appointment as lead plaintiff and for approval of Scott+Scott LLP ("Scott+Scott") as lead counsel for plaintiffs and the Class, and good cause appearing therefore:

**IT IS HEREBY ORDERED as follows:**

1. Putnam is the most adequate plaintiff and is appointed as Lead Plaintiff for the Class in this action (and any subsequently consolidated or related actions) to represent the Class.

2. Lead Plaintiff's selection of Lead Counsel for the Class is hereby approved. The law firm of Scott+Scott is appointed as Lead Counsel pursuant to §27(a)(3)(B)(v) of the Securities Act.

3. At the direction of Lead Plaintiff, Lead Counsel shall have the authority to speak for all plaintiffs and class members in all matters regarding the litigation including, but not limited to, pre-trial proceedings, motion practice, trial and settlement, and shall make all work assignments in such a manner as to facilitate the orderly and efficient prosecution of this litigation an to avoid duplicative or unproductive effort. Additionally, lead counsel shall have the following responsibilities:

    (a) to brief and argue motions;

(b) to initiate and conduct discovery, including, without limitation, coordination of discovery with defendants' counsel, the preparation of written interrogatories, requests for admissions, and requests for production of documents;

(c) to direct and coordinate the examination of witnesses in depositions;

(d) to act as spokesperson at pretrial conferences;

(e) to call and chair meetings of plaintiffs' counsel as appropriate or necessary from time to time;

(f) to initiate and conduct any settlement negotiations with counsel for defendants;

(g) to provide general coordination of the activities of plaintiffs' counsel and to delegate work responsibilities to selected counsel as may be required in such a manner as to lead to the orderly and efficient prosecution of this litigation and to avoid duplication or unproductive effort;

(h) to consult with and employ experts;

(i) to receive and review periodic time reports of all attorneys on behalf of plaintiffs, to determine if the time is being spent appropriately and for the benefit of plaintiffs, and to determine and distribute plaintiffs' attorneys' fees; and

(j) to perform such other duties as may be expressly authorized by further order of this Court.

4. Lead Counsel shall be responsible for coordinating all activities and appearances on behalf of the Class and for disseminating notices and orders of this Court.

5. No motion, application or request for discovery shall be served or filed, or other pretrial proceedings initiated, on behalf of Lead Plaintiff, except through Lead Counsel.

6. All notices, proposed orders, pleadings, motions, discovery, and memoranda requiring a response in less than 30 days shall be served upon Lead Counsel and defense counsel by the Court's Electronic Case Filing ("ECF") system, overnight mail service, telecopy, and/or hand delivery.

7. All other service shall take place by regular mail.

8. Lead Counsel for the Class shall be available and responsible for communications to and from the Court.

9. Defendants' counsel may rely upon all agreements made with Lead Counsel, or other duly authorized representatives of Lead Plaintiff.

10. This Order shall apply to each case subsequently filed in this Court or transferred to this Court, unless a party objecting to the consolidation of such case or to any other provision of this Order files within ten (10) days after the date upon

which a copy of this Order is mailed to counsel for such party, an application for relief from this Order or any provision herein and this Court deems it appropriate to grant such application.

IT IS SO ORDERED.

DATED:_____          _____
                                    UNITED STATES DISTRICT JUDGE

Presented by:

SCOTT+SCOTT LLP
ARTHUR L. SHINGLER III (181719)
ashingler@scott-scott.com
6424 Santa Monica Blvd.
Los Angeles, CA 90038
Phone: (213) 985-1274
Fax: (213) 985-1278

SCOTT+SCOTT LLP
MARY K. BLASY (211262)
mblasy@scott-scott.com
HAL CUNNINGHAM (243048)
hcunningham@scott-scott.com
600 B Street, Suite 1500
San Diego, CA 92101
Phone: (619) 233-4565
Fax: (619) 233-0508