1  LIONEL Z. GLANCY (#134180)
   MICHAEL GOLDBERG (#188669)
2  1801 Avenue of the Stars, Suite 311
3  Los Angeles, California 90067
   Telephone: (310) 201-9150
4  Facsimile:  (310) 201-9160
   E-mail: info@glancylaw.com
5
   *Proposed Liaison Counsel*
6  *[Additional Counsel on Signature Page]*
7
8
9              UNITED STATES DISTRICT COURT
10             CENTRAL DISTRICT OF CALIFORNIA
11

| | |
|---|---|
| MAINE STATE RETIREMENT SYSTEM, Individually and On Behalf of All Others Similarly Situated, <br><br> Plaintiff, <br><br> v. <br><br> COUNTRYWIDE FINANCIAL CORPORATION, a Delaware corporation; COUNTRYWIDE HOME LOANS, INC.; CWALT, INC., a Delaware corporation; CWMBS, INC., a Delaware corporation; CWABS, INC., a Delaware corporation; CWHEQ, INC., a Delaware corporation; COUNTRYWIDE CAPITAL MARKETS; COUNTRYWIDE SECURITIES CORPORATION; J.P. MORGAN SECURITIES INC.; DEUTSCHE BANK SECURITIES INC.; BEAR, STEARNS & CO., INC.; BANC OF AMERICA SECURITIES LLC; UBS SECURITIES, LLC; MORGAN STANLEY & CO. INCORPORATED; EDWARD D. JONES & CO., L.P.; CITIGROUP GLOBAL MARKETS INC.; GOLDMAN, SACHS & CO.; CREDIT SUISSE SECURITIES (USA) LLC; GREENWICH CAPITAL MARKETS, INC. A.K.A. RBS GREENWICH CAPITAL; | No. 2:10-CV-00302 MRP (MAN) <br><br> <u>CLASS ACTION</u> <br><br> **NOTICE OF MOTION AND MOTION OF THE IOWA PUBLIC EMPLOYEES' RETIREMENT SYSTEM FOR APPOINTMENT AS LEAD PLAINTIFF AND APPROVAL OF LEAD PLAINTIFF'S SELECTION OF LEAD COUNSEL** <br><br> Hon. Mariana R. Pfaelzer <br><br> Date: May 3, 2010 <br> Time: 11:00 a.m. <br> Ctrm: 12 |

| | |
|---|---|
| 1<br>2<br>3<br>4<br>5<br>6<br>7 | BARCLAYS CAPITAL INC.; HSBC SECURITIES (USA); BNP PARIBAS SECURITIES CORP.; MERRILL LYNCH, PIERCE, FENNER & SMITH, INCORPORATED; STANFORD L. KURLAND; DAVID A. SPECTOR; ERIC P. SIERACKI; N. JOSHUA ADLER; RANJIT KRIPALANI; JENNIFER S. SANDEFUR; DAVID A. SAMBOL,<br><br>                    Defendants. |

TO:     ALL PARTIES AND THEIR RESPECTIVE COUNSEL OF RECORD

PLEASE TAKE NOTICE that on May 3, 2010, at 11:00 a.m. or as soon thereafter as the matter can be heard, in the courtroom of the Honorable Mariana R. Pfaelzer, situated at 312 N. Spring Street, Courtroom 12, Los Angeles, California 90012, class member Iowa Public Employees' Retirement System ("IPERS") will move, and hereby does move, this Court for an order (1) appointing it as lead plaintiff in the above-captioned action (the "Action") pursuant to the Private Securities Litigation Reform Act of 1995 ("PSLRA"), 15 U.S.C. § 77z-1, *et seq.*; and (2) approving its selection of Cohen Milstein Sellers & Toll PLLC ("Cohen Milstein") as lead counsel for the class and Glancy Binkow & Goldberg LLP ("Glancy Binkow") as liaison counsel.

This motion is made on the grounds that IPERS timely filed this motion and is the most adequate plaintiff. IPERS has the most substantial financial interest in the relief sought by the class, and meets the requirements of Rule 23 of the Federal Rules of Civil Procedure because its claims are typical of the claims of the class and it will fairly and adequately represent the interests of the class. In addition, IPERS

n/a

has selected and retained Cohen Milstein, a law firm which has substantial experience in prosecuting securities class actions and, in particular, has been appointed Lead Counsel in four other mortgage-backed securities class actions in which motions to dismiss have been denied.

This motion is based on this notice of motion, the attached memorandum of points and authorities, the declaration of Michael Goldberg in support thereof, the pleadings and other files and records in the Action and such other written or oral argument as may be presented to the Court.[1]

Dated: April 2, 2010            Respectfully submitted,

**GLANCY BINKOW & GOLDBERG LLP**


*/s/ Michael Goldberg*
Michael Goldberg
Lionel Z. Glancy
1801 Avenue of the Stars, Suite 311
Los Angeles, California 90067
Telephone: (310) 201-9150
Facsimile: (310) 201-9160

*Proposed Liaison Counsel*

---

[1] This motion is filed pursuant to Section 27 of the Securities Act of 1933 as amended by the PSLRA. This Section provides that, within 60 days after publication of the required notice, any member or members of the proposed class may apply to the Court to be appointed as lead plaintiff, whether or not they have previously filed a complaint in the underlying action. Consequently, counsel for Movant has no way of knowing who the competing lead plaintiff candidates are at this time. As a result, counsel for Movant has been unable to conference with opposing counsel as prescribed in L.R. 7-3 and respectfully requests that the conference requirement of L.R. 7-3 be waived.

Steven J. Toll
Daniel S. Sommers
Julie Goldsmith Reiser
**COHEN MILSTEIN SELLERS & TOLL PLC**
1100 New York Avenue, N.W.
Suite 500, West Tower
Washington, D.C.  20005
Telephone:  (202) 408-4600
Facsimile:  (202) 408-4699

- and -

Joel P. Laitman
**COHEN MILSTEIN SELLERS & TOLL PLC**
150 E. 52nd Street
30th Floor
New York, New York  10022
Telephone:  (212) 838-7797
Facsimile:  (212) 838-7745

*Attorneys for the Iowa Public Employees' Retirement System and Proposed Lead Counsel*

4

NO. 2:10-CV-00302 MRP (MAN) NOTICE OF MOTION & MOTION OF THE IOWA PUB. EMPL. RET. SYS. FOR APPT. AS LEAD PL. AND APPROVAL OF LEAD COUNSEL

**PROOF OF SERVICE VIA ELECTRONIC POSTING PURSUANT TO CENTRAL DISTRICT OF CALIFORNIA LOCAL RULES AND ECF GENERAL ORDER NO. 08-02**

I, the undersigned, say:

I am a citizen of the United States and am employed in the office of a member of the Bar of this Court. I am over the age of 18 and not a party to the within action. My business address is 1801 Avenue of the Stars, Suite 311, Los Angeles, California 90067.

On April 2, 2010, I caused to be served the following documents:

**1.   NOTICE OF MOTION AND MOTION OF THE IOWA PUBLIC EMPLOYEES' RETIREMENT SYSTEM FOR APPOINTMENT AS LEAD PLAINTIFF AND APPROVAL OF LEAD PLAINTIFF'S SELECTION OF LEAD COUNSEL**

**2.   MEMORANDUM OF POINTS AND AUTHORITIES IN SUPPORT OF MOTION OF THE IOWA PUBLIC EMPLOYEES' RETIREMENT SYSTEM FOR APPOINTMENT AS LEAD PLAINTIFF AND APPROVAL OF LEAD PLAINTIFF'S SELECTION OF LEAD COUNSEL**

**3.   DECLARATION OF MICHAEL GOLDBERG IN SUPPORT OF MOTION OF THE IOWA PUBLIC EMPLOYEES' RETIREMENT SYSTEM FOR APPOINTMENT AS LEAD PLAINTIFF AND APPROVAL OF LEAD PLAINTIFF'S SELECTION OF LEAD COUNSEL**

**4.   [PROPOSED] ORDER**

By posting these documents to the ECF Website of the United States District Court for the Central District of California, for receipt electronically by the following parties:

Leiv H Blad , Jr
leiv.blad@bingham.com

Spencer Alan Burkholz
spenceb@csgrr.com,jillk@csgrr.com,e_file_sd@csgrr.com

Christopher G Caldwell
caldwell@caldwell-leslie.com,martindale@caldwell-leslie.com,hammer@caldwell-leslie.com,pettit@caldwell-leslie.com,willingham@caldwell-leslie.com,hayes@caldwell-leslie.com,popescu@caldwell-leslie.com,strother@caldwell-leslie.com,wong@caldwell-leslie.com,wilson@caldwell-leslie.com

Peter Young Hoon Cho
petercho@paulhastings.com

David C Codell
codell@caldwell-leslie.com

| | |
|---|---|
| 1 | Daniel S. Drosman |
| 2 | ddrosman@csgrr.com,tholindrake@csgrr.com |
| 3 | Thomas E Egler |
|   | tome@csgrr.com |
| 4 | Inez H Friedman-Boyce |
| 5 | ifriedmanboyce@goodwinprocter.com |
| 6 | Penelope A Graboys Blair |
|   | pgraboysblair@orrick.com,jcopoulos@orrick.com |
| 7 | Joshua G Hamilton |
| 8 | joshuahamilton@paulhastings.com,melmanahan@paulhastings.com |
| 9 | Jeffrey M Hammer |
|   | hammer@caldwell-leslie.com |
| 10 | |
| 11 | Jennifer L Joost |
|    | jjoost@btkmc.com,acashwell@btkmc.com,mswift@btkmc.com |
| 12 | Lauren G Kerkhoff |
| 13 | lkerkhoff@csgrr.com |
| 14 | Dean J Kitchens |
|    | dkitchens@gibsondunn.com,MOstrye@gibsondunn.com |
| 15 | Jennifer Y Lai |
| 16 | jennifer@21orgpartners.com |
| 17 | Jennifer B Luz |
|    | jluz@goodwinprocter.com |
| 18 | |
| 19 | Alexander K Mircheff |
|    | amircheff@gibsondunn.com |
| 20 | Sharan Nirmul |
| 21 | snirmul@btkmc.com,azivitz@btkmc.com,ecf_filings@btkmc.com |
| 22 | Brian E Pastuszenski |
|    | bpastuszenski@goodwinprocter.com |
| 23 | Lauren Wagner Pederson |
| 24 | lpederson@btkmc.com,neena.verma@btkmc.com,dpotts@btkmc.com |
| 25 | Lindsay R Pennington |
|    | lpennington@gibsondunn.com |
| 26 | |
| 27 | Christina A Royce |
|    | croyce@csgrr.com |
| 28 | Scott H Saham |
|    | scotts@csgrr.com |

PROOF OF SERVICE

Jennifer M Sepic
jennifer.sepic@bingham.com

William F Sullivan
williamsullivan@paulhastings.com,lisavermeulen@paulhastings.com

Michael D Torpey
mtorpey@orrick.com

Michael C Tu
mtu@orrick.com,fphan@orrick.com

Lloyd Winawer
lwinawer@goodwinprocter.com,sasmith@goodwinprocter.com,monyeagbako@goodwinprocter.com,cburgos@goodwinprocter.com

Andrew L Zivitz
azivitz@btkmc.com

There are no non-ECF registered parties in this action.

    I certify under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.  Executed on April 2, 2010, at Los Angeles, California.

                      ***s/Michael Goldberg***
                      Michael Goldberg