| | |
|---|---|
| 1 | LIONEL Z. GLANCY (#134180) |
| 2 | MICHAEL GOLDBERG (#188669) |
| | 1801 Avenue of the Stars, Suite 311 |
| 3 | Los Angeles, California  90067 |
| | Telephone:   (310) 201-9150 |
| 4 | Facsimile:    (310) 201-9160 |
| | E-mail:  info@glancylaw.com |
| 5 | |
| 6 | *Proposed Liaison Counsel* |
| | *[Additional Counsel on Signature Page]* |
| 7 | |

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| 12 | MAINE STATE RETIREMENT SYSTEM, Individually and On Behalf of All Others Similarly Situated, | No.  2:10-CV-00302 MRP (MAN) |
| | | CLASS ACTION |
| | Plaintiff, | |
| | v. | **[PROPOSED] ORDER** |
| | COUNTRYWIDE FINANCIAL CORPORATION, a Delaware corporation; COUNTRYWIDE HOME LOANS, INC.; CWALT, INC., a Delaware corporation; CWMBS, INC., a Delaware corporation; CWABS, INC., a Delaware corporation; CWHEQ, INC., a Delaware corporation; COUNTRYWIDE CAPITAL MARKETS; COUNTRYWIDE SECURITIES CORPORATION; J.P. MORGAN SECURITIES INC.; DEUTSCHE BANK SECURITIES INC.; BEAR, STEARNS & CO., INC.; BANC OF AMERICA SECURITIES LLC; UBS SECURITIES, LLC; MORGAN STANLEY & CO. INCORPORATED; EDWARD D. JONES & CO., L.P.; CITIGROUP GLOBAL MARKETS INC.; GOLDMAN, SACHS & CO.; CREDIT SUISSE SECURITIES (USA) LLC; GREENWICH CAPITAL MARKETS, INC. A.K.A. RBS GREENWICH CAPITAL; | |

| | |
|---|---|
| 1<br>2<br>3<br>4<br>5<br>6<br>7 | BARCLAYS CAPITAL INC.; HSBC SECURITIES (USA); BNP PARIBAS SECURITIES CORP.; MERRILL LYNCH, PIERCE, FENNER & SMITH, INCORPORATED; STANFORD L. KURLAND; DAVID A. SPECTOR; ERIC P. SIERACKI; N. JOSHUA ADLER; RANJIT KRIPALANI; JENNIFER S. SANDEFUR; DAVID A. SAMBOL,<br><br>                    Defendants. |

## [PROPOSED] ORDER

Having considered the papers filed in support of the Motion of the Iowa Public Employees' Retirement System ("IPERS" or "Movant") for Appointment as Lead Plaintiff and Approval of Lead Plaintiff's Selection of Lead Counsel, pursuant to § 27(a)(3)(B) of the Securities Act of 1933 (the "Securities Act") as amended by the Private Securities Litigation Reform Act, 15 U.S.C. § 77z-1(a)(3)(B), and for good cause shown, the Court hereby enters the following Order.

### I.    APPOINTMENT OF LEAD PLAINTIFF AND LEAD AND LIAISON COUNSEL

1.    IPERS has moved the Court to be appointed Lead Plaintiff in this class action and to approve the counsel retained to be Lead and Liaison Counsel.

2.    Having considered the provisions of § 27(a)(3)(B) of the Securities Act, 15 U.S.C. § 77z-1(a)(3)(B), the Court hereby determines that Movant is the most adequate plaintiff and satisfies the requirements of the PSLRA.  The Court hereby appoints Movant as Lead Plaintiff to represent the interests of the class in this Action.

3.    Pursuant to § 27(a)(3)(B)(v) of the Securities Act, 15 U.S.C. § 77z-1(a)(3)(B)(v), Movant has selected and retained the law firms of Cohen Milstein

Sellers & Toll PLLC to serve as Lead Counsel and Glancy Binkow & Goldberg LLP to serve as Liaison Counsel. The Court approves Movant's selection of Lead Counsel and Liaison Counsel for this Action.

4. Lead Counsel shall have the following responsibilities and duties, to be carried out either personally or through counsel whom Lead Counsel shall designate:

    a. to coordinate the briefing and argument of any and all motions;

    b. to coordinate the conduct of any and all discovery proceedings;

    c. to coordinate the examination of any and all witnesses in depositions;

    d. to coordinate the selection of counsel to act as spokesperson at all pretrial conferences;

    e. to call meetings of the plaintiffs' counsel as they deem necessary and appropriate from time to time;

    f. to coordinate all settlement negotiations with counsel for defendants;

    g. to coordinate and direct the pretrial discovery proceedings and the preparation for trial and the trial of this matter and to delegate work responsibilities to selected counsel as may be required;

    h. to coordinate the preparation and filings of all pleadings; and

    i. to supervise all other matters concerning the prosecution or resolution of the Action.

5. No motion, discovery request, or other pretrial proceedings shall be

[PROPOSED] ORDER

3

initiated or filed by any plaintiffs without the approval of Lead Counsel, so as to prevent duplicative pleadings or discovery by plaintiffs. No settlement negotiations shall be conducted without the approval of Lead Counsel.

6. Lead Counsel shall have the responsibility of receiving and disseminating Court orders and notices.

7. Lead Counsel shall be the contact between plaintiffs' counsel and defendants' counsel, as well as the spokespersons for all plaintiffs' counsel, and shall direct and coordinate the activities of plaintiffs' counsel. Lead Counsel shall be the contact between the Court and plaintiffs and their counsel.

## II. NEWLY-FILED OR TRANSFERRED ACTIONS

8. When a case that arises out of the subject matter of this Action is hereinafter filed in this Court or transferred from another Court, the Clerk of this Court shall:

   a. file a copy of this Order in the separate file for such action;

   b. mail a copy of this Order to the attorneys for the plaintiff(s) in the newly filed or transferred case and to any new defendant(s) in the newly filed or transferred case; and

   c. make the appropriate entry in the docket for this Action.

9. Each new case which arises out of the subject matter of this Action that is filed in this Court or transferred to this Court shall be consolidated with this Action and this Order shall apply thereto, unless a party objecting to this Order or any provision of this Order shall, within ten (10) days after the date upon which a copy of this Order is served on counsel for such party, file an application for relief

[PROPOSED] ORDER

4

from this Order or any provision herein and this Court deems it appropriate to grant such application.

### III.    PRESERVATION OF RELEVANT DOCUMENTS

10.    During the pendency of this litigation, or until further order of this Court, the parties shall take reasonable steps to preserve all documents within their possession, custody or control, including computer-generated and stored information and materials such as computerized data and electronic mail, containing information that is relevant to or which may lead to the discovery of information relevant to the subject matter of the pending litigation.

IT IS SO ORDERED.

Dated: _____, 2010        _____
                                       Honorable Mariana R. Pfaelzer
                                       United States District Judge

[PROPOSED] ORDER

5

**PROOF OF SERVICE VIA ELECTRONIC POSTING PURSUANT TO CENTRAL DISTRICT OF CALIFORNIA LOCAL RULES AND ECF GENERAL ORDER NO. 08-02**

I, the undersigned, say:

I am a citizen of the United States and am employed in the office of a member of the Bar of this Court. I am over the age of 18 and not a party to the within action. My business address is 1801 Avenue of the Stars, Suite 311, Los Angeles, California 90067.

On April 2, 2010, I caused to be served the following documents:

**1. NOTICE OF MOTION AND MOTION OF THE IOWA PUBLIC EMPLOYEES' RETIREMENT SYSTEM FOR APPOINTMENT AS LEAD PLAINTIFF AND APPROVAL OF LEAD PLAINTIFF'S SELECTION OF LEAD COUNSEL**

**2. MEMORANDUM OF POINTS AND AUTHORITIES IN SUPPORT OF MOTION OF THE IOWA PUBLIC EMPLOYEES' RETIREMENT SYSTEM FOR APPOINTMENT AS LEAD PLAINTIFF AND APPROVAL OF LEAD PLAINTIFF'S SELECTION OF LEAD COUNSEL**

**3. DECLARATION OF MICHAEL GOLDBERG IN SUPPORT OF MOTION OF THE IOWA PUBLIC EMPLOYEES' RETIREMENT SYSTEM FOR APPOINTMENT AS LEAD PLAINTIFF AND APPROVAL OF LEAD PLAINTIFF'S SELECTION OF LEAD COUNSEL**

**4. [PROPOSED] ORDER**

By posting these documents to the ECF Website of the United States District Court for the Central District of California, for receipt electronically by the following parties:

Leiv H Blad , Jr
leiv.blad@bingham.com

Spencer Alan Burkholz
spenceb@csgrr.com,jillk@csgrr.com,e_file_sd@csgrr.com

Christopher G Caldwell
caldwell@caldwell-leslie.com,martindale@caldwell-leslie.com,hammer@caldwell-leslie.com,pettit@caldwell-leslie.com,willingham@caldwell-leslie.com,hayes@caldwell-leslie.com,popescu@caldwell-leslie.com,strother@caldwell-leslie.com,wong@caldwell-leslie.com,wilson@caldwell-leslie.com

Peter Young Hoon Cho
petercho@paulhastings.com

David C Codell
codell@caldwell-leslie.com

| | |
|---|---|
| 1 | Daniel S. Drosman |
| 2 | ddrosman@csgrr.com,tholindrake@csgrr.com |
| 3 | Thomas E Egler<br>tome@csgrr.com |
| 4 | Inez H Friedman-Boyce |
| 5 | ifriedmanboyce@goodwinprocter.com |
| 6 | Penelope A Graboys Blair<br>pgraboysblair@orrick.com,jcopoulos@orrick.com |
| 7 | Joshua G Hamilton |
| 8 | joshuahamilton@paulhastings.com,melmanahan@paulhastings.com |
| 9 | Jeffrey M Hammer<br>hammer@caldwell-leslie.com |
| 10 | |
| 11 | Jennifer L Joost<br>jjoost@btkmc.com,acashwell@btkmc.com,mswift@btkmc.com |
| 12 | Lauren G Kerkhoff |
| 13 | lkerkhoff@csgrr.com |
| 14 | Dean J Kitchens<br>dkitchens@gibsondunn.com,MOstrye@gibsondunn.com |
| 15 | Jennifer Y Lai |
| 16 | jennifer@21orgpartners.com |
| 17 | Jennifer B Luz<br>jluz@goodwinprocter.com |
| 18 | |
| 19 | Alexander K Mircheff<br>amircheff@gibsondunn.com |
| 20 | Sharan Nirmul |
| 21 | snirmul@btkmc.com,azivitz@btkmc.com,ecf_filings@btkmc.com |
| 22 | Brian E Pastuszenski<br>bpastuszenski@goodwinprocter.com |
| 23 | Lauren Wagner Pederson |
| 24 | lpederson@btkmc.com,neena.verma@btkmc.com,dpotts@btkmc.com |
| 25 | Lindsay R Pennington<br>lpennington@gibsondunn.com |
| 26 | |
| 27 | Christina A Royce<br>croyce@csgrr.com |
| 28 | Scott H Saham<br>scotts@csgrr.com |

PROOF OF SERVICE

1 | Jennifer M Sepic
2 | jennifer.sepic@bingham.com

3 | William F Sullivan
williamsullivan@paulhastings.com,lisavermeulen@paulhastings.com

4 | Michael D Torpey
5 | mtorpey@orrick.com

6 | Michael C Tu
mtu@orrick.com,fphan@orrick.com

7 |
8 | Lloyd Winawer
lwinawer@goodwinprocter.com,sasmith@goodwinprocter.com,monyeagbako@goodwinprocter.com,cburgos@goodwinprocter.com

9 | Andrew L Zivitz
10 | azivitz@btkmc.com

11 | There are no non-ECF registered parties in this action.

12 |     I certify under penalty of perjury under the laws of the United States of
13 | America that the foregoing is true and correct.  Executed on April 2, 2010, at Los Angeles, California.

14 |
15 |                                    *s/Michael Goldberg*
                                   Michael Goldberg

16
17
18
19
20
21
22
23
24
25
26
27
28

PROOF OF SERVICE