| | |
|---|---|
| 1 | LIONEL Z. GLANCY (#134180) |
| | MICHAEL GOLDBERG (#188669) |
| 2 | 1801 Avenue of the Stars, Suite 311 |
| | Los Angeles, California  90067 |
| 3 | Telephone:  (310) 201-9150 |
| 4 | Facsimile:    (310) 201-9160 |
| | E-mail:  info@glancylaw.com |
| 5 | |
| 6 | *Proposed Liaison Counsel* |
| | *[Additional Counsel on Signature Page]* |

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| MAINE STATE RETIREMENT SYSTEM, Individually and On Behalf of All Others Similarly Situated, | No.  2:10-CV-00302 MRP (MAN) |
| Plaintiff, | CLASS ACTION |
| v. | **DECLARATION OF MICHAEL GOLDBERG IN SUPPORT OF MOTION OF THE IOWA PUBLIC EMPLOYEES' RETIREMENT SYSTEM FOR APPOINTMENT AS LEAD PLAINTIFF AND APPROVAL OF LEAD PLAINTIFF'S SELECTION OF LEAD COUNSEL** |
| COUNTRYWIDE FINANCIAL CORPORATION, a Delaware corporation; COUNTRYWIDE HOME LOANS, INC.; CWALT, INC., a Delaware corporation; CWMBS, INC., a Delaware corporation; CWABS, INC., a Delaware corporation; CWHEQ, INC., a Delaware corporation; COUNTRYWIDE CAPITAL MARKETS; COUNTRYWIDE SECURITIES CORPORATION; J.P. MORGAN SECURITIES INC.; DEUTSCHE BANK SECURITIES INC.; BEAR, STEARNS & CO., INC.; BANC OF AMERICA SECURITIES LLC; UBS SECURITIES, LLC; MORGAN STANLEY & CO. INCORPORATED; EDWARD D. JONES & CO., L.P.; CITIGROUP GLOBAL MARKETS INC.; GOLDMAN, SACHS & CO.; CREDIT SUISSE SECURITIES (USA) LLC; GREENWICH CAPITAL MARKETS, INC. A.K.A. RBS GREENWICH CAPITAL; | Hon. Mariana R. Pfaelzer<br>Date:  May 3, 2010<br>Time: 11:00 a.m.<br>Ctrm: 12 |

1

NO. 2:10-CV-00302 MRP (MAN) DECL. OF MICHAEL GOLDBERG IN SUPP. OF MOTION OF THE IOWA PUB. EMPL. RET. SYS. FOR APPT. AS LEAD PL. & APPROVAL OF LEAD COUNSEL

| | |
|---|---|
| 1<br>2<br>3<br>4<br>5<br>6<br>7 | BARCLAYS CAPITAL INC.; HSBC SECURITIES (USA); BNP PARIBAS SECURITIES CORP.; MERRILL LYNCH, PIERCE, FENNER & SMITH, INCORPORATED; STANFORD L. KURLAND; DAVID A. SPECTOR; ERIC P. SIERACKI; N. JOSHUA ADLER; RANJIT KRIPALANI; JENNIFER S. SANDEFUR; DAVID A. SAMBOL,<br><br>                    Defendants. |

I, Michael Goldberg, hereby declare as follows:

   1.   I am a partner of Glancy Binkow & Goldberg LLP, proposed Liaison Counsel for the Class.  I make this declaration in support of the motion of Iowa Public Employees' Retirement System ("IPERS" or "Movant") for appointment as Lead Plaintiff and approval of its selection of Lead Counsel in the above-captioned action (the "Action").  I have personal knowledge of the matters stated herein and, if called upon, I could and would competently testify thereto.

   2.   Attached are true and correct copies of the following exhibits:

   Exhibit A:   Press release published on February 1, 2010, on *BusinessWire*, announcing pendency of the Action;

   Exhibit B:   Certification of Movant;

   Exhibit C:   Firm résumé of Cohen Milstein Sellers & Toll PLLC;

   Exhibit D:   Firm résumé of Glancy Binkow & Goldberg LLP.

   3.   Cohen Milstein is currently serving as lead or co-lead counsel in multiple securities class actions which involve issuance of asset-backed securities, including:

   *In re Dynex Capital, Inc. Sec. Litig.*, No. 05-cv-1897-HB (S.D.N.Y.) (lead counsel for the putative class);

*New Jersey Carpenters Vacation Fund v. Royal Bank of Scotland Group*, PLC, No. 08-cv-5093-HB (S.D.N.Y.) (lead counsel for the putative class);

*New Jersey Carpenters Health Fund v. NovaStar Mortgage, Inc.*, No. 08-cv-5310-DAB (S.D.N.Y.) (lead counsel for the putative class);

*New Jersey Carpenters Health Fund v. DLJ Mortgage Capital, Inc.*, No. 08-cv-5653-PAC (S.D.N.Y.) (lead counsel for the putative class);

*In re Lehman Bros. Mortgage-Backed Sec. Litig.*, Nos. 09-md-2017-LAK, 08-cv-6762-LAK (S.D.N.Y.) (lead counsel for the putative class);

*In re Bear Stearns Mortgage Pass-Through Certificates Sec. Litig.*, No. 08-cv-8093-LTS (S.D.N.Y.) (co-lead counsel for the putative class);

*New Jersey Carpenters Health Fund v. Residential Capital, LLC*, No. 08-cv-8781-HB (S.D.N.Y.) (lead counsel for the putative class);

*Doral Bank Puerto Rico v. WaMu Asset Acceptance Corp.*, No. C09-1557MJP (W.D. Wash.) (lead counsel on 13 Offerings on the WaMu 2007 Registration Statement).

I declare under penalty of perjury under the laws of the United States of America that the foregoing facts are true and correct.

Executed this 2nd day of April, 2010, at Los Angeles, California.

/s/ Michael Goldberg
Michael Goldberg

**PROOF OF SERVICE VIA ELECTRONIC POSTING PURSUANT TO CENTRAL DISTRICT OF CALIFORNIA LOCAL RULES AND ECF GENERAL ORDER NO. 08-02**

I, the undersigned, say:

I am a citizen of the United States and am employed in the office of a member of the Bar of this Court. I am over the age of 18 and not a party to the within action. My business address is 1801 Avenue of the Stars, Suite 311, Los Angeles, California 90067.

On April 2, 2010, I caused to be served the following documents:

**1. NOTICE OF MOTION AND MOTION OF THE IOWA PUBLIC EMPLOYEES' RETIREMENT SYSTEM FOR APPOINTMENT AS LEAD PLAINTIFF AND APPROVAL OF LEAD PLAINTIFF'S SELECTION OF LEAD COUNSEL**

**2. MEMORANDUM OF POINTS AND AUTHORITIES IN SUPPORT OF MOTION OF THE IOWA PUBLIC EMPLOYEES' RETIREMENT SYSTEM FOR APPOINTMENT AS LEAD PLAINTIFF AND APPROVAL OF LEAD PLAINTIFF'S SELECTION OF LEAD COUNSEL**

**3. DECLARATION OF MICHAEL GOLDBERG IN SUPPORT OF MOTION OF THE IOWA PUBLIC EMPLOYEES' RETIREMENT SYSTEM FOR APPOINTMENT AS LEAD PLAINTIFF AND APPROVAL OF LEAD PLAINTIFF'S SELECTION OF LEAD COUNSEL**

**4. [PROPOSED] ORDER**

By posting these documents to the ECF Website of the United States District Court for the Central District of California, for receipt electronically by the following parties:

Leiv H Blad , Jr
leiv.blad@bingham.com

Spencer Alan Burkholz
spenceb@csgrr.com,jillk@csgrr.com,e_file_sd@csgrr.com

Christopher G Caldwell
caldwell@caldwell-leslie.com,martindale@caldwell-leslie.com,hammer@caldwell-leslie.com,pettit@caldwell-leslie.com,willingham@caldwell-leslie.com,hayes@caldwell-leslie.com,popescu@caldwell-leslie.com,strother@caldwell-leslie.com,wong@caldwell-leslie.com,wilson@caldwell-leslie.com

Peter Young Hoon Cho
petercho@paulhastings.com

David C Codell
codell@caldwell-leslie.com

| | |
|---|---|
| 1 | Daniel S. Drosman |
| 2 | ddrosman@csgrr.com,tholindrake@csgrr.com |
| 3 | Thomas E Egler<br>tome@csgrr.com |
| 4 | Inez H Friedman-Boyce |
| 5 | ifriedmanboyce@goodwinprocter.com |
| 6 | Penelope A Graboys Blair<br>pgraboysblair@orrick.com,jcopoulos@orrick.com |
| 7 | Joshua G Hamilton |
| 8 | joshuahamilton@paulhastings.com,melmanahan@paulhastings.com |
| 9 | Jeffrey M Hammer |
| 10 | hammer@caldwell-leslie.com |
| 11 | Jennifer L Joost<br>jjoost@btkmc.com,acashwell@btkmc.com,mswift@btkmc.com |
| 12 | Lauren G Kerkhoff |
| 13 | lkerkhoff@csgrr.com |
| 14 | Dean J Kitchens<br>dkitchens@gibsondunn.com,MOstrye@gibsondunn.com |
| 15 | Jennifer Y Lai |
| 16 | jennifer@21orgpartners.com |
| 17 | Jennifer B Luz |
| 18 | jluz@goodwinprocter.com |
| 19 | Alexander K Mircheff<br>amircheff@gibsondunn.com |
| 20 | Sharan Nirmul |
| 21 | snirmul@btkmc.com,azivitz@btkmc.com,ecf_filings@btkmc.com |
| 22 | Brian E Pastuszenski<br>bpastuszenski@goodwinprocter.com |
| 23 | Lauren Wagner Pederson |
| 24 | lpederson@btkmc.com,neena.verma@btkmc.com,dpotts@btkmc.com |
| 25 | Lindsay R Pennington<br>lpennington@gibsondunn.com |
| 26 | Christina A Royce |
| 27 | croyce@csgrr.com |
| 28 | Scott H Saham<br>scotts@csgrr.com |

PROOF OF SERVICE

1  Jennifer M Sepic
   jennifer.sepic@bingham.com
2
3  William F Sullivan
   williamsullivan@paulhastings.com,lisavermeulen@paulhastings.com
4
5  Michael D Torpey
   mtorpey@orrick.com
6  Michael C Tu
   mtu@orrick.com,fphan@orrick.com
7
8  Lloyd Winawer
   lwinawer@goodwinprocter.com,sasmith@goodwinprocter.com,monyeagbako@goodwinprocter.com,cburgos@goodwinprocter.com
9
10 Andrew L Zivitz
   azivitz@btkmc.com
11 There are no non-ECF registered parties in this action.
12      I certify under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.  Executed on April 2, 2010, at Los Angeles, California.
13
14
                                *s/Michael Goldberg*
15                              Michael Goldberg

16

17

18

19

20

21

22

23

24

25

26

27

28

PROOF OF SERVICE