# Exhibit B

CERTIFICATION OF PLAINTIFF
PURSUANT TO FEDERAL SECURITIES LAWS

I, Gregg A. Schochenmaier, on behalf of the Iowa Public Employees' Retirement System ("IPERS" or "Plaintiff"), declare, as to the claims asserted under the federal securities laws, that:

1.     I have reviewed a class action complaint asserting securities claims on behalf of purchasers of certain mortgage-backed securities sponsored by affiliates of Countrywide Financial Corporation and its wholly-owned subsidiary Countrywide Home Loans, Inc. (collectively, "Countrywide") and related trusts (the "Issuing Trusts"), issued between 2005 and 2007, and wish to join as a plaintiff retaining Cohen Milstein Sellers & Toll PLLC as IPERS' counsel.

2.     Plaintiff did not purchase the securities that are the subject of this action at the direction of plaintiff's counsel or in order to participate in this private action.

3.     Plaintiff is willing to serve as a representative party on behalf of the class, including providing testimony at deposition and trial, if necessary.

4.     Based upon information and belief, Plaintiff's transactions in the securities that are the subject of this action were as indicated on Schedule A, attached hereto.

5.     In the three-year period preceding the date of this Certificate, Plaintiff sought to serve, and is currently serving, as a representative party on behalf of the class in *Rubin v. MF Global, Ltd.*, No. 08-cv-2233 (VM) (S.D.N.Y.) (filed Mar. 6, 2008). Plaintiff is also currently serving as a representative party for the class in the following actions: *In re The Mills Corp. Sec. Litig.*, No. 06-cv-77-LO-TRJ (E.D. Va.) (filed Jan. 20, 2006); and *Monroe Ret. Sys. v. Bridgestone Corp.*, No. 01-cv-17 (M.D. Tenn.) (filed Jan. 4, 2001).

6.     Plaintiff will not accept any payment for serving as a representative party on behalf of the class beyond plaintiff's *pro rata* share of any recovery, except such reasonable costs and expenses (including lost wages) directly relating to the representation of the class as ordered or approved by the court.

I declare under penalty of perjury that the foregoing is true and correct.

Executed this **2** day of **April** 2010.

_Gregg A. Schochenmaier_
Gregg A. Schochenmaier

## SCHEDULE A

| Description | CUSIP | Transaction Date | Transaction Description | Transaction Amount |
|---|---|---|---|---|
| CWALT 2005-17, class 2B1 | 12667GTA1 | 5/31/2005 | Buy | $ 1,410,000.00 |
| CWALT 2005-17, class 2B1 | 12667GTA1 | 5/18/2009 | Sell | $ 1,352,066.68 |
| | | | | |
| CWALT 2005-24, class 2A1A | 12667GNV1 | 5/10/2005 | Buy | $ 3,400,000.00 |
| CWALT 2005-24, class 2A1A | 12667GNV1 | 8/1/2005 | Buy | $ 97,802.90 |
| | | | | |
| CWALT 2005-56, class 1A1 | 12668AGN9 | 10/9/2007 | Buy | $ 9,200,000.00 |
| | | | | |
| CWALT 2005-J4, class 2A2B | 12667GNE9 | 5/5/2005 | Buy | $ 2,250,000.00 |
| CWALT 2005-J4, class 2A2B | 12667GNE9 | 2/26/2007 | Sell | $ 199,858.77 |
| | | | | |
| CWALT 2006-OA10, class 1A1 | 02146QAA1 | 3/3/2008 | Buy | $ 1,573,198.91 |
| CWALT 2006-OA10, class 1A1 | 02146QAA1 | 7/2/2009 | Sell | $ 1,352,483.18 |
| | | | | |
| CWALT 2006-OA21, class A1 | 23245QAA7 | 3/27/2008 | Buy | $ 6,563,750.00 |
| CWALT 2006-OA21, class A1 | 23245QAA7 | 3/28/2008 | Sell | $ 1,253,920.00 |
| | | | | |
| CWALT 2006-OC5, class 2A2A | 02147HAC6 | 6/26/2006 | Buy | $ 9,100,000.00 |
| CWALT 2006-OC5, class 2A2A | 02147HAC6 | 12/13/2006 | Sell | $ 9,097,270.00 |
| | | | | |
| CWALT 2007-5CB, class 1A31 | 02150EBG7 | 9/10/2008 | Buy | $ 6,877,114.00 |
| CWALT 2007-5CB, class 1A31 | 02150EBG7 | 3/31/2009 | Sell | $ 4,474,124.40 |
| CWALT 2007-5CB, class 1A31 | 02150EBG7 | 8/26/2009 | Sell | $ 587,284.31 |
| | | | | |
| CWALT 2007-J1, class 3A1 | 02149MCH0 | 4/10/2007 | Buy | $ 5,997,000.00 |
| CWALT 2007-J1, class 3A1 | 02149MCH0 | 4/10/2007 | Buy | $ 5,820,000.00 |
| CWALT 2007-J1, class 3A1 | 02149MCH0 | 4/10/2007 | Sell | $ 5,997,000.00 |
| | | | | |
| CWHEQ 2007-E, class A | 12670TAA8 | 5/25/2007 | Buy | $ 9,953,000.00 |
| | | | | |
| CWHL 2005-HYB6, class 2A1 | 126694BH0 | 4/12/2007 | Buy | $ 4,685,900.00 |
| CWHL 2005-HYB6, class 2A1 | 126694BH0 | 4/12/2007 | Buy | $ 4,685,900.00 |
| CWHL 2005-HYB6, class 2A1 | 126694BH0 | 4/12/2007 | Sell | $ 4,685,900.00 |
| | | | | |
| CWHL 2006-3, class 2A1 | 126694YM4 | 4/12/2007 | Buy | $ 9,372,000.00 |
| | | | | |
| CWHL 2006-OA5, class 2A1 | 126694M96 | 2/22/2008 | Buy | $ 2,720,000.00 |
| | | | | |
| CWHL 2006-OA5, class 3A1 | 126694N46 | 4/12/2007 | Buy | $ 12,700,000.00 |
| | | | | |
| CWHL 2007-10, class A22 | 12545CAX8 | 9/30/2008 | Buy | $ 5,112,000.00 |
| CWHL 2007-10, class A22 | 12545CAX8 | 8/3/2009 | Sell | $ 4,506,525.26 |

| Description | CUSIP | Transaction Date | Transaction Description | Transaction Amount |
|---|---|---|---|---|
| CWHL 2007-16, class A1 | 12544MAA7 | 8/30/2007 | Buy | $ 8,595,700.00 |
| CWHL 2007-16, class A1 | 12544MAA7 | 6/30/2009 | Sell | $ 4,726,306.31 |
| | | | | |
| CWHL 2007-HYB1, class 2A1 | 22239EAD8 | 4/5/2007 | Buy | $ 9,702,000.00 |
| CWHL 2007-HYB1, class 2A1 | 22239EAD8 | 4/5/2007 | Buy | $ 9,702,000.00 |
| CWHL 2007-HYB1, class 2A1 | 22239EAD8 | 4/5/2007 | Sell | $ 9,702,000.00 |
| CWHL 2007-HYB1, class 2A1 | 22239EAD8 | 5/1/2007 | Buy | $ 9,506,000.00 |
| CWHL 2007-HYB1, class 2A1 | 22239EAD8 | 5/1/2007 | Sell | $ 9,702,000.00 |
| | | | | |
| CWHL 2007-HYB2, class 3A1 | 125438AB7 | 8/23/2007 | Buy | $ 3,760,000.00 |
| CWHL 2007-HYB2, class 3A1 | 125438AB7 | 3/1/2009 | Sell | $ 1,096,197.92 |
| | | | | |
| CWL 2005-11, class AF1 | 126670CF3 | 9/12/2005 | Buy | $ 15,900,000.00 |
| CWL 2005-11, class AF1 | 126670CF3 | 4/25/2008 | Sell | $ 1,210.83 |
| | | | | |
| CWL 2005-12, class 2A1 | 126670EE4 | 9/28/2005 | Buy | $ 11,875,000.00 |
| CWL 2005-12, class 2A1 | 126670EE4 | 3/26/2007 | Sell | $ 1,321.18 |
| | | | | |
| CWL 2005-6, class M4 | 126673W57 | 6/14/2005 | Buy | $ 3,475,000.00 |
| | | | | |
| CWL 2005-AB3, class 2A1 | 126670BN7 | 9/8/2005 | Buy | $ 15,900,000.00 |
| CWL 2005-AB3, class 2A1 | 126670BN7 | 8/25/2007 | Sell | $ 2,212.32 |
| | | | | |
| CWL 2005-IM1, class A2 | 1266733W0 | 7/22/2005 | Buy | $ 3,350,000.00 |
| | | | | |
| CWL 2005-IM3, class A1 | 126670JB5 | 12/1/2005 | Buy | $ 15,275,000.00 |
| CWL 2005-IM3, class A1 | 126670JB5 | 9/25/2007 | Sell | $ 54,661.47 |
| | | | | |
| CWL 2006-12, class 2A1 | 12667AAB2 | 6/27/2006 | Buy | $ 14,750,000.00 |
| CWL 2006-12, class 2A1 | 12667AAB2 | 5/26/2009 | Sell | $ 29.32 |
| | | | | |
| CWHEQ 2006-S3, class A2 | 23242MAB7 | 6/16/2006 | Buy | $ 1,999,956.46 |
| | | | | |
| CWHEQ 2006-S8, class A2 | 12668XAB1 | 12/7/2006 | Buy | $ 2,124,966.00 |
| | | | | |
| CWHEQ 2006-S9, class A2 | 12668GAB8 | 12/14/2006 | Buy | $ 1,845,000.00 |
| | | | | |
| CWL 2007-1, class 2A1 | 23245CAB6 | 1/26/2007 | Buy | $ 15,325,000.00 |
| | | | | |
| CWL 2007-11, class 2A1 | 23247LAA6 | 6/28/2007 | Buy | $ 14,575,000.00 |
| | | | | |
| CWL 2007-13, class 2A1 | 126698AC3 | 10/16/2007 | Buy | $ 4,060,000.00 |
| CWL 2007-13, class 2A1 | 126698AC3 | 2/26/2010 | Sell | $ 2,138,845.26 |
| | | | | |
| CWALT 2005-59, class 1A1 | 12668AEV3 | 9/30/2005 | Buy | $ 18,000,000.00 |
| CWALT 2005-59, class 1A1 | 12668AEV3 | 10/20/2005 | Sell | $ 18,000,000.00 |

| Description | CUSIP | Transaction Date | Transaction Description | Transaction Amount |
|---|---|---|---|---|
| CWABS 2005-BC3, class M1 | 1266733C4 | 6/30/2005 | Buy | $ 3,200,000.00 |
| CWABS 2005-BC3, class M1 | 1266733C4 | 1/25/2006 | Sell | $ 3,200,000.00 |

EXHIBIT B, p. 9