NAME, ADDRESS & TELEPHONE NUMBER OF ATTORNEY(S) FOR, OR, PLAINTIFF OR
DEFENDANT IF PLAINTIFF OR DEFENDANT IS PRO PER

Beverly Tse (SBN 237240)
Ira M. Press
Randall K. Berger
825 Third Avenue, 16th Floor
New York, NY 10022
Tel: (212) 371-6600
Fax: (212) 751-2540

ATTORNEYS FOR:   Movant United Methodist Churches Benefit Board, Inc.

## UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| MAINE STATE RETIREMENT SYSTEM, Individually and On Behalf of All Others Similarly Situated, <br><br> Plaintiff(s), <br><br> v. <br><br> COUNTRYWIDE FINANCIAL CORPORATION, et al. <br><br> Defendant(s) | CASE NUMBER <br><br> 2:10-cv-00302-MRP-MAN <br><br> **CERTIFICATION AND NOTICE OF INTERESTED PARTIES** <br> **(Local Rule 7.1-1)** |

TO:      THE COURT AND ALL PARTIES APPEARING OF RECORD:

The undersigned, counsel of record for  Movant United Methodist Churches Benefit Board, Inc.
(or party appearing in pro per), certifies that the following listed party (or parties) has (have) a direct, pecuniary interest in the outcome of this case.  These representations are made to enable the Court to evaluate possible disqualification or recusal.  (Use additional sheet if necessary.)

|                         PARTY                         |                  CONNECTION                  |
|-------------------------------------------------------|----------------------------------------------|
| (List the names of all such parties and identify their connection and interest.) | |
| United Methodist Churches Benefit Board, Inc. | Movant |
| Kirby McInerney LLP | Counsel for Movant |
| The Wagner Firm | Liaison Counsel for Movant |

4/2/10
_____
Date

Sign _____

Beverly Tse, for Movant
_____
Attorney of record for or party appearing in pro per

**PROOF OF SERVICE VIA ELECTRONIC POSTING PURSUANT TO CENTRAL DISTRICT OF CALIFORNIA LOCAL RULES AND ECF GENERAL ORDER NO. 08-02**

I, the undersigned, say:

I am a citizen of the United States and am employed in the office of a member of the Bar of this Court. I am over the age of 18 and not a party to the within action. My business address is 1801 Avenue of the Stars, Suite 311, Los Angeles, California 90067.

On April 2, 2010, I caused to be served the following document:

**CERTIFICATION AND NOTICE OF INTERESTED PARTIES**

By posting these documents to the ECF Website of the United States District Court for the Central District of California, for receipt electronically by the following parties:

Leiv H Blad , Jr
leiv.blad@bingham.com

Spencer Alan Burkholz
spenceb@csgrr.com,jillk@csgrr.com,e_file_sd@csgrr.com

Christopher G Caldwell
caldwell@caldwell-leslie.com,martindale@caldwell-leslie.com,hammer@caldwell-leslie.com,pettit@caldwell-leslie.com,willingham@caldwell-leslie.com,hayes@caldwell-leslie.com,popescu@caldwell-leslie.com,strother@caldwell-leslie.com,wong@caldwell-leslie.com,wilson@caldwell-leslie.com

Peter Young Hoon Cho
petercho@paulhastings.com

David C Codell
codell@caldwell-leslie.com

Daniel S. Drosman
ddrosman@csgrr.com,tholindrake@csgrr.com

Thomas E Egler
tome@csgrr.com

Inez H Friedman-Boyce
ifriedmanboyce@goodwinprocter.com

Penelope A Graboys Blair
pgraboysblair@orrick.com,jcopoulos@orrick.com

Joshua G Hamilton
joshuahamilton@paulhastings.com,melmanahan@paulhastings.com

Jeffrey M Hammer
hammer@caldwell-leslie.com

1
2
Jennifer L Joost
jjoost@btkmc.com,acashwell@btkmc.com,mswift@btkmc.com

3
Lauren G Kerkhoff
lkerkhoff@csgrr.com

4
5
Dean J Kitchens
dkitchens@gibsondunn.com,MOstrye@gibsondunn.com

6
Jennifer Y Lai
jennifer@21orgpartners.com

7
8
Jennifer B Luz
jluz@goodwinprocter.com

9
10
Alexander K Mircheff
amircheff@gibsondunn.com

11
Sharan Nirmul
snirmul@btkmc.com,azivitz@btkmc.com,ecf_filings@btkmc.com

12
13
Brian E Pastuszenski
bpastuszenski@goodwinprocter.com

14
Lauren Wagner Pederson
lpederson@btkmc.com,neena.verma@btkmc.com,dpotts@btkmc.com

15
16
Lindsay R Pennington
lpennington@gibsondunn.com

17
18
Christina A Royce
croyce@csgrr.com

19
Scott H Saham
scotts@csgrr.com

20
21
Jennifer M Sepic
jennifer.sepic@bingham.com

22
William F Sullivan
williamsullivan@paulhastings.com,lisavermeulen@paulhastings.com

23
24
Michael D Torpey
mtorpey@orrick.com

25
26
Michael C Tu
mtu@orrick.com,fphan@orrick.com

27
28
Lloyd Winawer
lwinawer@goodwinprocter.com,sasmith@goodwinprocter.com,monyeagbako@goodwinprocter.com,cburgos@goodwinprocter.com

Andrew L Zivitz

1   azivitz@btkmc.com

2   There are no non-ECF registered parties in this action.

3          I certify under penalty of perjury under the laws of the United States of
    America that the foregoing is true and correct.  Executed on April 2, 2010, at Los
4   Angeles, California.

5                              *s/Avi Wagner*
                              Avi Wagner
6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

PROOF OF SERVICE