# EXHIBIT A

## CERTIFICATION

Sarah Hirsen, General Counsel of the General Board of Pension and Health Benefits of The United Methodist Church, Incorporated in Illinois, and the UMC Benefit Board, Inc., declares, as to the claims asserted under the federal securities laws pursuant to the Private Securities Litigation Reform Act of 1995 ("PSLRA"), that:

1. I am authorized to make this certification on behalf of the UMC Benefit Board, Inc. ("plaintiff").

2. I have reviewed the complaint in this action against Countrywide Financial Corporation, and have authorized the filing of a similar complaint on plaintiff's behalf. Plaintiff retains Kirby McInerney LLP, and such co-counsel as it deems appropriate to associate with, to pursue such action on a contingent fee basis.

3. Plaintiff did not purchase the securities that are the subject of this action at the direction of its counsel, Kirby McInerney LLP, or in order to participate in this action.

4. Plaintiff is willing to serve as a lead plaintiff and class representative on behalf of the Class, including providing testimony at deposition and trial, if necessary.

5. Plaintiff's transactions in the Countrywide securities that are the subject of this action are set forth in the chart attached hereto as Schedule A.

6. During the three years prior to the date of this Certification, plaintiff has not served or sought to serve as a representative party, for a class in any action filed under the federal securities laws.

7. Plaintiff will not accept any payment for serving as a representative on behalf of the class beyond its pro rata share of any recovery, except such reasonable costs and expenses (including lost wages) relating to the representation of the class as ordered or approved by the court.

I declare under penalty of perjury that the foregoing is true and correct. Executed this 1 day of April, 2010.

_Sarah Hirsen_
Sarah Hirsen

## Schedule A

| CUSIP | Buy/Sell | Date | Par Value | Price | (Expenditure) / Proceeds |
|---|---|---|---|---|---|
| 12666TAH9 | Buy  | 06/21/2006 | $ 500,000.00 | 100.00% | ($500,000.00) |
| 12666TAH9 | Sell | 07/24/2006 | $ 8,757.90 | 100.00% | $8,757.90 |
| 12666TAH9 | Sell | 08/25/2006 | $ 13,777.28 | 100.00% | $13,777.28 |
| 12666TAH9 | Sell | 09/25/2006 | $ 14,428.67 | 100.00% | $14,428.67 |
| 12666TAH9 | Buy  | 10/11/2006 | $ 370,428.92 | 100.00% | ($370,443.74) |
| 12666TAH9 | Sell | 10/24/2006 | $ 28,200.24 | 100.00% | $28,200.24 |
| 12666TAH9 | Sell | 11/27/2006 | $ 58,944.56 | 100.00% | $58,944.56 |
| 12666TAH9 | Sell | 12/26/2006 | $ 57,400.51 | 100.00% | $57,400.51 |
| 12666TAH9 | Sell | 01/25/2007 | $ 59,329.54 | 100.00% | $59,329.54 |
| 12666TAH9 | Sell | 02/26/2007 | $ 49,316.48 | 100.00% | $49,316.48 |
| 12666TAH9 | Sell | 03/26/2007 | $ 41,955.53 | 100.00% | $41,955.53 |
| 12666TAH9 | Sell | 04/25/2007 | $ 44,148.78 | 100.00% | $44,148.78 |
| 12666TAH9 | Sell | 05/25/2007 | $ 30,231.43 | 100.00% | $30,231.43 |
| 12666TAH9 | Sell | 06/25/2007 | $ 38,665.22 | 100.00% | $38,665.22 |
| 12666TAH9 | Sell | 07/25/2007 | $ 35,829.47 | 100.00% | $35,829.47 |
| 12666TAH9 | Sell | 08/27/2007 | $ 30,622.14 | 100.00% | $30,622.14 |
| 12666TAH9 | Sell | 09/25/2007 | $ 16,683.13 | 100.00% | $16,683.13 |
| 12666TAH9 | Sell | 10/25/2007 | $ 16,887.88 | 100.00% | $16,887.88 |
| 12666TAH9 | Sell | 11/26/2007 | $ 27,063.91 | 100.00% | $27,063.91 |
| 12666TAH9 | Sell | 12/26/2007 | $ 18,386.24 | 100.00% | $18,386.24 |
| 12666TAH9 | Buy  | 03/25/2008 | $ 25,813.83 | 97.90% | ($25,270.50) |
| 12666TAH9 | Sell | 03/30/2009 | $ 5,108.53 | 100.00% | $5,108.55 |
| 126670AD0 | Buy | 01/30/2007 | $ 1,000,000.00 | 98.23% | ($982,340.00) |
| 12666CAB9 | Buy  | 11/22/2006 | $ 400,000.00 | 100.00% | ($400,000.00) |
| 12666CAB9 | Buy  | 11/27/2006 | $ 1,400,000.00 | 100.00% | ($1,400,000.00) |
| 12666CAB9 | Sell | 12/26/2006 | $ 19,379.24 | 100.00% | $19,379.24 |
| 12666CAB9 | Sell | 01/25/2007 | $ 34,179.19 | 100.00% | $34,179.19 |
| 12666CAB9 | Sell | 02/26/2007 | $ 55,664.78 | 100.00% | $55,664.78 |
| 12666CAB9 | Sell | 03/26/2007 | $ 24,081.07 | 100.00% | $24,081.07 |
| 12666CAB9 | Sell | 04/24/2007 | $ 43,349.09 | 100.00% | $43,349.09 |
| 12666CAB9 | Sell | 05/25/2007 | $ 61,624.93 | 100.00% | $61,624.93 |
| 12666CAB9 | Sell | 06/25/2007 | $ 68,124.15 | 100.00% | $68,124.15 |
| 12666CAB9 | Sell | 07/25/2007 | $ 43,851.40 | 100.00% | $43,851.40 |
| 12666CAB9 | Sell | 08/27/2007 | $ 61,788.58 | 100.00% | $61,788.58 |
| 12666CAB9 | Sell | 09/25/2007 | $ 32,566.52 | 100.00% | $32,566.52 |
| 12666CAB9 | Sell | 10/25/2007 | $ 39,505.45 | 100.00% | $39,505.45 |
| 12666CAB9 | Sell | 11/26/2007 | $ 45,405.00 | 100.00% | $45,405.00 |
| 12666CAB9 | Sell | 12/26/2007 | $ 42,167.95 | 100.00% | $42,167.95 |
| 126673X56 | Buy  | 11/08/2005 | $ 625,415.91 | 100.01% | ($625,465.94) |
| 126673X56 | Sell | 11/25/2005 | $ 39,587.45 | 100.00% | $39,587.45 |
| 126673X56 | Sell | 12/27/2005 | $ 45,532.37 | 100.00% | $45,532.37 |
| 126673X56 | Sell | 01/24/2006 | $ 48,625.70 | 100.00% | $48,625.70 |
| 126673X56 | Sell | 02/24/2006 | $ 56,387.51 | 100.00% | $56,387.51 |
| 126673X56 | Sell | 03/27/2006 | $ 54,526.42 | 100.00% | $54,526.42 |
| 126673X56 | Sell | 04/25/2006 | $ 64,414.46 | 100.00% | $64,414.46 |
| 126673X56 | Sell | 05/24/2006 | $ 56,208.40 | 100.00% | $56,208.40 |

## Schedule A

| CUSIP | Type | Date | Amount | % | Value |
|---|---|---|---:|---:|---:|
| 126673X56 | Sell | 06/26/2006 | $ 83,442.13 | 100.00% | $83,442.13 |
| 126673X56 | Sell | 07/25/2006 | $ 71,650.57 | 100.00% | $71,650.57 |
| 126673X56 | Sell | 08/25/2006 | $ 62,528.27 | 100.00% | $62,528.27 |
| 126673X56 | Sell | 09/25/2006 | $ 42,512.63 | 100.00% | $42,512.63 |
| | | | | | |
| 126670WD6 | Buy | 02/16/2006 | $ 2,500,000.00 | 100.00% | ($2,500,000.00) |
| | | | | | |
| 126670GR3 | Buy | 11/06/2006 | $ 1,250,000.00 | 100.56% | ($1,257,037.50) |
| | | | | | |
| 126670ZL5 | Buy | 07/23/2007 | $ 1,290,000.00 | 99.38% | ($1,281,937.50) |
| 126670ZL5 | Sell | 11/26/2007 | $ 17,526.64 | 100.00% | $17,526.64 |
| 126670ZL5 | Sell | 12/26/2007 | $ 28,240.50 | 100.00% | $28,240.50 |
| | | | | | |
| 126670HG6 | Buy | 05/12/2008 | $ 925,000.00 | 88.00% | ($814,000.00) |
| | | | | | |
| 126685AU0 | Buy | 10/12/2006 | $ 1,393,944.51 | 100.14% | ($1,395,909.97) |
| 126685AU0 | Sell | 11/15/2006 | $ 70,396.66 | 100.00% | $70,396.66 |
| 126685AU0 | Sell | 12/15/2006 | $ 68,185.20 | 100.00% | $68,185.20 |
| 126685AU0 | Sell | 01/16/2007 | $ 64,170.66 | 100.00% | $64,170.66 |
| 126685AU0 | Sell | 02/14/2007 | $ 59,285.60 | 100.00% | $59,285.60 |
| 126685AU0 | Sell | 03/14/2007 | $ 45,503.96 | 100.00% | $45,503.96 |
| 126685AU0 | Sell | 04/16/2007 | $ 48,072.34 | 100.00% | $48,072.34 |
| 126685AU0 | Sell | 05/15/2007 | $ 41,750.60 | 100.00% | $41,750.60 |
| 126685AU0 | Sell | 06/15/2007 | $ 36,107.71 | 100.00% | $36,107.71 |
| 126685AU0 | Sell | 07/16/2007 | $ 34,894.79 | 100.00% | $34,894.79 |
| 126685AU0 | Sell | 08/15/2007 | $ 30,195.10 | 100.00% | $30,195.10 |
| 126685AU0 | Sell | 09/17/2007 | $ 19,568.42 | 100.00% | $19,568.42 |
| 126685AU0 | Sell | 10/15/2007 | $ 16,688.62 | 100.00% | $16,688.62 |
| 126685AU0 | Sell | 11/15/2007 | $ 22,612.61 | 100.00% | $22,612.61 |
| 126685AU0 | Sell | 12/17/2007 | $ 9,408.14 | 100.00% | $9,408.14 |
| 126685AU0 | Sell | 04/25/2008 | $ 738,619.65 | 47.00% | $347,151.24 |
| | | | | | |
| 12666RAF7 | Buy | 04/05/2007 | $ 500,000.00 | 101.50% | ($507,500.00) |
| | | | | | |
| 126670RA8 | Buy | 12/15/2005 | $ 645,000.00 | 100.00% | ($645,000.00) |
| 126670RA8 | Sell | 01/24/2006 | $ 5,421.30 | 100.00% | $5,421.30 |
| 126670RA8 | Sell | 02/27/2006 | $ 10,847.21 | 100.00% | $10,847.21 |
| 126670RA8 | Sell | 03/27/2006 | $ 17,322.86 | 100.00% | $17,322.86 |
| 126670RA8 | Sell | 04/25/2006 | $ 30,106.19 | 100.00% | $30,106.19 |
| 126670RA8 | Sell | 05/24/2006 | $ 32,197.62 | 100.00% | $32,197.62 |
| 126670RA8 | Sell | 06/26/2006 | $ 46,381.54 | 100.00% | $46,381.54 |
| 126670RA8 | Sell | 07/25/2006 | $ 47,932.58 | 100.00% | $47,932.58 |
| 126670RA8 | Sell | 08/25/2006 | $ 44,918.07 | 100.00% | $44,918.07 |
| 126670RA8 | Sell | 09/25/2006 | $ 53,022.49 | 100.00% | $53,022.49 |
| 126670RA8 | Sell | 10/24/2006 | $ 44,144.05 | 100.00% | $44,144.05 |
| 126670RA8 | Sell | 11/27/2006 | $ 46,142.94 | 100.00% | $46,142.94 |
| 126670RA8 | Sell | 12/26/2006 | $ 50,788.72 | 100.00% | $50,788.72 |
| 126670RA8 | Sell | 01/25/2007 | $ 44,083.98 | 100.00% | $44,083.98 |
| 126670RA8 | Sell | 02/26/2007 | $ 40,895.72 | 100.00% | $40,895.72 |
| 126670RA8 | Sell | 03/26/2007 | $ 29,619.37 | 100.00% | $29,619.37 |
| 126670RA8 | Sell | 04/25/2007 | $ 30,825.31 | 100.00% | $30,825.31 |
| 126670RA8 | Sell | 05/25/2007 | $ 21,911.53 | 100.00% | $21,911.53 |
| 126670RA8 | Sell | 06/25/2007 | $ 26,178.91 | 100.00% | $26,178.91 |

## Schedule A

| CUSIP | Type | Date | Amount | % | Value |
|---|---|---|---|---|---|
| 126670RA8 | Sell | 07/25/2007 | $ 18,304.95 | 100.00% | $18,304.95 |
| 126670RA8 | Sell | 08/27/2007 | $ 3,954.66 | 100.00% | $3,954.66 |
| | | | | | |
| 12666UAA1 | Buy | 08/23/2006 | $ 1,400,000.00 | 100.00% | ($1,400,000.00) |
| 12666UAA1 | Sell | 10/24/2006 | $ 9,792.65 | 100.00% | $9,792.65 |
| 12666UAA1 | Sell | 11/27/2006 | $ 29,859.45 | 100.00% | $29,859.45 |
| 12666UAA1 | Sell | 12/26/2006 | $ 31,752.11 | 100.00% | $31,752.11 |
| 12666UAA1 | Sell | 01/25/2007 | $ 29,815.10 | 100.00% | $29,815.10 |
| 12666UAA1 | Sell | 02/26/2007 | $ 56,728.99 | 100.00% | $56,728.99 |
| 12666UAA1 | Sell | 03/26/2007 | $ 68,932.04 | 100.00% | $68,932.04 |
| 12666UAA1 | Sell | 04/25/2007 | $ 57,225.78 | 100.00% | $57,225.78 |
| 12666UAA1 | Sell | 05/25/2007 | $ 76,411.62 | 100.00% | $76,411.62 |
| 12666UAA1 | Sell | 06/25/2007 | $ 77,045.23 | 100.00% | $77,045.23 |
| 12666UAA1 | Sell | 07/25/2007 | $ 60,750.24 | 100.00% | $60,750.24 |
| 12666UAA1 | Sell | 08/27/2007 | $ 70,315.25 | 100.00% | $70,315.25 |
| 12666UAA1 | Sell | 09/25/2007 | $ 44,176.09 | 100.00% | $44,176.09 |
| 12666UAA1 | Buy | 10/04/2007 | $ 224,912.98 | 99.64% | ($224,105.54) |
| 12666UAA1 | Sell | 10/25/2007 | $ 52,847.53 | 100.00% | $52,847.53 |
| 12666UAA1 | Sell | 11/26/2007 | $ 52,472.86 | 100.00% | $52,472.86 |
| 12666UAA1 | Sell | 12/26/2007 | $ 43,190.26 | 100.00% | $43,190.26 |
| | | | | | |
| 126673X64 | Buy | 06/21/2006 | $ 5,000,000.00 | 100.11% | ($5,005,450.00) |
| 126673X64 | Sell | 09/25/2006 | $ 37,448.25 | 100.00% | $37,448.25 |
| 126673X64 | Sell | 10/24/2006 | $ 284,279.75 | 100.00% | $284,279.75 |
| 126673X64 | Sell | 11/27/2006 | $ 310,110.10 | 100.00% | $310,110.10 |
| 126673X64 | Sell | 12/26/2006 | $ 313,971.30 | 100.00% | $313,971.30 |
| 126673X64 | Sell | 01/25/2007 | $ 292,849.95 | 100.00% | $292,849.95 |
| 126673X64 | Sell | 02/26/2007 | $ 198,846.25 | 100.00% | $198,846.25 |
| 126673X64 | Sell | 03/26/2007 | $ 175,143.95 | 100.00% | $175,143.95 |
| 126673X64 | Sell | 04/25/2007 | $ 228,802.70 | 100.00% | $228,802.70 |
| 126673X64 | Sell | 05/25/2007 | $ 307,436.00 | 100.00% | $307,436.00 |
| 126673X64 | Sell | 06/25/2007 | $ 368,757.55 | 100.00% | $368,757.55 |
| 126673X64 | Sell | 07/25/2007 | $ 332,600.65 | 100.00% | $332,600.65 |
| 126673X64 | Sell | 08/27/2007 | $ 303,312.50 | 100.00% | $303,312.50 |
| 126673X64 | Sell | 09/25/2007 | $ 219,167.90 | 100.00% | $219,167.90 |
| 126673X64 | Sell | 10/25/2007 | $ 188,337.50 | 100.00% | $188,337.50 |
| 126673X64 | Sell | 11/26/2007 | $ 94,582.65 | 100.00% | $94,582.65 |
| 126673X64 | Sell | 12/26/2007 | $ 127,133.85 | 100.00% | $127,133.85 |
| 126673X64 | Sell | 10/31/2008 | $ 40,573.05 | 100.00% | $40,573.05 |
| | | | | | |
| 23242FAB2 | Buy | 08/18/2006 | $ 600,000.00 | 100.00% | ($600,000.00) |
| 23242FAB2 | Sell | 10/24/2006 | $ 11,297.10 | 100.00% | $11,297.10 |
| 23242FAB2 | Sell | 11/27/2006 | $ 21,526.58 | 100.00% | $21,526.58 |
| 23242FAB2 | Sell | 12/26/2006 | $ 31,102.72 | 100.00% | $31,102.72 |
| 23242FAB2 | Sell | 01/25/2007 | $ 15,362.99 | 100.00% | $15,362.99 |
| 23242FAB2 | Sell | 02/26/2007 | $ 43,256.35 | 100.00% | $43,256.35 |
| 23242FAB2 | Sell | 03/26/2007 | $ 23,430.83 | 100.00% | $23,430.83 |
| 23242FAB2 | Sell | 04/25/2007 | $ 27,263.86 | 100.00% | $27,263.86 |
| 23242FAB2 | Sell | 05/25/2007 | $ 30,819.12 | 100.00% | $30,819.12 |
| 23242FAB2 | Sell | 06/25/2007 | $ 25,443.74 | 100.00% | $25,443.74 |
| 23242FAB2 | Sell | 07/25/2007 | $ 20,365.21 | 100.00% | $20,365.21 |
| 23242FAB2 | Sell | 08/27/2007 | $ 39,909.62 | 100.00% | $39,909.62 |
| 23242FAB2 | Sell | 09/25/2007 | $ 36,200.32 | 100.00% | $36,200.32 |

## Schedule A

| CUSIP | Type | Date | Amount | % | Value |
|---|---|---|---:|---:|---:|
| 23242FAB2 | Sell | 10/25/2007 | $ 8,368.28 | 100.00% | $8,368.28 |
| 23242FAB2 | Sell | 11/26/2007 | $ 10,143.22 | 100.00% | $10,143.22 |
| 23242FAB2 | Sell | 12/26/2007 | $ 18,655.82 | 100.00% | $18,655.82 |
| | | | | | |
| 126670BP2 | Buy | 02/16/2006 | $ 6,000,000.00 | 100.16% | ($6,009,840.00) |
| 126670BP2 | Sell | 08/27/2007 | $ 737,846.34 | 100.00% | $737,846.34 |
| 126670BP2 | Sell | 09/25/2007 | $ 524,011.26 | 100.00% | $524,011.26 |
| 126670BP2 | Sell | 10/25/2007 | $ 318,659.34 | 100.00% | $318,659.34 |
| 126670BP2 | Sell | 11/26/2007 | $ 54,209.28 | 100.00% | $54,209.28 |
| 126670BP2 | Sell | 12/26/2007 | $ 141,298.26 | 100.00% | $141,298.26 |
| | | | | | |
| 12668RAA6 | Buy | 10/27/2006 | $ 1,100,000.00 | 100.00% | ($1,100,000.00) |
| 12668RAA6 | Sell | 12/19/2006 | $ 757.37 | 100.00% | $757.37 |
| 12668RAA6 | Buy | 12/20/2006 | $ 207.42 | 100.00% | ($207.42) |
| 12668RAA6 | Sell | 01/22/2007 | $ 12,796.97 | 100.00% | $12,796.97 |
| 12668RAA6 | Sell | 02/20/2007 | $ 12,450.80 | 100.00% | $12,450.80 |
| 12668RAA6 | Sell | 03/19/2007 | $ 22,397.27 | 100.00% | $22,397.27 |
| 12668RAA6 | Sell | 04/20/2007 | $ 26,632.03 | 100.00% | $26,632.03 |
| 12668RAA6 | Sell | 05/21/2007 | $ 17,638.25 | 100.00% | $17,638.25 |
| 12668RAA6 | Sell | 06/20/2007 | $ 18,301.46 | 100.00% | $18,301.46 |
| 12668RAA6 | Sell | 07/20/2007 | $ 12,358.93 | 100.00% | $12,358.93 |
| 12668RAA6 | Sell | 08/20/2007 | $ 14,159.83 | 100.00% | $14,159.83 |
| 12668RAA6 | Sell | 09/20/2007 | $ 17,352.51 | 100.00% | $17,352.51 |
| 12668RAA6 | Sell | 10/22/2007 | $ 12,124.65 | 100.00% | $12,124.65 |
| 12668RAA6 | Sell | 11/19/2007 | $ 14,127.09 | 100.00% | $14,127.09 |
| 12668RAA6 | Sell | 12/20/2007 | $ 15,756.88 | 100.00% | $15,756.88 |
| | | | | | |
| 12666VAC5 | Buy | 10/21/2009 | $ 610,000.00 | 69.00% | ($420,900.00) |
| | | | | | |
| 126670SP4 | Buy | 06/25/2007 | $ 2,500,000.00 | 99.89% | ($2,497,275.00) |
| 126670SP4 | Buy | 06/25/2007 | $ 1,930,000.00 | 99.89% | ($1,927,896.30) |
| 126670SP4 | Sell | 10/25/2007 | $ 75,078.72 | 100.00% | $75,078.72 |
| 126670SP4 | Sell | 10/25/2007 | $ 97,252.23 | 100.00% | $97,252.23 |
| 126670SP4 | Sell | 11/26/2007 | $ 110,007.05 | 100.00% | $110,007.05 |
| 126670SP4 | Sell | 11/26/2007 | $ 142,496.18 | 100.00% | $142,496.18 |
| 126670SP4 | Sell | 12/26/2007 | $ 117,953.13 | 100.00% | $117,953.13 |
| 126670SP4 | Sell | 12/26/2007 | $ 91,059.81 | 100.00% | $91,059.81 |
| 126670SP4 | Sell | 03/31/2009 | $ 1,128,857.94 | 32.03% | $361,586.74 |
| | | | | | |
| 12668AVP7 | Sell | 11/27/2006 | $ 19,301.61 | 100.00% | $19,301.61 |
| 12668AVP7 | Sell | 12/26/2006 | $ 26,484.01 | 100.00% | $26,484.01 |
| 12668AVP7 | Sell | 01/25/2007 | $ 20,568.44 | 100.00% | $20,568.44 |
| 12668AVP7 | Sell | 02/26/2007 | $ 21,057.37 | 100.00% | $21,057.37 |
| 12668AVP7 | Sell | 03/26/2007 | $ 11,427.58 | 100.00% | $11,427.58 |
| 12668AVP7 | Sell | 04/25/2007 | $ 12,024.02 | 100.00% | $12,024.02 |
| 12668AVP7 | Sell | 05/25/2007 | $ 17,954.66 | 100.00% | $17,954.66 |
| 12668AVP7 | Sell | 06/25/2007 | $ 12,843.81 | 100.00% | $12,843.81 |
| 12668AVP7 | Sell | 07/24/2007 | $ 3,404.92 | 100.00% | $3,404.92 |
| 12668AVP7 | Sell | 08/27/2007 | $ 11,827.81 | 100.00% | $11,827.81 |
| 12668AVP7 | Sell | 09/25/2007 | $ 4,734.86 | 100.00% | $4,734.86 |
| 12668AVP7 | Sell | 10/25/2007 | $ 2,798.85 | 100.00% | $2,798.85 |
| 12668AVP7 | Sell | 11/26/2007 | $ 3,780.13 | 100.00% | $3,780.13 |
| 12668AVP7 | Sell | 12/26/2007 | $ 5,053.38 | 100.00% | $5,053.38 |

## Schedule A

| CUSIP | Action | Date | Amount | % | Value |
|---|---|---|---|---|---|
| 12668AVP7 | Buy | 03/25/2008 | $ 92,855.56 | 76.25% | ($70,798.09) |
| 12667CAB8 | Buy | 09/27/2006 | $ 500,000.00 | 100.00% | ($500,000.00) |
| 12667CAB8 | Sell | 10/24/2006 | $ 1,178.94 | 100.00% | $1,178.94 |
| 12667CAB8 | Sell | 11/27/2006 | $ 12,939.47 | 100.00% | $12,939.47 |
| 12667CAB8 | Sell | 12/26/2006 | $ 9,599.74 | 100.00% | $9,599.74 |
| 12667CAB8 | Sell | 01/25/2007 | $ 17,214.46 | 100.00% | $17,214.46 |
| 12667CAB8 | Sell | 02/26/2007 | $ 18,938.16 | 100.00% | $18,938.16 |
| 12667CAB8 | Sell | 03/26/2007 | $ 18,576.32 | 100.00% | $18,576.32 |
| 12667CAB8 | Sell | 04/25/2007 | $ 25,539.69 | 100.00% | $25,539.69 |
| 12667CAB8 | Sell | 05/25/2007 | $ 15,483.45 | 100.00% | $15,483.45 |
| 12667CAB8 | Sell | 06/25/2007 | $ 14,294.80 | 100.00% | $14,294.80 |
| 12667CAB8 | Sell | 07/25/2007 | $ 16,279.11 | 100.00% | $16,279.11 |
| 12667CAB8 | Sell | 08/27/2007 | $ 20,882.55 | 100.00% | $20,882.55 |
| 12667CAB8 | Sell | 09/25/2007 | $ 18,983.36 | 100.00% | $18,983.36 |
| 12667CAB8 | Sell | 10/25/2007 | $ 14,458.16 | 100.00% | $14,458.16 |
| 12667CAB8 | Sell | 11/26/2007 | $ 12,849.31 | 100.00% | $12,849.31 |
| 12667CAB8 | Sell | 12/26/2007 | $ 16,538.20 | 100.00% | $16,538.20 |
| 12667CAB8 | Buy | 03/25/2008 | $ 43,267.20 | 97.66% | ($42,254.19) |
| 12667CAB8 | Sell | 01/25/2010 | $ 1,931.91 | 100.00% | $1,931.96 |
| 12666TAD8 | Buy | 09/28/2006 | $ 1,000,000.00 | 102.64% | ($1,026,370.00) |
| 23245GAC5 | Buy | 11/08/2006 | $ 255,000.00 | 100.00% | ($255,000.00) |
| 1266733A8 | Buy | 02/16/2006 | $ 6,500,000.00 | 100.17% | ($6,511,180.00) |
| 1266733A8 | Sell | 09/25/2006 | $ 256,404.33 | 100.00% | $256,404.33 |
| 1266733A8 | Sell | 10/24/2006 | $ 370,923.61 | 100.00% | $370,923.61 |
| 1266733A8 | Sell | 11/27/2006 | $ 341,951.29 | 100.00% | $341,951.29 |
| 1266733A8 | Sell | 12/26/2006 | $ 498,127.63 | 100.00% | $498,127.63 |
| 1266733A8 | Sell | 01/25/2007 | $ 1,203,875.01 | 100.00% | $1,203,875.01 |
| 1266733A8 | Sell | 02/26/2007 | $ 1,231,450.87 | 100.00% | $1,231,450.87 |
| 1266733A8 | Sell | 03/26/2007 | $ 345,360.15 | 100.00% | $345,360.15 |
| 1266733A8 | Sell | 04/25/2007 | $ 461,057.22 | 100.00% | $461,057.22 |
| 1266733A8 | Sell | 05/25/2007 | $ 481,515.45 | 100.00% | $481,515.45 |
| 1266733A8 | Sell | 06/25/2007 | $ 412,231.95 | 100.00% | $412,231.95 |
| 1266733A8 | Sell | 07/25/2007 | $ 190,140.93 | 100.00% | $190,140.93 |
| 1266733A8 | Sell | 08/27/2007 | $ 121,488.51 | 100.00% | $121,488.51 |
| 1266733A8 | Sell | 09/25/2007 | $ 73,230.63 | 100.00% | $73,230.63 |
| 1266733A8 | Sell | 10/25/2007 | $ 136,110.13 | 100.00% | $136,110.13 |
| 1266733A8 | Sell | 11/26/2007 | $ 65,926.32 | 100.00% | $65,926.32 |
| 1266733A8 | Sell | 12/26/2007 | $ 144,809.99 | 100.00% | $144,809.99 |
| 1266733A8 | Sell | 01/25/2008 | $ 165,395.98 | 100.00% | $165,395.98 |
| 12666BAB1 | Buy | 11/14/2006 | $ 800,000.00 | 100.00% | ($800,000.00) |
| 12666BAB1 | Sell | 12/26/2006 | $ 3,663.38 | 100.00% | $3,663.38 |
| 12666BAB1 | Sell | 01/24/2007 | $ 12,784.43 | 100.00% | $12,784.43 |
| 12666BAB1 | Sell | 02/26/2007 | $ 12,188.97 | 100.00% | $12,188.97 |
| 12666BAB1 | Sell | 03/26/2007 | $ 15,846.19 | 100.00% | $15,846.19 |
| 12666BAB1 | Sell | 04/24/2007 | $ 19,515.42 | 100.00% | $19,515.42 |
| 12666BAB1 | Sell | 05/25/2007 | $ 30,374.78 | 100.00% | $30,374.78 |
| 12666BAB1 | Sell | 06/25/2007 | $ 27,617.45 | 100.00% | $27,617.45 |
| 12666BAB1 | Sell | 07/24/2007 | $ 15,344.86 | 100.00% | $15,344.86 |

## Schedule A

| CUSIP | Action | Date | Amount | % | Net |
|---|---|---|---:|---:|---:|
| 12666BAB1 | Sell | 08/27/2007 | $ 18,739.96 | 100.00% | $18,739.96 |
| 12666BAB1 | Sell | 09/24/2007 | $ 18,343.77 | 100.00% | $18,343.77 |
| 12666BAB1 | Buy | 10/12/2007 | $ 156,395.20 | 99.27% | ($155,247.26) |
| 12666BAB1 | Sell | 10/25/2007 | $ 29,864.66 | 100.00% | $29,864.66 |
| 12666BAB1 | Sell | 11/26/2007 | $ 18,011.27 | 100.00% | $18,011.27 |
| 12666BAB1 | Sell | 12/26/2007 | $ 26,411.61 | 100.00% | $26,411.61 |
| 126670VY1 | Buy | 07/23/2007 | $ 1,030,000.00 | 99.38% | ($1,023,562.50) |
| 02150WAA1 | Buy | 05/22/2008 | $ 1,086,675.54 | 90.25% | ($980,724.67) |
| 126670CH9 | Buy | 09/12/2005 | $ 1,000,000.00 | 100.00% | ($999,980.00) |
| 23243HAB7 | Buy | 10/12/2007 | $ 385,809.66 | 99.27% | ($382,977.82) |
| 23243HAB7 | Sell | 10/24/2007 | $ 6,359.82 | 100.00% | $6,359.82 |
| 23243HAB7 | Sell | 11/26/2007 | $ 11,774.84 | 100.00% | $11,774.84 |
| 23243HAB7 | Sell | 12/26/2007 | $ 12,981.21 | 100.00% | $12,981.21 |
| 126670ZK7 | Buy | 03/20/2006 | $ 300,000.00 | 100.00% | ($300,000.00) |
| 126670ZK7 | Sell | 04/24/2006 | $ 5,079.77 | 100.00% | $5,079.77 |
| 126670ZK7 | Sell | 05/24/2006 | $ 8,626.03 | 100.00% | $8,626.03 |
| 126670ZK7 | Sell | 06/26/2006 | $ 9,641.90 | 100.00% | $9,641.90 |
| 126670ZK7 | Sell | 07/24/2006 | $ 9,480.47 | 100.00% | $9,480.47 |
| 126670ZK7 | Sell | 08/25/2006 | $ 12,939.04 | 100.00% | $12,939.04 |
| 126670ZK7 | Sell | 09/25/2006 | $ 22,902.59 | 100.00% | $22,902.59 |
| 126670ZK7 | Sell | 10/24/2006 | $ 20,720.14 | 100.00% | $20,720.14 |
| 126670ZK7 | Sell | 11/27/2006 | $ 26,594.39 | 100.00% | $26,594.39 |
| 126670ZK7 | Sell | 12/26/2006 | $ 24,119.52 | 100.00% | $24,119.52 |
| 126670ZK7 | Sell | 01/25/2007 | $ 22,043.63 | 100.00% | $22,043.63 |
| 126670ZK7 | Sell | 02/26/2007 | $ 19,831.85 | 100.00% | $19,831.85 |
| 126670ZK7 | Sell | 03/26/2007 | $ 20,531.62 | 100.00% | $20,531.62 |
| 126670ZK7 | Sell | 04/25/2007 | $ 19,137.87 | 100.00% | $19,137.87 |
| 126670ZK7 | Sell | 05/25/2007 | $ 18,396.27 | 100.00% | $18,396.27 |
| 126670ZK7 | Sell | 06/25/2007 | $ 14,825.06 | 100.00% | $14,825.06 |
| 126670ZK7 | Sell | 07/25/2007 | $ 10,779.58 | 100.00% | $10,779.58 |
| 126670ZK7 | Sell | 08/27/2007 | $ 11,075.67 | 100.00% | $11,075.67 |
| 126670ZK7 | Sell | 09/25/2007 | $ 8,452.98 | 100.00% | $8,452.98 |
| 126670ZK7 | Sell | 10/25/2007 | $ 8,677.28 | 100.00% | $8,677.28 |
| 126670ZK7 | Sell | 11/26/2007 | $ 6,144.34 | 100.00% | $6,144.34 |
| 126670YG7 | Buy | 07/23/2007 | $ 620,000.00 | 99.38% | ($616,125.00) |
| 126670GT9 | Buy | 03/07/2006 | $ 350,000.00 | 99.74% | ($349,097.00) |
| 126685AR7 | Sell | 03/14/2006 | $ 102,861.80 | 100.00% | $102,861.80 |
| 126685AR7 | Sell | 04/17/2006 | $ 141,755.04 | 100.00% | $141,755.04 |
| 126685AR7 | Sell | 05/15/2006 | $ 109,014.80 | 100.00% | $109,014.80 |
| 126685AR7 | Sell | 06/15/2006 | $ 143,160.16 | 100.00% | $143,160.16 |
| 126685AR7 | Sell | 07/17/2006 | $ 130,994.84 | 100.00% | $130,994.84 |
| 126685AR7 | Sell | 08/14/2006 | $ 150,367.72 | 100.00% | $150,367.72 |
| 126685AR7 | Sell | 09/14/2006 | $ 142,787.68 | 100.00% | $142,787.68 |
| 126685AR7 | Sell | 10/16/2006 | $ 123,362.28 | 100.00% | $123,362.28 |
| 126685AR7 | Sell | 11/15/2006 | $ 141,199.96 | 100.00% | $141,199.96 |

## Schedule A

| | | | | | |
|---|---|---|---|---|---|
| 126685AR7 | Sell | 12/15/2006 | $ 123,180.72 | 100.00% | $123,180.72 |
| 126685AR7 | Sell | 01/16/2007 | $ 125,816.40 | 100.00% | $125,816.40 |
| 126685AR7 | Sell | 02/15/2007 | $ 110,863.64 | 100.00% | $110,863.64 |
| 126685AR7 | Sell | 03/14/2007 | $ 80,721.84 | 100.00% | $80,721.84 |
| 126685AR7 | Sell | 04/16/2007 | $ 92,738.52 | 100.00% | $92,738.52 |
| 126685AR7 | Sell | 05/15/2007 | $ 69,832.00 | 100.00% | $69,832.00 |
| 126685AR7 | Sell | 06/15/2007 | $ 86,463.08 | 100.00% | $86,463.08 |
| 126685AR7 | Sell | 07/16/2007 | $ 67,254.36 | 100.00% | $67,254.36 |
| 126685AR7 | Sell | 08/15/2007 | $ 53,145.80 | 100.00% | $53,145.80 |
| 126685AR7 | Sell | 09/17/2007 | $ 33,140.12 | 100.00% | $33,140.12 |
| 126685AR7 | Sell | 10/15/2007 | $ 32,263.60 | 100.00% | $32,263.60 |
| 126685AR7 | Sell | 11/15/2007 | $ 23,229.38 | 100.00% | $23,229.38 |
| 126685AR7 | Sell | 12/17/2007 | $ 16,149.50 | 100.00% | $16,149.50 |
| 12666RAC4 | Buy | 04/27/2007 | $ 1,000,000.00 | 100.48% | ($1,004,840.00) |
| 126670HH4 | Buy | 06/05/2008 | $ 985,000.00 | 87.00% | ($856,950.00) |
| 126670XM5 | Buy | 08/10/2006 | $ 1,216,490.45 | 100.11% | ($1,217,816.42) |
| 126670XM5 | Sell | 08/25/2006 | $ 53,761.88 | 100.00% | $53,761.88 |
| 126670XM5 | Sell | 09/25/2006 | $ 45,459.64 | 100.00% | $45,459.64 |
| 126670XM5 | Sell | 10/24/2006 | $ 47,437.92 | 100.00% | $47,437.92 |
| 126670XM5 | Sell | 11/27/2006 | $ 64,133.40 | 100.00% | $64,133.40 |
| 126670XM5 | Sell | 12/26/2006 | $ 55,190.31 | 100.00% | $55,190.31 |
| 126670XM5 | Sell | 01/25/2007 | $ 38,160.15 | 100.00% | $38,160.15 |
| 126670XM5 | Sell | 02/26/2007 | $ 28,422.98 | 100.00% | $28,422.98 |
| 126670XM5 | Sell | 03/26/2007 | $ 26,834.08 | 100.00% | $26,834.08 |
| 126670XM5 | Sell | 04/25/2007 | $ 29,102.59 | 100.00% | $29,102.59 |
| 126670XM5 | Sell | 05/25/2007 | $ 33,419.11 | 100.00% | $33,419.11 |
| 126670XM5 | Sell | 06/25/2007 | $ 41,929.83 | 100.00% | $41,929.83 |
| 126670XM5 | Sell | 07/25/2007 | $ 15,709.79 | 100.00% | $15,709.79 |
| 126670XM5 | Sell | 08/27/2007 | $ 26,773.58 | 100.00% | $26,773.58 |
| 126670XM5 | Sell | 09/25/2007 | $ 34,835.37 | 100.00% | $34,835.37 |
| 126670XM5 | Sell | 10/25/2007 | $ 60,334.19 | 100.00% | $60,334.19 |
| 126670XM5 | Sell | 11/26/2007 | $ 71,814.03 | 100.00% | $71,814.03 |
| 126670XM5 | Sell | 12/26/2007 | $ 34,721.93 | 100.00% | $34,721.93 |
| 126673N81 | Buy | 04/05/2006 | $ 700,000.00 | 95.98% | ($671,888.00) |
| 12666UAG8 | Buy | 01/03/2007 | $ 350,000.00 | 100.86% | ($352,992.50) |
| 12667320 | Buy | 02/16/2006 | $ 5,000,000.00 | 100.18% | ($5,009,200.00) |
| 12667320 | Sell | 10/24/2006 | $ 193,169.05 | 100.00% | $193,169.05 |
| 12667320 | Sell | 11/27/2006 | $ 290,959.50 | 100.00% | $290,959.50 |
| 12667320 | Sell | 12/26/2006 | $ 265,945.30 | 100.00% | $265,945.30 |
| 12667320 | Sell | 01/25/2007 | $ 246,840.90 | 100.00% | $246,840.90 |
| 12667320 | Sell | 02/26/2007 | $ 266,584.90 | 100.00% | $266,584.90 |
| 12667320 | Sell | 03/26/2007 | $ 221,163.85 | 100.00% | $221,163.85 |
| 12667320 | Sell | 04/25/2007 | $ 167,444.69 | 100.00% | $167,444.69 |
| 12667320 | Sell | 05/25/2007 | $ 273,861.10 | 100.00% | $273,861.10 |
| 12667320 | Sell | 06/25/2007 | $ 518,100.20 | 100.00% | $518,100.20 |
| 12667320 | Sell | 07/25/2007 | $ 423,568.60 | 100.00% | $423,568.60 |
| 12667320 | Sell | 08/27/2007 | $ 226,748.55 | 100.00% | $226,748.55 |

## Schedule A

| | | | | | | |
|---|---|---|---|---|---|---|
| 12667320 | Sell | 09/25/2007 | $ | 172,322.95 | 100.00% | $172,322.95 |
| 12667320 | Sell | 10/25/2007 | $ | 158,368.40 | 100.00% | $158,368.40 |
| 12667320 | Sell | 11/26/2007 | $ | 139,708.75 | 100.00% | $139,708.75 |
| 12667320 | Sell | 12/26/2007 | $ | 87,818.40 | 100.00% | $87,818.40 |
| 12667320 | Sell | 11/25/2008 | $ | 15,801.71 | 100.00% | $15,801.74 |
| | | | | | | |
| 12666VAB7 | Buy | 09/08/2006 | $ | 800,000.00 | 100.00% | ($800,000.00) |
| 12666VAB7 | Sell | 10/24/2006 | $ | 16,083.61 | 100.00% | $16,083.61 |
| 12666VAB7 | Sell | 11/24/2006 | $ | 18,421.16 | 100.00% | $18,421.16 |
| 12666VAB7 | Sell | 12/26/2006 | $ | 28,896.22 | 100.00% | $28,896.22 |
| 12666VAB7 | Sell | 01/25/2007 | $ | 18,006.19 | 100.00% | $18,006.19 |
| 12666VAB7 | Sell | 02/26/2007 | $ | 37,592.03 | 100.00% | $37,592.03 |
| 12666VAB7 | Sell | 03/26/2007 | $ | 35,403.22 | 100.00% | $35,403.22 |
| 12666VAB7 | Sell | 04/25/2007 | $ | 43,414.69 | 100.00% | $43,414.69 |
| 12666VAB7 | Sell | 05/25/2007 | $ | 42,150.57 | 100.00% | $42,150.57 |
| 12666VAB7 | Sell | 06/25/2007 | $ | 49,769.34 | 100.00% | $49,769.34 |
| 12666VAB7 | Sell | 07/25/2007 | $ | 18,857.04 | 100.00% | $18,857.04 |
| 12666VAB7 | Sell | 08/27/2007 | $ | 31,803.88 | 100.00% | $31,803.88 |
| 12666VAB7 | Sell | 09/25/2007 | $ | 20,193.91 | 100.00% | $20,193.91 |
| 12666VAB7 | Buy | 10/12/2007 | $ | 109,852.04 | 99.27% | ($109,045.73) |
| 12666VAB7 | Sell | 10/25/2007 | $ | 40,296.05 | 100.00% | $40,296.05 |
| 12666VAB7 | Sell | 11/26/2007 | $ | 36,786.52 | 100.00% | $36,786.52 |
| 12666VAB7 | Sell | 12/26/2007 | $ | 21,754.34 | 100.00% | $21,754.34 |
| 12666VAB7 | Buy | 03/25/2008 | $ | 35,240.80 | 97.99% | ($34,532.42) |
| 12666VAB7 | Sell | 01/25/2010 | $ | 12,627.36 | 100.00% | $12,627.39 |
| | | | | | | |
| 1266733V2 | Buy | 07/22/2005 | $ | 615,000.00 | 100.00% | ($615,000.00) |
| 1266733V2 | Buy | 07/22/2005 | $ | 230,000.00 | 100.00% | ($230,000.00) |
| 1266733V2 | Sell | 09/26/2005 | $ | 50,203.91 | 100.00% | $50,203.91 |
| 1266733V2 | Sell | 09/26/2005 | $ | 18,775.45 | 100.00% | $18,775.45 |
| 1266733V2 | Sell | 10/25/2005 | $ | 9,742.68 | 100.00% | $9,742.68 |
| 1266733V2 | Sell | 10/25/2005 | $ | 26,051.07 | 100.00% | $26,051.07 |
| 1266733V2 | Sell | 11/25/2005 | $ | 16,160.85 | 100.00% | $16,160.85 |
| 1266733V2 | Sell | 11/25/2005 | $ | 43,212.70 | 100.00% | $43,212.70 |
| 1266733V2 | Sell | 12/27/2005 | $ | 36,574.25 | 100.00% | $36,574.25 |
| 1266733V2 | Sell | 12/27/2005 | $ | 13,678.17 | 100.00% | $13,678.17 |
| 1266733V2 | Sell | 01/03/2006 | $ | 171,642.85 | 99.84% | $171,375.09 |
| 1266733V2 | Sell | 01/24/2006 | $ | 31,505.03 | 100.00% | $31,505.03 |
| 1266733V2 | Sell | 02/27/2006 | $ | 35,952.34 | 100.00% | $35,952.34 |
| 1266733V2 | Sell | 03/27/2006 | $ | 44,748.25 | 100.00% | $44,748.25 |
| 1266733V2 | Sell | 04/24/2006 | $ | 48,515.51 | 100.00% | $48,515.51 |
| 1266733V2 | Sell | 05/24/2006 | $ | 62,154.67 | 100.00% | $62,154.67 |
| 1266733V2 | Sell | 06/26/2006 | $ | 71,190.02 | 100.00% | $71,190.02 |
| 1266733V2 | Sell | 07/25/2006 | $ | 70,569.85 | 100.00% | $70,569.85 |
| 1266733V2 | Sell | 08/25/2006 | $ | 52,271.45 | 100.00% | $52,271.45 |
| 1266733V2 | Sell | 09/28/2006 | $ | 42,050.95 | 100.00% | $42,050.95 |
| | | | | | | |
| 23243WAB4 | Buy | 09/19/2006 | $ | 500,000.00 | 100.00% | ($500,000.00) |
| 23243WAB4 | Sell | 10/25/2006 | $ | 5,965.62 | 100.00% | $5,965.62 |
| 23243WAB4 | Sell | 11/27/2006 | $ | 12,757.24 | 100.00% | $12,757.24 |
| 23243WAB4 | Sell | 12/26/2006 | $ | 12,168.75 | 100.00% | $12,168.75 |
| 23243WAB4 | Sell | 01/25/2007 | $ | 13,841.25 | 100.00% | $13,841.25 |
| 23243WAB4 | Sell | 02/26/2007 | $ | 18,623.37 | 100.00% | $18,623.37 |

**Schedule A**

| | | | | | | |
|---|---|---|---|---|---|---|
| 23243WAB4 | Sell | 03/26/2007 | $ | 18,670.73 | 100.00% | $18,670.73 |
| 23243WAB4 | Sell | 04/25/2007 | $ | 25,351.82 | 100.00% | $25,351.82 |
| 23243WAB4 | Sell | 05/25/2007 | $ | 22,422.63 | 100.00% | $22,422.63 |
| 23243WAB4 | Sell | 06/25/2007 | $ | 22,967.94 | 100.00% | $22,967.94 |
| 23243WAB4 | Sell | 07/25/2007 | $ | 18,551.54 | 100.00% | $18,551.54 |
| 23243WAB4 | Sell | 08/27/2007 | $ | 17,487.67 | 100.00% | $17,487.67 |
| 23243WAB4 | Sell | 09/25/2007 | $ | 16,908.33 | 100.00% | $16,908.33 |
| 23243WAB4 | Sell | 10/25/2007 | $ | 12,779.72 | 100.00% | $12,779.72 |
| 23243WAB4 | Sell | 11/26/2007 | $ | 15,992.37 | 100.00% | $15,992.37 |
| 23243WAB4 | Sell | 12/26/2007 | $ | 12,134.02 | 100.00% | $12,134.02 |
| 23243WAB4 | Buy | 03/18/2008 | $ | 44,753.34 | 95.03% | ($42,529.64) |
| | | | | | | |
| 12666TAC0 | Buy | 09/14/2007 | $ | 595,000.00 | 99.00% | ($589,050.00) |
| | | | | | | |
| 232434AW0 | Buy | 11/10/2006 | $ | 675,348.46 | 100.00% | ($675,348.46) |
| 232434AW0 | Sell | 11/27/2006 | $ | 24,721.30 | 100.00% | $24,721.30 |
| 232434AW0 | Sell | 12/26/2006 | $ | 20,042.85 | 100.00% | $20,042.85 |
| 232434AW0 | Sell | 01/24/2007 | $ | 34,550.01 | 100.00% | $34,550.01 |
| 232434AW0 | Sell | 02/26/2007 | $ | 35,761.53 | 100.00% | $35,761.53 |
| 232434AW0 | Sell | 03/26/2007 | $ | 40,473.79 | 100.00% | $40,473.79 |
| 232434AW0 | Sell | 04/25/2007 | $ | 23,576.76 | 100.00% | $23,576.76 |
| 232434AW0 | Sell | 05/25/2007 | $ | 19,243.01 | 100.00% | $19,243.01 |
| 232434AW0 | Sell | 06/25/2007 | $ | 23,705.28 | 100.00% | $23,705.28 |
| 232434AW0 | Sell | 07/25/2007 | $ | 18,920.65 | 100.00% | $18,920.65 |
| 232434AW0 | Sell | 08/27/2007 | $ | 16,839.20 | 100.00% | $16,839.20 |
| 232434AW0 | Sell | 09/25/2007 | $ | 19,334.26 | 100.00% | $19,334.26 |
| 232434AW0 | Sell | 10/25/2007 | $ | 11,794.01 | 100.00% | $11,794.01 |
| 232434AW0 | Sell | 11/26/2007 | $ | 13,822.73 | 100.00% | $13,822.73 |
| 232434AW0 | Sell | 12/26/2007 | $ | 11,172.15 | 100.00% | $11,172.15 |
| 232434AW0 | Sell | 12/28/2009 | $ | 7,536.20 | 100.00% | $7,536.17 |