# EXHIBIT B

## SUMMARY:
## General Board Losses From Countrywide Mortgage-Backed Certificates Investments

| Security ID | Par Value Purchased | Expenditure | Par Value Sold | Proceeds | Par Value Retained | Current Price | Current Value of Retained Securities | Gain / (Loss) |
|---|---|---|---|---|---|---|---|---|
| **TOTAL** | $59,167,411.62 | $58,613,089.11 | $26,403,451.35 | $25,244,444.55 | $32,763,960.27 | | $22,473,109.07 | **($10,895,535.49)** |
| | | | | | | | | |
| **Subtotals by Individual Security:** | | | | | | | | |
| 126670ZL5 | $1,290,000.00 | $1,281,937.50 | $45,767.14 | $45,767.14 | $1,244,232.86 | 77.97% a | $970,128.36 | ($266,042.00) |
| 126670AD0 | $1,000,000.00 | $982,340.00 | $0.00 | $0.00 | $1,000,000.00 | 50.13% a | $501,300.00 | ($481,040.00) |
| 12666CAB9 | $1,800,000.00 | $1,800,000.00 | $571,687.35 | $571,687.35 | $1,228,312.65 | 97.25% a | $1,194,534.05 | ($33,778.60) |
| 126673X56 | $625,415.91 | $625,465.94 | $625,415.91 | $625,415.91 | $0.00 | | $0.00 | ($50.03) |
| 126670WD6 | $2,500,000.00 | $2,500,000.00 | $0.00 | $0.00 | $2,500,000.00 | 62.00% a | $1,550,000.00 | ($950,000.00) |
| 126670GR3 | $1,250,000.00 | $1,257,037.50 | $0.00 | $0.00 | $1,250,000.00 | 46.31% a | $578,875.00 | ($678,162.50) |
| 126670HG6 | $925,000.00 | $814,000.00 | $0.00 | $0.00 | $925,000.00 | 79.53% a | $735,652.50 | ($78,347.50) |
| 126685AU0 | $1,393,944.51 | $1,395,909.97 | $1,305,460.06 | $913,991.65 | $88,484.45 | 17.72% a | $15,679.44 | ($466,238.88) |
| 12666RAF7 | $500,000.00 | $507,500.00 | $0.00 | $0.00 | $500,000.00 | 61.97% a | $309,850.00 | ($197,650.00) |
| 126670RA8 | $645,000.00 | $645,000.00 | $645,000.00 | $645,000.00 | $0.00 | | $0.00 | $0.00 |
| 12666UAA1 | $1,624,912.98 | $1,624,105.54 | $761,315.20 | $761,315.20 | $863,597.78 | 97.28% a | $840,107.92 | ($22,682.42) |
| 126673X64 | $5,000,000.00 | $5,005,450.00 | $3,823,353.90 | $3,823,353.90 | $1,176,646.10 | 70.94% a | $834,683.33 | ($347,412.77) |
| 23242FAB2 | $600,000.00 | $600,000.00 | $363,145.76 | $363,145.76 | $236,854.24 | 99.31% a | $235,225.87 | ($1,628.37) |
| 126670BP2 | $6,000,000.00 | $6,009,840.00 | $1,776,024.48 | $1,776,024.48 | $4,223,975.52 | 88.09% a | $3,720,900.04 | ($512,915.48) |
| 12667CAB8 | $543,267.20 | $542,254.19 | $235,687.63 | $235,687.68 | $307,579.57 | 98.78% a | $303,830.94 | ($2,735.57) |
| 12666TAD8 | $1,000,000.00 | $1,026,370.00 | $0.00 | $0.00 | $1,000,000.00 | 33.78% a | $337,800.00 | ($688,570.00) |
| 1266733A8 | $6,500,000.00 | $6,511,180.00 | $6,500,000.00 | $6,500,000.00 | $0.00 | | $0.00 | ($11,180.00) |
| 12666BAB1 | $956,395.00 | $955,247.26 | $248,706.75 | $248,706.75 | $707,688.25 | 95.75% a | $677,611.50 | ($28,929.01) |
| 126670VY1 | $1,030,000.00 | $1,023,562.50 | $0.00 | $0.00 | $1,030,000.00 | 81.69% a | $841,407.00 | ($182,155.50) |
| 126670CH9 | $1,000,000.00 | $999,980.00 | $0.00 | $0.00 | $1,000,000.00 | 77.34% a | $773,400.00 | ($226,580.00) |
| 23243HAB7 | $385,809.66 | $382,977.82 | $31,115.87 | $31,115.87 | $354,693.79 | 94.97% a | $336,852.69 | ($15,009.26) |
| 126670ZK7 | $300,000.00 | $300,000.00 | $300,000.00 | $300,000.00 | $0.00 | | $0.00 | $0.00 |
| 126670YG7 | $620,000.00 | $616,125.00 | $0.00 | $0.00 | $620,000.00 | 80.13% a | $496,806.00 | ($119,319.00) |
| 126670GT9 | $350,000.00 | $349,097.00 | $0.00 | $0.00 | $350,000.00 | 71.47% a | $250,138.00 | ($98,959.00) |
| 12666RAC4 | $1,000,000.00 | $1,004,840.00 | $0.00 | $0.00 | $1,000,000.00 | 52.09% a | $520,900.00 | ($483,940.00) |
| 126670HH4 | $985,000.00 | $856,950.00 | $0.00 | $0.00 | $985,000.00 | 44.94% a | $442,659.00 | ($414,291.00) |
| 126670XM5 | $1,216,490.45 | $1,217,816.42 | $708,040.78 | $708,040.78 | $508,449.67 | 78.31% a | $398,166.94 | ($111,608.70) |
| 126673N81 | $700,000.00 | $671,888.00 | $0.00 | $0.00 | $700,000.00 | 62.31% a | $436,170.00 | ($235,718.00) |

## SUMMARY:
## General Board Losses From Countrywide Mortgage-Backed Certificates Investments

| CUSIP | | | | | | | | |
|---|---|---|---|---|---|---|---|---|
| 12666UAG8 | $350,000.00 | $352,992.50 | $0.00 | $0.00 | $350,000.00 | 63.25% a | $221,375.00 | ($131,617.50) |
| 12667320 | $5,000,000.00 | $5,009,200.00 | $3,668,406.85 | $3,668,406.88 | $1,331,593.15 | 63.81% a | $849,722.88 | ($491,070.24) |
| 12666VAB7 | $945,092.84 | $943,578.15 | $472,056.13 | $472,056.16 | $473,036.71 | 98.78% a | $467,271.58 | ($4,250.41) |
| 1266733V2 | $845,000.00 | $845,000.00 | $845,000.00 | $844,732.24 | $0.00 | | $0.00 | ($267.76) |
| 23243WAB4 | $544,753.34 | $542,529.64 | $246,623.00 | $246,623.00 | $298,130.34 | 99.94% a | $297,951.46 | $2,044.82 |
| 12666VAC5 | $610,000.00 | $420,900.00 | $0.00 | $0.00 | $610,000.00 | 60.75% a | $370,575.00 | ($50,325.00) |
| 12666TAC0 | $595,000.00 | $589,050.00 | $0.00 | $0.00 | $595,000.00 | 39.06% a | $232,407.00 | ($356,643.00) |
| 126670SP4 | $4,430,000.00 | $4,425,171.30 | $1,762,705.06 | $995,433.86 | $2,667,294.94 | 50.00% b | $1,333,647.47 | ($2,096,089.97) |
| 23245GAC5 | $255,000.00 | $255,000.00 | $0.00 | $0.00 | $255,000.00 | 1.00% b | $2,550.00 | ($252,450.00) |
| 232434AW0 | $675,348.46 | $675,348.46 | $675,348.00 | $675,348.46 | $0.46 | b | $0.00 | $0.00 |
| 12668RAA6 | $1,100,207.42 | $1,100,207.42 | $196,854.04 | $196,854.04 | $903,353.38 | 46.00% b | $415,542.55 | ($487,810.83) |
| 12668AVP7 | $92,855.56 | $70,798.09 | $0.00 | $0.00 | $92,855.56 | 60.00% b | $55,713.34 | ($15,084.75) |
| 12666TAH9 | $896,242.75 | $895,714.24 | $595,737.44 | $595,737.44 | $300,505.31 | 0.00% b | $0.00 | ($299,976.80) |
| 02150WAA1 | $1,086,675.54 | $980,724.67 | $0.00 | $0.00 | $1,086,675.54 | 85.00% b | $923,674.21 | ($57,050.46) |

a -- Prices obtained from Bloomberg L.P. market price quotation service.
b -- Prices obtained from broker-dealer price quotations.

**DETAIL:**

**General Board Transactions in, and Losses From, Countrywide Mortgage-Backed Certificates**

| Security ID | Date | Par Value Purchased | Price | Expenditure | Par Value Sold | Price | Proceeds | Par Value Retained | Current Price | Current Value of Retained Securities | Gain / (Loss) |
|---|---|---|---|---|---|---|---|---|---|---|---|
| 126670ZL5 | 7/23/2007 | $1,290,000.00 | 99.38% | $1,281,937.50 | | | | | | | |
| 126670ZL5 | 11/26/2007 | | | | $17,526.64 | 100.00% | $17,526.64 | | | | |
| 126670ZL5 | 12/26/2007 | | | | $28,240.05 | 100.00% | $28,240.50 | | | | |
| **126670ZL5** | **Totals** | **$1,290,000.00** | | **$1,281,937.50** | **$45,767.14** | | **$45,767.14** | **$1,244,232.86** | **77.97% a** | **$970,128.36** | **($266,042.00)** |
| **126670AD0** | **01/30/07** | **$1,000,000.00** | **98.23%** | **$982,340.00** | **$0.00** | | **$0.00** | **$1,000,000.00** | **50.13% a** | **$501,300.00** | **($481,040.00)** |
| 12666CAB9 | 11/22/2006 | $400,000.00 | 100.00% | $400,000.00 | | | | | | | |
| 12666CAB9 | 11/27/2006 | $1,400,000.00 | 100.00% | $1,400,000.00 | | | | | | | |
| 12666CAB9 | 12/26/2006 | | | | $19,379.24 | 100.00% | $19,379.24 | | | | |
| 12666CAB9 | 01/25/2007 | | | | $34,179.19 | 100.00% | $34,179.19 | | | | |
| 12666CAB9 | 02/26/2007 | | | | $55,664.78 | 100.00% | $55,664.78 | | | | |
| 12666CAB9 | 03/26/2007 | | | | $24,081.07 | 100.00% | $24,081.07 | | | | |
| 12666CAB9 | 04/24/2007 | | | | $43,349.09 | 100.00% | $43,349.09 | | | | |
| 12666CAB9 | 05/25/2007 | | | | $61,624.93 | 100.00% | $61,624.93 | | | | |
| 12666CAB9 | 06/25/2007 | | | | $68,124.15 | 100.00% | $68,124.15 | | | | |
| 12666CAB9 | 07/25/2007 | | | | $43,851.40 | 100.00% | $43,851.40 | | | | |
| 12666CAB9 | 08/27/2007 | | | | $61,788.58 | 100.00% | $61,788.58 | | | | |
| 12666CAB9 | 09/25/2007 | | | | $32,566.52 | 100.00% | $32,566.52 | | | | |
| 12666CAB9 | 10/25/2007 | | | | $39,505.45 | 100.00% | $39,505.45 | | | | |
| 12666CAB9 | 11/26/2007 | | | | $45,405.00 | 100.00% | $45,405.00 | | | | |
| 12666CAB9 | 12/26/2007 | | | | $42,167.95 | 100.00% | $42,167.95 | | | | |
| **12666CAB9** | **Totals** | **$1,800,000.00** | | **$1,800,000.00** | **$571,687.35** | | **$571,687.35** | **$1,228,312.65** | **97.25% a** | **$1,194,534.05** | **($33,778.60)** |
| 126673X56 | 11/08/2005 | $625,415.91 | 100.00% | $625,465.94 | | | | | | | |
| 126673X56 | 11/25/2005 | | | | $39,587.45 | 100.00% | $39,587.45 | | | | |
| 126673X56 | 12/27/2005 | | | | $45,532.37 | 100.00% | $45,532.37 | | | | |
| 126673X56 | 01/24/2006 | | | | $48,625.70 | 100.00% | $48,625.70 | | | | |
| 126673X56 | 02/24/2006 | | | | $56,387.51 | 100.00% | $56,387.51 | | | | |
| 126673X56 | 03/27/2006 | | | | $54,526.42 | 100.00% | $54,526.42 | | | | |
| 126673X56 | 04/25/2006 | | | | $64,414.46 | 100.00% | $64,414.46 | | | | |
| 126673X56 | 05/24/2006 | | | | $56,208.40 | 100.00% | $56,208.40 | | | | |

**DETAIL:**

**General Board Transactions in, and Losses From, Countrywide Mortgage-Backed Certificates**

| CUSIP | Date | Col3 | Col4 | Col5 | Col6 | Col7 | Col8 | Col9 | Col10 | Col11 | Col12 |
|---|---|---|---|---|---|---|---|---|---|---|---|
| 126673X56 | 06/26/2006 | | | | $83,442.13 | 100.00% | $83,442.13 | | | | |
| 126673X56 | 07/25/2006 | | | | $71,650.57 | 100.00% | $71,650.57 | | | | |
| 126673X56 | 08/25/2006 | | | | $62,528.27 | 100.00% | $62,528.27 | | | | |
| 126673X56 | 09/25/2006 | | | | $42,512.63 | 100.00% | $42,512.63 | | | | |
| **126673X56** | **Totals** | **$625,415.91** | | **$625,465.94** | **$625,415.91** | | **$625,415.91** | **$0.00** | | **$0.00** | **($50.03)** |
| 126670WD6 | 02/16/06 | $2,500,000.00 | 100.00% | $2,500,000.00 | $0.00 | | $0.00 | $2,500,000.00 | 62.00% a | $1,550,000.00 | ($950,000.00) |
| 126670GR3 | 11/06/06 | $1,250,000.00 | 100.56% | $1,257,037.50 | $0.00 | | $0.00 | $1,250,000.00 | 46.31% a | $578,875.00 | ($678,162.50) |
| 126670HG6 | 05/12/08 | $925,000.00 | 88.00% | $814,000.00 | $0.00 | | $0.00 | $925,000.00 | 79.53% a | $735,652.50 | ($78,347.50) |
| 126685AU0 | 10/12/2006 | $1,393,944.51 | 100.14% | $1,395,909.97 | | | | | | | |
| 126685AU0 | 11/15/2006 | | | | $70,396.66 | 100.00% | $70,396.66 | | | | |
| 126685AU0 | 12/15/2006 | | | | $68,185.20 | 100.00% | $68,185.20 | | | | |
| 126685AU0 | 01/16/2007 | | | | $64,170.66 | 100.00% | $64,170.66 | | | | |
| 126685AU0 | 02/14/2007 | | | | $59,285.60 | 100.00% | $59,285.60 | | | | |
| 126685AU0 | 03/14/2007 | | | | $45,503.96 | 100.00% | $45,503.96 | | | | |
| 126685AU0 | 04/16/2007 | | | | $48,072.34 | 100.00% | $48,072.34 | | | | |
| 126685AU0 | 05/15/2007 | | | | $41,750.60 | 100.00% | $41,750.60 | | | | |
| 126685AU0 | 06/15/2007 | | | | $36,107.71 | 100.00% | $36,107.71 | | | | |
| 126685AU0 | 07/16/2007 | | | | $34,894.79 | 100.00% | $34,894.79 | | | | |
| 126685AU0 | 08/15/2007 | | | | $30,195.10 | 100.00% | $30,195.10 | | | | |
| 126685AU0 | 09/17/2007 | | | | $19,568.42 | 100.00% | $19,568.42 | | | | |
| 126685AU0 | 10/15/2007 | | | | $16,688.62 | 100.00% | $16,688.62 | | | | |
| 126685AU0 | 11/15/2007 | | | | $22,612.61 | 100.00% | $22,612.61 | | | | |
| 126685AU0 | 12/17/2007 | | | | $9,408.14 | 100.00% | $9,408.14 | | | | |
| 126685AU0 | 04/25/2008 | | | | $738,619.65 | 47.00% | $347,151.24 | | | | |
| **126685AU0** | **Totals** | **$1,393,944.51** | | **$1,395,909.97** | **$1,305,460.06** | | **$913,991.65** | **$88,484.45** | **17.72% a** | **$15,679.44** | **($466,238.88)** |
| 12666RAF7 | 04/05/07 | $500,000.00 | 101.50% | $507,500.00 | $0.00 | | $0.00 | $500,000.00 | 61.97% a | $309,850.00 | ($197,650.00) |
| 126670RA8 | 12/15/2005 | $645,000.00 | 100.00% | $645,000.00 | | | | | | | |
| 126670RA8 | 01/24/2006 | | | | $5,421.30 | 100.00% | $5,421.30 | | | | |
| 126670RA8 | 02/27/2006 | | | | $10,847.21 | 100.00% | $10,847.21 | | | | |
| 126670RA8 | 03/27/2006 | | | | $17,322.86 | 100.00% | $17,322.86 | | | | |
| 126670RA8 | 04/25/2006 | | | | $30,106.19 | 100.00% | $30,106.19 | | | | |
| 126670RA8 | 05/24/2006 | | | | $32,197.62 | 100.00% | $32,197.62 | | | | |

**DETAIL:**

**General Board Transactions in, and Losses From, Countrywide Mortgage-Backed Certificates**

| | | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|
| 126670RA8 | 06/26/2006 | | | | $46,381.54 | 100.00% | $46,381.54 | | | |
| 126670RA8 | 07/25/2006 | | | | $47,932.58 | 100.00% | $47,932.58 | | | |
| 126670RA8 | 08/25/2006 | | | | $44,918.07 | 100.00% | $44,918.07 | | | |
| 126670RA8 | 09/25/2006 | | | | $53,022.49 | 100.00% | $53,022.49 | | | |
| 126670RA8 | 10/24/2006 | | | | $44,144.05 | 100.00% | $44,144.05 | | | |
| 126670RA8 | 11/27/2006 | | | | $46,142.94 | 100.00% | $46,142.94 | | | |
| 126670RA8 | 12/26/2006 | | | | $50,788.72 | 100.00% | $50,788.72 | | | |
| 126670RA8 | 01/25/2007 | | | | $44,083.98 | 100.00% | $44,083.98 | | | |
| 126670RA8 | 02/26/2007 | | | | $40,895.72 | 100.00% | $40,895.72 | | | |
| 126670RA8 | 03/26/2007 | | | | $29,619.37 | 100.00% | $29,619.37 | | | |
| 126670RA8 | 04/25/2007 | | | | $30,825.31 | 100.00% | $30,825.31 | | | |
| 126670RA8 | 05/25/2007 | | | | $21,911.53 | 100.00% | $21,911.53 | | | |
| 126670RA8 | 06/25/2007 | | | | $26,178.91 | 100.00% | $26,178.91 | | | |
| 126670RA8 | 07/25/2007 | | | | $18,304.95 | 100.00% | $18,304.95 | | | |
| 126670RA8 | 08/27/2007 | | | | $3,954.66 | 100.00% | $3,954.66 | | | |
| **126670RA8** | **Totals** | **$645,000.00** | | **$645,000.00** | **$645,000.00** | | **$645,000.00** | **$0.00** | **$0.00** | **$0.00** |
| | | | | | | | | | | |
| 12666UAA1 | 08/23/2006 | $1,400,000.00 | 100.00% | $1,400,000.00 | | | | | | |
| 12666UAA1 | 10/24/2006 | | | | $9,792.65 | 100.00% | $9,792.65 | | | |
| 12666UAA1 | 11/27/2006 | | | | $29,859.45 | 100.00% | $29,859.45 | | | |
| 12666UAA1 | 12/26/2006 | | | | $31,752.11 | 100.00% | $31,752.11 | | | |
| 12666UAA1 | 01/25/2007 | | | | $29,815.10 | 100.00% | $29,815.10 | | | |
| 12666UAA1 | 02/26/2007 | | | | $56,728.99 | 100.00% | $56,728.99 | | | |
| 12666UAA1 | 03/26/2007 | | | | $68,932.04 | 100.00% | $68,932.04 | | | |
| 12666UAA1 | 04/25/2007 | | | | $57,225.78 | 100.00% | $57,225.78 | | | |
| 12666UAA1 | 05/25/2007 | | | | $76,411.62 | 100.00% | $76,411.62 | | | |
| 12666UAA1 | 06/25/2007 | | | | $77,045.23 | 100.00% | $77,045.23 | | | |
| 12666UAA1 | 07/25/2007 | | | | $60,750.24 | 100.00% | $60,750.24 | | | |
| 12666UAA1 | 08/27/2007 | | | | $70,315.25 | 100.00% | $70,315.25 | | | |
| 12666UAA1 | 09/25/2007 | | | | $44,176.09 | 100.00% | $44,176.09 | | | |
| 12666UAA1 | 10/04/2007 | $224,912.98 | 99.64% | $224,105.54 | | | | | | |
| 12666UAA1 | 10/25/2007 | | | | $52,847.53 | 100.00% | $52,847.53 | | | |
| 12666UAA1 | 11/26/2007 | | | | $52,472.86 | 100.00% | $52,472.86 | | | |
| 12666UAA1 | 12/26/2007 | | | | $43,190.26 | 100.00% | $43,190.26 | | | |
| **12666UAA1** | **Totals** | **$1,624,912.98** | | **$1,624,105.54** | **$761,315.20** | | **$761,315.20** | **$863,597.78** | **97.28% a** | **$840,107.92** | **($22,682.42)** |
| | | | | | | | | | | |
| 126673X64 | 06/21/2006 | $5,000,000.00 | 100.11% | $5,005,450.00 | | | | | | |
| 126673X64 | 09/25/2006 | | | | $37,448.25 | 100.00% | $37,448.25 | | | |

3

**DETAIL:**

**General Board Transactions in, and Losses From, Countrywide Mortgage-Backed Certificates**

| CUSIP | Date | Col4 | Col5 | Col6 | Col7 | Col8 | Col9 | Col10 | Col11 | Col12 |
|---|---|---|---|---|---|---|---|---|---|---|
| 126673X64 | 10/24/2006 | | | | $284,279.75 | 100.00% | $284,279.75 | | | |
| 126673X64 | 11/27/2006 | | | | $310,110.10 | 100.00% | $310,110.10 | | | |
| 126673X64 | 12/26/2006 | | | | $313,971.30 | 100.00% | $313,971.30 | | | |
| 126673X64 | 01/25/2007 | | | | $292,849.95 | 100.00% | $292,849.95 | | | |
| 126673X64 | 02/26/2007 | | | | $198,846.25 | 100.00% | $198,846.25 | | | |
| 126673X64 | 03/26/2007 | | | | $175,143.95 | 100.00% | $175,143.95 | | | |
| 126673X64 | 04/25/2007 | | | | $228,802.70 | 100.00% | $228,802.70 | | | |
| 126673X64 | 05/25/2007 | | | | $307,436.00 | 100.00% | $307,436.00 | | | |
| 126673X64 | 06/25/2007 | | | | $368,757.55 | 100.00% | $368,757.55 | | | |
| 126673X64 | 07/25/2007 | | | | $332,600.65 | 100.00% | $332,600.65 | | | |
| 126673X64 | 08/27/2007 | | | | $303,312.50 | 100.00% | $303,312.50 | | | |
| 126673X64 | 09/25/2007 | | | | $219,167.90 | 100.00% | $219,167.90 | | | |
| 126673X64 | 10/25/2007 | | | | $188,337.50 | 100.00% | $188,337.50 | | | |
| 126673X64 | 11/26/2007 | | | | $94,582.65 | 100.00% | $94,582.65 | | | |
| 126673X64 | 12/26/2007 | | | | $127,133.85 | 100.00% | $127,133.85 | | | |
| 126673X64 | 10/31/2008 | | | | $40,573.05 | 100.00% | $40,573.05 | | | |
| **126673X64** | **Totals** | **$5,000,000.00** | | **$5,005,450.00** | **$3,823,353.90** | | **$3,823,353.90** | **$1,176,646.10** | **70.94% a** | **$834,683.33** | **($347,412.77)** |
| 23242FAB2 | 08/18/2006 | $600,000.00 | 100.00% | $600,000.00 | | | | | | |
| 23242FAB2 | 10/24/2006 | | | | $11,297.10 | 100.00% | $11,297.10 | | | |
| 23242FAB2 | 11/27/2006 | | | | $21,526.58 | 100.00% | $21,526.58 | | | |
| 23242FAB2 | 12/26/2006 | | | | $31,102.72 | 100.00% | $31,102.72 | | | |
| 23242FAB2 | 01/25/2007 | | | | $15,362.99 | 100.00% | $15,362.99 | | | |
| 23242FAB2 | 02/26/2007 | | | | $43,256.35 | 100.00% | $43,256.35 | | | |
| 23242FAB2 | 03/26/2007 | | | | $23,430.83 | 100.00% | $23,430.83 | | | |
| 23242FAB2 | 04/25/2007 | | | | $27,263.86 | 100.00% | $27,263.86 | | | |
| 23242FAB2 | 05/25/2007 | | | | $30,819.12 | 100.00% | $30,819.12 | | | |
| 23242FAB2 | 06/25/2007 | | | | $25,443.74 | 100.00% | $25,443.74 | | | |
| 23242FAB2 | 07/25/2007 | | | | $20,365.21 | 100.00% | $20,365.21 | | | |
| 23242FAB2 | 08/27/2007 | | | | $39,909.62 | 100.00% | $39,909.62 | | | |
| 23242FAB2 | 09/25/2007 | | | | $36,200.32 | 100.00% | $36,200.32 | | | |
| 23242FAB2 | 10/25/2007 | | | | $8,368.28 | 100.00% | $8,368.28 | | | |
| 23242FAB2 | 11/26/2007 | | | | $10,143.22 | 100.00% | $10,143.22 | | | |
| 23242FAB2 | 12/26/2007 | | | | $18,655.82 | 100.00% | $18,655.82 | | | |
| **23242FAB2** | **Totals** | **$600,000.00** | | **$600,000.00** | **$363,145.76** | | **$363,145.76** | **$236,854.24** | **99.31% a** | **$235,225.87** | **($1,628.37)** |
| 126670BP2 | 02/16/2006 | $6,000,000.00 | 100.16% | $6,009,840.00 | | | | | | |
| 126670BP2 | 08/27/2007 | | | | $737,846.34 | 100.00% | $737,846.34 | | | |

4

**DETAIL:**

**General Board Transactions in, and Losses From, Countrywide Mortgage-Backed Certificates**

| CUSIP | Date | Col3 | Col4 | Col5 | Col6 | Col7 | Col8 | Col9 | Col10 | Col11 | Col12 |
|---|---|---|---|---|---|---|---|---|---|---|---|
| 126670BP2 | 09/25/2007 | | | | $524,011.26 | 100.00% | $524,011.26 | | | | |
| 126670BP2 | 10/25/2007 | | | | $318,659.34 | 100.00% | $318,659.34 | | | | |
| 126670BP2 | 11/26/2007 | | | | $54,209.28 | 100.00% | $54,209.28 | | | | |
| 126670BP2 | 12/26/2007 | | | | $141,298.26 | 100.00% | $141,298.26 | | | | |
| **126670BP2** | **Totals** | **$6,000,000.00** | | **$6,009,840.00** | **$1,776,024.48** | | **$1,776,024.48** | **$4,223,975.52** | **88.09% a** | **$3,720,900.04** | **($512,915.48)** |
| | | | | | | | | | | | |
| 12667CAB8 | 09/27/2006 | $500,000.00 | 100.00% | $500,000.00 | | | | | | | |
| 12667CAB8 | 10/24/2006 | | | | $1,178.94 | 100.00% | $1,178.94 | | | | |
| 12667CAB8 | 11/27/2006 | | | | $12,939.47 | 100.00% | $12,939.47 | | | | |
| 12667CAB8 | 12/26/2006 | | | | $9,599.74 | 100.00% | $9,599.74 | | | | |
| 12667CAB8 | 01/25/2007 | | | | $17,214.46 | 100.00% | $17,214.46 | | | | |
| 12667CAB8 | 02/26/2007 | | | | $18,938.16 | 100.00% | $18,938.16 | | | | |
| 12667CAB8 | 03/26/2007 | | | | $18,576.32 | 100.00% | $18,576.32 | | | | |
| 12667CAB8 | 04/25/2007 | | | | $25,539.69 | 100.00% | $25,539.69 | | | | |
| 12667CAB8 | 05/25/2007 | | | | $15,483.45 | 100.00% | $15,483.45 | | | | |
| 12667CAB8 | 06/25/2007 | | | | $14,294.80 | 100.00% | $14,294.80 | | | | |
| 12667CAB8 | 07/25/2007 | | | | $16,279.11 | 100.00% | $16,279.11 | | | | |
| 12667CAB8 | 08/27/2007 | | | | $20,882.55 | 100.00% | $20,882.55 | | | | |
| 12667CAB8 | 09/25/2007 | | | | $18,983.36 | 100.00% | $18,983.36 | | | | |
| 12667CAB8 | 10/25/2007 | | | | $14,458.16 | 100.00% | $14,458.16 | | | | |
| 12667CAB8 | 11/26/2007 | | | | $12,849.31 | 100.00% | $12,849.31 | | | | |
| 12667CAB8 | 12/26/2007 | | | | $16,538.20 | 100.00% | $16,538.20 | | | | |
| 12667CAB8 | 03/25/2008 | $43,267.20 | 97.66% | $42,254.19 | | | | | | | |
| 12667CAB8 | 01/25/2010 | | | | $1,931.91 | 100.00% | $1,931.96 | | | | |
| **12667CAB8** | **Totals** | **$543,267.20** | | **$542,254.19** | **$235,687.63** | | **$235,687.68** | **$307,579.57** | **98.78% a** | **$303,830.94** | **($2,735.57)** |
| | | | | | | | | | | | |
| **12666TAD8** | **09/28/06** | **$1,000,000.00** | **102.64%** | **$1,026,370.00** | **$0.00** | | **$0.00** | **$1,000,000.00** | **33.78% a** | **$337,800.00** | **($688,570.00)** |
| | | | | | | | | | | | |
| 1266733A8 | 02/16/2006 | $6,500,000.00 | 100.17% | $6,511,180.00 | | | | | | | |
| 1266733A8 | 09/25/2006 | | | | $256,404.33 | 100.00% | $256,404.33 | | | | |
| 1266733A8 | 10/24/2006 | | | | $370,923.61 | 100.00% | $370,923.61 | | | | |
| 1266733A8 | 11/27/2006 | | | | $341,951.29 | 100.00% | $341,951.29 | | | | |
| 1266733A8 | 12/26/2006 | | | | $498,127.63 | 100.00% | $498,127.63 | | | | |
| 1266733A8 | 01/25/2007 | | | | $1,203,875.01 | 100.00% | $1,203,875.01 | | | | |
| 1266733A8 | 02/26/2007 | | | | $1,231,450.87 | 100.00% | $1,231,450.87 | | | | |
| 1266733A8 | 03/26/2007 | | | | $345,360.15 | 100.00% | $345,360.15 | | | | |
| 1266733A8 | 04/25/2007 | | | | $461,057.22 | 100.00% | $461,057.22 | | | | |
| 1266733A8 | 05/25/2007 | | | | $481,515.45 | 100.00% | $481,515.45 | | | | |

**DETAIL:**

**General Board Transactions in, and Losses From, Countrywide Mortgage-Backed Certificates**

| CUSIP | Date | Par | % | Cost | Paydowns | % | Adj Cost | Remaining Par | Price | Market Value | Gain/(Loss) |
|---|---|---|---|---|---|---|---|---|---|---|---|
| 1266733A8 | 06/25/2007 | | | | $412,231.95 | 100.00% | $412,231.95 | | | | |
| 1266733A8 | 07/25/2007 | | | | $190,140.93 | 100.00% | $190,140.93 | | | | |
| 1266733A8 | 08/27/2007 | | | | $121,488.51 | 100.00% | $121,488.51 | | | | |
| 1266733A8 | 09/25/2007 | | | | $73,230.63 | 100.00% | $73,230.63 | | | | |
| 1266733A8 | 10/25/2007 | | | | $136,110.13 | 100.00% | $136,110.13 | | | | |
| 1266733A8 | 11/26/2007 | | | | $65,926.32 | 100.00% | $65,926.32 | | | | |
| 1266733A8 | 12/26/2007 | | | | $144,809.99 | 100.00% | $144,809.99 | | | | |
| 1266733A8 | 01/25/2008 | | | | $165,395.98 | 100.00% | $165,395.98 | | | | |
| **1266733A8** | **Totals** | **$6,500,000.00** | | **$6,511,180.00** | **$6,500,000.00** | | **$6,500,000.00** | **$0.00** | | **$0.00** | **($11,180.00)** |
| 12666BAB1 | 11/14/2006 | $800,000.00 | 100.00% | $800,000.00 | | | | | | | |
| 12666BAB1 | 12/26/2006 | | | | $3,663.38 | 100.00% | $3,663.38 | | | | |
| 12666BAB1 | 01/24/2007 | | | | $12,784.43 | 100.00% | $12,784.43 | | | | |
| 12666BAB1 | 02/26/2007 | | | | $12,188.97 | 100.00% | $12,188.97 | | | | |
| 12666BAB1 | 03/26/2007 | | | | $15,846.19 | 100.00% | $15,846.19 | | | | |
| 12666BAB1 | 04/24/2007 | | | | $19,515.42 | 100.00% | $19,515.42 | | | | |
| 12666BAB1 | 05/25/2007 | | | | $30,374.78 | 100.00% | $30,374.78 | | | | |
| 12666BAB1 | 06/25/2007 | | | | $27,617.45 | 100.00% | $27,617.45 | | | | |
| 12666BAB1 | 07/24/2007 | | | | $15,344.86 | 100.00% | $15,344.86 | | | | |
| 12666BAB1 | 08/27/2007 | | | | $18,739.96 | 100.00% | $18,739.96 | | | | |
| 12666BAB1 | 09/24/2007 | | | | $18,343.77 | 100.00% | $18,343.77 | | | | |
| 12666BAB1 | 10/12/2007 | $156,395.00 | 99.27% | $155,247.26 | | | | | | | |
| 12666BAB1 | 10/25/2007 | | | | $29,864.66 | 100.00% | $29,864.66 | | | | |
| 12666BAB1 | 11/26/2007 | | | | $18,011.27 | 100.00% | $18,011.27 | | | | |
| 12666BAB1 | 12/26/2007 | | | | $26,411.61 | 100.00% | $26,411.61 | | | | |
| **12666BAB1** | **Totals** | **$956,395.00** | | **$955,247.26** | **$248,706.75** | | **$248,706.75** | **$707,688.25** | **95.75% a** | **$677,611.50** | **($28,929.01)** |
| **126670VY1** | 07/23/07 | $1,030,000.00 | 99.38% | $1,023,562.50 | $0.00 | | $0.00 | $1,030,000.00 | 81.69% a | $841,407.00 | ($182,155.50) |
| **126670CH9** | 09/12/05 | $1,000,000.00 | 100.00% | $999,980.00 | $0.00 | | $0.00 | $1,000,000.00 | 77.34% a | $773,400.00 | ($226,580.00) |
| 23243HAB7 | 10/12/2007 | $385,809.66 | 99.27% | $382,977.82 | | | | | | | |
| 23243HAB7 | 10/24/2007 | | | | $6,359.82 | 100.00% | $6,359.82 | | | | |
| 23243HAB7 | 11/26/2007 | | | | $11,774.84 | 100.00% | $11,774.84 | | | | |
| 23243HAB7 | 12/26/2007 | | | | $12,981.21 | 100.00% | $12,981.21 | | | | |
| **23243HAB7** | **Totals** | **$385,809.66** | | **$382,977.82** | **$31,115.87** | | **$31,115.87** | **$354,693.79** | **94.97% a** | **$336,852.69** | **($15,009.26)** |
| 126670ZK7 | 03/20/2006 | $300,000.00 | 100.00% | $300,000.00 | | | | | | | |

**DETAIL:**

**General Board Transactions in, and Losses From, Countrywide Mortgage-Backed Certificates**

| CUSIP | Date | Par | Price | Cost | Interest | % | Total | Proceeds | % | Value | Loss |
|---|---|---|---|---|---|---|---|---|---|---|---|
| 126670ZK7 | 04/24/2006 | | | | $5,079.77 | 100.00% | $5,079.77 | | | | |
| 126670ZK7 | 05/24/2006 | | | | $8,626.03 | 100.00% | $8,626.03 | | | | |
| 126670ZK7 | 06/26/2006 | | | | $9,641.90 | 100.00% | $9,641.90 | | | | |
| 126670ZK7 | 07/24/2006 | | | | $9,480.47 | 100.00% | $9,480.47 | | | | |
| 126670ZK7 | 08/25/2006 | | | | $12,939.04 | 100.00% | $12,939.04 | | | | |
| 126670ZK7 | 09/25/2006 | | | | $22,902.59 | 100.00% | $22,902.59 | | | | |
| 126670ZK7 | 10/24/2006 | | | | $20,720.14 | 100.00% | $20,720.14 | | | | |
| 126670ZK7 | 11/27/2006 | | | | $26,594.39 | 100.00% | $26,594.39 | | | | |
| 126670ZK7 | 12/26/2006 | | | | $24,119.52 | 100.00% | $24,119.52 | | | | |
| 126670ZK7 | 01/25/2007 | | | | $22,043.63 | 100.00% | $22,043.63 | | | | |
| 126670ZK7 | 02/26/2007 | | | | $19,831.85 | 100.00% | $19,831.85 | | | | |
| 126670ZK7 | 03/26/2007 | | | | $20,531.62 | 100.00% | $20,531.62 | | | | |
| 126670ZK7 | 04/25/2007 | | | | $19,137.87 | 100.00% | $19,137.87 | | | | |
| 126670ZK7 | 05/25/2007 | | | | $18,396.27 | 100.00% | $18,396.27 | | | | |
| 126670ZK7 | 06/25/2007 | | | | $14,825.06 | 100.00% | $14,825.06 | | | | |
| 126670ZK7 | 07/25/2007 | | | | $10,779.58 | 100.00% | $10,779.58 | | | | |
| 126670ZK7 | 08/27/2007 | | | | $11,075.67 | 100.00% | $11,075.67 | | | | |
| 126670ZK7 | 09/25/2007 | | | | $8,452.98 | 100.00% | $8,452.98 | | | | |
| 126670ZK7 | 10/25/2007 | | | | $8,677.28 | 100.00% | $8,677.28 | | | | |
| 126670ZK7 | 11/26/2007 | | | | $6,144.34 | 100.00% | $6,144.34 | | | | |
| **126670ZK7** | **Totals** | **$300,000.00** | | **$300,000.00** | **$300,000.00** | | **$300,000.00** | **$0.00** | | **$0.00** | **$0.00** |
| | | | | | | | | | | | |
| **126670YG7** | **07/23/07** | **$620,000.00** | **99.38%** | **$616,125.00** | **$0.00** | | **$0.00** | **$620,000.00** | **80.13% a** | **$496,806.00** | **($119,319.00)** |
| | | | | | | | | | | | |
| **126670GT9** | **03/07/06** | **$350,000.00** | **99.74%** | **$349,097.00** | **$0.00** | | **$0.00** | **$350,000.00** | **71.47% a** | **$250,138.00** | **($98,959.00)** |
| | | | | | | | | | | | |
| **12666RAC4** | **04/27/07** | **$1,000,000.00** | **100.48%** | **$1,004,840.00** | **$0.00** | | **$0.00** | **$1,000,000.00** | **52.09% a** | **$520,900.00** | **($483,940.00)** |
| | | | | | | | | | | | |
| **126670HH4** | **06/05/08** | **$985,000.00** | **87.00%** | **$856,950.00** | **$0.00** | | **$0.00** | **$985,000.00** | **44.94% a** | **$442,659.00** | **($414,291.00)** |
| | | | | | | | | | | | |
| 126670XM5 | 08/10/2006 | $1,216,490.45 | 100.11% | $1,217,816.42 | | | | | | | |
| 126670XM5 | 08/25/2006 | | | | $53,761.88 | 100.00% | $53,761.88 | | | | |
| 126670XM5 | 09/25/2006 | | | | $45,459.64 | 100.00% | $45,459.64 | | | | |
| 126670XM5 | 10/24/2006 | | | | $47,437.92 | 100.00% | $47,437.92 | | | | |
| 126670XM5 | 11/27/2006 | | | | $64,133.40 | 100.00% | $64,133.40 | | | | |
| 126670XM5 | 12/26/2006 | | | | $55,190.31 | 100.00% | $55,190.31 | | | | |
| 126670XM5 | 01/25/2007 | | | | $38,160.15 | 100.00% | $38,160.15 | | | | |
| 126670XM5 | 02/26/2007 | | | | $28,422.98 | 100.00% | $28,422.98 | | | | |

7

**DETAIL:**

**General Board Transactions in, and Losses From, Countrywide Mortgage-Backed Certificates**

| CUSIP | Date | Col3 | Col4 | Col5 | Col6 | Col7 | Col8 | Col9 | Col10 | Col11 | Col12 |
|---|---|---|---|---|---|---|---|---|---|---|---|
| 126670XM5 | 03/26/2007 | | | | $26,834.08 | 100.00% | $26,834.08 | | | | |
| 126670XM5 | 04/25/2007 | | | | $29,102.59 | 100.00% | $29,102.59 | | | | |
| 126670XM5 | 05/25/2007 | | | | $33,419.11 | 100.00% | $33,419.11 | | | | |
| 126670XM5 | 06/25/2007 | | | | $41,929.83 | 100.00% | $41,929.83 | | | | |
| 126670XM5 | 07/25/2007 | | | | $15,709.79 | 100.00% | $15,709.79 | | | | |
| 126670XM5 | 08/27/2007 | | | | $26,773.58 | 100.00% | $26,773.58 | | | | |
| 126670XM5 | 09/25/2007 | | | | $34,835.37 | 100.00% | $34,835.37 | | | | |
| 126670XM5 | 10/25/2007 | | | | $60,334.19 | 100.00% | $60,334.19 | | | | |
| 126670XM5 | 11/26/2007 | | | | $71,814.03 | 100.00% | $71,814.03 | | | | |
| 126670XM5 | 12/26/2007 | | | | $34,721.93 | 100.00% | $34,721.93 | | | | |
| **126670XM5** | **Totals** | **$1,216,490.45** | | **$1,217,816.42** | **$708,040.78** | | **$708,040.78** | **$508,449.67** | **78.31% a** | **$398,166.94** | **($111,608.70)** |
| 126673N81 | 04/05/06 | $700,000.00 | 95.98% | $671,888.00 | $0.00 | | $0.00 | $700,000.00 | 62.31% a | $436,170.00 | ($235,718.00) |
| 12666UAG8 | 01/03/07 | $350,000.00 | 100.86% | $352,992.50 | $0.00 | | $0.00 | $350,000.00 | 63.25% a | $221,375.00 | ($131,617.50) |
| 12667320 | 02/16/2006 | $5,000,000.00 | 100.18% | $5,009,200.00 | | | | | | | |
| 12667320 | 10/24/2006 | | | | $193,169.05 | 100.00% | $193,169.05 | | | | |
| 12667320 | 11/27/2006 | | | | $290,959.50 | 100.00% | $290,959.50 | | | | |
| 12667320 | 12/26/2006 | | | | $265,945.30 | 100.00% | $265,945.30 | | | | |
| 12667320 | 01/25/2007 | | | | $246,840.90 | 100.00% | $246,840.90 | | | | |
| 12667320 | 02/26/2007 | | | | $266,584.90 | 100.00% | $266,584.90 | | | | |
| 12667320 | 03/26/2007 | | | | $221,163.85 | 100.00% | $221,163.85 | | | | |
| 12667320 | 04/25/2007 | | | | $167,444.69 | 100.00% | $167,444.69 | | | | |
| 12667320 | 05/25/2007 | | | | $273,861.10 | 100.00% | $273,861.10 | | | | |
| 12667320 | 06/25/2007 | | | | $518,100.20 | 100.00% | $518,100.20 | | | | |
| 12667320 | 07/25/2007 | | | | $423,568.60 | 100.00% | $423,568.60 | | | | |
| 12667320 | 08/27/2007 | | | | $226,748.55 | 100.00% | $226,748.55 | | | | |
| 12667320 | 09/25/2007 | | | | $172,322.95 | 100.00% | $172,322.95 | | | | |
| 12667320 | 10/25/2007 | | | | $158,368.40 | 100.00% | $158,368.40 | | | | |
| 12667320 | 11/26/2007 | | | | $139,708.75 | 100.00% | $139,708.75 | | | | |
| 12667320 | 12/26/2007 | | | | $87,818.40 | 100.00% | $87,818.40 | | | | |
| 12667320 | 11/25/2008 | | | | $15,801.71 | 100.00% | $15,801.74 | | | | |
| **12667320** | **Totals** | **$5,000,000.00** | | **$5,009,200.00** | **$3,668,406.85** | | **$3,668,406.88** | **$1,331,593.15** | **63.81% a** | **$849,722.88** | **($491,070.24)** |
| 12666VAB7 | 09/08/2006 | $800,000.00 | 100.00% | $800,000.00 | | | | | | | |
| 12666VAB7 | 10/24/2006 | | | | $16,083.61 | 100.00% | $16,083.61 | | | | |
| 12666VAB7 | 11/24/2006 | | | | $18,421.16 | 100.00% | $18,421.16 | | | | |

**DETAIL:**

**General Board Transactions in, and Losses From, Countrywide Mortgage-Backed Certificates**

| CUSIP | Date | Col1 | Col2 | Col3 | Col4 | Col5 | Col6 | Col7 | Col8 | Col9 | Col10 |
|---|---|---|---|---|---|---|---|---|---|---|---|
| 12666VAB7 | 12/26/2006 | | | | $28,896.22 | 100.00% | $28,896.22 | | | | |
| 12666VAB7 | 01/25/2007 | | | | $18,006.19 | 100.00% | $18,006.19 | | | | |
| 12666VAB7 | 02/26/2007 | | | | $37,592.03 | 100.00% | $37,592.03 | | | | |
| 12666VAB7 | 03/26/2007 | | | | $35,403.22 | 100.00% | $35,403.22 | | | | |
| 12666VAB7 | 04/25/2007 | | | | $43,414.69 | 100.00% | $43,414.69 | | | | |
| 12666VAB7 | 05/25/2007 | | | | $42,150.57 | 100.00% | $42,150.57 | | | | |
| 12666VAB7 | 06/25/2007 | | | | $49,769.34 | 100.00% | $49,769.34 | | | | |
| 12666VAB7 | 07/25/2007 | | | | $18,857.04 | 100.00% | $18,857.04 | | | | |
| 12666VAB7 | 08/27/2007 | | | | $31,803.88 | 100.00% | $31,803.88 | | | | |
| 12666VAB7 | 09/25/2007 | | | | $20,193.91 | 100.00% | $20,193.91 | | | | |
| 12666VAB7 | 10/12/2007 | $109,852.04 | 99.27% | $109,045.73 | | | | | | | |
| 12666VAB7 | 10/25/2007 | | | | $40,296.05 | 100.00% | $40,296.05 | | | | |
| 12666VAB7 | 11/26/2007 | | | | $36,786.52 | 100.00% | $36,786.52 | | | | |
| 12666VAB7 | 12/26/2007 | | | | $21,754.34 | 100.00% | $21,754.34 | | | | |
| 12666VAB7 | 03/25/2008 | $35,240.80 | 97.99% | $34,532.42 | | | | | | | |
| 12666VAB7 | 01/25/2010 | | | | $12,627.36 | 100.00% | $12,627.39 | | | | |
| **12666VAB7** | **Totals** | **$945,092.84** | | **$943,578.15** | **$472,056.13** | | **$472,056.16** | **$473,036.71** | **98.78% a** | **$467,271.58** | **($4,250.41)** |
| 1266733V2 | 07/22/2005 | $615,000.00 | 100.00% | $615,000.00 | | | | | | | |
| 1266733V2 | 07/22/2005 | $230,000.00 | 100.00% | $230,000.00 | | | | | | | |
| 1266733V2 | 09/26/2005 | | | | $50,203.91 | 100.00% | $50,203.91 | | | | |
| 1266733V2 | 09/26/2005 | | | | $18,775.45 | 100.00% | $18,775.45 | | | | |
| 1266733V2 | 10/25/2005 | | | | $9,742.68 | 100.00% | $9,742.68 | | | | |
| 1266733V2 | 10/25/2005 | | | | $26,051.07 | 100.00% | $26,051.07 | | | | |
| 1266733V2 | 11/25/2005 | | | | $16,160.85 | 100.00% | $16,160.85 | | | | |
| 1266733V2 | 11/25/2005 | | | | $43,212.70 | 100.00% | $43,212.70 | | | | |
| 1266733V2 | 12/27/2005 | | | | $36,574.25 | 100.00% | $36,574.25 | | | | |
| 1266733V2 | 12/27/2005 | | | | $13,678.17 | 100.00% | $13,678.17 | | | | |
| 1266733V2 | 01/03/2006 | | | | $171,642.85 | 99.84% | $171,375.09 | | | | |
| 1266733V2 | 01/24/2006 | | | | $31,505.03 | 100.00% | $31,505.03 | | | | |
| 1266733V2 | 02/27/2006 | | | | $35,952.34 | 100.00% | $35,952.34 | | | | |
| 1266733V2 | 03/27/2006 | | | | $44,748.25 | 100.00% | $44,748.25 | | | | |
| 1266733V2 | 04/24/2006 | | | | $48,515.51 | 100.00% | $48,515.51 | | | | |
| 1266733V2 | 05/24/2006 | | | | $62,154.67 | 100.00% | $62,154.67 | | | | |
| 1266733V2 | 06/26/2006 | | | | $71,190.02 | 100.00% | $71,190.02 | | | | |
| 1266733V2 | 07/25/2006 | | | | $70,569.85 | 100.00% | $70,569.85 | | | | |
| 1266733V2 | 08/25/2006 | | | | $52,271.45 | 100.00% | $52,271.45 | | | | |
| 1266733V2 | 09/28/2006 | | | | $42,050.95 | 100.00% | $42,050.95 | | | | |

**DETAIL:**

**General Board Transactions in, and Losses From, Countrywide Mortgage-Backed Certificates**

| CUSIP | Date | Amount | % | Amount | Amount | % | Amount | Remaining | % | Value | Loss |
|---|---|---|---|---|---|---|---|---|---|---|---|
| 1266733V2 | Totals | $845,000.00 | | $845,000.00 | $845,000.00 | | $844,732.24 | $0.00 | | $0.00 | ($267.76) |
| 23243WAB4 | 09/19/2006 | $500,000.00 | 100.00% | $500,000.00 | | | | | | | |
| 23243WAB4 | 10/25/2006 | | | | $5,965.62 | 100.00% | $5,965.62 | | | | |
| 23243WAB4 | 11/27/2006 | | | | $12,757.24 | 100.00% | $12,757.24 | | | | |
| 23243WAB4 | 12/26/2006 | | | | $12,168.75 | 100.00% | $12,168.75 | | | | |
| 23243WAB4 | 01/25/2007 | | | | $13,841.25 | 100.00% | $13,841.25 | | | | |
| 23243WAB4 | 02/26/2007 | | | | $18,623.37 | 100.00% | $18,623.37 | | | | |
| 23243WAB4 | 03/26/2007 | | | | $18,670.73 | 100.00% | $18,670.73 | | | | |
| 23243WAB4 | 04/25/2007 | | | | $25,351.82 | 100.00% | $25,351.82 | | | | |
| 23243WAB4 | 05/25/2007 | | | | $22,422.63 | 100.00% | $22,422.63 | | | | |
| 23243WAB4 | 06/25/2007 | | | | $22,967.94 | 100.00% | $22,967.94 | | | | |
| 23243WAB4 | 07/25/2007 | | | | $18,551.54 | 100.00% | $18,551.54 | | | | |
| 23243WAB4 | 08/27/2007 | | | | $17,487.67 | 100.00% | $17,487.67 | | | | |
| 23243WAB4 | 09/25/2007 | | | | $16,908.33 | 100.00% | $16,908.33 | | | | |
| 23243WAB4 | 10/25/2007 | | | | $12,779.72 | 100.00% | $12,779.72 | | | | |
| 23243WAB4 | 11/26/2007 | | | | $15,992.37 | 100.00% | $15,992.37 | | | | |
| 23243WAB4 | 12/26/2007 | | | | $12,134.02 | 100.00% | $12,134.02 | | | | |
| 23243WAB4 | 03/18/2008 | $44,753.34 | 95.03% | $42,529.64 | | | | | | | |
| 23243WAB4 | Totals | $544,753.34 | | $542,529.64 | $246,623.00 | | $246,623.00 | $298,130.34 | 99.94% a | $297,951.46 | $2,044.82 |
| 12666VAC5 | 10/21/09 | $610,000.00 | 69.00% | $420,900.00 | $0.00 | | $0.00 | $610,000.00 | 60.75% a | $370,575.00 | ($50,325.00) |
| 12666TAC0 | 09/14/07 | $595,000.00 | 99.00% | $589,050.00 | $0.00 | | $0.00 | $595,000.00 | 39.06% a | $232,407.00 | ($356,643.00) |
| 126670SP4 | 06/25/2007 | $2,500,000.00 | 99.89% | $2,497,275.00 | | | | | | | |
| 126670SP4 | 06/25/2007 | $1,930,000.00 | 99.89% | $1,927,896.30 | | | | | | | |
| 126670SP4 | 10/25/2007 | | | | $75,078.72 | 100.00% | $75,078.72 | | | | |
| 126670SP4 | 10/25/2007 | | | | $97,252.23 | 100.00% | $97,252.23 | | | | |
| 126670SP4 | 11/26/2007 | | | | $110,007.05 | 100.00% | $110,007.05 | | | | |
| 126670SP4 | 11/26/2007 | | | | $142,496.18 | 100.00% | $142,496.18 | | | | |
| 126670SP4 | 12/26/2007 | | | | $117,953.13 | 100.00% | $117,953.13 | | | | |
| 126670SP4 | 12/26/2007 | | | | $91,059.81 | 100.00% | $91,059.81 | | | | |
| 126670SP4 | 03/31/2009 | | | | $1,128,857.94 | 32.03% | $361,586.74 | | | | |
| 126670SP4 | Totals | $4,430,000.00 | | $4,425,171.30 | $1,762,705.06 | | $995,433.86 | $2,667,294.94 | 50.00% b | $1,333,647.47 | ($2,096,089.97) |
| 23245GAC5 | 11/08/06 | $255,000.00 | 100.00% | $255,000.00 | $0.00 | | $0.00 | $255,000.00 | 1.00% b | $2,550.00 | ($252,450.00) |

**DETAIL:**

**General Board Transactions in, and Losses From, Countrywide Mortgage-Backed Certificates**

| CUSIP | Date | Amount | % | Amount | Amount | % | Amount | Amount | % | Amount | Loss |
|---|---|---|---|---|---|---|---|---|---|---|---|
| 232434AW0 | 11/10/06 | $675,348.46 | 100.00% | $675,348.46 | $675,348.00 | 100.00% | $675,348.46 | $0.00 | | $0.00 | $0.00 |
| 12668RAA6 | 10/27/2006 | $1,100,000.00 | 100.00% | $1,100,000.00 | | | | | | | |
| 12668RAA6 | 12/19/2006 | | | | $757.37 | 100.00% | $757.37 | | | | |
| 12668RAA6 | 12/20/2006 | $207.42 | 100.00% | $207.42 | | | | | | | |
| 12668RAA6 | 01/22/2007 | | | | $12,796.97 | 100.00% | $12,796.97 | | | | |
| 12668RAA6 | 02/20/2007 | | | | $12,450.80 | 100.00% | $12,450.80 | | | | |
| 12668RAA6 | 03/19/2007 | | | | $22,397.27 | 100.00% | $22,397.27 | | | | |
| 12668RAA6 | 04/20/2007 | | | | $26,632.03 | 100.00% | $26,632.03 | | | | |
| 12668RAA6 | 05/21/2007 | | | | $17,638.25 | 100.00% | $17,638.25 | | | | |
| 12668RAA6 | 06/20/2007 | | | | $18,301.46 | 100.00% | $18,301.46 | | | | |
| 12668RAA6 | 07/20/2007 | | | | $12,358.93 | 100.00% | $12,358.93 | | | | |
| 12668RAA6 | 08/20/2007 | | | | $14,159.83 | 100.00% | $14,159.83 | | | | |
| 12668RAA6 | 09/20/2007 | | | | $17,352.51 | 100.00% | $17,352.51 | | | | |
| 12668RAA6 | 10/22/2007 | | | | $12,124.65 | 100.00% | $12,124.65 | | | | |
| 12668RAA6 | 11/19/2007 | | | | $14,127.09 | 100.00% | $14,127.09 | | | | |
| 12668RAA6 | 12/20/2007 | | | | $15,756.88 | 100.00% | $15,756.88 | | | | |
| 12668RAA6 | Totals | $1,100,207.42 | | $1,100,207.42 | $196,854.04 | | $196,854.04 | $903,353.38 | 46.00% b | $415,542.55 | ($487,810.83) |
| 12668AVP7 | 03/25/2008 | $92,855.56 | 76.25% | $70,798.09 | $0.00 | | $0.00 | $92,855.56 | 60.00% b | $55,713.34 | ($15,084.75) |
| 12666TAH9 | 06/21/2006 | $500,000.00 | 100.00% | $500,000.00 | | | | | | | |
| 12666TAH9 | 07/24/2006 | | | | $8,757.90 | 100.00% | $8,757.90 | | | | |
| 12666TAH9 | 08/25/2006 | | | | $13,777.28 | 100.00% | $13,777.28 | | | | |
| 12666TAH9 | 09/25/2006 | | | | $14,428.67 | 100.00% | $14,428.67 | | | | |
| 12666TAH9 | 10/11/2006 | $370,428.92 | 100.00% | $370,443.74 | | | | | | | |
| 12666TAH9 | 10/24/2006 | | | | $28,200.24 | 100.00% | $28,200.24 | | | | |
| 12666TAH9 | 11/27/2006 | | | | $58,944.56 | 100.00% | $58,944.56 | | | | |
| 12666TAH9 | 12/26/2006 | | | | $57,400.51 | 100.00% | $57,400.51 | | | | |
| 12666TAH9 | 01/25/2007 | | | | $59,329.54 | 100.00% | $59,329.54 | | | | |
| 12666TAH9 | 02/26/2007 | | | | $49,316.48 | 100.00% | $49,316.48 | | | | |
| 12666TAH9 | 03/26/2007 | | | | $41,955.53 | 100.00% | $41,955.53 | | | | |
| 12666TAH9 | 04/25/2007 | | | | $44,148.78 | 100.00% | $44,148.78 | | | | |
| 12666TAH9 | 05/25/2007 | | | | $30,231.43 | 100.00% | $30,231.43 | | | | |
| 12666TAH9 | 06/25/2007 | | | | $38,665.22 | 100.00% | $38,665.22 | | | | |
| 12666TAH9 | 07/25/2007 | | | | $35,829.47 | 100.00% | $35,829.47 | | | | |
| 12666TAH9 | 08/27/2007 | | | | $30,622.14 | 100.00% | $30,622.14 | | | | |
| 12666TAH9 | 09/25/2007 | | | | $16,683.13 | 100.00% | $16,683.13 | | | | |

**DETAIL:**

**General Board Transactions in, and Losses From, Countrywide Mortgage-Backed Certificates**

| | | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|
| 12666TAH9 | 10/25/2007 | | | | $16,887.88 | 100.00% | $16,887.88 | | | |
| 12666TAH9 | 11/26/2007 | | | | $27,063.91 | 100.00% | $27,063.91 | | | |
| 12666TAH9 | 12/26/2007 | | | | $18,386.24 | 100.00% | $18,386.24 | | | |
| 12666TAH9 | 03/25/2008 | $25,813.83 | 97.90% | $25,270.50 | | | | | | |
| 12666TAH9 | 03/30/2009 | | | | $5,108.53 | 100.00% | $5,108.53 | | | |
| **12666TAH9** | **Totals** | **$896,242.75** | | **$895,714.24** | **$595,737.44** | | **$595,737.44** | **$300,505.31** | **0.00% b** | **$0.00** | **($299,976.80)** |
| | | | | | | | | | | |
| 02150WAA1 | 05/22/08 | $1,086,675.54 | 90.25% | $980,724.67 | $0.00 | | $0.00 | $1,086,675.54 | 85.00% b | $923,674.21 | ($57,050.46) |
| | | | | | | | | | | |
| **TOTAL** | | **$58,867,411.62** | | **$58,313,089.11** | **$26,103,451.35** | | **$24,944,444.55** | **$32,763,959.81** | | **$22,473,109.07** | **($10,895,535.49)** |