1  ROBBINS GELLER RUDMAN
     & DOWD LLP
2  DARREN J. ROBBINS (168593)
   darrenr@rgrdlaw.com
3  SPENCER A. BURKHOLZ (147029)
   spenceb@rgrdlaw.com
4  THOMAS E. EGLER (189871)
   tome@rgrdlaw.com
5  DANIEL S. DROSMAN (200643)
   dand@rgrdlaw.com
6  SCOTT H. SAHAM (188355)
   scotts@rgrdlaw.com
7  655 West Broadway, Suite 1900
   San Diego, CA  92101
8  Telephone:  619/231-1058
   619/231-7423 (fax)
9
   BARROWAY TOPAZ KESSLER
10    MELTZER & CHECK, LLP
   SEAN M. HANDLER
11 shandler@btkmc.com
   ANDREW L. ZIVITZ
12 azivitz@btkmc.com
   280 King of Prussia Road
13 Radnor, PA  19087
   Telephone:  610/667-7706
14 610/667-7056 (fax)

15 [Proposed] Co-Lead Counsel for Plaintiff

16
                    UNITED STATES DISTRICT COURT
17                 CENTRAL DISTRICT OF CALIFORNIA
                        WESTERN DIVISION
18

MAINE STATE RETIREMENT         )  No. 2:10-cv-00302-MRP(MANx)
19 SYSTEM, Individually and On Behalf )
   of All Others Similarly Situated,  )  CLASS ACTION
20                                    )
                         Plaintiff,   )  DECLARATION OF SPENCER A.
21                                    )  BURKHOLZ IN SUPPORT OF
         vs.                          )  MOTION FOR APPOINTMENT AS
22                                    )  LEAD PLAINTIFF AND APPROVAL
   COUNTRYWIDE FINANCIAL              )  OF SELECTION OF COUNSEL
23 CORPORATION, et al.,               )
                                      )  DATE:   May 3, 2010
24                      Defendants.   )  TIME:   11:00 a.m.
                                      )  CTRM:   12
25 ─────────────────────────────        JUDGE:  Hon. Mariana R. Pfaelzer

26

27

28

514005_1

I, SPENCER A. BURKHOLZ, declare as follows:

1. I am an attorney duly licensed to practice before the courts of the State of California and this Court. I am a member of Robbins Geller Rudman & Dowd LLP, proposed lead counsel for Vermont Pension Investment Committee, Mashreqbank, p.s.c., Pension Trust Fund for Operating Engineers, Operating Engineers Annuity Plan, Washington State Plumbing & Pipefitting Pension Trust and Maine Public Employees Retirement System (collectively, the "Institutional Investor Group") in the above-captioned action. I make this declaration in support of the Institutional Investor Group's Motion for Appointment as Lead Plaintiff and Approval of Selection of Counsel. I have personal knowledge of the matters stated herein and, if called upon, I could and would competently testify thereto.

2. Attached are true and correct copies of the following exhibits:

Exhibit A: Notice of class action published on *Business Wire*, a national business-oriented publication, dated February 1, 2010;

Exhibit B: Institutional Investor Group's sworn certifications;

Exhibit C: Robbins Geller Rudman & Dowd LLP firm résumé; and

Exhibit D: Barroway Topaz Kessler Meltzer & Check, LLP firm résumé.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct. Executed this 2nd day of April, 2010, at San Diego, California.

                                          s/ SPENCER A. BURKHOLZ
                                          SPENCER A. BURKHOLZ

514005_1

<u>CERTIFICATE OF SERVICE</u>

I hereby certify that on April 2, 2010, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the e-mail addresses denoted on the attached Electronic Mail Notice List, and I hereby certify that I have mailed the foregoing document or paper via the United States Postal Service to the non-CM/ECF participants indicated on the attached Manual Notice List.

I certify under penalty of perjury under the laws of the United States of America that the foregoing is true and correct. Executed on April 2, 2010.

 s/ Spencer A. Burkholz
SPENCER A. BURKHOLZ

ROBBINS GELLER RUDMAN
    & DOWD LLP
655 West Broadway, Suite 1900
San Diego, CA 92101-3301
Telephone: 619/231-1058
619/231-7423 (fax)

E-mail:       spenceb@rgrdlaw.com

514005_1

## Mailing Information for a Case 2:10-cv-00302-MRP-MAN

### Electronic Mail Notice List

The following are those who are currently on the list to receive e-mail notices for this case.

- **Leiv H Blad , Jr**
  leiv.blad@bingham.com

- **Spencer Alan Burkholz**
  spenceb@rgrdlaw.com,jillk@rgrdlaw.com,e_file_sd@rgrdlaw.com

- **Christopher G Caldwell**
  caldwell@caldwell-leslie.com,martindale@caldwell-leslie.com,hammer@caldwell-leslie.com,pettit@caldwell-leslie.com,willingham@caldwell-leslie.com,hayes@caldwell-leslie.com,popescu@caldwell-leslie.com,strother@caldwell-leslie.com,wong@caldwell-leslie.com,wilson@caldwell-leslie.com

- **Peter Young Hoon Cho**
  petercho@paulhastings.com

- **David C Codell**
  codell@caldwell-leslie.com

- **Daniel S. Drosman**
  ddrosman@rgrdlaw.com,tholindrake@rgrdlaw.com

- **Thomas E Egler**
  tome@rgrdlaw.com

- **Inez H Friedman-Boyce**
  ifriedmanboyce@goodwinprocter.com

- **Penelope A Graboys Blair**
  pgraboysblair@orrick.com,jcopoulos@orrick.com

- **Joshua G Hamilton**
  joshuahamilton@paulhastings.com,melmanahan@paulhastings.com

- **Jeffrey M Hammer**
  hammer@caldwell-leslie.com

- **Jennifer L Joost**
  jjoost@btkmc.com,acashwell@btkmc.com,mswift@btkmc.com

- **Lauren G Kerkhoff**
  lkerkhoff@rgrdlaw.com

- **Dean J Kitchens**
  dkitchens@gibsondunn.com,MOstrye@gibsondunn.com

- **Jennifer Y Lai**
  jennifer@21orgpartners.com

- **Jennifer B Luz**
  jluz@goodwinprocter.com

- **Alexander K Mircheff**
  amircheff@gibsondunn.com

- **Sharan Nirmul**
  snirmul@btkmc.com,azivitz@btkmc.com,ecf_filings@btkmc.com

- **Brian E Pastuszenski**
  bpastuszenski@goodwinprocter.com

- **Lauren Wagner Pederson**

    lpederson@btkmc.com,neena.verma@btkmc.com,dpotts@btkmc.com

- **Lindsay R Pennington**
  lpennington@gibsondunn.com

- **Christina A Royce**
  croyce@rgrdlaw.com

- **Scott H Saham**
  scotts@rgrdlaw.com

- **Jennifer M Sepic**
  jennifer.sepic@bingham.com

- **William F Sullivan**
  williamsullivan@paulhastings.com,lisavermeulen@paulhastings.com

- **Michael D Torpey**
  mtorpey@orrick.com

- **Michael C Tu**
  mtu@orrick.com,fphan@orrick.com

- **Lloyd Winawer**
  lwinawer@goodwinprocter.com,sasmith@goodwinprocter.com,monyeagbako@goodwinprocter.com,cburgos@goodwinprocter.com

- **Andrew L Zivitz**
  azivitz@btkmc.com

**Manual Notice List**

The following is the list of attorneys who are **not** on the list to receive e-mail notices for this case (who therefore require manual noticing). You may wish to use your mouse to select and copy this list into your word processing program in order to create notices or labels for these recipients.

- (No manual recipients)