# EXHIBIT B

## CERTIFICATION OF NAMED PLAINTIFF
## PURSUANT TO FEDERAL SECURITIES LAWS

VERMONT PENSION INVESTMENT COMMITTEE ("Plaintiff") declares:

1.  Plaintiff has reviewed a complaint and authorized its filing.

2.  Plaintiff did not acquire the security that is the subject of this action at the direction of plaintiff's litigation counsel or in order to participate in this private action or any other litigation under the federal securities laws.

3.  Plaintiff is willing to serve as a representative party on behalf of the class, including providing testimony at deposition and trial, if necessary.

4.  Plaintiff has relied upon litigation counsel's review of the custodial records in order to determine that Plaintiff has made the following transaction(s) during the Class Period in the securities that are the subject of this action:

| Security | Transaction | Date | Price Per Share |
|----------|-------------|------|-----------------|

*See* attached Schedule A.

5.  Plaintiff has not sought to serve or served as a representative party for a class in an action filed under the federal securities laws except as detailed below during the three years prior to the date of this Certification:

*In re Société Générale Sec. Litig.*, No. 08-CIV-02495(GEL) (S.D.N.Y.)

6.  The Plaintiff will not accept any payment for serving as a representative party on behalf of the class beyond the Plaintiff's pro rata share of any recovery,

CWALT

except such reasonable costs and expenses (including lost wages) directly relating to the representation of the class as ordered or approved by the court.

I declare under penalty of perjury that the foregoing is true and correct. Executed this 25th day of January , 2010.

VERMONT PENSION INVESTMENT COMMITTEE

By: _____
    William E. Griffin

Its: _____
    Legal Counsel

- 2 -

CWALT

**SCHEDULE A**

**SECURITIES TRANSACTIONS**

Acquisitions

| Date Acquired | Type of Asset | Face Amount | Price |
|---|---|---|---|
| 09/28/2005 | CWL 2005-12 2A2 Mortgage Pass-Through Certificates | 470,000 | $100.00 |
| 09/28/2005 | CWALT 2005-63 3A1 Mortgage Pass-Through Certificates | 545,000 | $101.16 |
| 12/14/2005 | CWL 2005-4 3AV1 Mortgage Pass-Through Certificates | 500,058 | $99.97 |
| 12/29/2005 | CWALT 2005-11CB 2A8 Mortgage Pass-Through Certificates | 3,558,935 | $98.66 |
| 01/26/2006 | CWALT 2006-2CB A3 Mortgage Pass-Through Certificates | 360,000 | $100.17 |
| 01/26/2006 | CWHL 2006-1 A2 Mortgage Pass-Through Certificates | 366,363 | $99.69 |
| 03/29/2006 | CWL 2006-S2 A2 Mortgage Pass-Through Certificates | 335,000 | $100.00 |
| 03/29/2006 | CWHL 2006-HYB3 3A1A Mortgage Pass-Through Certificates | 465,000 | $100.65 |
| 04/12/2006 | CWHL 2006-HYB3 2A1A Mortgage Pass-Through Certificates | 575,000 | $100.00 |
| 05/25/2006 | CWL 2006-S2 A2 Mortgage Pass-Through Certificates | 760,000 | $99.61 |
| 06/05/2006 | CWHL 2006-HYB3 2A1A Mortgage Pass-Through Certificates | 358,585 | $100.05 |
| 06/14/2006 | CWL 2006-9 1AF3 Mortgage Pass-Through Certificates | 2,775,000 | $100.00 |
| 06/16/2006 | CWL 2006-S3 A2 Mortgage Pass-Through Certificates | 2,895,000 | $100.00 |
| 06/22/2006 | CWL 2006-11 1AF3 Mortgage Pass-Through Certificates | 2,690,000 | $99.80 |
| 06/27/2006 | CWHL 2006-HYB4 1A2 Mortgage Pass-Through Certificates | 1,751,946 | $99.38 |
| 07/27/2006 | CWHL 2006-HYB4 1A2 Mortgage Pass-Through Certificates | 82,912 | $99.67 |
| 07/27/2006 | CWALT 2005-63 3A1 Mortgage Pass-Through Certificates | 77,793 | $99.34 |
| 07/27/2006 | CWALT 2006-2CB A3 Mortgage Pass-Through Certificates | 55,499 | $99.68 |

| Date<br>Acquired | Type of<br>Asset | Face<br>Amount | Price |
|---|---|---|---|
| 07/27/2006 | CWHL 2006-HYB3 3A1A<br>Mortgage Pass-Through Certificates | 77,600 | $100.29 |
| 07/27/2006 | CWHL 2006-1 A2<br>Mortgage Pass-Through Certificates | 61,159 | $98.20 |
| 08/23/2006 | CWL 2006-15 A3<br>Mortgage Pass-Through Certificates | 850,000 | $100.00 |
| 09/07/2006 | CWHL 2005-HYB8 4A1<br>Mortgage Pass-Through Certificates | 3,443,278 | $98.31 |
| 09/27/2006 | CWL 2006-S6 A2<br>Mortgage Pass-Through Certificates | 2,155,000 | $100.00 |
| 10/30/2006 | CWALT 2006-33CB M<br>Mortgage Pass-Through Certificates | 449,596 | $99.13 |
| 11/07/2006 | CWHL 2005-23 A1<br>Mortgage Pass-Through Certificates | 3,955,793 | $97.72 |
| 11/17/2006 | CWL 2006-S7 A3<br>Mortgage Pass-Through Certificates | 3,180,000 | $100.00 |
| 12/06/2006 | CWL 2006-24 2A1<br>Mortgage Pass-Through Certificates | 3,300,000 | $100.00 |
| 12/14/2006 | CWL 2006-S9 A3<br>Mortgage Pass-Through Certificates | 1,480,000 | $100.00 |
| 01/03/2007 | CWHL 2005-29 A1<br>Mortgage Pass-Through Certificates | 2,395,289 | $99.02 |
| 01/18/2007 | CWHL 2006-1 A3<br>Mortgage Pass-Through Certificates | 388,859 | $99.13 |
| 03/28/2007 | CWALT 2005-63 3A1<br>Mortgage Pass-Through Certificates | 225,140 | $99.88 |
| 07/10/2007 | CWALT 2005-63 3A1<br>Mortgage Pass-Through Certificates | 896,724 | $99.40 |
| 09/24/2007 | CWHL 2005-HYB8 4A1<br>Mortgage Pass-Through Certificates | 1,144,552 | $97.92 |
| 01/29/2008 | CWALT 2006-43CB 1A6<br>Mortgage Pass-Through Certificates | 866,673 | $93.00 |
| 02/11/2008 | CWALT 2005-26CB A6<br>Mortgage Pass-Through Certificates | 600,000 | $90.00 |
| 02/21/2008 | CWHL 2007-3 A12<br>Mortgage Pass-Through Certificates | 555,000 | $93.78 |
| 02/26/2008 | CWALT 2005-J10 1A16<br>Mortgage Pass-Through Certificates | 435,000 | $86.25 |
| 02/28/2008 | CWHL 2007-5 A2<br>Mortgage Pass-Through Certificates | 540,000 | $86.00 |

| Date<br>Acquired | Type of<br>Asset | Face<br>Amount | Price |
|---|---|---|---|
| 03/04/2008 | CWALT 2005-46CB A20<br>Mortgage Pass-Through Certificates | 345,939 | $81.00 |
| 03/24/2008 | CWALT 2007-22 2A16<br>Mortgage Pass-Through Certificates | 911,428 | $76.50 |
| 01/23/2009 | CWALT 2005-54CB 1A7<br>Mortgage Pass-Through Certificates | 192,272 | $82.25 |
| 01/23/2009 | CWALT 2005-64CB 1A7<br>Mortgage Pass-Through Certificates | 383,753 | $77.25 |
| 10/02/2009 | CWHL 2007-9 A13<br>Mortgage Pass-Through Certificates | 950,000 | $77.06 |
| 10/14/2009 | CWALT 2005-J1 3A1<br>Mortgage Pass-Through Certificates | 342,676 | $89.94 |
| 10/15/2009 | CWALT 2007-17CB 1A3<br>Mortgage Pass-Through Certificates | 710,861 | $66.06 |
| 10/19/2009 | CWALT 2007-19 1A34<br>Mortgage Pass-Through Certificates | 542,952 | $63.56 |

**Sales**

| Date<br>Sold | Type of<br>Asset | Face<br>Amount | Price |
|---|---|---|---|
| 06/13/2006 | CWHL 2006-HYB3 2A1A<br>Mortgage Pass-Through Certificates | 918,828 | $99.91 |
| 08/01/2006 | CWL 2005-12 2A2<br>Mortgage Pass-Through Certificates | 470,000 | $98.89 |
| 09/27/2006 | CWL 2006-S6 A2<br>Mortgage Pass-Through Certificates | 475,000 | $100.06 |
| 01/26/2007 | CWALT 2006-33CB M<br>Mortgage Pass-Through Certificates | 449,148 | $98.50 |
| 09/17/2007 | CWALT 2006-2CB A3<br>Mortgage Pass-Through Certificates | 314,978 | $98.75 |
| 09/25/2007 | CWL 2006-S7 A3<br>Mortgage Pass-Through Certificates | 1,500,000 | $92.72 |
| 03/26/2008 | CWL 2006-9 1AF3<br>Mortgage Pass-Through Certificates | 650,000 | $81.63 |
| 03/26/2008 | CWL 2006-11 1AF3<br>Mortgage Pass-Through Certificates | 525,000 | $81.38 |
| 03/26/2008 | CWL 2006-S3 A2<br>Mortgage Pass-Through Certificates | 1,020,000 | $71.88 |

| Date Sold | Type of Asset | Face Amount | Price |
|---|---|---|---|
| 03/28/2008 | CWHL 2005-23 A1 Mortgage Pass-Through Certificates | 806,457 | $94.50 |
| 03/28/2008 | CWHL 2005-29 A1 Mortgage Pass-Through Certificates | 503,085 | $95.00 |
| 04/29/2008 | CWL 2006-S3 A2 Mortgage Pass-Through Certificates | 665,000 | $58.50 |
| 06/25/2008 | CWL 2006-S2 A2 Mortgage Pass-Through Certificates | 1,095,000 | $74.50 |
| 07/29/2008 | CWALT 2005-63 3A1 Mortgage Pass-Through Certificates | 1,450,462 | $59.41 |
| 07/29/2008 | CWHL 2005-HYB8 4A1 Mortgage Pass-Through Certificates | 3,613,605 | $61.42 |
| 08/28/2008 | CWL 2006-9 1AF3 Mortgage Pass-Through Certificates | 2,125,000 | $73.00 |
| 08/28/2008 | CWL 2006-11 1AF3 Mortgage Pass-Through Certificates | 2,165,000 | $71.06 |
| 08/28/2008 | CWHL 2005-23 A1 Mortgage Pass-Through Certificates | 1,900,332 | $81.75 |
| 10/16/2008 | CWL 2006-24 2A1 Mortgage Pass-Through Certificates | 1,631,779 | $92.53 |
| 12/18/2008 | CWHL 2005-29 A1 Mortgage Pass-Through Certificates | 445,262 | $80.00 |
| 01/07/2009 | CWHL 2005-23 A1 Mortgage Pass-Through Certificates | 812,947 | $86.50 |
| 07/10/2009 | CWL 2006-S7 A3 Mortgage Pass-Through Certificates | 1,643,992 | $37.00 |
| 10/23/2009 | CWL 2006-S6 A2 Mortgage Pass-Through Certificates | 1,522,361 | $67.03 |
| 10/23/2009 | CWL 2006-S9 A3 Mortgage Pass-Through Certificates | 1,227,795 | $37.25 |
| 10/28/2009 | CWHL 2006-HYB4 1A2 Mortgage Pass-Through Certificates | 833,389 | $6.03 |
| 10/28/2009 | CWL 2006-15 A3 Mortgage Pass-Through Certificates | 850,000 | $58.50 |
| 10/28/2009 | CWHL 2006-1 A3 Mortgage Pass-Through Certificates | 301,393 | $25.00 |
| 11/19/2009 | CWALT 2007-19 1A34 Mortgage Pass-Through Certificates | 537,688 | $67.06 |
| 11/25/2009 | CWALT 2007-22 2A16 Mortgage Pass-Through Certificates | 790,410 | $72.00 |

| Date Sold | Type of Asset | Face Amount | Price |
|---|---|---|---|
| 12/09/2009 | CWALT 2007-17CB 1A3 Mortgage Pass-Through Certificates | 695,736 | $70.00 |

## CERTIFICATION OF NAMED PLAINTIFF
## PURSUANT TO FEDERAL SECURITIES LAWS

MASHREQBANK, P.S.C. ("Plaintiff") declares:

1.     Plaintiff has reviewed a complaint and authorized its filing.

2.     Plaintiff did not acquire the security that is the subject of this action at
the direction of plaintiff's counsel or in order to participate in this private action or
any other litigation under the federal securities laws.

3.     Plaintiff is willing to serve as a representative party on behalf of the
class, including providing testimony at deposition and trial, if necessary.

4.     Plaintiff has made the following transaction(s) during the Class Period
in the securities that are the subject of this action:

| Security | Transaction | Date | Price Per Share |
|----------|-------------|------|-----------------|

*See* attached Schedule A.

5.     Plaintiff has not sought to serve or served as a representative party for
a class in an action filed under the federal securities laws except as detailed below
during the three years prior to the date of this Certification: None

6.     The Plaintiff will not accept any payment for serving as a
representative party on behalf of the class beyond the Plaintiff's pro rata share of
any recovery, except such reasonable costs and expenses (including lost wages)
directly relating to the representation of the class as ordered or approved by the
court.

CWALT

I declare under penalty of perjury that the foregoing is true and correct.
Executed this 23rd day of March, 2010.

MASHREQBANK, P.S.C.

By: _____

Nabeel Waheed

Its:  Head of Treasury

- 2 -

CWALT

**SCHEDULE A**

**SECURITIES TRANSACTIONS**

**Purchase(s):**

| Date | Type of Asset | Face Amount | Price |
|---|---|---|---|
| 07/13/2005 | CWALT 2005-38 A3<br>Mortgage Pass-Through Certificates | 1 000 000 | 100.00 |
| 08/25/2005 | CWALT 2005-51 2A1<br>Mortgage Pass-Through Certificates | 1 000 000 | 100.00 |
| 08/29/2005 | BONDS | 333 256 | 100.05 |
| 09/14/2005 | CWALT 2005-51 4A1<br>Mortgage Pass-Through Certificates | 1 000 000 | 100.00 |
| 09/19/2005 | CWALT 2005-59 1A2A<br>Mortgage Pass-Through Certificates | 1 000 000 | 100.00 |
| 09/29/2005 | CWALT 2005-51 2A1<br>Mortgage Pass-Through Certificates | 1 000 000 | 100.00 |
| 09/29/2005 | CWALT 2005-51 4A1<br>Mortgage Pass-Through Certificates | 1 000 000 | 100.00 |
| 11/30/2005 | CWALT 2005-51 1A1<br>Mortgage Pass-Through Certificates | 991 291 | 100.13 |
| 12/06/2005 | CWALT 2005-62 1A1<br>Mortgage Pass-Through Certificates | 996 932 | 100.08 |
| 12/09/2005 | CWALT 2005-62 1A1<br>Mortgage Pass-Through Certificates | 996 932 | 100.08 |
| 12/21/2005 | CWALT 2005-76 3A1<br>Mortgage Pass-Through Certificates | 1 000 000 | 100.00 |
| 01/05/2006 | CWALT 2005-76 3A1<br>Mortgage Pass-Through Certificates | 1 000 000 | 100.00 |
| 02/07/2006 | CWHL 2006-3 1A1<br>Mortgage Pass-Through Certificates | 1 000 000 | 100.11 |
| 02/08/2006 | CWHL 2005-59 1A2A<br>Mortgage Pass-Through Certificates | 995 170 | 100.21 |
| 06/27/2006 | BONDS | 204 055 | 100.03 |
| 09/07/2006 | CWALT 2006-28CB A8<br>Mortgage Pass-Through Certificates | 30 355 000 | 99.97 |
| 09/15/2006 | BONDS | 500 000 | 100.00 |
| 07/31/2007 | CWALT 2007-24 A4<br>Mortgage Pass-Through Certificates | 10 000 000 | 100.09 |
| 08/10/2007 | CWHL 2005-HYB4 2A1<br>Mortgage Pass-Through Certificates | 558 348 | 97.92 |

**Sale(s):**

| Date | Type of Asset | Face Amount | Price |
|------|---------------|-------------|-------|
| 04/30/2008 | CWALT 2005-59 1A2A<br>Mortgage Pass-Through Certificates | 1 000 000 | 60.00 |
| 07/23/2008 | CWHL 2005-HYB4 2A1<br>Mortgage Pass-Through Certificates | 558 348 | 72.00 |
| 02/28/2008 | BONDS | 220 312 | 88.19 |
| 10/02/2008 | CWALT 2005-51 1A1<br>Mortgage Pass-Through Certificates | 445 381 | 56.06 |
| 10/02/2008 | CWALT 2005-51 2A1<br>Mortgage Pass-Through Certificates | 402 976 | 56.06 |
| 10/02/2008 | CWALT 2005-51 4A1<br>Mortgage Pass-Through Certificates | 601 832 | 56.06 |
| 10/03/2008 | CWALT 2005-38 A3<br>Mortgage Pass-Through Certificates | 342 979 | 60.93 |
| 10/03/2008 | CWALT 2005-62 1A1<br>Mortgage Pass-Through Certificates | 661 559 | 56.69 |
| 10/03/2008 | CWALT 2005-76 3A1<br>Mortgage Pass-Through Certificates | 278 677 | 60.50 |
| 06/09/2006 | CWALT Floating MBS 8/36 | 1 603 605 | 42.00 |
| 06/09/2006 | CWALT Floating MBS 10/37 | 1 781 770 | 35.00 |

## CERTIFICATION OF NAMED PLAINTIFF
## PURSUANT TO FEDERAL SECURITIES LAWS

PENSION TRUST FUND FOR OPERATING ENGINEERS ("Plaintiff") declares:

1. Plaintiff has reviewed a complaint and authorized its filing.

2. Plaintiff did not acquire the security that is the subject of this action at the direction of plaintiff's counsel or in order to participate in this private action or any other litigation under the federal securities laws.

3. Plaintiff is willing to serve as a representative party on behalf of the class, including providing testimony at deposition and trial, if necessary.

4. Plaintiff has made the following transaction(s) during the Class Period in the securities that are the subject of this action:

| Security | Transaction | Date | Price Per Share |
|----------|-------------|------|-----------------|

*See* attached Schedule A.

5. (a) Plaintiff has been appointed to serve as a representative party for a class in the following actions filed under the federal securities laws during the three years prior to the date of this Certification:

*In re Yahoo! Inc. Sec. Litig.*, No. 4:08-cv-02150-CW (N.D. Cal.)
*In re Lehman Brothers Equity/Debt Sec. Litig.*, No. 08-cv-05523-LAK (S.D.N.Y.)
*In re Meridian Funds Group Sec. & ERISA Litig.*, No. 09-md-2082 (S.D.N.Y.)
*In re Austin Capital Management Ltd. ec. & ERISA Litig.*, No. 1:09-md-02075-TPG (S.D.N.Y.)

(b) Plaintiff is seeking to serve as a representative party for a class in the following actions filed under the federal securities laws:

*Pension Trust Fund for Operating Engineers v. Structured Asset Mortgage Investments II Inc., et al.*, No. 09-cv-06172 (S.D.N.Y.)
*Zhu v. UCBH Holdings, Inc., et al*, No. 3:09-cv-04208-JSW (N.D. Cal.)

(c) Plaintiff initially sought to serve as a representative party for a class in the following actions filed under the federal securities laws during the three years prior to the date of this Certification:

*Pappas v. Countrywide Financial Corp., et al.*, No. 2:07-cv-05295-MRP(MANx) (C.D. Cal.)

6.      The Plaintiff will not accept any payment for serving as a representative
party on behalf of the class beyond the Plaintiff's pro rata share of any recovery,
except such reasonable costs and expenses (including lost wages) directly relating to
the representation of the class as ordered or approved by the court.

I declare under penalty of perjury that the foregoing is true and correct.
Executed this 21st day of January    , 2010.

                        PENSION TRUST FUND FOR
                        OPERATING ENGINEERS

                        By:_____
                            Thomas J. Hendricks
                            Executive Director

- 2 -

**SCHEDULE A**

**SECURITIES TRANSACTIONS**

**Acquisitions**

| Date Acquired | Type of Asset | Face Amount | Price |
|---|---|---|---|
| 09/27/2005 - SD | CWL 2005-AB3 2A1 Mortgage Pass-Through Certificates | 5,700,000 | $100.00 |
| 09/28/2005 - SD | CWL 2005-11 AF1 Mortgage Pass-Through Certificates | 5,700,000 | $100.00 |
| 09/29/2005 - SD | CWALT 2005-56 3A1 Mortgage Pass-Through Certificates | 5,700,000 | $100.00 |
| 09/29/2005 - SD | CWALT 2005-56 4A1 Mortgage Pass-Through Certificates | 5,700,000 | $100.00 |
| 09/30/2005 - SD | CWHEL 2005-H 2A Mortgage Pass-Through Certificates | 5,700,000 | $100.00 |
| 09/30/2005 - SD | CWALT 2005-59 1A1 Mortgage Pass-Through Certificates | 6,400,000 | $100.00 |
| 11/30/2005 - SD | CWALT 2005-72 A1 Mortgage Pass-Through Certificates | 2,800,000 | $100.00 |
| 04/28/2008 - SD | CWALT 2005-62 2A1 Mortgage Pass-Through Certificates | 16,675,000 | $83.00 |

**Sales**

| Date Sold | Type of Asset | Face Amount | Price |
|---|---|---|---|
| 10/24/2007 - SD | CWHEL 2005-H 2A Mortgage Pass-Through Certificates | 5,700,000 | $96.78 |
| 01/11/2010 - SD | CWALT 2005-59 1A1 Mortgage Pass-Through Certificates | 6,400,000 | $56.75 |

## CERTIFICATION OF NAMED PLAINTIFF
## PURSUANT TO FEDERAL SECURITIES LAWS

OPERATING ENGINEERS ANNUITY PLAN ("Plaintiff") declares:

1.    Plaintiff has reviewed a complaint and authorized its filing.

2.    Plaintiff did not acquire the security that is the subject of this action at the direction of plaintiff's counsel or in order to participate in this private action or any other litigation under the federal securities laws.

3.    Plaintiff is willing to serve as a representative party on behalf of the class, including providing testimony at deposition and trial, if necessary.

4.    Plaintiff has made the following transaction(s) during the Class Period in the securities that are the subject of this action:

| Security | Transaction | Date | Price Per Share |
|----------|-------------|------|-----------------|

*See* attached Schedule A.

5.    Plaintiff has not sought to serve or served as a representative party for a class in an action filed under the federal securities laws except as detailed below during the three years prior to the date of this Certification:

6.    The Plaintiff will not accept any payment for serving as a representative party on behalf of the class beyond the Plaintiff's pro rata share of any recovery,

CWALT

except such reasonable costs and expenses (including lost wages) directly relating to
the representation of the class as ordered or approved by the court.

I declare under penalty of perjury that the foregoing is true and correct.
Executed this 21st day of January_____, 2010.

OPERATING ENGINEERS ANNUITY
PLAN

By_____

Thomas J. Hendricks
Its:  Executive Director

- 2 -

CWALT

## SCHEDULE A

### SECURITIES TRANSACTIONS

Acquisitions

| Date<br>Acquired | Type of<br>Asset | Face<br>Amount | Price |
|---|---|---|---|
| 12/26/2006 - SD | CWALT 2005-76 2A1<br>Mortgage Pass-Through Certificates | 4,950,000 | $100.34 |

Sales

| Date<br>Sold | Type of<br>Asset | Face<br>Amount | Price |
|---|---|---|---|
| 01/31/2008 - SD | CWALT 2005-76 2A1<br>Mortgage Pass-Through Certificates | 4,950,000 | $92.00 |

*Settlement dates are indicated with "SD" attached to the date.

## CERTIFICATION OF NAMED PLAINTIFF
## PURSUANT TO FEDERAL SECURITIES LAWS

WASHINGTON STATE PLUMBING & PIPEFITTING PENSION TRUST ("Plaintiff") declares:

1.    Plaintiff has reviewed a complaint and authorized its filing.

2.    Plaintiff did not acquire the security that is the subject of this action at the direction of plaintiff's counsel or in order to participate in this private action or any other litigation under the federal securities laws.

3.    Plaintiff is willing to serve as a representative party on behalf of the class, including providing testimony at deposition and trial, if necessary.

4.    Plaintiff has made the following transaction(s) during the Class Period in the securities that are the subject of this action:

| Security | Transaction | Date | Price Per Share |
|----------|-------------|------|-----------------|

*See* attached Schedule A.

5.    Plaintiff has not sought to serve or served as a representative party for a class in an action filed under the federal securities laws except as detailed below during the three years prior to the date of this Certification:

*N/A*

CWALT

6.     The Plaintiff will not accept any payment for serving as a representative party on behalf of the class beyond the Plaintiff's pro rata share of any recovery, except such reasonable costs and expenses (including lost wages) directly relating to the representation of the class as ordered or approved by the court.

I declare under penalty of perjury that the foregoing is true and correct. Executed this 31st day of March, 2010.

WASHINGTON STATE PLUMBING & PIPEFITTING PENSION TRUST

By: _____
    Larry Fritts

Its:   Chairman of the Board of Trustees

CWALT

## SCHEDULE A

## SECURITIES TRANSACTIONS

**Acquisitions**

| Date Acquired | Type of Asset | Face Amount | Price |
|---|---|---|---|
| 06/24/2005 | CWABS 2005-7 AF2 Mortgage Pass-Through Certificate | 105,000 | $100.00 |
| 09/28/2005 | CWABS 2005-12 2A2 Mortgage Pass-Through Certificate | 200,000 | $100.00 |
| 09/28/2005 | CWALT 2005-63 3A1 Mortgage Pass-Through Certificate | 225,000 | $101.16 |
| 01/26/2006 | CWALT 2006-2CB A3 Mortgage Pass-Through Certificate | 155,000 | $100.17 |
| 01/26/2006 | CWMBS 2006-1 A2 Mortgage Pass-Through Certificate | 158,427 | $98.71 |
| 03/29/2006 | CWMBS 2006-HYB3 3A Mortgage Pass-Through Certificate | 140,000 | $100.65 |
| 04/12/2006 | CWMBS 2006-HYB3 2A Mortgage Pass-Through Certificate | 155,000 | $100.00 |
| 06/16/2006 | CWHEQ 2006-S3 A2 Mortgage Pass-Through Certificate | 120,000 | $100.00 |
| 06/22/2006 | CWABS 2006-11 1AF3 Mortgage Pass-Through Certificate | 185,000 | $99.80 |
| 06/27/2006 | CWMBS 2006-HYB4 1A2 Mortgage Pass-Through Certificate | 120,000 | $99.38 |
| 08/23/2006 | CWABS 2006-15 A3 Mortgage Pass-Through Certificate | 60,000 | $100.00 |
| 09/27/2006 | CWHEQ 2006-S6 A2 Mortgage Pass-Through Certificate | 145,000 | $100.00 |
| 10/30/2006 | CWALT 2006-33CB MM Mortgage Pass-Through Certificate | 59,946 | $99.13 |
| 11/07/2006 | CWMBS 2005-23 A1 Mortgage Pass-Through Certificate | 272,044 | $97.72 |
| 11/17/2006 | CWHEQ 2006-S7 A3 Mortgage Pass-Through Certificate | 220,000 | $100.00 |

| 12/14/2006 | CWHEQ 2006-S9 A3<br>Mortgage Pass-Through Certificate | 105,000 | $100.00 |
| 01/03/2007 | CWMBS 2005-29 A1<br>Mortgage Pass-Through Certificate | 166,277 | $99.02 |
| 01/18/2007 | CWMBS 2006-1 A3<br>Mortgage Pass-Through Certificate | 46,494 | $99.13 |
| 09/24/2007 | CWMBS 2005-HYB8<br>Mortgage Pass-Through Certificate | 75,464 | $97.92 |
| 04/23/2008 | CWALT 2005-62 2A1<br>Mortgage Pass-Through Certificate | 183,071 | $83.00 |
| 07/29/2008 | CWMBS 2005-HYB8<br>Mortgage Pass-Through Certificate | 15,794 | $61.55 |

**Sales**

| Date<br>Sold | Type of<br>Asset | Face<br>Amount | Price |
|---|---|---|---|
| 06/13/2006 | CWMBS 2006-HYB3 2A<br>Mortgage Pass-Through Certificate | 152,319 | $100.00 |
| 08/01/2006 | CWABS 2005-12 2A2<br>Mortgage Pass-Through Certificate | 70,000 | $98.89 |
| 08/03/2006 | CWABS 2005-7 AF2<br>Mortgage Pass-Through Certificate | 20,000 | $98.50 |
| 09/27/2006 | CWHEQ 2006-S6 A2<br>Mortgage Pass-Through Certificate | 30,000 | $100.06 |
| 11/16/2006 | CWABS 2005-12 2A2<br>Mortgage Pass-Through Certificate | 130,000 | $99.30 |
| 12/05/2006 | CWABS 2005-7 AF2<br>Mortgage Pass-Through Certificate | 80,556 | $93.85 |
| 01/26/2007 | CWALT 2006-33CB MM<br>Mortgage Pass-Through Certificate | 59,886 | $98.50 |
| 09/17/2007 | CWALT 2006-2CB A3<br>Mortgage Pass-Through Certificate | 118,180 | $98.75 |
| 04/29/2008 | CWHEQ 2006-S3 A2<br>Mortgage Pass-Through Certificate | 40,000 | $58.50 |
| 07/29/2008 | CWALT 2005-63 3A1<br>Mortgage Pass-Through Certificate | 156,525 | $59.41 |

| 08/28/2008 | CWABS 2006-11 1AF3<br>Mortgage Pass-Through Certificate | 185,000 | $71.06 |
| 08/28/2008 | CWMBS 2005-23 A1<br>Mortgage Pass-Through Certificate | 118,771 | $81.75 |
| 12/18/2008 | CWMBS 2005-29 A1<br>Mortgage Pass-Through Certificate | 40,114 | $64.18 |
| 01/07/2009 | CWMBS 2005-23 A1<br>Mortgage Pass-Through Certificate | 120,581 | $86.50 |
| 04/06/2009 | CWALT 2005-62 2A1<br>Mortgage Pass-Through Certificate | 165,816 | $29.25 |
| 07/10/2009 | CWHEQ 2006-S7 A3<br>Mortgage Pass-Through Certificate | 220,000 | $37.00 |
| 12/23/2009 | CWMBS 2005-HYB8<br>Mortgage Pass-Through Certificate | 75,219 | $75.63 |

## CERTIFICATION OF NAMED PLAINTIFF
## PURSUANT TO FEDERAL SECURITIES LAWS

MAINE PUBLIC EMPLOYEES RETIREMENT SYSTEM ("Plaintiff")
declares:

1.    Plaintiff has reviewed a complaint and authorized its filing.

2.    Plaintiff did not acquire the security that is the subject of this action at the
direction of plaintiff's counsel or in order to participate in this private action or any
other litigation under the federal securities laws.

3.    Plaintiff is willing to serve as a representative party on behalf of the
class, including providing testimony at deposition and trial, if necessary.

4.    Plaintiff has made the following transaction(s) during the Class Period in
the securities that are the subject of this action:

| Security | Transaction | Date | Price Per Share |
|---|---|---|---|

See attached Schedule A.

5.    Plaintiff has not sought to serve or served as a representative party for a
class in an action filed under the federal securities laws except as detailed below
during the three years prior to the date of this Certification:

*In re Eli Lilly & Co. Sec. Litig.*, No. 1:07-cv-01310-JBW (E.D.N.Y.) (appointed)
*Maine Public Employees Retirement System v. American International Group, Inc.*, No. 08-cv-
5464 (S.D.N.Y.), which was consolidated with *In re American International Group, Inc.*
*2008 Securities Litigation*, No. 08 Civ. 4772 (S.D.N.Y.) (named plaintiff)
*In re Wachovia Equity Securities Litigation*, No. 1:08-cv-6171 (S.D.N.Y.) (not appointed)
*Kairalla v. Amgen Inc., et al.*, No. CV 07-2536 (C.D. Cal.) (not appointed)
*Gold v. Morrice, et al.*, No. CV 07-931 (C.D. Cal.) (not appointed)

6.    The Plaintiff will not accept any payment for serving as a representative
party on behalf of the class beyond the Plaintiff's pro rata share of any recovery,

except such reasonable costs and expenses (including lost wages) directly relating to the representation of the class as ordered or approved by the court.

I declare under penalty of perjury that the foregoing is true and correct. Executed this 31ˢᵗ day of _March_ , 2010.

MAINE PUBLIC EMPLOYEES
RETIREMENT SYSTEM

By: _____
John C. Milazzo

Its:   Chief Deputy Executive Director and
General Counsel

- 2 -

CWALT

## SCHEDULE A

## SECURITIES TRANSACTIONS

**Acquisitions**

| Date Acquired | Type of Asset | Face Amount | Price |
|---|---|---|---|
| 06/09/2005 | CWABS 2005-5 2A1 Mortgage Pass-Through Certificates | 3,600,000 | $100.00 |
| 06/14/2005 | CWABS 2005-6 2A1 Mortgage Pass-Through Certificates | 4,000,000 | $100.00 |
| 08/19/2005 | CWABS 2005-9 2A1 Mortgage Pass-Through Certificates | 2,000,000 | $100.00 |
| 11/28/2005 | CWABS 2005-HYB9 3A2 Mortgage Pass-Through Certificates | 6,800,000 | $99.72 |
| 12/22/2005 | CWALT 2005-81 A1 Mortgage Pass-Through Certificates | 10,045,000 | $100.00 |
| 06/13/2006 | CWALT 2006-HY12 A1 Mortgage Pass-Through Certificates | 7,200,000 | $100.94 |
| 07/18/2006 | CWMBS 2006-HYB5 2A1 Mortgage Pass-Through Certificates | 7,100,000 | $99.62 |
| 11/20/2006 | CWABS 2005-9 2A2 Mortgage Pass-Through Certificates | 600,000 | $99.98 |
| 11/20/2006 | CWABS 2006-3 2A1 Mortgage Pass-Through Certificates | 1,328,149 | $99.98 |
| 11/20/2006 | CWABS 2006-4 2A1 Mortgage Pass-Through Certificates | 1,600,158 | $100.00 |
| 11/20/2006 | CWABS 2006-6 2A1 Mortgage Pass-Through Certificates | 842,440 | $99.98 |
| 11/20/2006 | CWALT 2006-HY12 A1 Mortgage Pass-Through Certificates | 1,399,614 | $100.95 |
| 11/20/2006 | CWMBS 2006-OA2 A1 Mortgage Pass-Through Certificates | 2,020,025 | $99.98 |
| 11/20/2006 | CWMBS 2006-OA2 A2A Mortgage Pass-Through Certificates | 1,663,005 | $100.00 |

**Sales**

| Date Sold | Type of Asset | Face Amount | Price |
|---|---|---|---|
| 08/03/2007 | CWABS 2006-6 2A1 Mortgage Pass-Through Certificates | 137,401 | $99.88 |