Name & Address:
GLANCY BINKOW & GOLDBERG LLP
1801 Avenue of the Stars, Suite 311
Los Angeles, CA  90067
(310) 201-9150

**UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA**

| | |
|---|---|
| MAINE STATE RETIREMENT SYSTEM, Individually and On Behalf of All Others Similarly Situated,<br>PLAINTIFF(S)<br>v.<br>COUNTRYWIDE FINANCIAL CORPORATION; COUNTRYWIDE SECURITIES CORPORATION; [See Attachment for Additional Defendants]<br>DEFENDANT(S). | CASE NUMBER<br>2:10-CV-00302 MRP (MAN)<br><br>**SUMMONS**<br>ON AMENDED CONSOLIDATED CLASS ACTION COMPLAINT |

TO:     DEFENDANT(S): **NAMED DEFENDANTS**

     A lawsuit has been filed against you.

     Within __21__ days after service of this summons on you (not counting the day you received it), you must serve on the plaintiff an answer to the attached ☐ complaint ☑ __Consolidated__ amended complaint ☐ counterclaim ☐ cross-claim or a motion under Rule 12 of the Federal Rules of Civil Procedure.  The answer or motion must be served on the plaintiff's attorney, __Lionel Z. Glancy__, whose address is __Glancy Binkow & Goldberg LLP, 1801 Avenue of the Stars, Suite 311, LA 90067__.  If you fail to do so, judgment by default will be entered against you for the relief demanded in the complaint.  You also must file your answer or motion with the court.

                                                            Clerk, U.S. District Court

Dated: __13 JUL 2010__             By: __SHEA BOURGEOIS__
                                                                  Deputy Clerk
                                                                  (Seal of the Court)

*[Use 60 days if the defendant is the United States or a United States agency, or is an officer or employee of the United States.  Allowed 60 days by Rule 12(a)(3)].*

SUMMONS ON CONSOLIDATED AMENDED CLASS ACTION COMPLAINT
2:10-CV-00302 MRP (MAN)

**ATTACHMENT**

ADDITIONAL DEFENDANTS:

COUNTRYWIDE HOME LOANS, INC.;
COUNTRYWIDE CAPITAL MARKETS;
BANK OF AMERICA CORP.;
NB HOLDINGS CORPORATION;
CWALT, INC.;
CWMBS, INC.;
CWABS, INC.;
CWHEQ, INC.;
J.P. MORGAN SECURITIES, INC.;
DEUTSCHE BANK SECURITIES INC.;
BEAR, STEARNS & CO., INC.;
JPMORGAN CHASE, INC.;
BANC OF AMERICA SECURITIES LLC;
UBS SECURITIES LLC;
MORGAN STANLEY & CO., INC.;
EDWARD D. JONES & CO., L.P.;
CITIGROUP GLOBAL MARKETS, INC.;
GOLDMAN, SACHS & CO.;
CREDIT SUISSE SECURITIES (USA) LLC;
RBS SECURITIES INC.;
BARCLAY'S CAPITAL, INC.;
HSBC SECURITIES (USA) INC.;
BNP PARIBAS SECURITIES CORP.;
MERRILL LYNCH, PIERCE, FENNER & SMITH, INC.;
STANFORD L. KURLAND;
DAVID A. SPECTOR;
ERIC P. SIERACKI;
N. JOSHUA ADLER;
RANJIT KRIPALANI;
JENNIFER S. SANDEFUR;
THOMAS KEITH MCLAUGHLIN;
THOMAS H. BOONE;
JEFFREY P. GROGIN;
DAVID A. SAMBOL