FILED
CLERK, U.S. DISTRICT COURT
JUL 16 2010
CENTRAL DISTRICT OF CALIFORNIA
BY _____ DEPUTY

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| MAINE STATE RETIREMENT SYSTEM, Individually and On Behalf of All Others Similarly Situated,<br><br>Plaintiffs,<br><br>v.<br><br>COUNTRYWIDE FINANCIAL CORPORATION, et al.,<br><br>Defendants. | Case No. 2:10-CV-00302-MRP (MAN)<br><br>[PROPOSED] ORDER REGARDING BRIEFING SCHEDULE ON MOTIONS TO DISMISS CONSOLIDATED AMENDED COMPLAINT<br><br>Judge:     Hon. Mariana R. Pfaelzer |

Based upon the Parties' Stipulation Regarding Briefing Schedule on Motions to Dismiss Consolidated Amended Complaint, dated July __, 2010, and good cause appearing therefore,

IT IS HEREBY ORDERED as follows:

1. Defendants shall have until ~~September 13~~ August 16, 2010 to file any motions to dismiss the Consolidated Amended Complaint ("CAC");

2. Lead Plaintiff shall have until ~~November 12~~ September 13, 2010 to file any briefs in opposition to the anticipated motions to dismiss; and

3. Defendants shall have until ~~December~~ September 27, 2010 to file any reply briefs in support of their anticipated motions to dismiss the CAC.

4. The hearing on the motion to dismiss will be held October 18, 2010 at 11 a.m.

IT IS SO ORDERED.

Dated: July 16, 2010

Hon. Mariana R. Pfaelzer
United States District Judge

1