| | |
|---|---|
| 1 | LIONEL Z. GLANCY (#134180) |
| 2 | MICHAEL GOLDBERG (#188669) |
|   | 1801 Avenue of the Stars, Suite 311 |
| 3 | Los Angeles, California 90067 |
|   | Telephone: (310) 201-9150 |
| 4 | Facsimile: (310) 201-9160 |
|   | E-mail: info@glancylaw.com |
| 5 | |
| 6 | *Liaison Counsel for Lead Plaintiff Iowa Public Employees' Retirement System* |
| 7 | *[Additional Counsel on Signature Page]* |

UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| MAINE STATE RETIREMENT SYSTEM, Individually and On Behalf of All Others Similarly Situated, | No. 2:10-CV-00302 MRP (MAN) |
| Plaintiff, | CLASS ACTION |
| v. | |
| COUNTRYWIDE FINANCIAL CORPORATION; COUNTRYWIDE SECURITIES CORPORATION; COUNTRYWIDE HOME LOANS, INC.; COUNTRYWIDE CAPITAL MARKETS; BANK OF AMERICA CORP.; NB HOLDINGS CORPORATION; CWALT, INC.; CWMBS, INC.; CWABS, INC.; CWHEQ, INC.; J.P. MORGAN SECURITIES, INC.; DEUTSCHE BANK SECURITIES INC.; BEAR, STEARNS & CO., INC.; JPMORGAN CHASE, INC.; BANC OF AMERICA SECURITIES LLC; UBS SECURITIES LLC; MORGAN STANLEY & CO., INC.; EDWARD D. JONES & CO., L.P.; CITIGROUP GLOBAL MARKETS, INC.; GOLDMAN, SACHS & CO.; CREDIT SUISSE SECURITIES (USA) LLC; RBS SECURITIES INC.; BARCLAY'S CAPITAL, INC.; HSBC SECURITIES (USA) INC.; BNP PARIBAS SECURITIES CORP.; MERRILL LYNCH, PIERCE, FENNER & SMITH, INC.; STANFORD L. KURLAND; DAVID A. SPECTOR; ERIC P. SIERACKI; N. JOSHUA ADLER; RANJIT KRIPALANI; JENNIFER S. SANDEFUR; THOMAS KEITH MCLAUGHLIN; THOMAS H. BOONE; JEFFREY P. GROGIN; DAVID A. SAMBOL, | **NOTICE OF ERRATA TO AMENDED CONSOLIDATED CLASS ACTION COMPLAINT** |
| Defendants. | |

No. 2:10-cv-00302 MRP         NOTICE OF ERRATA

1
2
3
4
5
6
7

PLEASE TAKE NOTICE that the First Amended Consolidated Class Action Complaint filed July 13, 2010 (Dk. No. 122) did not reflect additional counsel for United Methodist Churches Benefit Board, Inc.  Attached as Exhibit A hereto is a corrected page 91 to the Amended Complaint which reflects Kirby McInerney LLP as additional counsel for United Methodist Churches Benefit Board, Inc.

8  Dated:  July 21, 2010                         Respectfully submitted,
9
10                                                GLANCY BINKOW & GOLDBERG LLP
11
12                                                *s/Michael Goldberg*
                                                  Lionel Z. Glancy
13                                                Michael Goldberg
                                                  1801 Avenue of the Stars, Suite 311
14                                                Los Angeles, California 90067
                                                  Telephone:  (310) 201-9150
15                                                Facsimile:  (310) 201-9160
16
17                                                *Liaison Counsel*
18
                                                  Steven J. Toll
19                                                Julie Goldsmith Reiser
                                                  Joshua S. Devore
20                                                Matthew B. Kaplan
21                                                S. Douglas Bunch
                                                  COHEN MILSTEIN SELLERS
22                                                    & TOLL PLLC
                                                  1100 New York Avenue, N.W.
23                                                Suite 500, West Tower
24                                                Washington, D.C. 20005
                                                  Telephone:  (202) 408-4600
25                                                Facsimile:  (202) 408-4699
26
27
28

Joel P. Laitman
Daniel B. Rehns
COHEN MILSTEIN SELLERS
& TOLL PLLC
88 Pine Street, 14th Floor
New York, New York 10005
Telephone:  (212) 838-7797
Facsimile:  (212) 838-7745

*Lead Counsel for the Class*

*– and –*

KIRBY McINERNEY LLP
Ira M. Press
Randall K. Berger
825 Third Avenue, 16th Floor
New York, New York 10022
Telephone:  (212) 371-6600
Facsimile:    (212) 751-2540

*Additional Counsel for United Methodist Churches Benefit Board, Inc.*

# EXHIBIT A

Case 2:10-cv-00302-MRP -MAN   Document 125   Filed 07/21/10   Page 4 of 8   Page ID #:1519

EXHIBIT A

Joel P. Laitman
Daniel B. Rehns
**COHEN MILSTEIN SELLERS & TOLL PLLC**
88 Pine Street, 14th Floor
New York, New York 10005
Telephone: (212) 838-7797
Facsimile: (212) 838-7745

*Lead Counsel for the Class*

*– and –*

**KIRBY McINERNEY LLP**
Ira M. Press
Randall K. Berger
825 Third Avenue, 16th Floor
New York, New York 10022
Telephone: (212) 371-6600
Facsimile:   (212) 751-2540

*Additional Counsel for United Methodist Churches Benefit Board, Inc.*

**PROOF OF SERVICE VIA ELECTRONIC POSTING PURSUANT TO CENTRAL DISTRICT OF CALIFORNIA LOCAL RULES AND ECF GENERAL ORDER NO. 08-02**

I, the undersigned, say:

I am a citizen of the United States and am employed in the office of a member of the Bar of this Court. I am over the age of 18 and not a party to the within action. My business address is 1801 Avenue of the Stars, Suite 311, Los Angeles, California 90067.

On July 21, 2010, I caused to be served the following document:

**NOTICE OF ERRATA TO AMENDED CONSOLIDATED CLASS ACTION COMPLAINT**

By posting these documents to the ECF Website of the United States District Court for the Central District of California, for receipt electronically by the parties as listed on the attached Service List.

And on any non-ECF registered party:

**By Mail**: By placing true and correct copies thereof in individual sealed envelopes, with postage thereon fully prepaid, which I deposited with my employer for collection and mailing by the United States Postal Service. I am readily familiar with my employer's practice for the collection and processing of correspondence for mailing with the United States Postal Service. In the ordinary course of business, this correspondence would be deposited by my employer with the United States Postal Service that same day.

I certify under penalty of perjury under the laws of the United States of America that the foregoing is true and correct. Executed on July 21, 2010, at Los Angeles, California.

*s/Michael Goldberg*
Michael Goldberg

## Mailing Information for a Case 2:10-cv-00302-MRP -MAN

### Electronic Mail Notice List

The following are those who are currently on the list to receive e-mail notices for this case.

- **Randall K Berger**
  rberger@kmllp.com

- **Leiv H Blad , Jr**
  leiv.blad@bingham.com

- **Spencer Alan Burkholz**
  spenceb@rgrdlaw.com,jillk@rgrdlaw.com,e_file_sd@rgrdlaw.com

- **Christopher G Caldwell**
  caldwell@caldwell-leslie.com,martindale@caldwell-leslie.com,hammer@caldwell-leslie.com,pettit@caldwell-leslie.com,willingham@caldwell-leslie.com,hayes@caldwell-leslie.com,popescu@caldwell-leslie.com,strother@caldwell-leslie.com,wong@caldwell-leslie.com,wilson@caldwell-leslie.com

- **Peter Young Hoon Cho**
  petercho@paulhastings.com

- **Boyd Cloern**
  boyd.cloern@bingham.com

- **David C Codell**
  codell@caldwell-leslie.com

- **Brian Charles Devine**
  bdevine@goodwinprocter.com

- **Daniel S. Drosman**
  ddrosman@rgrdlaw.com,tholindrake@rgrdlaw.com,e_file_sd@rgrdlaw.com

- **Thomas E Egler**
  tome@rgrdlaw.com,kathyj@rgrdlaw.com

- **Inez H Friedman-Boyce**
  ifriedmanboyce@goodwinprocter.com

- **Michael M Goldberg**
  mmgoldberg@glancylaw.com,dmacdiarmid@glancylaw.com,info@glancylaw.com,rprongay@glancylaw.com

- **Penelope A Graboys Blair**
  pgraboysblair@orrick.com,jcopoulos@orrick.com

- **Joshua G Hamilton**
  joshuahamilton@paulhastings.com,melmanahan@paulhastings.com

- **Jeffrey M Hammer**
  hammer@caldwell-leslie.com

- **Sean M Handler**
  shandler@btkmc.com

- **Jennifer L Joost**
  jjoost@btkmc.com,acashwell@btkmc.com,mswift@btkmc.com

- **Dean J Kitchens**
  dkitchens@gibsondunn.com,MOstrye@gibsondunn.com

- **Joel P Laitman**
  jlaitman@cohenmilstein.com

- **Christopher Lometti**
  clometti@cohenmilstein.com

- **Jennifer B Luz**
  jluz@goodwinprocter.com

- **Azra Z Mehdi**
  amehdi@milberg.com

- **Alexander K Mircheff**
  amircheff@gibsondunn.com

- **Sharan Nirmul**

snirmul@btkmc.com,azivitz@btkmc.com,ecf_filings@btkmc.com

- **Brian E Pastuszenski**
  bpastuszenski@goodwinprocter.com,ktayman@goodwinprocter.com

- **Lauren Wagner Pederson**
  lpederson@btkmc.com,neena.verma@btkmc.com,dpotts@btkmc.com

- **Ira M Press**
  ipress@kmllp.com,lmorris@kmllp.com

- **Daniel B Rehns**
  drehns@cohenmilstein.com

- **Christina A Royce**
  croyce@rgrdlaw.com,e_file_sd@rgrdlaw.com

- **Scott H Saham**
  scotts@rgrdlaw.com,e_file_sd@rgrdlaw.com

- **Jennifer M Sepic**
  jennifer.sepic@bingham.com

- **Arthur L Shingler , III**
  ashingler@scott-scott.com,efile@scott-scott.com

- **William F Sullivan**
  williamsullivan@paulhastings.com,lisavermeulen@paulhastings.com

- **Michael D Torpey**
  mtorpey@orrick.com

- **Michael C Tu**
  mtu@orrick.com,fphan@orrick.com

- **Avi N Wagner**
  avi@thewagnerfirm.com,anwagneresq@hotmail.com

- **Lloyd Winawer**
  lwinawer@goodwinprocter.com,sasmith@goodwinprocter.com,monyeagbako@goodwinprocter.com,cburgos@goodwinprocter.com

- **Andrew L Zivitz**
  azivitz@btkmc.com

## Manual Notice List

The following is the list of attorneys who are **not** on the list to receive e-mail notices for this case (who therefore require manual noticing). You may wish to use your mouse to select and copy this list into your word processing program in order to create notices or labels for these recipients.

**Lauren G Kerkhoff**
Robbins Geller Rudman & Dowd LLP
655 West Broadway  Suite 1900
San Diego, CA 92101-8498

**Lindsay R Pennington**
Gibson Dunn & Crutcher LLP
333 South Grand Avenue
Los Angeles, CA 90071-3197