LIONEL Z. GLANCY (#134180)
MICHAEL GOLDBERG (#188669)
1801 Avenue of the Stars, Suite 311
Los Angeles, California 90067
Telephone: (310) 201-9150
Facsimile: (310) 201-9160
E-mail: info@glancylaw.com

*Liaison Counsel for Lead Plaintiff Iowa Public Employees' Retirement System*
*[Additional Counsel on Signature Page]*

UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| MAINE STATE RETIREMENT SYSTEM, Individually and On Behalf of All Others Similarly Situated,<br><br>Plaintiff,<br><br>v.<br><br>COUNTRYWIDE FINANCIAL CORPORATION, *et al.*<br>    Defendants. | No. 2:10-CV-00302 MRP (MAN)<br><br>CLASS ACTION<br><br>**NOTICE OF DISMISSAL OF DEFENDANTS MCLAUGHLIN AND BOONE** |

1  PLEASE TAKE NOTICE that pursuant to Federal Rule of Civil Procedure
2  41(a), Lead Plaintiff Iowa Public Employees' Retirement System dismisses this
3  action only as to Defendants Thomas Keith McLaughlin and Thomas H. Boone.
4
5  Dated:  August 5, 2010                    Respectfully submitted,
6
7                                            GLANCY BINKOW & GOLDBERG LLP
8                                            *s/Michael Goldberg*
9                                            Lionel Z. Glancy
                                             Michael Goldberg
10                                           1801 Avenue of the Stars, Suite 311
                                             Los Angeles, California 90067
11                                           Telephone:  (310) 201-9150
12                                           Facsimile:  (310) 201-9160
13
                                             *Liaison Counsel*
14
15                                           Steven J. Toll
                                             Julie Goldsmith Reiser
16                                           Joshua S. Devore
17                                           Matthew B. Kaplan
                                             S. Douglas Bunch
18                                           COHEN MILSTEIN SELLERS
19                                                    & TOLL PLLC
                                             1100 New York Avenue, N.W.
20                                           Suite 500, West Tower
21                                           Washington, D.C. 20005
                                             Telephone:  (202) 408-4600
22                                           Facsimile:  (202) 408-4699
23
24
25
26
27
28

No. 2:10-cv-00302 MRP     NOTICE OF DISMISSAL OF DEFS. BOONE & MCLAUGHLIN

1

Joel P. Laitman
Daniel B. Rehns
COHEN MILSTEIN SELLERS
    & TOLL PLLC
88 Pine Street, 14th Floor
New York, New York 10005
Telephone:  (212) 838-7797
Facsimile:  (212) 838-7745

*Lead Counsel for the Class*

– and –

KIRBY McINERNEY LLP
Ira M. Press
Randall K. Berger
825 Third Avenue, 16th Floor
New York, New York 10022
Telephone:  (212) 371-6600
Facsimile:    (212) 751-2540

*Additional Counsel for United Methodist Churches Benefit Board, Inc.*

**PROOF OF SERVICE VIA ELECTRONIC POSTING PURSUANT TO CENTRAL DISTRICT OF CALIFORNIA LOCAL RULES AND ECF GENERAL ORDER NO. 10-07**

I, the undersigned, say:

I am a citizen of the United States and am employed in the office of a member of the Bar of this Court. I am over the age of 18 and not a party to the within action. My business address is 1801 Avenue of the Stars, Suite 311, Los Angeles, California 90067.

On August 5, 2010, I caused to be served the following document:

**NOTICE OF DISMISSAL OF DEFENDANTS MCLAUGHLIN AND BOONE**

By posting the document to the ECF Website of the United States District Court for the Central District of California, for receipt electronically by the parties as listed on the attached Service List.

And on any non-ECF registered party:

**By Mail**: By placing true and correct copies thereof in individual sealed envelopes, with postage thereon fully prepaid, which I deposited with my employer for collection and mailing by the United States Postal Service. I am readily familiar with my employer's practice for the collection and processing of correspondence for mailing with the United States Postal Service. In the ordinary course of business, this correspondence would be deposited by my employer with the United States Postal Service that same day.

I certify under penalty of perjury under the laws of the United States of America that the foregoing is true and correct. Executed on August 5, 2010, at Los Angeles, California.

*s/Michael Goldberg*
Michael Goldberg

Case 2:10-cv-00302-MRP -MAN   Document 137   Filed 08/05/10   Page 5 of 8   Page ID #:1594

# Mailing Information for a Case 2:10-cv-00302-MRP -MAN

## Electronic Mail Notice List

The following are those who are currently on the list to receive e-mail notices for this case.

- **Randall K Berger**
  rberger@kmllp.com

- **Leiv H Blad , Jr**
  leiv.blad@bingham.com

- **S Douglas Bunch**
  dbunch@cohenmilstein.com

- **Spencer Alan Burkholz**
  spenceb@rgrdlaw.com,jillk@rgrdlaw.com,e_file_sd@rgrdlaw.com

- **Christopher G Caldwell**
  caldwell@caldwell-leslie.com,martindale@caldwell-leslie.com,hammer@caldwell-leslie.com,pettit@caldwell-leslie.com,willingham@caldwell-leslie.com,hayes@caldwell-leslie.com,popescu@caldwell-leslie.com,strother@caldwell-leslie.com,wong@caldwell-leslie.com,wilson@caldwell-leslie.com

- **Peter Young Hoon Cho**
  petercho@paulhastings.com

- **Boyd Cloern**
  boyd.cloern@bingham.com

- **David C Codell**
  codell@caldwell-leslie.com

- **Brian Charles Devine**
  bdevine@goodwinprocter.com

- **Daniel S. Drosman**
  ddrosman@rgrdlaw.com,tholindrake@rgrdlaw.com,e_file_sd@rgrdlaw.com

- **Thomas E Egler**
  tome@rgrdlaw.com,kathyj@rgrdlaw.com

- **Inez H Friedman-Boyce**
  ifriedmanboyce@goodwinprocter.com

- **Michael M Goldberg**
  mmgoldberg@glancylaw.com,dmacdiarmid@glancylaw.com,info@glancylaw.com,rprongay@glancylaw.com

- **Penelope A Graboys Blair**
  pgraboysblair@orrick.com,jcopoulos@orrick.com

- **Joshua G Hamilton**
  joshuahamilton@paulhastings.com,melmanahan@paulhastings.com

- **Jeffrey M Hammer**
  hammer@caldwell-leslie.com

- **Sean M Handler**
  shandler@btkmc.com

- **Jennifer L Joost**
  jjoost@btkmc.com,acashwell@btkmc.com,mswift@btkmc.com

- **Matthew B Kaplan**
  mkaplan@cohenmilstein.com,efilings@cohenmilstein.com

- **Dean J Kitchens**
  dkitchens@gibsondunn.com,MOstrye@gibsondunn.com

- **Joel P Laitman**
  jlaitman@cohenmilstein.com

- **Christopher Lometti**
  clometti@cohenmilstein.com

- **Jennifer B Luz**
  jluz@goodwinprocter.com

- **Azra Z Mehdi**
  amehdi@milberg.com

- **Alexander K Mircheff**
  amircheff@gibsondunn.com

- **Sharan Nirmul**
  snirmul@btkmc.com,azivitz@btkmc.com,ecf_filings@btkmc.com

- **Brian E Pastuszenski**
  bpastuszenski@goodwinprocter.com,ktayman@goodwinprocter.com

- **Lauren Wagner Pederson**
  lpederson@btkmc.com,neena.verma@btkmc.com,dpotts@btkmc.com

- **Ira M Press**
  ipress@kmllp.com,lmorris@kmllp.com

- **David A Priebe**
  david.priebe@dlapiper.com,stacy.murray@dlapiper.com

- **Daniel B Rehns**
  drehns@cohenmilstein.com,efilings@cohenmilstein.com

- **Julie G Reiser**
  jreiser@cohenmilstein.com

- **Christina A Royce**
  croyce@rgrdlaw.com,e_file_sd@rgrdlaw.com

- **Scott H Saham**
  scotts@rgrdlaw.com,e_file_sd@rgrdlaw.com

- **Jennifer M Sepic**
  jennifer.sepic@bingham.com

- **Arthur L Shingler , III**
  ashingler@scott-scott.com,efile@scott-scott.com

- **William F Sullivan**
  williamsullivan@paulhastings.com,lisavermeulen@paulhastings.com

- **Steven J Toll**
  stoll@cohenmilstein.com

- **Michael D Torpey**
  mtorpey@orrick.com

- **Michael C Tu**
  mtu@orrick.com,fphan@orrick.com

- **Avi N Wagner**
  avi@thewagnerfirm.com,anwagneresq@hotmail.com

- **Lloyd Winawer**
  lwinawer@goodwinprocter.com,sasmith@goodwinprocter.com,monyeagbako@goodwinprocter.com,cburgos@goodwinprocter.com

- **Andrew L Zivitz**
  azivitz@btkmc.com

## Manual Notice List

The following is the list of attorneys who are **not** on the list to receive e-mail notices for this case (who therefore require manual noticing). You may wish to use your mouse to select and copy this list into your word processing program in order to create notices or labels for these recipients.

```
Lauren G Kerkhoff
```
Robbins Geller Rudman & Dowd LLP
655 West Broadway  Suite 1900
San Diego, CA 92101-8498

```
Lindsay R Pennington
```
Gibson Dunn & Crutcher LLP
333 South Grand Avenue
Los Angeles, CA 90071-3197

**SERVICE LIST (CONTINUED)**

**PARTIES RECEIVING NOTICE VIA U.S. MAIL**

**(NOT ON COURT'S ECF SYSTEM)**

Mail service is made on the last known address or believed-to-be current address of the following parties:

**FOR DEFENDANTS**

CT Corporation System
Agent for Service of Process for Bank of America Corp.
818 West Seventh Street
Los Angeles, CA 90017

CT Corporation System
Agent for Service of Process for JP Morgan Chase
818 West Seventh Street
Los Angeles, CA 90017

CT Corporation System
Agent for Service of Process for NB Holdings Corporation
1200 South Pine Island Road
Plantation, FL 33324

CSC - Lawyers Incorporating Service
Agent for Service of Process for RBS Securities Inc.
2730 Gateway Oaks Drive, Suite 100
Sacramento, CA 95833

Thomas H. Boone
4163 Oak Place Drive
Thousand Oaks, CA 91362

Thomas Keith McLaughlin
1336 Lynnmere Drive
Westlake Village, CA 91360

Jeffrey P. Grogin
25080 Ashley Ridge Road
Calabasas, CA 91302