LIONEL Z. GLANCY (#134180)
MICHAEL GOLDBERG (#188669)
1801 Avenue of the Stars, Suite 311
Los Angeles, California 90067
Telephone: (310) 201-9150
Facsimile: (310) 201-9160
E-mail: info@glancylaw.com

*Liaison Counsel for Lead Plaintiff Iowa Public Employees' Retirement System*
*[Additional Counsel on Signature Page]*

UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| MAINE STATE RETIREMENT SYSTEM, Individually and On Behalf of All Others Similarly Situated,<br><br>Plaintiff,<br><br>v.<br><br>COUNTRYWIDE FINANCIAL CORPORATION, *et al.*<br>            Defendants. | No. 2:10-CV-00302 MRP (MAN)<br><br><u>CLASS ACTION</u><br><br>**NOTICE OF DISMISSAL OF DEFENDANT JEFFREY P. GROGIN** |

No. 10-cv-00302 MRP    NOTICE OF DISMISSAL OF DEFENDANT GROGIN

PLEASE TAKE NOTICE that pursuant to Federal Rule of Civil Procedure 41(a), Lead Plaintiff Iowa Public Employees' Retirement System dismisses this action only as to Defendant Jeffrey P. Grogin.

Dated: August 11, 2010　　　　　　　　Respectfully submitted,

　　　　　　　　　　　　　　　　　　GLANCY BINKOW & GOLDBERG LLP

　　　　　　　　　　　　　　　　　　*s/Michael Goldberg*
　　　　　　　　　　　　　　　　　　Lionel Z. Glancy
　　　　　　　　　　　　　　　　　　Michael Goldberg
　　　　　　　　　　　　　　　　　　1801 Avenue of the Stars, Suite 311
　　　　　　　　　　　　　　　　　　Los Angeles, California 90067
　　　　　　　　　　　　　　　　　　Telephone: (310) 201-9150
　　　　　　　　　　　　　　　　　　Facsimile: (310) 201-9160

　　　　　　　　　　　　　　　　　　*Liaison Counsel*

　　　　　　　　　　　　　　　　　　Steven J. Toll
　　　　　　　　　　　　　　　　　　Julie Goldsmith Reiser
　　　　　　　　　　　　　　　　　　Joshua S. Devore
　　　　　　　　　　　　　　　　　　Matthew B. Kaplan
　　　　　　　　　　　　　　　　　　S. Douglas Bunch
　　　　　　　　　　　　　　　　　　COHEN MILSTEIN SELLERS
　　　　　　　　　　　　　　　　　　　　　　& TOLL PLLC
　　　　　　　　　　　　　　　　　　1100 New York Avenue, N.W.
　　　　　　　　　　　　　　　　　　Suite 500, West Tower
　　　　　　　　　　　　　　　　　　Washington, D.C. 20005
　　　　　　　　　　　　　　　　　　Telephone: (202) 408-4600
　　　　　　　　　　　　　　　　　　Facsimile: (202) 408-4699

Joel P. Laitman
Daniel B. Rehns
COHEN MILSTEIN SELLERS
     & TOLL PLLC
88 Pine Street, 14th Floor
New York, New York 10005
Telephone:  (212) 838-7797
Facsimile:  (212) 838-7745

*Lead Counsel for the Class*

*– and –*

KIRBY McINERNEY LLP
Ira M. Press
Randall K. Berger
825 Third Avenue, 16th Floor
New York, New York 10022
Telephone:  (212) 371-6600
Facsimile:    (212) 751-2540

*Additional Counsel for United Methodist Churches Benefit Board, Inc.*

**PROOF OF SERVICE VIA ELECTRONIC POSTING PURSUANT TO CENTRAL DISTRICT OF CALIFORNIA LOCAL RULES AND ECF GENERAL ORDER NO. 10-07**

I, the undersigned, say:

I am a citizen of the United States and am employed in the office of a member of the Bar of this Court. I am over the age of 18 and not a party to the within action. My business address is 1801 Avenue of the Stars, Suite 311, Los Angeles, California 90067.

On August 11, 2010, I caused to be served the following document:

**NOTICE OF DISMISSAL OF DEFENDANT JEFFREY P. GROGIN**

By posting the document to the ECF Website of the United States District Court for the Central District of California, for receipt electronically by the parties as listed on the attached Service List.

And on any non-ECF registered party:

**By Mail**: By placing true and correct copies thereof in individual sealed envelopes, with postage thereon fully prepaid, which I deposited with my employer for collection and mailing by the United States Postal Service. I am readily familiar with my employer's practice for the collection and processing of correspondence for mailing with the United States Postal Service. In the ordinary course of business, this correspondence would be deposited by my employer with the United States Postal Service that same day.

I certify under penalty of perjury under the laws of the United States of America that the foregoing is true and correct. Executed on August 11, 2010, at Los Angeles, California.

*s/Michael Goldberg*
Michael Goldberg

PROOF OF SERVICE

# Mailing Information for a Case 2:10-cv-00302-MRP -MAN

## Electronic Mail Notice List

The following are those who are currently on the list to receive e-mail notices for this case.

- **Randall K Berger**
  rberger@kmllp.com

- **Leiv H Blad , Jr**
  leiv.blad@bingham.com

- **S Douglas Bunch**
  dbunch@cohenmilstein.com

- **Spencer Alan Burkholz**
  spenceb@rgrdlaw.com,jillk@rgrdlaw.com,e_file_sd@rgrdlaw.com

- **Christopher G Caldwell**
  caldwell@caldwell-leslie.com,martindale@caldwell-leslie.com,hammer@caldwell-leslie.com,pettit@caldwell-leslie.com,willingham@caldwell-leslie.com,hayes@caldwell-leslie.com,popescu@caldwell-leslie.com,strother@caldwell-leslie.com,wong@caldwell-leslie.com,wilson@caldwell-leslie.com

- **Matthew D Caplan**
  matthew.caplan@dlapiper.com,carmen.ferrera@dlapiper.com,DocketingLA@dlapiper.com

- **Peter Young Hoon Cho**
  petercho@paulhastings.com

- **Boyd Cloern**
  boyd.cloern@bingham.com

- **David C Codell**
  codell@caldwell-leslie.com

- **Jeffrey B Coopersmith**
  jeff.coopersmith@dlapiper.com

- **Brian Charles Devine**
  bdevine@goodwinprocter.com

- **Joshua S Devore**
  jdevore@cohenmilstein.com

- **Daniel S. Drosman**
  ddrosman@rgrdlaw.com,tholindrake@rgrdlaw.com,e_file_sd@rgrdlaw.com

- **Thomas E Egler**
  tome@rgrdlaw.com,kathyj@rgrdlaw.com

- **Inez H Friedman-Boyce**
  ifriedmanboyce@goodwinprocter.com

- **Michael M Goldberg**
  mmgoldberg@glancylaw.com,dmacdiarmid@glancylaw.com,info@glancylaw.com,rprongay@glancylaw.com

- **Penelope A Graboys Blair**
  pgraboysblair@orrick.com,jcopoulos@orrick.com

- **Joshua G Hamilton**
  joshuahamilton@paulhastings.com,melmanahan@paulhastings.com

- **Jeffrey M Hammer**
  hammer@caldwell-leslie.com

- **Sean M Handler**
  shandler@btkmc.com

- **Jennifer L Joost**
  jjoost@btkmc.com,acashwell@btkmc.com,mswift@btkmc.com

- **Matthew B Kaplan**
  mkaplan@cohenmilstein.com,efilings@cohenmilstein.com

- **Dean J Kitchens**
  dkitchens@gibsondunn.com,MOstrye@gibsondunn.com

- **Joel P Laitman**
  jlaitman@cohenmilstein.com

- **Christopher Lometti**
  clometti@cohenmilstein.com

- **Jennifer B Luz**
  jluz@goodwinprocter.com

- **Azra Z Mehdi**
  amehdi@milberg.com

- **Alexander K Mircheff**
  amircheff@gibsondunn.com

- **Nicolas Morgan**
  nicolas.morgan@dlapiper.com

- **Sharan Nirmul**
  snirmul@btkmc.com,azivitz@btkmc.com,ecf_filings@btkmc.com

- **Brian E Pastuszenski**
  bpastuszenski@goodwinprocter.com,ktayman@goodwinprocter.com

- **Lauren Wagner Pederson**
  lpederson@btkmc.com,neena.verma@btkmc.com,dpotts@btkmc.com

- **Ira M Press**
  ipress@kmllp.com,lmorris@kmllp.com

- **David A Priebe**
  david.priebe@dlapiper.com,stacy.murray@dlapiper.com

- **Daniel B Rehns**
  drehns@cohenmilstein.com,efilings@cohenmilstein.com

- **Julie G Reiser**
  jreiser@cohenmilstein.com

- **Christina A Royce**
  croyce@rgrdlaw.com,e_file_sd@rgrdlaw.com

- **Scott H Saham**
  scotts@rgrdlaw.com,e_file_sd@rgrdlaw.com

- **Jennifer M Sepic**
  jennifer.sepic@bingham.com

- **Arthur L Shingler , III**
  ashingler@scott-scott.com,efile@scott-scott.com

- **William F Sullivan**
  williamsullivan@paulhastings.com,lisavermeulen@paulhastings.com

- **Steven J Toll**
  stoll@cohenmilstein.com

- **Michael D Torpey**
  mtorpey@orrick.com

- **Michael C Tu**
  mtu@orrick.com,fphan@orrick.com

- **Avi N Wagner**
  avi@thewagnerfirm.com,anwagneresq@hotmail.com

- **Shirli Fabbri Weiss**
  shirli.weiss@dlapiper.com,emiko.gonzales@dlapiper.com

- **Lloyd Winawer**
  lwinawer@goodwinprocter.com,sasmith@goodwinprocter.com,monyeagbako@goodwinprocter.com,cburgos@goodwinprocter.com

- **Andrew L Zivitz**
  azivitz@btkmc.com

## Manual Notice List

The following is the list of attorneys who are **not** on the list to receive e-mail notices for this case (who therefore require manual noticing). You may wish to use your mouse to select and copy this list into your word processing program in order to create notices or labels for these recipients.

```
Lauren G Kerkhoff
Robbins Geller Rudman & Dowd LLP
655 West Broadway  Suite 1900
San Diego, CA 92101-8498

Lindsay R Pennington
Gibson Dunn & Crutcher LLP
333 South Grand Avenue
Los Angeles, CA 90071-3197
```

# SERVICE LIST (CONTINUED)

# PARTIES RECEIVING NOTICE VIA U.S. MAIL

# (NOT ON COURT'S ECF SYSTEM)

Mail service is made on the last known address or believed-to-be current address of the following parties:

# FOR DEFENDANTS

CT Corporation System  
Agent for Service of Process for Bank of America Corp.  
818 West Seventh Street  
Los Angeles, CA 90017

CT Corporation System  
Agent for Service of Process for JP Morgan Chase  
818 West Seventh Street  
Los Angeles, CA 90017

CT Corporation System  
Agent for Service of Process for NB Holdings Corporation  
1200 South Pine Island Road  
Plantation, FL 33324

CSC - Lawyers Incorporating Service  
Agent for Service of Process for RBS Securities Inc.  
2730 Gateway Oaks Drive, Suite 100  
Sacramento, CA 95833

Jeffrey P. Grogin  
25080 Ashley Ridge Road  
Calabasas, CA 91302