# APPENDIX A TO STANFORD L. KURLAND'S MOTION TO DISMISS COUNTS I AND III OF THE AMENDED CONSOLIDATED COMPLAINT

## Registration Statements Allegedly Signed by Defendant Stanford L. Kurland

| Filer<br>(Am. Compl. ¶¶ 34-37) | File No.<br>(Am. Compl. ¶¶ 34-37) | Date of Registration Statement<br>(Am. Compl. ¶¶ 34-37) | Alleged Date of First Offering<br>(Am. Compl., Ex. A) |
|---|---|---|---|
| CWALT, Inc. | 333-110343 | January 13, 2004 | December 28, 2006 |
| CWALT, Inc. | 333-117949 | September 23, 2004 | January 25, 2005 |
| CWALT, Inc. | 333-123167 | April 21, 2005 | April 22, 2005 |
| CWALT, Inc. | 333-125902 | July 25, 2005 | July 25, 2005 |
| CWALT, Inc. | 333-131630 | March 6, 2006 | January 24, 2006 |
| CWHEQ, Inc. | 333-126790 | August 4, 2005 | August 26, 2005 |
| CWHEQ, Inc. | 333-132375 | April 12, 2006 | June 26, 2006 |
| CWABS, Inc. | 333-118926 | October 18, 2004 | June 29, 2005 |
| CWABS, Inc. | 333-125164 | June 10, 2005 | June 14, 2005 |
| CWABS, Inc. | 333-131591 | February 21, 2006 | February 23, 2006 |
| CWABS, Inc. | 333-135846 | August 8, 2006 | August 28, 2006 |
| CWMBS, Inc. | 333-100418 | October 28, 2002 | December 27, 2005 |
| CWMBS, Inc. | 333-121249 | February 8, 2005 | June 15, 2005 |
| CWMBS, Inc. | 333-125963 | July 25, 2005 | July 25, 2005 |
| CWMBS, Inc. | 333-131662 | March 6, 2006 | March 16, 2006 |