WILLIAM F. SULLIVAN (SB# 78353)
williamsullivan@paulhastings.com
JOSHUA G. HAMILTON (SB# 199610)
joshuahamilton@paulhastings.com
PETER Y. CHO (SB# 255181)
petercho@paulhastings.com
PAUL, HASTINGS, JANOFSKY & WALKER LLP
515 South Flower Street
Twenty-Fifth Floor
Los Angeles, CA 90071-2228
Telephone: (213) 683-6000
Facsimile: (213) 627-0705

Attorneys for Defendants
*Ranjit Kripalani* and *Jennifer S. Sandefur*

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| MAINE STATE RETIREMENT SYSTEM, Individually and On Behalf of All Others Similarly Situated,<br><br>Plaintiff,<br><br>vs.<br><br>COUNTRYWIDE FINANCIAL CORPORATION, a Delaware corporation; COUNTRYWIDE HOME LOANS, INC.; CWALT, INC.; a Delaware corporation; CWMBS, INC., a Delaware corporation; CWABS, INC., a Delaware corporation; CWHEQ, INC., a Delaware corporation; COUNTRYWIDE CAPITAL MARKETS; COUNTRYWIDE SECURITIES CORPORATION; J.P. MORGAN SECURITIES INC.; DEUTSCHE BANK SECURITIES, INC; BEAR, STEARNS & CO., INC., et al.,<br><br>Defendants. | CASE NO. 2:10-CV-00302 MRP (MANx)<br><br>**DEFENDANTS RANJIT KRIPALANI AND JENNIFER S. SANDEFUR'S NOTICE OF MOTION AND MOTION TO DISMISS THE AMENDED CONSOLIDATED CLASS ACTION COMPLAINT**<br><br>Date: October 18, 2010<br>Time: 11:00 a.m.<br>Courtroom: 12<br>Judge: Hon. Mariana R. Pfaelzer<br><br>[Memorandum of Points and Authorities Filed and Served Concurrently Herewith] |

LEGAL_US_W # 65406733.1

RANJIT KRIPALANI AND JENNIFER S. SANDEFUR'S NOTICE OF MOTION AND MOTION TO DISMISS

TO ALL PARTIES AND THEIR ATTORNEYS OF RECORD:

PLEASE TAKE NOTICE that on October 18, 2010, at 11:00 a.m., or as soon thereafter as the matter may be heard, in the Courtroom of the Honorable Mariana R. Pfaelzer, United States District Judge for the Central District of California, Courtroom 12, Second Floor, 312 N. Spring Street, Los Angeles, California, 90012, Defendants Ranjit Kripalani and Jennifer S. Sandefur will and hereby do move this Court to dismiss, pursuant to Rule 12(b)(6) of the Federal Rules of Civil Procedure, Counts I and III against them in Plaintiffs' Amended Consolidated Class Action Complaint ("Amended Complaint") with prejudice. The grounds for this motion include the following, among others:

1. Plaintiffs' Count I of the Amended Complaint against Mr. Kripalani and Ms. Sandefur is barred by the one-year statute of limitations under Section 13 of the Securities Act of 1933 ("Securities Act") for claims brought under Section 11 of the Securities Act.

2. Plaintiffs' Count III of the Amended Complaint against Mr. Kripalani and Ms. Sandefur should be dismissed for (i) failure to allege adequately a primary violation of Section 11, and (ii) failure to allege sufficiently "control person" liability against Mr. Kripalani and Ms. Sandefur under Section 15 of the Securities Act.

Because Mr. Kripalani and Ms. Sandefur are only named in Counts I and III of the Amended Complaint, all claims against them should be dismissed from the case with prejudice.

Mr. Kripalani and Ms. Sandefur also hereby join and incorporate the Motion to Dismiss and other papers filed in support thereof by Countrywide Financial Corporation, Countrywide Home Loans, Inc., CWALT, Inc., CWMBS, Inc., CWABS, Inc., CWHEQ, Inc., Countrywide Capital Markets, Countrywide Securities Corporation, and N. Joshua Adler (the "Countrywide Defendants"), filed and served on August 16, 2010, with respect to the arguments that Counts I and III

1  of the Amended Complaint should be dismissed.

2  This Motion is made following the conference of counsel pursuant to Local Rule 7-3 which took place on August 11, 2010.

4  This Motion is based on this Notice of Motion and Motion to Dismiss, the accompanying Memorandum of Points and Authorities, the Countrywide Defendants' Notice of Request and Request for Judicial Notice in Support of their Motions to Dismiss, the Memorandum of Points and Authorities filed in support of the Countrywide Defendants' Motion to Dismiss, the pleadings, records and files in this action, and on such further evidence and argument as may be presented prior to or at the time of the hearing on this Motion

Dated: August 16, 2010   PAUL, HASTINGS, JANOFSKY & WALKER LLP
WILLIAM F. SULLIVAN
JOSHUA G. HAMILTON
PETER Y. CHO


By: /s/ Joshua G. Hamilton
JOSHUA G. HAMILTON

Attorneys for Defendants
*Ranjit Kripalani* and *Jennifer S. Sandefur*