Lloyd Winawer (State Bar No. 157823)
lwinawer@goodwinprocter.com
**GOODWIN PROCTER LLP**
10250 Constellation Boulevard, 21st Floor
Los Angeles, CA 90067
Telephone: 310-788-5177
Facsimile: 310-286-0992

Brian E. Pastuszenski (*pro hac vice*)
bpastuszenski@goodwinprocter.com
Inez H. Friedman-Boyce (*pro hac vice*)
ifriedmanboyce@goodwinprocter.com
Brian C. Devine (State Bar No. 222240)
bdevine@goodwinprocter.com
**GOODWIN PROCTER LLP**
53 State Street
Boston, MA 02109-2802
Telephone: 617-570-1000
Facsimile: 617-523-1231

*Attorneys for Defendants*
Countrywide Financial Corp.,
Countrywide Home Loans, Inc., CWALT, Inc., CWMBS, Inc., CWABS, Inc., CWHEQ, Inc., Countrywide Capital Markets, Countrywide Securities Corp., and N. Joshua Adler

# UNITED STATES DISTRICT COURT

# FOR THE CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| MAINE STATE RETIREMENT SYSTEM, Individually and On Behalf of All Others Similarly Situated,<br><br>Plaintiffs,<br><br>v.<br><br>COUNTRYWIDE FINANCIAL CORPORATION, et al.,<br><br>Defendants. | Case No. 2:10-CV-00302-MRP (MANx)<br><br>**[PROPOSED] ORDER ON COUNTRYWIDE DEFENDANTS' MOTION TO DISMISS THE AMENDED CONSOLIDATED CLASS ACTION COMPLAINT**<br><br>Date:         October 18, 2010<br>Time:         11:00 a.m.<br>Courtroom:   12<br>Judge:        Hon. Mariana R. Pfaelzer |

Before the Court is the Countrywide Defendants' Motion to Dismiss the Amended Consolidated Class Action Complaint. Having considered the Countrywide Defendants' Motion, the memoranda of points and authorities and supporting papers filed therewith, the response and replies thereto, all other memoranda and papers on file, and oral argument, the Motion is hereby GRANTED.

IT IS THEREFORE ORDERED that the Amended Consolidated Class Action Complaint is dismissed with prejudice in its entirety.

IT IS SO ORDERED.

DATED: _____, 2010

_____
HON. MARIANA R. PFAELZER
UNITED STATES DISTRICT JUDGE