SETH ARONSON (S.B. #100153)
saronson@omm.com
MATTHEW CLOSE (S.B. #188570)
mclose@omm.com
O'MELVENY & MYERS LLP
400 South Hope Street
Los Angeles, California 90071-2899
Telephone:  (213) 430-6000
Facsimile:   (213) 430-6407

*Attorneys for Defendants*
*Bank of America Corporation and NB*
*Holdings Corporation*

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| MAINE STATE RETIREMENT SYSTEM, individually and on behalf of all others similarly situated,<br><br>Plaintiff,<br><br>v.<br><br>COUNTRYWIDE FINANCIAL CORPORATION, et al.,<br><br>Defendants. | Case No.  2:10-CV-00302 MRP (MAN)<br><br>**ORDER SETTING BRIEFING SCHEDULE ON DEFENDANTS BANK OF AMERICA CORPORATION AND NB HOLDINGS CORPORATION'S MOTION TO DISMISS**<br><br>Judge:  Honorable Mariana R. Pfaelzer<br>Courtroom: Courtroom 12<br>          Spring Street Courthouse |

# **ORDER**

On the stipulation of the parties, and good cause appearing therefore,

IT IS HEREBY ORDERED that:

1. Defendants Bank of America Corporation ("BAC") and NB Holdings Corporation ("NB") shall file and serve their motion to dismiss the Amended Consolidated Class Action Complaint on or before August 20, 2010.

2. Plaintiffs shall file and serve their opposition to the motion to dismiss on or before September 16, 2010.

3. BAC and NB shall file and serve their reply brief in further support of the motion to dismiss on or before September 27, 2010.

DATED: August 20, 2010

_____
THE HONORABLE MARIANA R. PFAELZER
UNITED STATES DISTRICT JUDGE