SETH ARONSON (S.B. #100153)
saronson@omm.com
MATTHEW CLOSE (S.B. #188570)
mclose@omm.com
O'MELVENY & MYERS LLP
400 South Hope Street
Los Angeles, California 90071-2899
Telephone:  (213) 430-6000
Facsimile:  (213) 430-6407

*Attorneys for Defendants*
*Bank of America Corporation and NB*
*Holdings Corporation*

# UNITED STATES DISTRICT COURT

## CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| MAINE STATE RETIREMENT SYSTEM, individually and on behalf of all others similarly situated,<br><br>Plaintiff,<br><br>v.<br><br>COUNTRYWIDE FINANCIAL CORPORATION, et al.,<br><br>Defendants. | Case No.  2:10-CV-00302 MRP (MAN)<br><br>**BANK OF AMERICA CORPORATION AND NB HOLDINGS CORPORATION'S NOTICE OF MOTION AND MOTION TO DISMISS THE AMENDED CONSOLIDATED CLASS ACTION COMPLAINT**<br><br>Hearing Date:  October 18, 2010<br>Time:  11:00 a.m.<br>Judge:  Honorable Mariana R. Pfaelzer<br>Courtroom:  Courtroom 12<br>Spring Street Courthouse |

1    **TO ALL PARTIES AND THEIR ATTORNEYS OF RECORD**

2    **HEREIN:**

3          **PLEASE TAKE NOTICE THAT** on October 18, 2010 at 11:00 a.m.,

4    or such time thereafter as the Court deems proper, at Courtroom 12 of the Spring

5    Street Courthouse before the Honorable Mariana R. Pfaelzer, Defendants Bank of

6    America Corporation and NB Holdings Corporation will move and hereby do move

7    the Court to grant their Motion to Dismiss Plaintiffs' Amended Consolidated Class

8    Action Complaint under Federal Rule of Civil Procedure 12(b)(6).

9          This motion is made following the conference of counsel pursuant to

10   Local Rule 7-3, which took place on August 11 and August 13, 2010.  This motion

11   is based upon this Notice of Motion and Motion, the accompanying Memorandum

12   of Points and Authorities, the Request for Judicial Notice, the Declaration of

13   Matthew Close, the exhibits filed in support thereof, all pleadings and papers on file

14   in this action, and upon such other matters as may be presented to the Court at the

15   time of hearing.

16         Dated:  August 20, 2010

17                         Respectfully submitted,

18                         SETH ARONSON

19                         MATTHEW CLOSE
                      O'MELVENY & MYERS LLP

20

21                         By:   /s/ Matthew Close

22                             MATTHEW CLOSE

23                         *Attorneys for Defendants*
                      *Bank of America Corporation and NB*

24                         *Holdings Corporation*

25   Bradley J. Butwin
Jonathan Rosenberg

26   William J. Sushon
O'MELVENY & MYERS LLP

27   Seven Times Square
New York, New York 10036

28   (212) 326-2000

                                          BAC AND NB HOLDINGS'S NOTICE OF
                                             MOTION AND MOTION
                                             2:10 CV-00302 MRP (MAN)