1  SETH ARONSON (S.B. #100153)
   saronson@omm.com
2  MATTHEW CLOSE (S.B. #188570)
   mclose@omm.com
3  O'MELVENY & MYERS LLP
   400 South Hope Street
4  Los Angeles, California 90071-2899
   Telephone: (213) 430-6000
5  Facsimile: (213) 430-6407

6  *Attorneys for Defendants*
   *Bank of America Corporation and NB*
7  *Holdings Corporation*

8                    **UNITED STATES DISTRICT COURT**

9                    **CENTRAL DISTRICT OF CALIFORNIA**

10

| 11 MAINE STATE RETIREMENT SYSTEM, individually and on behalf | Case No. 2:10-CV-00302 MRP (MAN) |
|---|---|
| 12 of all others similarly situated, | **BANK OF AMERICA CORPORATION AND NB HOLDINGS CORPORATION'S REQUEST FOR JUDICIAL NOTICE OF DOCUMENTS IN SUPPORT OF THEIR MOTION TO DISMISS THE AMENDED CONSOLIDATED CLASS ACTION COMPLAINT** |
| 13 Plaintiff, | |
| 14 v. | |
| 15 COUNTRYWIDE FINANCIAL CORPORATION, et al., | |
| 16 | |
| 17 Defendants. | Hearing Date: October 18, 2010 Time: 11:00 a.m. |
| 18 | Judge: Honorable Mariana R. Pfaelzer Courtroom: Courtroom 12 |
| 19 | Spring Street Courthouse |

20

21

22

23

24

25

26

27

28

| | |
|---|---|
| 1 | In support of their Motion to Dismiss Plaintiffs' Amended |
| 2 | Consolidated Class Action Complaint, Defendants Bank of America Corporation |
| 3 | ("BAC") and NB Holdings Corporation ("NB") respectfully request the Court to |
| 4 | take judicial notice under Federal Rule of Evidence 201 of the following |
| 5 | documents: |
| 6 |     1. Omnibus Order, *Argent Classic Convertible Arbitrage Fund, L.P. v.* |
| 7 | *Countrywide Financial Corp.*, Case No. 2:07-cv-07097 MRP (MANx) (C.D. Cal. |
| 8 | Mar. 19, 2009) as printed from http://www.pacer.gov on or about August 19, 2010 |
| 9 | (Close Decl. Ex. 1); |
| 10 |     2. Countrywide Financial Corporation's ("Countrywide") Quarterly |
| 11 | Report on Form 10-Q filed with the SEC on or about August 11, 2008 as printed |
| 12 | from http://business.westlaw.com on or about August 18, 2010 (Close Decl. Ex. 2); |
| 13 |     3. BAC Registration Statement on Form S-4 Appendix A (attaching |
| 14 | Merger Agreement) filed with the SEC on or about May 28, 2008 as printed from |
| 15 | http://business.westlaw.com on or about August 18, 2010 (Close Decl. Ex. 3); |
| 16 |     4. BAC Current Report on Form 8-K filed with the SEC on or about |
| 17 | July 1, 2008 as printed from http://business.westlaw.com on or about August 18, |
| 18 | 2010 (Close Decl. Ex. 4); |
| 19 |     5. Validus Holdings Limited Schedule 13G/A filed with the SEC on |
| 20 | behalf of BAC on February 12, 2010 as printed from http://business.westlaw.com |
| 21 | on or about August 18, 2010 (Close Decl. Ex. 5); |
| 22 |     6. BAC Current Report on Form 8-K filed with the SEC on or about |
| 23 | November 10, 2008 as printed from http://business.westlaw.com, on or about |
| 24 | August 18, 2010  (Close Decl. Ex. 6); |
| 25 |     7. Plaintiff's Opposition to Defendant BAC's Motion to Dismiss in |
| 26 | *Argent Classic Convertible Arbitrage Fund L.P. v. Countrywide Financial Corp.*, |
| 27 | No. CV 07-07097 MRP (MANx) (C.D. Cal. Feb. 6, 2009) as printed from |
| 28 | http://www.pacer.gov on or about August 18, 2010 (Close Decl. Ex. 7); |

1         8. Consent Judgment & Order entered in *Federal Trade Commission v. Countrywide Home Loans, Inc.*, Case No. 2:10-cv-04193-JFW-SS (C.D. Cal. June 15, 2010) as printed from http://www.pacer.gov on or about August 19, 2010 (Close Decl. Ex. 8); and

        9. Amended Stipulation & Agreement of Settlement filed in *In re Countrywide Financial Corp. Securities Litigation*, Lead Case No. 2:07-cv-05295-MRP (MANx) (C.D. Cal. June 29, 2010) as printed from http://www.pacer.gov on or about August 19, 2010 (Close Decl. Ex. 9).

        10. Decision and order entered in *MBIA Insurance Corp. v. Countrywide Home Loans, Inc.*, Index No. 602825/08 (Sup. Ct., N.Y. Co. Apr. 27, 2010) as printed from New York State Courts E-Filing System, http://iapps.courts.state.ny.us/webcivil/FCASSearch on or about August 19, 2010 (Close Decl. Ex. 10);

    Documents 1, 7, 8, 9 and 10 are court filings, and the Court may take judicial notice of such filings. *See, e.g. In re Impac Mortg. Holdings, Inc. Sec. Litig.*, 554 F. Supp. 2d 1083, 1088 n.3 (2008).

    Documents 2 through 6 are all filings with the Securities and Exchange Commission. The Court may take judicial notice of these filings. *See Yuen v. U.S. Stock Transfer Co.*, 966 F. Supp. 944, 945 n.1 (C.D. Cal. 1997) ("court may take judicial notice of the contents of relevant public disclosure documents required to be filed with the SEC"). The Court also may take judicial notice and consider these documents for this Motion to Dismiss as they are matters of public record. *See Barron v. Reich*, 13 F.3d 1370, 1377 (9th Cir. 1994) (matters judicially noticeable are proper grounds for consideration in a motion to dismiss under Rule 12(b)(6)); *Plevy v. Haggerty*, 38 F. Supp. 2d 816, 821 (C.D. Cal. 1998) ("On a motion to dismiss, a court may take judicial notice of public records outside the pleadings.") (citing *MGIC Indemnity Corp. v. Weisman*, 803 F.2d 500, 504 (9th Cir. 1986)).

    Based on the foregoing authorities, BAC and NB respectfully request that the

1 | Court take judicial notice of the documents attached to the Declaration of Matthew
2 | Close, filed herewith, in ruling on their Motion to Dismiss the Amended
3 | Consolidated Class Action Complaint.

Dated:  August 20, 2010

Respectfully submitted,

SETH ARONSON
MATTHEW CLOSE
O'MELVENY & MYERS LLP


By:   /s/ Matthew Close
          MATTHEW CLOSE

*Attorneys for Defendants*
*Bank of America Corporation and NB*
*Holdings Corporation*

Bradley J. Butwin
Jonathan Rosenberg
William J. Sushon
O'MELVENY & MYERS LLP
Seven Times Square
New York, New York  10036
(212) 326-2000