| | |
|---|---|
| 1 | SETH ARONSON (S.B. #100153) |
| | saronson@omm.com |
| 2 | MATTHEW CLOSE (S.B. #188570) |
| | mclose@omm.com |
| 3 | O'MELVENY & MYERS LLP |
| | 400 South Hope Street |
| 4 | Los Angeles, California 90071-2899 |
| | Telephone:  (213) 430-6000 |
| 5 | Facsimile:  (213) 430-6407 |

*Attorneys for Defendants*
*Bank of America Corporation and NB Holdings Corporation*

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| MAINE STATE RETIREMENT SYSTEM, individually and on behalf of all others similarly situated, <br><br> Plaintiff, <br><br> v. <br><br> COUNTRYWIDE FINANCIAL CORPORATION, et al., <br><br> Defendants. | Case No.  2:10-CV-00302 MRP (MAN) <br><br> **DECLARATION OF MATTHEW CLOSE IN SUPPORT OF DEFENDANTS' REQUEST FOR JUDICIAL NOTICE OF DOCUMENTS IN SUPPORT OF THEIR MOTION TO DISMISS THE AMENDED CONSOLIDATED CLASS ACTION COMPLAINT** <br><br> Hearing Date: October 18, 2010 <br> Time:  11:00 a.m. <br> Judge:  Honorable Mariana R. Pfaelzer <br> Courtroom:  Courtroom 12 <br>           Spring Street Courthouse |

I, Matthew Close, declare as follows:

1. I am attorney licensed to practice law in the State of California and am admitted to the bar of the United States District Court for the Central District of California. I am a partner at the law firm of O'Melveny & Myers LLP, counsel for Defendants Bank of America Corporation ("BAC") and NB Holdings Corporation ("NB") in the above captioned matter. I make this declaration based upon my knowledge of the facts stated herein, and if called to testify, I could and would testify competently thereto. I submit this declaration in support of Defendants' Request for Judicial Notice.

2. Attached hereto as Exhibit 1 is a true and correct copy of the Omnibus Order entered in *Argent Classic Convertible Arbitrage Fund, L.P. v. Countrywide Financial Corp.*, Case No. CV 07-07097 MRP (MANx) (C.D. Cal. Mar. 19, 2009) as printed from http://www.pacer.gov on or about August 19, 2010.

3. Attached hereto as Exhibit 2 is a true and correct copy of Countrywide Financial Corporation's ("Countrywide") Quarterly Report on Form 10-Q (August 11, 2008) as printed from http://business.westlaw.com on or about August 18, 2010.

4. Attached hereto as Exhibit 3 is a true and correct copy of BAC's Registration Statement on Form S-4 (attaching Merger Agreement) (May 28, 2008) as printed from http://business.westlaw.com on or about August 18, 2010.

5. Attached hereto as Exhibit 4 is a true and correct copy of BAC's Current Report on Form 8-K (July 1, 2008) as printed from http://business.westlaw.com on or about August 18, 2010.

6. Attached hereto as Exhibit 5 is a true and correct copy of Validus Holdings Limited Schedule 13G/A filed with the SEC on behalf of BAC (February 12, 2010) as printed from http://business.westlaw.com on or about August 19, 2010.

7. Attached hereto as Exhibit 6 is a true and correct copy of BAC's Current Report on Form 8-K (November 10, 2008) as printed from

1 | http://business.westlaw.com on or about August 18, 2010.

2 |     8. Attached hereto as Exhibit 7 is a true and correct copy of Plaintiff's
3 | Opposition to Defendant BAC's Motion to Dismiss in *Argent Classic Convertible*
4 | *Arbitrage Fund L.P. v. Countrywide Financial Corp.*, No. CV 07-07097-MRP
5 | (MANx) (C.D. Cal. Feb. 6, 2009) as printed from http://www.pacer.gov on or about
6 | August 18, 2010.

7 |     9. Attached hereto as Exhibit 8 is a true and correct copy the Consent
8 | Judgment & Order entered in *Federal Trade Commission v. Countrywide Home*
9 | *Loans, Inc.*, Case No. 2:10-cv-04193-JFW-SS (C.D. Cal. June 15, 2010) as printed
10 | from http://www.pacer.gov on or about August 19, 2010.

11 |     10. Attached hereto as Exhibit 9 is a true and correct copy of the
12 | Amended Stipulation & Agreement of Settlement, *In re Countrywide Financial*
13 | *Corp. Securities Litigation*, Lead Case No. 2:07-cv-05295-MRP (MANx) (C.D.
14 | Cal. June 29, 2010) as printed from http://www.pacer.gov on or about August 19,
15 | 2010.
16 | / / /
17 | / / /
18 | / / /
19 | / / /
20 | / / /
21 | / / /
22 | / / /
23 | / / /
24 | / / /
25 | / / /
26 | / / /
27 | / / /
28 | / / /

11. Attached hereto as Exhibit 10 is a true and correct copy of the decision and order entered in *MBIA Insurance Corp. v. Countrywide Home Loans, Inc.*, Index No. 602825/08 (N.Y. Sup. Ct., N.Y. County Apr. 27, 2010) as printed from New York State Courts E-Filing System, http://iapps.courts.state.ny.us/webcivil/FCASSearch on or about August 19, 2010.

I declare under penalty of perjury that the forgoing is true and correct.

Executed on August 20, 2010 at Los Angeles, California.

By:   /s/ Matthew Close
      MATTHEW CLOSE

*Attorneys for Defendants
Bank of America Corporation and NB Holdings Corporation*

Bradley J. Butwin
Jonathan Rosenberg
William J. Sushon
O'MELVENY & MYERS LLP
Seven Times Square
New York, New York 10036
(212) 326-2000