LIONEL Z. GLANCY (#134180)
MICHAEL GOLDBERG (#188669)
1801 Avenue of the Stars, Suite 311
GLANCY BINKOW & GOLDBERG LLP
Los Angeles, California 90067
Telephone: (310) 201-9150
Facsimile: (310) 201-9160
E-mail: info@glancylaw.com

*Liaison Counsel for Lead Plaintiff Iowa Public Employees' Retirement System*

[Additional Counsel on Signature Page]

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| MAINE STATE RETIREMENT SYSTEM, Individually and On Behalf of All Others Similarly Situated,<br><br>Plaintiff,<br><br>v.<br><br>COUNTRYWIDE FINANCIAL CORPORATION, *et al.*<br><br>Defendants. | No. 2:10-CV-00302 MRP (MAN)<br><br><u>CLASS ACTION</u><br><br>**PLAINTIFFS' NOTICE OF REQUEST AND REQUEST FOR JUDICIAL NOTICE**<br><br>**Date:** October 18, 2010<br>**Time:** 11:00 a.m.<br>**Courtroom:** 12<br>**Judge:** Hon. Mariana R. Pfaelzer |

No. 2:10-cv-00302: PLAINTIFFS' NOTICE OF REQUEST AND REQUEST FOR JUDICIAL NOTICE

TO ALL PARTIES AND THEIR COUNSEL OF RECORD:

PLEASE TAKE NOTICE that Plaintiffs, by and through their attorneys of record, hereby request that the Court take judicial notice, pursuant to Federal Rule of Evidence 201 and supporting case law, of the five documents attached hereto as Exhibits 1 through 5.

This request is based on the attached Memorandum of Points and Authorities in support thereof, the papers, records, and pleadings on file herein, and upon any additional argument or evidence permitted by the Court.

Dated:  September 13, 2010                Respectfully submitted,

**GLANCY BINKOW & GOLDBERG LLP**

  /s/ Michael Goldberg
Michael Goldberg
Lionel Z. Glancy
1801 Avenue of the Stars, Suite 311
Los Angeles, California 90067
Telephone:  (310) 201-9150
Facsimile:  (310) 201-9160

*Liaison Counsel*

Steven J. Toll
Julie Goldsmith Reiser
Joshua S. Devore
Matthew B. Kaplan
S. Douglas Bunch
**COHEN MILSTEIN SELLERS & TOLL PLLC**
1100 New York Avenue, N.W.
Suite 500, West Tower
Washington, D.C. 20005
Telephone:  (202) 408-4600
Facsimile:  (202) 408-4699

– and –

No. 2:10-cv-00302: PLAINTIFFS' NOTICE OF REQUEST AND REQUEST FOR JUDICIAL NOTICE

1

Joel P. Laitman
Daniel B. Rehns
**COHEN MILSTEIN SELLERS & TOLL PLLC**
88 Pine Street, 14th Floor
New York, New York 10005
Telephone: (212) 838-7797
Facsimile: (212) 838-7745

*Lead Counsel for the Class*

No. 2:10-cv-00302: PLAINTIFFS' NOTICE OF REQUEST AND REQUEST FOR JUDICIAL NOTICE

2

# MEMORANDUM OF POINTS AND AUTHORITIES

Federal Rule of Evidence 201 provides that a court may take judicial notice of a fact "not subject to reasonable dispute in that it is either (1) generally known within the territorial jurisdiction of the trial court or (2) capable of accurate and ready determination by resort to sources whose accuracy cannot reasonably be questioned." Fed. R. Evid. 201(b).

Plaintiffs respectfully request that the Court take judicial notice of Exhibit 1, attached hereto, which is a true and correct copy of a complaint filed on June 12, 2008 in the State Litigation related to this federal action. This Court may take judicial notice of pleadings and papers filed in related actions. *Burbank-Glendale-Pasadena Airport Auth. v. City of Burbank*, 136 F.3d 1360, 1364 (9th Cir. 1998) (granting request for judicial notice of pleadings in related action); *MGIC Indem. Corp. v. Weisman*, 803 F.2d 500, 504 (9th Cir. 1986) (same). In their own request for judicial notice the Countrywide defendants ask the Court to take judicial notice of another complaint filed in the State Litigation. Countrywide Defendants' Request for Judicial Notice, Dkt No. 160, Ex. 25 (Aug. 16, 2010).

Plaintiffs also respectfully request that the Court take Judicial notice of Exhibit 2, which is a true and correct copy of the complete Q1 2007 Countrywide Financial Corporation Earnings Conference Call transcript, dated April 26, 2007, if it grants Defendants' request to judicially notice an excerpt from this document. Defendants have requested that the Court judicially notice and consider a single page from this transcript. Countrywide Defs.' Request for Judicial Notice, Ex. 44. Plaintiffs ask that if the Court grants Defendants' request to judicially notice this transcript it should judicially notice the entire transcript, not merely the page provided by Defendants.

No. 2:10-cv-00302: PLAINTIFFS' NOTICE OF REQUEST AND REQUEST FOR JUDICIAL NOTICE

3

1  Finally Plaintiffs respectfully request that the Court take judicial notice of Exhibits 3-5, three press releases related to J.P. Morgan Chase & Co.'s acquisition of Bear Stearns dated March 16, 2008, March 24, 2008 and May 31, 2008, each of which was filed with the SEC. Courts may take judicial notice of SEC filings for appropriate purposes. *In re Dura Pharms., Inc. Sec. Litig.*, 548 F. Supp. 2d 1126, 1129 n.1 (S.D. Cal. 2008).

Dated: September 13, 2010

Respectfully submitted,

**GLANCY BINKOW & GOLDBERG LLP**

  /s/ Michael Goldberg
Michael Goldberg
Lionel Z. Glancy
1801 Avenue of the Stars, Suite 311
Los Angeles, California 90067
Telephone: (310) 201-9150
Facsimile: (310) 201-9160

*Liaison Counsel*

Steven J. Toll
Julie Goldsmith Reiser
Joshua S. Devore
Matthew B. Kaplan
S. Douglas Bunch
**COHEN MILSTEIN SELLERS & TOLL PLLC**
1100 New York Avenue, N.W.
Suite 500, West Tower
Washington, D.C. 20005
Telephone: (202) 408-4600
Facsimile: (202) 408-4699

– and –

No. 2:10-cv-00302: PLAINTIFFS' NOTICE OF REQUEST AND REQUEST FOR JUDICIAL NOTICE

4

1
2
3
4

          Joel P. Laitman
          Daniel B. Rehns
          **COHEN MILSTEIN SELLERS**
             **& TOLL PLLC**
          88 Pine Street, 14th Floor
          New York, New York 10005
          Telephone:  (212) 838-7797
          Facsimile:  (212) 838-7745

5           *Lead Counsel for the Class*

6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28   No. 2:10-cv-00302: PLAINTIFFS' NOTICE OF REQUEST AND REQUEST FOR JUDICIAL NOTICE

# PROOF OF SERVICE VIA ELECTRONIC POSTING PURSUANT TO CENTRAL DISTRICT OF CALIFORNIA LOCAL RULES AND ECF GENERAL ORDER NO. 10-07

I, the undersigned, say:

I am a citizen of the United States and am employed in the office of a member of the Bar of this Court. I am over the age of 18 and not a party to the within action. My business address is 1801 Avenue of the Stars, Suite 311, Los Angeles, California 90067.

On September 13, 2010, I caused to be served the following document:

**PLAINTIFFS' NOTICE OF REQUEST AND REQUEST FOR JUDICIAL NOTICE**

By posting the document to the ECF Website of the United States District Court for the Central District of California, for receipt electronically by the parties as listed on the attached Service List.

And on any non-ECF registered party:

**By Mail**: By placing true and correct copies thereof in individual sealed envelopes, with postage thereon fully prepaid, which I deposited with my employer for collection and mailing by the United States Postal Service. I am readily familiar with my employer's practice for the collection and processing of correspondence for mailing with the United States Postal Service. In the ordinary course of business, this correspondence would be deposited by my employer with the United States Postal Service that same day.

I certify under penalty of perjury under the laws of the United States of America that the foregoing is true and correct. Executed on September 13, 2010, at Los Angeles, California.

                                        *s/Michael Goldberg*
                                        Michael Goldberg

# Mailing Information for a Case 2:10-cv-00302-MRP -MAN

### Electronic Mail Notice List

The following are those who are currently on the list to receive e-mail notices for this case.

- **Randall K Berger**
  rberger@kmllp.com

- **Leiv H Blad , Jr**
  leiv.blad@bingham.com

- **S Douglas Bunch**
  dbunch@cohenmilstein.com

- **Spencer Alan Burkholz**
  spenceb@rgrdlaw.com,jillk@rgrdlaw.com,e_file_sd@rgrdlaw.com

- **Christopher G Caldwell**
  caldwell@caldwell-leslie.com,martindale@caldwell-leslie.com,hammer@caldwell-leslie.com,pettit@caldwell-leslie.com,willingham@caldwell-leslie.com,hayes@caldwell-leslie.com,popescu@caldwell-leslie.com,strother@caldwell-leslie.com,wong@caldwell-leslie.com,wilson@caldwell-leslie.com

- **Matthew D Caplan**
  matthew.caplan@dlapiper.com,carmen.ferrera@dlapiper.com,DocketingLA@dlapiper.com

- **Peter Young Hoon Cho**
  petercho@paulhastings.com

- **Boyd Cloern**
  boyd.cloern@bingham.com

- **Matthew W Close**
  mclose@omm.com

- **David C Codell**
  codell@caldwell-leslie.com

- **Jeffrey B Coopersmith**
  jeff.coopersmith@dlapiper.com

- **Brian Charles Devine**
  bdevine@goodwinprocter.com

- **Joshua S Devore**
  jdevore@cohenmilstein.com

- **Daniel S. Drosman**
  ddrosman@rgrdlaw.com,tholindrake@rgrdlaw.com,e_file_sd@rgrdlaw.com

- **Thomas E Egler**
  tome@rgrdlaw.com,kathyj@rgrdlaw.com

- **Inez H Friedman-Boyce**
  ifriedmanboyce@goodwinprocter.com

- **Michael M Goldberg**
  mmgoldberg@glancylaw.com,dmacdiarmid@glancylaw.com,info@glancylaw.com,rprongay@glancylaw.com

- **Penelope A Graboys Blair**
  pgraboysblair@orrick.com,jcopoulos@orrick.com

- **Joshua G Hamilton**
  joshuahamilton@paulhastings.com,melmanahan@paulhastings.com

- **Jeffrey M Hammer**
  hammer@caldwell-leslie.com

- **Sean M Handler**
  shandler@btkmc.com

- **Jennifer L Joost**
  jjoost@btkmc.com,acashwell@btkmc.com,mswift@btkmc.com

- **Matthew B Kaplan**
  mkaplan@cohenmilstein.com,efilings@cohenmilstein.com

- **Dean J Kitchens**
  dkitchens@gibsondunn.com,MOstrye@gibsondunn.com

- **Joel P Laitman**
  jlaitman@cohenmilstein.com

- **Christopher Lometti**
  clometti@cohenmilstein.com

- **Jennifer B Luz**
  jluz@goodwinprocter.com

- **Azra Z Mehdi**
  amehdi@milberg.com

- **Alexander K Mircheff**
  amircheff@gibsondunn.com,dlanning@gibsondunn.com,inewman@gibsondunn.com

- **Nicolas Morgan**
  nicolas.morgan@dlapiper.com

- **Sharan Nirmul**
  snirmul@btkmc.com,azivitz@btkmc.com,ecf_filings@btkmc.com

- **Brian E Pastuszenski**
  bpastuszenski@goodwinprocter.com,ktayman@goodwinprocter.com

- **Lauren Wagner Pederson**
  lpederson@btkmc.com,neena.verma@btkmc.com,dpotts@btkmc.com

- **Ira M Press**
  ipress@kmllp.com,lmorris@kmllp.com

- **David A Priebe**
  david.priebe@dlapiper.com,stacy.murray@dlapiper.com

- **Daniel B Rehns**
  drehns@cohenmilstein.com,efilings@cohenmilstein.com

- **Julie G Reiser**
  jreiser@cohenmilstein.com

- **Christina A Royce**
  croyce@rgrdlaw.com,e_file_sd@rgrdlaw.com

- **Scott H Saham**
  scotts@rgrdlaw.com,e_file_sd@rgrdlaw.com

- **Jennifer M Sepic**
  jennifer.sepic@bingham.com

- **Arthur L Shingler , III**
  ashingler@scott-scott.com,efile@scott-scott.com

- **Richard A Speirs**
  rspeirs@cohenmilstein.com

- **William F Sullivan**
  williamsullivan@paulhastings.com,lisavermeulen@paulhastings.com

- **Steven J Toll**
  stoll@cohenmilstein.com

- **Michael D Torpey**
  mtorpey@orrick.com

- **Michael C Tu**
  mtu@orrick.com,fphan@orrick.com

- **Avi N Wagner**
  avi@thewagnerfirm.com,anwagneresq@hotmail.com

- **Shirli Fabbri Weiss**
  shirli.weiss@dlapiper.com,emiko.gonzales@dlapiper.com

- **Lloyd Winawer**
  lwinawer@goodwinprocter.com,ahsia@goodwinprocter.com,sasmith@goodwinprocter.com,monyeagbako@goodwinprocter.com,cburgos@goodwinprocter.com

- **Andrew L Zivitz**
  azivitz@btkmc.com

**Manual Notice List**

The following is the list of attorneys who are **not** on the list to receive e-mail notices for this case (who therefore require manual noticing). You may wish to use your mouse to select and copy this list into your word processing program in order to create notices or labels for these recipients.

**Lauren G Kerkhoff**
Robbins Geller Rudman & Dowd LLP
655 West Broadway  Suite 1900
San Diego, CA 92101-8498

# SERVICE LIST (CONTINUED)
# PARTIES RECEIVING NOTICE VIA U.S. MAIL
# (NOT ON COURT'S ECF SYSTEM)

Mail service is made on the last known address or believed-to-be current address of the following parties:

# FOR DEFENDANTS

Seth Aronson
Matthew W. Close
O'Melveny & Myers LLP
400 S. Hope Street
Los Angeles, CA 90071
Telephone: (213) 430-6000
Email: mclose@omm.com

*Counsel for Bank of America Corporation and NB Holdings Corporation*