1  LIONEL Z. GLANCY (#134180)
   MICHAEL GOLDBERG (#188669)
2  GLANCY BINKOW & GOLDBERG LLP
   1801 Avenue of the Stars, Suite 311
3  Los Angeles, California  90067
   Telephone:  (310) 201-9150
4  Facsimile:   (310) 201-9160
   E-mail:  info@glancylaw.com

5  *Liaison Counsel for Lead Plaintiff Iowa Public*
   *Employees' Retirement System*
6
7  *[Additional Counsel on Signature Page]*

8              UNITED STATES DISTRICT COURT
             CENTRAL DISTRICT OF CALIFORNIA
9

10 MAINE STATE RETIREMENT SYSTEM,          No.  2:10-CV-00302 MRP
   Individually and On Behalf of All Others (MAN)
11 Similarly Situated,

12              Plaintiff,                  CLASS ACTION

13            v.                           NOTICE OF ERRATA TO
                                           PLAINTIFFS' RESPONSE TO
14 COUNTRYWIDE FINANCIAL                   DEFENDANTS' REQUESTS
   CORPORATION, et *al.*                   FOR JUDICIAL NOTICE
15             Defendants.

16

17

18

19

20

21

22

23

24

25

26

27

28

1         TO THE CLERK OF THE COURT AND ALL ATTORNEYS OF RECORD

2 HEREIN:

3         PLEASE TAKE NOTICE THAT the law firm of Kirby McInerney LLP was

4 inadvertently omitted from the signature block of Plaintiffs' Response to

5 Defendants' Requests for Judicial Notice (Docket No. 183, filed 9/13/2010).

6         The corrected signature pages are attached hereto as Exhibit "A".

7

8 Dated:  September 15, 2010           Respectfully submitted,

9                                     **GLANCY BINKOW & GOLDBERG LLP**

10                                    */s/ Michael Goldberg*

11                                    Michael Goldberg
                                    Lionel Z. Glancy

12                                    1801 Avenue of the Stars, Suite 311
                                    Los Angeles, CA 90067

13                                    Telephone:  (310) 201-9150
                                   Facsimile:  (310) 201-9160

14                                    *Liaison Counsel*

15                                    Steven J. Toll
                                   Julie Goldsmith Reiser

16                                    Joshua S. Devore
                                   Matthew B. Kaplan

17                                    S. Douglas Bunch
                                   **COHEN MILSTEIN SELLERS**

18                                         **& TOLL PLLC**
                                   1100 New York Avenue, N.W.

19                                    Suite 500, West Tower
                                   Washington, D.C. 20005

20                                    Telephone:  (202) 408-4600
                                   Facsimile:  (202) 408-4699

21

22                                    – and –

23                                    Joel P. Laitman
                                   Daniel B. Rehns

24                                    **COHEN MILSTEIN SELLERS**
                                   **& TOLL PLLC**

25                                    88 Pine Street, 14th Floor
                                   New York, New York 10005

26                                    Telephone:  (212) 838-7797
                                   Facsimile:  (212) 838-7745

27                                    *Lead Counsel for the Class*

28

Ira M Press
Randall K Berger
**KIRBY MCINERNEY LLP**
825 Third Avenue ,16th Floor
New York, NY 10022
Telephone : (212) 317-6600
Facsimile:   (212) 751-2540
Email: ipress@kmllp.com
          rberger@kmllp.com

*Counsel for Named Plaintiff General Board
of Pension and Health Benefits of the United
Methodist Church*

# EXHIBIT A

1  *Litig.*, No. 07-139, 2008 WL 2354367, at *1 (W.D. Mo. June 4, 2008)) (emphasis

2  added).[5]

3      As such, the Court should not take judicial notice of Countrywide RJN

4  Exhibits 19-24 and should not draw any inferences in favor of Defendants from any

5  judicially noticed documents. *McGuire*, 2008 WL 1791381, at *4.

6  **IV.   CONCLUSION**

7      For the reasons stated above, the Court should deny Defendants' Request for

8  Judicial Notice.

10  Dated: September 13, 2010            Respectfully submitted,

11                                       **GLANCY BINKOW & GOLDBERG
                                          LLP**

13                                        /s/ Michael Goldberg
                                          Michael Goldberg
14                                        Lionel Z. Glancy
                                          1801 Avenue of the Stars, Suite 311
15                                        Los Angeles, California 90067

16  ---
[5]   Indeed, at the pleading stage courts consistently have rejected analogous
17  arguments that losses sustained by investors were a result of the broader subprime
    market decline and related financial crisis (or other macroeconomic trends) and not
18  a result of misleading statements or omissions regarding the fraudulent conduct of
    defendants. *See, e.g., In re New Century*, 588 F. Supp. 2d 1206, 1237-38 (C.D.
19  Cal. 2008) (indicating that on the issue of loss causation, questions of "intervening
    causes" are "factual questions that this Court does not resolve on a 12(b)(6)
20  motion"); *In re Imax Sec. Litig.*, 587 F. Supp. 2d 471, 486 (S.D.N.Y. 2008) ("the
    defendants will be entitled to interpose their defense of intervening facts…at trial"
21  and as such "regardless of the plausibility of the argument[] the issue is
    inappropriate for resolution at [the motion to dismiss stage]"); *Lentell v. Merrill*
22  *Lynch & Co., Inc.*, 396 F.3d 161, 174 (2d Cir. 2005) ("'If the loss was caused by
    an intervening event, like a general fall in the price of Internet stocks, the chain of
23  causation…is a matter of proof at trial and not to be decided on a Rule 12(b)(6)
    motion to dismiss.'") (citation omitted); *Hubbard v. BankAtlantic Bancorp, Inc.*,
24  No. 07-61542, *slip op.* at 6 (S.D. Fla. May 11, 2009) (rejecting defendants'
    "emphatic[]" argument "that it was the deterioration in the real estate market – not
25  any material misrepresentations or omissions by the Defendants – that really
    caused the Company's losses" and reserving for the proof stage Defendants'
26  "alternative causation theory"); *In re Wash. Mut., Inc. Sec., Deriv & ERISA Litig.*,
    No. 08-MD-1919, 2009 WL 1393679, at *18 (W.D. Wash. May 15, 2009)
27  ("Plaintiff is not required to show that WaMu's misrepresentations were the only
    cause of the stock decline.  Although the [housing] market downturn may have
28  affected WaMu stock prices, this does not foreclose the possibility that the alleged
    disclosures had an impact as well.").

1    Telephone:  (310) 201-9150
     Facsimile:  (310) 201-9160

2    *Liaison Counsel*

3    Steven J. Toll
     Julie Goldsmith Reiser
4    Joshua S. Devore
     Matthew B. Kaplan
5    S. Douglas Bunch
     **COHEN MILSTEIN SELLERS**
6        **& TOLL PLLC**
     1100 New York Avenue, N.W.
7    Suite 500, West Tower
     Washington, D.C. 20005
8    Telephone:  (202) 408-4600
     Facsimile:  (202) 408-4699
9
     – and –
10
     Joel P. Laitman
11   Daniel B. Rehns
     **COHEN MILSTEIN SELLERS**
12       **& TOLL PLLC**
     88 Pine Street, 14th Floor
13   New York, New York 10005
     Telephone:  (212) 838-7797
14   Facsimile:  (212) 838-7745

15   *Lead Counsel for the Class*

16   Ira M Press
     Randall K Berger
17   **KIRBY MCINERNEY LLP**
     825 Third Avenue ,16th Floor
18   New York, NY 10022
     Telephone : (212) 317-6600
19   Facsimile:   (212) 751-2540
     Email: ipress@kmllp.com
20            rberger@kmllp.com

21   *Counsel for Named Plaintiff General Board*
     *of Pension and Health Benefits of the United*
22   *Methodist Church*

23

24

25

26

27

28

**PROOF OF SERVICE VIA ELECTRONIC POSTING PURSUANT TO CENTRAL DISTRICT OF CALIFORNIA LOCAL RULES AND ECF GENERAL ORDER NO. 10-07**

I, the undersigned, say:

I am a citizen of the United States and am employed in the office of a member of the Bar of this Court. I am over the age of 18 and not a party to the within action. My business address is 1801 Avenue of the Stars, Suite 311, Los Angeles, California 90067.

On September 17, 2010, I caused to be served the following document:

**1.     NOTICE OF ERRATA TO MEMORANDUM IN OPPOSITION TO DEFENDANTS' MOTIONS TO DISMISS AND MOTION TO STRIKE**

**2.     NOTICE OF ERRATA TO PLAINTIFFS' NOTICE OF REQUEST AND REQUEST FOR JUDICIAL NOTICE**

**3.     NOTICE OF ERRATA TO PLAINTIFFS' RESPONSE TO DEFENDANTS' REQUESTS FOR JUDICIAL NOTICE**

By posting the document to the ECF Website of the United States District Court for the Central District of California, for receipt electronically by the parties as listed on the attached Service List.

And on any non-ECF registered party:

**By Mail**: By placing true and correct copies thereof in individual sealed envelopes, with postage thereon fully prepaid, which I deposited with my employer for collection and mailing by the United States Postal Service. I am readily familiar with my employer's practice for the collection and processing of correspondence for mailing with the United States Postal Service. In the ordinary course of business, this correspondence would be deposited by my employer with the United States Postal Service that same day.

I certify under penalty of perjury under the laws of the United States of America that the foregoing is true and correct. Executed on September 17, 2010, at Los Angeles, California.

*s/Michael Goldberg*
Michael Goldberg

## Mailing Information for a Case 2:10-cv-00302-MRP -MAN

### Electronic Mail Notice List

The following are those who are currently on the list to receive e-mail notices for this case.

- **Randall K Berger**
  rberger@kmllp.com

- **Leiv H Blad , Jr**
  leiv.blad@bingham.com

- **S Douglas Bunch**
  dbunch@cohenmilstein.com

- **Spencer Alan Burkholz**
  spenceb@rgrdlaw.com,jillk@rgrdlaw.com,e_file_sd@rgrdlaw.com

- **Christopher G Caldwell**
  caldwell@caldwell-leslie.com,martindale@caldwell-leslie.com,hammer@caldwell-leslie.com,pettit@caldwell-leslie.com,willingham@caldwell-leslie.com,hayes@caldwell-leslie.com,popescu@caldwell-leslie.com,strother@caldwell-leslie.com,wong@caldwell-leslie.com,wilson@caldwell-leslie.com

- **Matthew D Caplan**
  matthew.caplan@dlapiper.com,carmen.ferrera@dlapiper.com,DocketingLA@dlapiper.com

- **Peter Young Hoon Cho**
  petercho@paulhastings.com

- **Boyd Cloern**
  boyd.cloern@bingham.com

- **Matthew W Close**
  mclose@omm.com

- **David C Codell**
  codell@caldwell-leslie.com

- **Jeffrey B Coopersmith**
  jeff.coopersmith@dlapiper.com

- **Brian Charles Devine**
  bdevine@goodwinprocter.com

- **Joshua S Devore**
  jdevore@cohenmilstein.com

- **Daniel S. Drosman**
  ddrosman@rgrdlaw.com,tholindrake@rgrdlaw.com,e_file_sd@rgrdlaw.com

- **Thomas E Egler**
  tome@rgrdlaw.com,kathyj@rgrdlaw.com

- **Inez H Friedman-Boyce**
  ifriedmanboyce@goodwinprocter.com

- **Michael M Goldberg**
  mmgoldberg@glancylaw.com,dmacdiarmid@glancylaw.com,info@glancylaw.com,rprongay@glancylaw.com

- **Penelope A Graboys Blair**
  pgraboysblair@orrick.com,jcopoulos@orrick.com

- **Joshua G Hamilton**
  joshuahamilton@paulhastings.com,melmanahan@paulhastings.com

- **Jeffrey M Hammer**
  hammer@caldwell-leslie.com

- **Sean M Handler**
  shandler@btkmc.com

- **Jennifer L Joost**
  jjoost@btkmc.com,acashwell@btkmc.com,mswift@btkmc.com

- **Matthew B Kaplan**
  mkaplan@cohenmilstein.com,efilings@cohenmilstein.com

- **Dean J Kitchens**
  dkitchens@gibsondunn.com,MOstrye@gibsondunn.com

- **Joel P Laitman**
  jlaitman@cohenmilstein.com

- **Christopher Lometti**
  clometti@cohenmilstein.com

- **Jennifer B Luz**
  jluz@goodwinprocter.com

- **Azra Z Mehdi**
  amehdi@milberg.com

- **Alexander K Mircheff**
  amircheff@gibsondunn.com,dlanning@gibsondunn.com,inewman@gibsondunn.com

- **Nicolas Morgan**
  nicolas.morgan@dlapiper.com

- **Sharan Nirmul**
  snirmul@btkmc.com,azivitz@btkmc.com,ecf_filings@btkmc.com

- **Brian E Pastuszenski**
  bpastuszenski@goodwinprocter.com,ktayman@goodwinprocter.com

- **Lauren Wagner Pederson**
  lpederson@btkmc.com,neena.verma@btkmc.com,dpotts@btkmc.com

- **Ira M Press**
  ipress@kmllp.com,lmorris@kmllp.com

- **David A Priebe**
  david.priebe@dlapiper.com,stacy.murray@dlapiper.com

- **Daniel B Rehns**
  drehns@cohenmilstein.com,efilings@cohenmilstein.com

- **Julie G Reiser**
  jreiser@cohenmilstein.com

- **Christina A Royce**
  croyce@rgrdlaw.com,e_file_sd@rgrdlaw.com

- **Scott H Saham**
  scotts@rgrdlaw.com,e_file_sd@rgrdlaw.com

- **Jennifer M Sepic**
  jennifer.sepic@bingham.com

- **Arthur L Shingler , III**
  ashingler@scott-scott.com,efile@scott-scott.com

- **Richard A Speirs**
  rspeirs@cohenmilstein.com

- **William F Sullivan**
  williamsullivan@paulhastings.com,lisavermeulen@paulhastings.com

- **Steven J Toll**
  stoll@cohenmilstein.com

- **Michael D Torpey**
  mtorpey@orrick.com

- **Michael C Tu**
  mtu@orrick.com,fphan@orrick.com

- **Avi N Wagner**
  avi@thewagnerfirm.com,anwagneresq@hotmail.com

- **Shirli Fabbri Weiss**
  shirli.weiss@dlapiper.com,emiko.gonzales@dlapiper.com

- **Lloyd Winawer**
  lwinawer@goodwinprocter.com,ahsia@goodwinprocter.com,sasmith@goodwinprocter.com,monyeagbako@goodwinprocter.com,cburgos@goodwinprocter.com

- **Andrew L Zivitz**
  azivitz@btkmc.com

## Manual Notice List

The following is the list of attorneys who are **not** on the list to receive e-mail notices for this case (who therefore require manual noticing). You may wish to use your mouse to select and copy this list into your word processing program in order to create notices or labels for these recipients.

**Lauren G Kerkhoff**
Robbins Geller Rudman & Dowd LLP
655 West Broadway  Suite 1900
San Diego, CA 92101-8498