CALDWELL LESLIE & PROCTOR, PC
CHRISTOPHER G. CALDWELL, State Bar No. 106790
caldwell@caldwell-leslie.com
DAVID C. CODELL, Of Counsel, State Bar No. 200965
codell@caldwell-leslie.com
ANDREW ESBENSHADE, State Bar No. 202301
esbenshade@caldwell-leslie.com
1000 Wilshire Boulevard, Suite 600
Los Angeles, California 90017-2463
Telephone: (213) 629-9040
Facsimile: (213) 629-9022

Attorneys for Defendant
STANFORD L. KURLAND

# UNITED STATES DISTRICT COURT
# FOR THE CENTRAL DISTRICT OF CALIFORNIA
# WESTERN DIVISION

| | |
|---|---|
| MAINE STATE RETIREMENT SYSTEM, Individually and On Behalf of All Others Similarly Situated,<br><br>Plaintiffs,<br><br>v.<br><br>COUNTRYWIDE FINANCIAL CORPORATION,<br>a Delaware corporation, et al.,<br><br>Defendants. | Case No. CV 10-0302-MRP (MANx)<br><br>**DEFENDANT STANFORD L. KURLAND'S REPLY IN SUPPORT OF REQUEST FOR JUDICIAL NOTICE IN SUPPORT OF MOTION TO DISMISS COUNTS I AND III OF THE AMENDED CONSOLIDATED CLASS ACTION COMPLAINT**<br><br>Date: **October 18, 2010**<br>Time: **11:00 a.m.**<br>Crtrm.: **12**<br><br>Trial Date:    None Set |

The Request for Judicial Notice filed by Defendant Stanford L. Kurland ("Kurland") (Dkt. No. 150) asks that the Court take notice of the Form 8-K filed with the SEC by Countrywide Financial Corporation ("Countrywide"), dated September 8, 2006, and the fact contained therein that Kurland was terminated as Countrywide's President and Chief Operating Officer of Countrywide on September 7, 2006. (Dkt. Nos. 150-151.) Kurland's departure date—reported by a publicly traded company in a periodic report filed with the Securities and Exchange Commission—"cannot reasonably be questioned," Fed. R. Evid. 201(b)(2), and Plaintiffs do not argue to the contrary in their opposition to defendants' requests for judicial notice. (*See* Dkt. No. 183 at 4.) Accordingly, the Court should grant Kurland's Request for Judicial Notice. Kurland also joins in the requests for judicial notice and supporting arguments of other defendants.

DATED: September 27, 2010      Respectfully submitted,

CALDWELL LESLIE & PROCTOR, PC
CHRISTOPHER G. CALDWELL
DAVID C. CODELL, Of Counsel
ANDREW ESBENSHADE


By _____/s/_____
    DAVID C. CODELL
Attorneys for Defendant
STANFORD L. KURLAND