repayment ability and the value and adequacy of mortgaged property used as collateral in issuing loans; and

      c.     Countrywide's underwriting standards did not require that a borrower "generally demonstrate that the ratio of the borrower's monthly housing expenses (including principal and interest on the proposed mortgage loan and, as applicable, the related monthly portion of property taxes, hazard insurance and mortgage insurance) to the borrower's monthly gross income and the ratio of total monthly debt to the monthly gross income (the 'debt-to-income' ratios) are within acceptable limits." Instead, Countrywide's underwriting included the following practices, described *supra* at ¶¶91-101, 151-75, that disregarded a borrowers' ability to pay by:

- Coaching borrowers to misstate their income on loan applications to qualify for mortgage loans under Countrywide's underwriting standards, including directing applicants to no-documentation loan programs when their income was insufficient to qualify for full documentation loan programs;

- Steering borrowers to more expensive loans that exceeded their borrowing capacity;

- Encouraging borrowers to borrow more than they could afford by suggesting NINA and SISA loans when they could not qualify for full documentation loans based on their actual incomes;

- Approving borrowers based on "teaser rates" for loans despite knowing that the borrower would not be able to afford the "fully indexed-rate" when the adjustable rate adjusted;

- Allowing non-qualifying borrowers to be approved for loans under exceptions to Countrywide's underwriting standards based on so-called "compensating factors" without requiring documentation for such compensating factors;

- Incentivizing its employees to approve borrowers under exceptions to Countrywide's underwriting policies; and

- Systematically overriding flags identified by the CLUES system that was meant to weed out non-qualifying loans and nonetheless approving such loans.

179. Each Registration Statement and Prospectus Supplement issued by CWABS and CWHEQ at issue herein contained the following language concerning the underwriting standards by which the mortgages pooled into the Issuing Trusts were originated:

> Credit Blemished Mortgage Loans. The following is a description of the underwriting procedures customarily employed by Countrywide Home Loans with respect to credit blemished mortgage loans.... Countrywide Home Loans produces its credit blemished mortgage loans through its Consumer Markets, Full Spectrum Lending, Correspondent Lending and Wholesale Lending Divisions. Prior to the funding of any credit blemished mortgage loan, Countrywide Home Loans underwrites the related mortgage loan in accordance with the underwriting standards established by Countrywide Home Loans. In general, the mortgage loans are underwritten centrally by a specialized group of underwriters who are familiar with the unique characteristics of credit blemished mortgage loans. In general, Countrywide Home Loans does not purchase any credit blemished mortgage loan that it has not itself underwritten.

> Countrywide Home Loans' underwriting standards are primarily intended to evaluate the value and adequacy of the mortgaged property as collateral for the proposed mortgage loan and the borrower's credit standing and repayment ability. On a case by case basis, Countrywide Home Loans may determine that, based upon compensating factors, a prospective borrower not strictly qualifying under the underwriting risk category guidelines described below warrants an underwriting exception. **Compensating factors may include low loan-**

*to-value ratio, low debt-to-income ratio, stable employment, time in the same residence or other factors. It is expected that a significant number of the Mortgage Loans will have been originated based on such underwriting exceptions.*

Each prospective borrower completes an application which includes information with respect to the applicant's assets, liabilities income and employment history, as well as certain other personal information. Countrywide Home Loans requires an independent credit bureau report on the credit history of each applicant in order to evaluate the applicant's prior willingness and/or ability to repay. The report typically contains information relating to credit history with local and national merchants and lenders, installment debt payments and any record of defaults, bankruptcy, repossession, suits or judgments, among other matters. After obtaining all applicable employment, credit and property information, Countrywide Home Loans uses a debt-to-income ratio to assist in determining whether the prospective borrower has sufficient monthly income available to support the payments of principal and interest on the mortgage loan in addition to other monthly credit obligations. The "debt-to-income ratio" is the ratio of the borrower's total monthly credit obligations to the borrower's gross monthly income. The maximum monthly debt-to-income ratio varies depending upon a borrower's credit grade and documentation level (as described below) but does not generally exceed 50%. Variations in the monthly debt-to-income ratios limit are permitted based on compensating factors.

While more flexible, Countrywide Home Loans' underwriting guidelines still place primary reliance on a borrower's ability to repay; however, Countrywide Home Loans may require lower loan-to-value ratios than for loans underwritten to more traditional standards. Borrowers who qualify generally have payment histories and debt-to-income ratios which would not satisfy more traditional underwriting guidelines and may have a record of major derogatory credit items such as outstanding judgments or prior bankruptcies.

Countrywide Home Loans' credit blemished mortgage loan underwriting guidelines establish the maximum permitted loan-to-value ratio for each loan type based upon these and other risk factors with more risk factors resulting in lower loan-to-value ratios.

*See* **SAC Appendix Exhibit J**; *see also* **Exhibit K.**

180. In addition, the Prospectus Supplements issued pursuant to the CWHEQ Registration Statements at issue herein also contained additional language describing the standards by which CWHEQ's home equity loans and second lien mortgage loans were originated:

The underwriting process is intended to assess the applicant's credit standing and repayment ability, and the value and adequacy of the real property security as collateral for the proposed loan. Exceptions to the applicable originator's underwriting guidelines will be made when compensating actors are present. These factors include the borrower's employment stability, favorable credit history, equity in the related property, and the nature of the underlying first mortgage loan.

*See* **SAC Appendix Exhibit L.**

181. The Prospectus Supplements for the Offerings issued pursuant to the CWHEQ Registration Statements at issue herein also stated:

After obtaining all applicable income, liability, asset, employment, credit, and property information, the applicable originator generally uses a debt-to-income ratio to assist in determining whether the prospective borrower has sufficient monthly income available to support the payments on the home equity loan in addition to any senior mortgage loan payments (including any escrows for property taxes and hazard insurance premiums) and other monthly credit obligations. The "debt-to-income ratio" is the ratio of the borrower's total monthly credit obligations (assuming the mortgage loan interest rate is based on the applicable fully indexed

interest rate) to the borrower's gross monthly income.
Based on this, the maximum monthly debt-to-income
ratio is 45%. Variations in the monthly debt-to-income
ratios limits are permitted based on compensating factors.
The originators currently offer home equity loan products
that allow maximum combined loan-to-value ratios up to
100%.

*See* **SAC Appendix Exhibit M.**

182. The above statements contained material misstatements of fact when made because:

a.     Contrary to the statements that Countrywide's underwriting standards were "primarily intended to evaluate the value and adequacy of the mortgaged property as collateral for the proposed mortgage loan" and to evaluate "the borrower's credit standing and repayment ability," Countrywide subordinated its underwriting standards to originating and securitizing as many mortgage loans as it could so that it could garner fees in the secondary mortgage market.  As alleged herein, Countrywide systematically ignored borrowers' repayment ability and the value and adequacy of mortgaged property used as collateral in issuing loans. Rather, Countrywide designed its underwriting standards to ensure that it received the highest possible fees for originating loans without regard to the actual ability of its borrowers to repay the loan, or whether the mortgaged property had sufficient value to collateralize the loan.

b.     Contrary to the representation above that "After obtaining all applicable employment, credit and property information, Countrywide Home Loans uses a debt-to-income ratio to assist in determining whether the prospective borrower has sufficient monthly income available to support the payments of principal and interest on the mortgage loan in addition to other monthly credit obligations," Countrywide's underwriting included the

following practices, described *supra* at ¶¶91-101, 151-75, that disregarded a borrowers' ability to pay by:

- Coaching borrowers to misstate their income on loan applications to qualify for mortgage loans under Countrywide's underwriting standards, including directing applicants to no-documentation loan programs when their income was insufficient to qualify for full documentation loan programs;

- Steering borrowers to more expensive loans that exceeded their borrowing capacity;

- Encouraging borrowers to borrow more than they could afford by suggesting NINA and SISA loans when they could not qualify for full documentation loans based on their actual incomes;

- Approving borrowers based on "teaser rates" for loans despite knowing that the borrower would not be able to afford the "fully indexed rate" when the adjustable rate adjusted;

- Allowing non-qualifying borrowers to be approved for loans under exceptions to Countrywide's underwriting standards based on so-called "compensating factors" without requiring documentation for such compensating factors;

- Incentivizing its employees to approve borrowers under exceptions to Countrywide's underwriting policies; and

- Systematically overriding flags identified by the CLUES system that were meant to weed out non-qualifying loans and, despite the flags, approving such loans.

c. Contrary to the statement that "Exceptions to the applicable originator's underwriting guidelines will be made when compensating factors are present" and that those factors included "the borrower's employment stability, favorable credit history, equity in the related property,

and the nature of the underlying first mortgage loan," Countrywide adopted procedures to incentivize its employees to approve exceptions to loans regardless of whether any compensating factors were present.

183.   Each Registration Statement issued by CWALT, CWABS, CWMBS and CWHEQ at issue herein contained the following statement regarding Countrywide's assessment of a prospective borrower:

> Once all applicable employment, credit and property information is received, a determination generally is made as to whether the prospective borrower has sufficient monthly income available to meet monthly housing expenses and other financial obligations and monthly living expenses and to meet the borrower's monthly obligations on the proposed mortgage loan (generally determined on the basis of the monthly payments due in the year of origination) and other expenses related to the mortgaged property such as property taxes and hazard insurance). *The underwriting standards applied by sellers, particularly with respect to the level of loan documentation and the mortgagor's income and credit history, may be varied in appropriate cases where factors as low Loan-to-Value Ratios or other favorable credit factors exist.*

*See* **SAC Appendix Exhibit N.**

184.   Each Registration Statement issued by CWALT, CWABS, CWMBS and CWHEQ at issue herein contained the following statement regarding Countrywide's review of information provided by a prospective borrower:

> Under the Stated Income/Stated Asset Documentation Program, the mortgage loan application is *reviewed to determine that the stated income is reasonable for the borrower's employment and that the stated assets are consistent with the borrower's income.*

*See* **SAC Appendix Exhibit O.**

185.   According to the Registration Statement and Prospectus Supplements issued by CWALT at issue herein, Countrywide originated loans pursuant to a Preferred Processing Program, pursuant to which documentation requirements were waived for those applicants with favorable credit histories and higher FICO scores.

> Under   Countrywide   Home   Loans'   underwriting guidelines, borrowers possessing higher FICO Credit Scores, *which indicate a more favorable credit history*, and who give Countrywide Home Loans the right to obtain the tax returns they filed for the preceding two years may be eligible for Countrywide Home Loans' processing   program   (the   "Preferred   Processing Program"). ....Countrywide Home Loans may waive some documentation requirements for mortgage loans originated under the Preferred Processing Program.

*See* **SAC Appendix Exhibit P**; *see also* **Exhibit Q**.

186.   Furthermore, under the CWALT Registration Statement at issue herein, Countrywide also offered four programs where less than full borrower documentation of income, assets and employment were required, however, in all instances credit scores had to be obtained and any deficiencies or derogations fully explained to the loan officers and, except for the Streamlined Documentation Program which had limited application, independent appraisals of the mortgage properties obtained – with all appraisals conforming to Fannie Mae and Freddie Mac standards:

> A prospective borrower may be eligible for a loan approval process that limits or eliminates Countrywide Home Loans' standard disclosure or verification requirements or both.  Countrywide Home Loans offers the following documentation programs as alternatives to its   Full   Documentation   Program:   an   Alternative Documentation   Loan   Program   (the   "Alternative Documentation Program"), a Reduced Documentation

Loan Program (the "Reduced Documentation Program"), a CLUES Plus Documentation Loan Program (the "CLUES Plus Documentation Program"), a No Income/No Asset Documentation Loan Program (the "No Income/No Asset Documentation Program"), a Stated Income/Stated Asset Documentation Loan Program (the "Stated Income/Stated Asset Documentation Program") and a Streamlined Documentation Loan Program (the "Streamlined Documentation Program").

*For all mortgage loans originated or acquired by Countrywide Home Loans, Countrywide Home Loan obtains a credit report relating to the applicant from a credit reporting company. The credit report typically contains information relating to such matters as credit history with local and national merchants and lenders, installment debt payments and any record of defaults, bankruptcy, dispossession, suits or judgments. All adverse information in the credit report is required to be explained by the prospective borrower to the satisfaction of the lending officer.*

*Except with respect to mortgage loans originated pursuant to its Streamlined Documentation Program, Countrywide Home Loans obtains appraisals from independent appraisers or appraisal services for properties that are to secure mortgage loans. The appraisers inspect and appraise the proposed mortgaged property and verify that the property is in acceptable condition. Following each appraisal, the appraiser prepares a report which includes a market data analysis based on recent sales of comparable homes in the area and, when deemed appropriate, a replacement cost analysis based on the current cost of constructing a similar home. All appraisals are required to conform to Fannie Mae or Freddie Mac appraisal standards then in effect.*

See **SAC Appendix Exhibit R**; *see also* **Exhibit S.**

187. In addition, the Offering Documents for the CWALT Offerings at issue herein stated that the Alternative Documentation Program required, in addition to FICO scores and standard appraisals, W-2 forms instead of tax returns

for two years and bank statements instead of deposits and employment verification:

> The Alternative Documentation Program permits a borrower to provide W-2 forms instead of tax returns covering the most recent two years, permits bank statements in lieu of verification of deposits and permits alternative methods of employment verification.

*See* **SAC Appendix Exhibit T**; *see also* **Exhibit U.**

188.  The Reduced Documentation Program, according to the CWALT Offering Documents at issue herein, was only applied where maximum LTV was equal to or less than 75% including secondary financing as follows:

> Under the Reduced Documentation Program, some underwriting documentation concerning income, employment and asset verification is waived. Countrywide Home Loans obtains from a prospective borrower either a verification of deposit or bank statements for the two-month period immediately before the date of the mortgage loan application or verbal verification of employment. Since information relating to a prospective borrower's income and employment is not verified, the borrower's debt-to-income ratios are calculated based on the information provided by the borrower in the mortgage loan application. The maximum Loan-to-Value Ratio, including secondary financing, ranges up to 75%.

*See* **SAC Appendix Exhibit V**; *see also* **Exhibit W.**

189.  Furthermore, the CLUES Plus program also had a 75% LTV limit but required borrower bank statements and excluded cash out refinancing:

> The CLUES Plus Documentation Program permits the verification of employment by alternative means, if necessary, including verbal verification of employment or reviewing paycheck stubs covering the pay period immediately prior to the date of the mortgage loan application. To verify the borrower's assets and the sufficiency of the borrower's funds for closing,

> Countrywide Home Loans obtains deposit or bank account statements from each prospective borrower for the month immediately prior to the date of the mortgage loan application. Under the CLUES Plus Documentation Program, the maximum Loan-to-Value Ratio is 75% and property values may be based on appraisals comprising only interior and exterior inspections. Cash-out refinances and investor properties are not permitted under the CLUES Plus Documentation Program.

*See* **SAC Appendix Exhibit X**; *see also* **Exhibit Y.**

190. Finally, pursuant to the CWALT Offering Documents at issue herein, the Streamlined Documentation Program offered refinancing for non-delinquent borrowers who had originated their loans with Countrywide, but this program was limited:

> The Streamlined Documentation Program is available for borrowers who are refinancing an existing mortgage loan that was originated or acquired by Countrywide Home Loans provided that, among other things, the mortgage loan has not been more than 30 days delinquent in payment during the previous twelve-month period. Under the Streamlined Documentation Program, appraisals are obtained only if the loan amount of the loan being refinanced had a Loan-to-Value Ratio at the time of origination in excess of 80% or if the loan amount of the new loan being originated is greater than $650,000. In addition, under the Streamlined Documentation Program, a credit report is obtained but only a limited credit review is conducted, no income or asset verification is required, and telephonic verification of employment is permitted. The maximum Loan-to-Value Ratio under the Streamlined Documentation Program ranges up to 95%.

*See* **SAC Appendix Exhibit Z**; *see also* **Exhibit AA.**

191. These statements contained material misstatements and omissions of fact when made because, contrary to its published statement that "a determination generally is made as to whether the prospective borrower has sufficient monthly income available to meet monthly housing expenses and other financial obligations

and monthly living expenses and to meet the borrower's monthly obligations on the proposed mortgage loan," Countrywide implemented policies designed to extend mortgages to borrowers regardless of whether they were able to meet their obligations under the mortgage, described *supra* at ¶¶91-101, 151-75, such as:

- Coaching borrowers to misstate their income on loan applications to qualify for mortgage loans under Countrywide's underwriting standards, including directing applicants to no-documentation loan programs when their income was insufficient to qualify for full documentation loan programs;

- Steering borrowers to more expensive loans that exceeded their borrowing capacity;

- Encouraging borrowers to borrow more than they could afford by suggesting NINA and SISA loans when they could not qualify for full documentation loans based on their actual incomes;

- Approving borrowers based on "teaser rates" for loans despite knowing that the borrower would not be able to afford the "fully indexed-rate" when the adjustable rate adjusted;

- Allowing non-qualifying borrowers to be approved for loans under exceptions to Countrywide's underwriting standards based on so-called "compensating factors" without requiring documentation for such compensating factors;

- Incentivizing its employees to approve borrowers under exceptions to Countrywide's underwriting policies;

- Systematically overriding flags identified by the CLUES system that were meant to weed out non-qualifying loans and, despite the flags, approving such loans; and

- Failing to determine whether stated income or stated assets were reasonable, failing to inform investors that Countrywide employees used www.salary.com in order

to verify income and, often times, failing to check the
veracity of information that was provided and easily
verified (such as bank account balances).

192.   Each Registration Statement and Prospectus Supplement issued by
CWALT and CWMBS at issue herein contained the following language
concerning the collateral supporting each mortgage pooled in the Issuing Trusts
and the appraisals by which the collateral was valued:

> Except with respect to mortgage loans originated
> pursuant to its Streamlined Documentation Program,
> Countrywide Home Loans obtains appraisals from
> independent appraisers or appraisal services for
> properties that are to secure mortgage loans. The
> appraisers inspect and appraise the proposed mortgaged
> property and verify that the property is in acceptable
> condition. Following each appraisal, the appraiser
> prepares a report which includes a market data analysis
> based on recent sales of comparable homes in the area
> and, when deemed appropriate, a replacement cost
> analysis based on the current cost of constructing a
> similar home. All appraisals are required to conform to
> Fannie Mae or Freddie Mac appraisal standards then in
> effect.

*See* **SAC Appendix Exhibit BB**; *see also* **Exhibit CC**.

193.   Each Registration Statement and Prospectus Supplement issued by
CWABS and CWHEQ at issue herein contained the following language
concerning the collateral supporting each mortgage pooled in the Issuing Trusts
and the appraisals by which the collateral was valued:

> Countrywide Home Loans' underwriting standards are
> applied in accordance with applicable federal and state
> laws and regulations and require an independent
> appraisal of the mortgaged property prepared on a
> Uniform Residential Appraisal Report (Form 1004) or
> other appraisal form as applicable to the specific

mortgaged property type.   Each appraisal includes a market data analysis based on recent sales of comparable homes in the area and, where deemed appropriate, replacement cost analysis based on the current cost of constructing a similar home and generally is required to have been made not earlier than 180 days prior to the date of origination of the mortgage loan.

See **SAC Appendix Exhibit DD**; *see also* **Exhibit EE.**

194.   In general, the Prospectus Supplements issued by CWHEQ at issue herein contained representations concerning the appraisals done with respect to home equity and second mortgage liens.  They stated with respect to home equity loans:

Full appraisals are generally performed on all home equity loans.   These appraisals are determined on the basis of an applicable originator-approved, independent third-party, fee-based appraisal completed on forms approved by Fannie Mae or Freddie Mac.   For certain home equity loans that had at origination a credit limit between $100,000 and $250,000, determined by the FICO score of the borrower, a drive-by evaluation is generally completed by a state-licensed, independent third party, professional appraiser on forms approved by either Fannie Mae or Freddie Mac.   The drive-by evaluation is an exterior examination of the premises by the appraiser to determine that the property is in good condition. The appraisal is based on various factors, including the market value of comparable homes and the cost of replacing the improvements, and generally must have been made not earlier than 180 days before the date of origination of the mortgage loan.   For certain home equity loans with credit limits between $100,000 and $250,000, determined by the FICO score of the borrower, the applicable originator may have the related mortgaged property appraised electronically.   The minimum and maximum loan amounts for home equity loans are generally $7,500 (or, if smaller, the state-allowed maximum) and $1,000,000, respectively.

*See* **SAC Appendix Exhibit FF**.

195.   In addition, and sometimes in place of the language directly above, with respect to closed-end second lien mortgage loans, the Prospectus Supplements for the CWHEQ Offerings at issue herein stated the following:

> Full appraisals are generally performed on all closed-end second lien mortgage loans that at origination had a loan amount of more than $100,000.   These appraisals are determined on the basis of a sponsor-approved, independent third-party, fee-based appraisal completed on forms approved by Fannie Mae or Freddie Mac.  For certain closed-end second lien mortgage loans that had at origination a loan amount between $100,000 and $250,000, determined by the FICO score of the borrower, a drive-by evaluation is generally completed by a state licensed, independent third-party, professional appraiser on forms approved by either Fannie Mae or Freddie Mac. The drive-by evaluation is an exterior examination of the premises by the appraiser to determine that the property is in good condition. The appraisal is based on various factors, including the market value of comparable homes and the cost of replacing the improvements, and generally must have been made not earlier than 180 days before the date of origination of the mortgage loan.  For certain closed-end second lien mortgage loans with loan amounts less than $250,000, determined by the FICO score of the borrower, Countrywide Home Loans may have the related mortgaged property appraised electronically.  The minimum and maximum loan amounts for closed-end second lien mortgage loans are generally $7,500 (or, if smaller, the state-allowed maximum) and $1,000,000, respectively.

*See* **SAC Appendix Exhibit GG**.

196.  Finally, with respect to its CWALT Offerings at issue herein, Countrywide also offered expanded underwriting allowing for higher LTV and loan amounts though loans would still be subject to certain standards:

Mortgage loans which are underwritten pursuant to the Expanded Underwriting Guidelines may have higher Loan-to-Value Ratios, higher loan amounts and different documentation requirements than those associated with the Standard Underwriting Guidelines. The Expanded Underwriting Guidelines also permit higher debt-to-income ratios than mortgage loans underwritten pursuant to the Standard Underwriting Guidelines.

Countrywide Home Loans' Expanded Underwriting Guidelines for conforming balance mortgage loans generally allow Loan-to-Value Ratios at origination on owner occupied properties of up to 100% on 1 unit properties with principal balances up to $333,700 ($500,550 in Alaska and Hawaii) and 2 unit properties with principal balances up to $427,150 ($640,725 in Alaska and Hawaii) and up to 85% on 3 unit properties with principal balances of up to $516,300 ($774,450 in Alaska and Hawaii) and 4 unit properties with principal balances of up to $641,650 ($962,475 in Alaska and Hawaii). On second homes, Countrywide Home Loans' Expanded Underwriting Guidelines for conforming balance mortgage loans generally allow Loan-to-Value Ratios at origination of up to 95% on 1 unit properties with principal balances up to $333,700 ($500,550 in Alaska and Hawaii). Countrywide Home Loans' Expanded Underwriting Guidelines for conforming balance mortgage loans generally allow Loan-to-Value Ratios at origination on investment properties of up to 90% unit properties with principal balances up to $333,700 ($500,550 in Alaska and Hawaii) and 2 properties with principal balances up to $427,150 ($640,725 in Alaska and Hawaii) and up to 85% on 3 unit properties with principal balances of up to $516,300 ($774,450 in Alaska and Hawaii) and 4 unit properties with principal balances of up to $641,650 ($962,475 in Alaska and Hawaii). Under its Expanded Underwriting Guidelines, Countrywide Home Loans generally permits a debt-to income ratio based on the borrower's monthly housing expenses of up to 36% and a debt-to-income ratio based on the borrower's total monthly debt of up to

40%; provided, however, that if the Loan-to-Value Ratio exceeds 80%, the maximum permitted debt-to-income ratios are 33% and 38%, respectively.

In connection with the Expanded Underwriting Guidelines, Countrywide Home Loans originates or acquires mortgage loans under the Full Documentation Program, the Alternative Documentation Program, the Reduced Documentation Loan Program, the No Income/No Asset Documentation Program and the Stated Income/Stated Asset Documentation Program. Neither the No Income/No Asset Documentation Program nor the Stated Income/Stated Asset Documentation Program is available under the Standard Underwriting Guidelines. The same documentation and verification requirements apply to mortgage loans documented under the Alternative Documentation Program regardless of whether the loan has been underwritten under the Expanded Underwriting Guidelines or the Standard Underwriting Guidelines. However, under the Alternative Documentation Program, mortgage loans that have been underwritten pursuant to the Expanded Underwriting Guidelines may have higher loan balances and Loan-to-Value Ratios than those permitted under the Standard Underwriting Guidelines

*See* **SAC Appendix Exhibit HH.**

197. These statements contained material misstatements and omitted necessary facts when made because they failed to disclose that the value and adequacy of the mortgaged property was not appraised, on a consistent basis, using "market data analysis based on recent sales of comparable homes in the area, where deemed appropriate, replacement cost analysis based on the current costs of constructing a similar home" or "on the basis of an applicable originator-approved, independent third-party, fee-based appraisal completed on forms approved by Fannie Mae or Freddie Mac." Instead, as alleged herein, Countrywide systematically inflated appraisals for properties used as collateral for mortgage loans underlying the Issuing Trusts. These inflated appraisals did not conform to

1    the USPAP and were not market data analyses of comparable homes in the area or

2    analyses of the cost of construction of a comparable home.

3         198. Each Prospectus Supplement at issue herein referenced and

4    incorporated into each Registration Statement described the LTV ratio of the

5    mortgages pooled into the Issuing Trusts. The LTV ratio of mortgages in the

6    Issuing Trusts was described as equal to: (1) the principal balance of the mortgage

7    loan at the date of origination, divided by (2) the collateral value of the related

8    mortgaged property, where the "collateral value" was the lesser of either the

9    appraised value based on an appraisal made for Countrywide by an independent

10   fee appraiser at the time of the origination of the related mortgage loan, or the sales

11   price of the mortgaged property at the time of origination. Each Prospectus

12   Supplement then provided an average LTV ratio of the mortgage loans included in

13   the Issuing Trusts and a disclosure concerning the maximum LTV ratio of

14   mortgage loans included in the Issuing Trusts. *See* **SAC Appendix Exhibit II**.

15        199. The statements concerning the average LTV ratio of mortgages

16   included in the Issuing Trusts and the maximum LTV ratio of mortgages included

17   in the Issuing Trusts were materially misstated when made because these ratios

18   were based on incorrect and/or inflated appraisal values assigned to the collateral

19   supporting the mortgage loans pooled into each Issuing Trust.  For example, as

20   explained above, the appraisals of the properties underlying the mortgage loans

21   were inaccurate and inflated.   Furthermore, stated sales prices of properties

22   underlying the mortgage loans did not accurately reflect the true values of the

23   properties.  These inflated appraisals and misleading sales prices were used to

24   calculate the LTV ratios listed in the Prospectus Supplements.  Incorporating an

25   inflated appraisal into the LTV ratio calculation will result in a lower LTV ratio for

26   a given loan.  For instance, as described above, if a borrower seeks to borrow

27   $90,000 to purchase a house worth $100,000, the LTV ratio is $90,000/$100,000

28   or 90%. If, however, the appraised value of the house is artificially increased to

1   $120,000, the LTV ratio drops to just 75% ($90,000/$120,000).   Due to the

2   inflated appraisals, the LTV ratios listed in the Prospectus Supplements were

3   artificially low, making it appear that the loans underlying the trusts had greater

4   collateral and thus were less risky than they actually were.

5        200.   The Offering Documents also stated that exceptions to underwriting

6   standards  could  be  granted  if  the  borrower's  loan  application  reflected

7   "compensating factors" including "loan-to-value ratio."   As detailed above,

8   however, the LTV ratios were deflated and inaccurate; therefore the use of this

9   metric as a "compensating factor" further violated the stated underwriting

10   standards.  These statements in the Offering Documents related to Countrywide's

11   underwriting standards contained material misstatements and omissions because,

12   as described herein, Countrywide: (1) systematically disregarded its stated

13   underwriting standards and regularly made exceptions to its underwriting

14   guidelines in the absence of sufficient compensating factors.  Despite assurances

15   that certain loans were limited to borrowers with excellent credit histories,

16   Countrywide routinely extended these loans to borrowers with weak credit

17   histories; and (2) largely disregarded appraisal standards and did not prepare

18   appraisals in conformity with Fannie Mae or Freddie Mac appraisal standards.

19   **IX.   CLASS ACTION ALLEGATIONS**

20

21        201.   Plaintiffs bring this action as a class action pursuant to Federal Rules

22   of Civil Procedure Rule 23(a) and (b)(3), individually, and on behalf of a class

23   consisting of all persons or entities who purchased or otherwise acquired beneficial

24   interests in the Certificates identified herein issued pursuant and/or traceable to the

25   Offering Documents defined above (the "Class") and were damaged thereby.

26        202.   This action is properly maintainable as a class action for the following

27   reasons:

28        203.   The Class is so numerous that joinder of all members is impracticable.

1   While the exact number of Class members is unknown to Plaintiffs at this time and

2   can only be ascertained through discovery, Plaintiffs believe that there are

3   thousands of members of the proposed Class, who may be identified from records

4   maintained by the Issuer Defendants and/or may be notified of this action using the

5   form of notice customarily used in securities class actions.

6   204.   Plaintiffs are committed to prosecuting this action and have retained

7   competent counsel experienced in litigation of this nature.   Plaintiffs' claims are

8   typical of the claims of the other members of the Class and Plaintiffs have the same

9   interests as the other members of the Class.   All of the tranches for each Certificate

10   Offering were issued pursuant to a single Prospectus Supplement issued by

11   Defendants pursuant to a common Shelf Registration Statement.   The individual

12   tranches which made up the Offerings were interconnected by virtue of the credit

13   enhancement provisions specified in each of the Prospectus Supplements.

14   Plaintiffs have standing to bring such claims because the Class of purchasers of the

15   Countrywide Certificates suffered damages from the impairment of the entire

16   mortgage pools and the value of all tranches in each series of Certificates depended

17   on the performance of the same pools of mortgages.   As such, the impairment of

18   the collateral underlying a particular Certificate Offering affected all of the

19   tranches in that Offering.   Accordingly, Plaintiffs are adequate representatives of

20   the Class and will fairly and adequately protect the interests of the Class.

21   205.   The prosecution of separate actions by individual members of the

22   Class would create the risk of inconsistent or varying adjudications with respect to

23   individual members of the Class, which would establish incompatible standards of

24   conduct for Defendants, or adjudications with respect to individual members of the

25   Class which would, as a practical matter, be dispositive of the interests of the other

26   members not parties to the adjudications or substantially impair or impede their

27   ability to protect their interests.

28   206.   A class action is superior to all other methods for a fair and efficient

adjudication of this controversy.  There will be no difficulty in the management of this action as a class action.  Furthermore, the expense and burden of individual litigation make it impossible for members of the Class to individually redress the wrongs done to them.

207.  There are questions of law and fact which are common to the Class and which predominate over questions affecting any individual Class member. The common questions include, *inter alia*, the following:

      (a)    whether Defendants violated the Securities Act;

      (b)    whether statements made by Defendants to the investing public in the Registration Statements, Prospectuses and Prospectus Supplements both omitted and misrepresented material facts about the underlying mortgages; and

      (c)    the extent and proper measure of the damages sustained by the members of the Class.

## X.    STANDING

208.  Plaintiffs have constitutional standing to advance the claims alleged herein.  As set forth herein at ¶¶60-83 as well as in Plaintiffs' certifications (*see* ¶¶29-32), Plaintiffs purchased the Countrywide Certificates and are alleged to have been damaged by Defendants, and can assert a claim directly against each Defendant.  Accordingly, Plaintiffs have alleged concrete and particularized invasions of legally protected interests for all of the claims alleged under the Securities Act.

## XI.    CLAIMS

### COUNT I

**Violation of Section 11 of the Securities Act Against the Individual
Defendants, the Issuer Defendants, and the Underwriter Defendants**

209.  Plaintiffs repeat and reallege each and every allegation contained above as if fully set forth herein only to the extent, however, that such allegations

No. 2:10-cv-00302: SECOND AMENDED CLASS ACTION COMPLAINT      100

do not allege fraud, scienter or the intent of the Defendants to defraud Plaintiffs or members of the Class.  This Count is predicated upon Defendants' strict liability for material misstatements and omissions in the Offering Documents.  This Count is brought pursuant to Section 11 of the Securities Act, on behalf of the Class, against the Individual Defendants, the Issuer Defendants, and the Underwriter Defendants.

210.   The Offering Documents for the Offerings were materially inaccurate and misleading, contained untrue statements of material facts, omitted to state other facts necessary to make the statements not misleading, and omitted to state material facts required to be stated therein.

211.   The Defendants named in this Count are strictly liable to Plaintiffs and the Class under Section 11 of the Securities Act for the misstatements and omissions contained in the Offering Documents issued in connection with the following Certificate Offerings:

| Issuing Trust | Plaintiff | SAC ¶ |
|---|---|---|
| CWALT 2005-62 | OPERS | 62 |
| CWL 2006-S3 | IPERS | 67 |
| CWL 2006-S9 | IPERS | 68 |
| CWL 2006-3 | GBPHB | 74 |
| CWL 2006-6 | GBPHB | 75 |
| CWL 2006-9 | GBPHB | 76 |
| CWL 2006-11 | GBPHB | 77 |
| CWL 2006-15 | GBPHB | 78 |
| CWL 2006-24 | GBPHB | 79 |
| CWHL 2006-HYB3 | OPERS | 83 |

212.   The Individual Defendants signed the Registration Statements for the Offerings, which were incorporated by reference into the Prospectuses and Prospectus Supplements, on behalf of the Issuer Defendants.

213.   Defendant CSC, an affiliate of CFC, acted as an underwriter in the sale of the Issuing Trusts' Certificates, and helped to draft and disseminate the Offering Documents for the Certificates.  Defendant CSC was an underwriter for

1   the Issuing Trusts as shown in **SAC Appendix Exhibit B**.  Defendant Bank of

2   America is successor in interest to CSC.

3       214.  Defendant Deutsche Bank acted as an underwriter in the sale of the

4   Issuing Trusts' Certificates, and helped to draft and disseminate the Offering

5   Documents for the Certificates.  Defendant Deutsche Bank was an underwriter for

6   the Issuing Trusts as shown in **SAC Appendix Exhibit B**.

7       215.  Defendant UBS acted as an underwriter in the sale of the Issuing

8   Trusts' Certificates, and helped to draft and disseminate the Offering Documents

9   for the Certificates.  Defendant UBS was an underwriter for the Issuing Trusts as

10   shown in **SAC Appendix Exhibit B**.

11       216.  Defendant Morgan Stanley acted as an underwriter in the sale of the

12   Issuing Trusts' Certificates, and helped to draft and disseminate the Offering

13   Documents for the Certificates.  Defendant Morgan Stanley was an underwriter for

14   the Issuing Trusts as shown in **SAC Appendix Exhibit B**.

15       217.  Defendant Goldman Sachs acted as an underwriter in the sale of the

16   Issuing Trusts' Certificates, and helped to draft and disseminate the Offering

17   Documents for the Certificates.  Defendant Goldman Sachs was an underwriter for

18   the Issuing Trusts as shown in **SAC Appendix Exhibit B**.

19       218.  Defendant RBS acted as an underwriter in the sale of the Issuing

20   Trusts' Certificates, and helped to draft and disseminate the Offering Documents

21   for the Certificates.  Defendant RBS was an underwriter for the Issuing Trusts as

22   shown in **SAC Appendix Exhibit B**.

23       219.  Defendant Barclays acted as an underwriter in the sale of the Issuing

24   Trusts' Certificates, and helped to draft and disseminate the Offering Documents

25   for the Certificates.  Defendant Barclays was an underwriter for the Issuing Trusts

26   as shown in **SAC Appendix Exhibit B**.

27       220.  Defendant HSBC acted as an underwriter in the sale of the Issuing

28   Trusts' Certificates, and helped to draft and disseminate the Offering Documents

1   for the Certificates. Defendant HSBC was an underwriter for the Issuing Trusts as

2   shown in **SAC Appendix Exhibit B**.

3       221.   The Defendants named in this Count owed to Plaintiffs the duty to

4   make a reasonable and diligent investigation of the statements contained in the

5   Registration Statements at the time they became effective to ensure that such

6   statements were true and correct and that there was no omission of material facts

7   required to be stated in order to make the statements contained therein not

8   misleading.   The Defendants knew, or in the exercise of reasonable care should

9   have known, of the material misstatements and omissions contained in or omitted

10  from the Offering Documents as set forth herein.   As such, the Defendants are

11  liable to the Class.

12      222.   None of the Defendants named in this Count made a reasonable

13  investigation or possessed reasonable grounds for the belief that the statements

14  contained in the Offering Documents were true or that there was no omission of

15  material facts necessary to make the statements made therein not misleading.

16      223.   The Defendants named in this Count issued and disseminated, caused

17  to be issued and disseminated, and participated in the issuance and dissemination

18  of material misstatements to the investing public which were contained in the

19  Offering Documents, which misrepresented or failed to disclose, *inter alia*, the

20  facts set forth above.

21      224.   By reason of the conduct herein alleged, each of the Defendants

22  named in this Count violated Section 11 of the Securities Act.

23      225.   Plaintiffs acquired the Certificates pursuant and traceable to the

24  Offering Documents.

25      226.   At the time they obtained their Certificates, Plaintiffs and members of

26  the Class did so without knowledge of the facts concerning the misstatements or

27  omissions alleged herein.

28      227.   This claim is brought within one year after discovery of the untrue

No. 2:10-cv-00302: SECOND AMENDED CLASS ACTION COMPLAINT        103

statements and omissions in and from the Offering Documents which should have been made through the exercise of reasonable diligence, and within three years of the effective date of the Offering Documents.

228.   Plaintiffs and the Class have sustained damages.  The value of the Certificates has declined substantially, subsequent to, and due to, the violations of the Defendants named in this Count.

229.   By virtue of the foregoing, Plaintiffs and the other members of the Class are entitled to damages under Section 11, as measured by the provisions of Section 11(e), jointly and severally from each of the Defendants named in this Count.

## COUNT II

### Violation of Section 12(a)(2) of the Securities Act Against the Issuer Defendants and the Section 12 Underwriter Defendants

230.   Plaintiffs repeat and reallege each and every allegation contained above as if fully set forth herein.

231.   This Count is brought pursuant to Section 12(a)(2) of the Securities Act on behalf of the Class, against the Issuer Defendants and the Section 12 Underwriter Defendants.

232.   The Issuer Defendants and the Section 12 Underwriter Defendants promoted and sold the Certificates pursuant to the defective Offering Documents. Plaintiffs and members of the Class purchased Certificates directly from the Section 12 Underwriter Defendants in the Offerings.

233.   The Offering Documents contained untrue statements of material facts, omitted to state other facts necessary to make the statements made not misleading, and concealed and failed to disclose material facts.

234.   The Issuer Defendants and the Section 12 Underwriter Defendants owed to Plaintiffs, who purchased the Certificates pursuant to the Offering Documents, the duty to make a reasonable and diligent investigation of the

statements contained in the Offering Documents, to ensure that such statements were true and that there was no omission to state a material fact required to be stated in order to make the statements contained therein not misleading. The Issuer Defendants and Section 12 Underwriter Defendants knew of, or in the exercise of reasonable care should have known of, the misstatements and omissions contained in the Offering Documents as set forth above.

235.   Plaintiffs purchased the following Certificates in the Offerings and directly from the Section 12 Underwriter Defendants as follows:

| Issuing Trust | Pro. Supp. Date | Plaintiff | Purchase Date | Purchased From | SAC ¶ |
|---|---|---|---|---|---|
| CWALT 2005-72 | 11/29/2005 | OPERS | 11/21/2005 12/15/2005 | UBS | 63 |
| CWL 2005-H | 9/28/2005 | OPERS | 9/27/2005 | CSC | 66 |
| CWL 2005-S3 | 6/26/2006 | IPERS | 6/16/2006 | CSC | 67 |
| CWL 2005-S9 | 12/28/2006 | IPERS | 12/14/2006 | CSC | 68 |
| CWL 2005-11 | 9/23/2005 | GBPHB | 9/12/2005 | CSC | 71 |
| CWHL 2005-HYB9 | 11/29/2005 | OCERS | 11/28/2005 | CSC | 72 |
| CWL 2006-3 | 2/23/2006 | GBPHB | 2/16/2006 | CSC | 74 |
| CWL 2006-15 | 9/27/2006 | GBPHB | 8/23/2006 | CSC | 78 |

236.   Plaintiffs did not know, and in the exercise of reasonable diligence could not have known, of the misrepresentations and omissions contained in the Offering Documents.

237.   By reason of the conduct alleged herein, the Issuer Defendants and the Section 12 Underwriter Defendants violated Section 12(a)(2) of the Securities Act. Accordingly, Plaintiffs and members of the Class who purchased the Certificates in the Offering and directly from the Section 12 Underwriter Defendants sustained material damages in connection with their purchases of the Certificates. Plaintiffs and other members of the Class who hold the Certificates issued pursuant to the Offering Documents have the right to rescind and recover the consideration paid for their Certificates, and hereby elect to rescind and tender their securities to the

1    Issuer Defendants and the Section 12 Underwriter Defendants.  Class members

2    who have sold their Certificates are entitled to rescissory damages.

3        238.  This claim is brought within three years from the time that the

4    Certificates upon which this Count is brought were sold to the public, and within

5    one year from the time when Plaintiffs discovered or reasonably could have

6    discovered the facts upon which this action is based.

### COUNT III

**Violation of Section 15 of the Securities Act Against**
**Sambol and the Countrywide Defendants**

10       239.  Plaintiffs repeat and reallege each and every allegation contained

11   above as if fully set forth herein.

12       240.  This count is asserted against CFC, CSC, CCM, CHL, Bank of

13   America, NB Holdings and Sambol and is based upon Section 15 of the Securities

14   Act.

15       241.  Each of the Countrywide Defendants and Sambol by virtue of their

16   control, ownership, offices, directorship, and specific acts was, at the time of the

17   wrongs alleged herein and as set forth herein, a controlling person of the Issuer

18   Defendants within the meaning of Section 15 of the Securities Act.  The

19   Countrywide Defendants and Sambol had the power and influence and exercised

20   the same to cause the Issuer Defendants to engage in the acts described herein.

21   Defendants Bank of America and NB Holdings are successors in interest to CFC,

22   CSC, CCM, and CHL.

23       242.  The Countrywide Defendants' and Sambol's control, ownership and

24   position made them privy to and provided them with knowledge of the material

25   facts concealed from Plaintiffs and the Class.

26       243.  By virtue of the conduct alleged herein, the Countrywide Defendants

27   and Sambol are liable for the aforesaid wrongful conduct and are liable to Plaintiffs

28   and the Class for damages suffered as a result.  Defendants Bank of America and

NB Holdings are liable for the same conduct as successors in interest to CFC, CSC, CCM, and CHL.

## XII.   RELIEF REQUESTED

**WHEREFORE**, Plaintiffs pray for relief and judgment, as follows:

(a)   declaring this action properly maintainable as a class action and certifying Plaintiffs as class representatives;

(b)   awarding compensatory and/or rescissory damages in favor of Plaintiffs and other Class members against all Defendants, jointly and severally, for all damages sustained as a result of Defendants' wrongdoing, in an amount to be proven at trial, including interest thereon;

(c)   awarding Plaintiffs and the Class their reasonable costs and expenses incurred in this action, including counsel fees and expert fees; and

(d)   such other relief as the Court may deem just and proper.

## XIII.   JURY DEMAND

Plaintiffs hereby demand a trial by jury.

Dated:  December 6, 2010

Respectfully submitted,

**GLANCY BINKOW & GOLDBERG LLP**

By: _____
       Lionel Z. Glancy
Michael Goldberg
1801 Avenue of the Stars, Suite 311
Los Angeles, California 90067
Telephone:  (310) 201-9150
Facsimile:  (310) 201-9160

*Liaison Counsel*

Steven J. Toll
Julie Goldsmith Reiser

Joshua S. Devore
Matthew B. Kaplan
S. Douglas Bunch

**COHEN MILSTEIN SELLERS**
**& TOLL PLLC**
1100 New York Avenue, N.W.
Suite 500, West Tower
Washington, D.C. 20005
Telephone:  (202) 408-4600
Facsimile:  (202) 408-4699

Joel P. Laitman
Christopher Lometti
Daniel B. Rehns
**COHEN MILSTEIN SELLERS**
**& TOLL PLLC**
88 Pine Street, 14th Floor
New York, New York 10005
Telephone:  (212) 838-7797
Facsimile:  (212) 838-7745

*Lead Counsel for the Class*

*– and –*

**KIRBY McINERNEY LLP**
Ira M. Press
Randall K. Berger
825 Third Avenue, 16th Floor
New York, New York 10022
Telephone:  (212) 371-6600
Facsimile:   (212) 751-2540

*Additional Counsel for United Methodist*
*Churches Benefit Board, Inc.*

# COUNTRYWIDE MBS LITIGATION

# APPENDIX TO SECOND AMENDED
# <u>CLASS ACTION COMPLAINT</u>

## SAC APPENDIX TABLE OF CONTENTS

EXHIBIT A:  Countrywide MBS Offerings at Issue in the SAC as Per the Countrywide Tolling Decision............................................................ 1

EXHIBIT B:  Investment Banks that Underwrote Countrywide MBS Offerings at Issue in the SAC as Per the Countrywide Tolling Decision ......... 2

EXHIBIT C:  Shelf Registration Statements at Issue in SAC, as Per the Countrywide Tolling Decision, Including Whether They were Included in Prior Pleadings ............................................................... 3

EXHIBIT D:  Countrywide MBS Offerings Included in Class Definitions of Prior Complaints ..................................................................... 4

EXHIBIT E:  SAC Plaintiffs' Standing to Pursue Claims on Offerings as Derived from the Standing of Named-Plaintiffs in Previously-Filed Complaints as Per the Countrywide Tolling Decision .......... 12

EXHIBIT F:  Timeliness of Claims Asserted in the SAC Based on Statutes of Tolling and Repose, as Per the Countrywide Tolling Decision .. 21

EXHIBIT G:  Percentage of Offerings at Issue in the SAC that Initially Were Awarded AAA..................................................................... 22

EXHIBIT H – II:  Citations to Misstatements and Omissions in the Offering Documents ............................................................... 23

## SAC Appendix Exhibit A

### Countrywide MBS Offerings at Issue in the SAC
### as Per the Countrywide Tolling Decision

| Series | Offering Amount | Prospectus Date | Depositor | Registration Statement |
|---|---|---|---|---|
| CWALT 2005-62 | $1,559,819,100 | October 28, 2005 | CWALT, Inc. | 333-125902 |
| CWALT 2005-72 | $737,628,100 | November 29, 2005 | CWALT, Inc. | 333-125902 |
| CWHEL 2005-H | $1,771,875,000 | September 28, 2005 | CWHEQ, Inc. | 333-126790 |
| CWL 2006-S3 | $1,000,000,100 | June 26, 2006 | CWHEQ, Inc. | 333-132375 |
| CWL 2006-S9 | $1,000,000,100 | December 28, 2006 | CWHEQ, Inc. | 333-132375 |
| CWL 2005-11 | $1,929,704,100 | September 23, 2005 | CWABS, Inc. | 333-125164 |
| CWHL 2005-HYB9 | $1,088,954,000 | November 29, 2005 | CWABS, Inc. | 333-125164 |
| CWL 2006-3 | $1,361,500,100 | February 23, 2006 | CWABS, Inc. | 333-131591 |
| CWL 2006-6 | $1,762,200,100 | March 27, 2006 | CWABS, Inc. | 333-131591 |
| CWL 2006-9 | $563,832,100 | June 29, 2006 | CWABS, Inc. | 333-131591 |
| CWL 2006-11 | $1,846,600,100 | June 28, 2006 | CWABS, Inc. | 333-131591 |
| CWL 2006-15 | $937,000,100 | September 27, 2006 | CWABS, Inc. | 333-135846 |
| CWL 2006-24 | $1,305,024,100 | December 28, 2006 | CWABS, Inc. | 333-135846 |
| CWHL 2006-HYB3 | $966,897,100 | April 26, 2006 | CWMBS, Inc. | 333-131662 |

## SAC Appendix Exhibit B

**Investment Banks that Underwrote Countrywide MBS Offerings at Issue in the SAC as Per the Countrywide Tolling Decision**

| Series | Prospectus Date | Depositor | Registration Statement | Underwriter(s) | | |
|---|---|---|---|---|---|---|
| CWALT 2005-62 | October 28, 2005 | CWALT, Inc. | 333-125902 | Deutsche Bank Securities, Inc. | | |
| CWALT 2005-72 | November 29, 2005 | CWALT, Inc. | 333-125902 | UBS Securities LLC | | |
| CWHEL 2005-H | September 28, 2005 | CWHEQ, Inc. | 333-126790 | Countrywide Securities Corp. | | |
| CWL 2006-S3 | June 26, 2006 | CWHEQ, Inc. | 333-132375 | Countrywide Securities Corp. | Goldman Sachs & Co. | HSBC Securities (USA) Inc. |
| CWL 2006-S9 | December 28, 2006 | CWHEQ, Inc. | 333-132375 | Countrywide Securities Corp. | RBS Greenwich Capital | |
| CWL 2005-11 | September 23, 2005 | CWABS, Inc. | 333-125164 | Countrywide Securities Corp. | Morgan Stanley | RBS Greenwich Capital |
| CWHL 2005-HYB9 | November 29, 2005 | CWABS, Inc. | 333-125164 | Countrywide Securities Corp. | | |
| CWL 2006-3 | February 23, 2006 | CWABS, Inc. | 333-131591 | Countrywide Securities Corp. | Barclays Capital Inc. | Deutsche Bank Securities, Inc. |
| CWL 2006-6 | March 27, 2006 | CWABS, Inc. | 333-131591 | Countrywide Securities Corp. | | |
| CWL 2006-9 | June 29, 2006 | CWABS, Inc. | 333-131591 | Countrywide Securities Corp. | | |
| CWL 2006-11 | June 28, 2006 | CWABS, Inc. | 333-131591 | Countrywide Securities Corp. | Barclays Capital Inc. | UBS Securities LLC |
| CWL 2006-15 | September 27, 2006 | CWABS, Inc. | 333-135846 | Countrywide Securities Corp. | | |
| CWL 2006-24 | December 28, 2006 | CWABS, Inc. | 333-135846 | Countrywide Securities Corp. | RBS Greenwich Capital | |
| CWHL 2006-HYB3 | April 26, 2006 | CWMBS, Inc. | 333-131662 | Countrywide Securities Corp. | | |

2

## SAC Appendix Exhibit C

### Shelf Registration Statements at Issue in SAC, as Per the Countrywide Tolling Decision, Including Whether They were Included in Prior Pleadings

| SEC Reg. Statement File No. | Issuer | Date | Included in Initial Luther Complaint (11/14/07)? | Included in Washington State Initial Complaint (6/12/08)? | Included in Amended Luther Complaint (9/9/08)? | Included in Luther Consolidated Complaint (10/16/08)? | Included in Federal Complaint (1/104/10)? | Included in FAC (7/13/10)? | Included in SAC (12/6/10)? |
|---|---|---|---|---|---|---|---|---|---|
| 333-110343 | CWALT, Inc. | January 13, 2004 | NO | YES | YES | YES | YES | YES | NO |
| 333-117949 | CWALT, Inc. | September 23, 2004 | YES | NO | YES | YES | YES | YES | NO |
| 333-123167 | CWALT, Inc. | April 21, 2005 | YES | YES | YES | YES | YES | YES | NO |
| 333-125902 | CWALT, Inc. | July 25, 2005 | YES | YES | YES | YES | YES | YES | YES |
| 333-131630 | CWALT, Inc. | March 6, 2006 | YES | YES | YES | YES | YES | YES | NO |
| 333-140962 | CWALT, Inc. | April 24, 2007 | YES | YES | YES | YES | YES | YES | NO |
| 333-100418 | CWMBS, Inc. | October 28, 2002 | NO | YES | YES | YES | YES | YES | NO |
| 333-121249 | CWMBS, Inc. | February 8, 2005 | NO | YES | YES | YES | YES | YES | NO |
| 333-125963 | CWMBS, Inc. | July 25, 2005 | NO | YES | YES | YES | YES | YES | NO |
| 333-131662 | CWMBS, Inc. | March 6, 2006 | NO | YES | YES | YES | YES | YES | YES |
| 333-140958 | CWMBS, Inc. | April 24, 2007 | NO | YES | YES | YES | YES | YES | NO |
| 333-118926 | CWABS, Inc. | October 18, 2004 | NO | YES | YES | YES | YES | YES | NO |
| 333-125164 | CWABS, Inc. | June 10, 2005 | NO | YES | YES | YES | YES | YES | YES |
| 333-131591 | CWABS, Inc. | February 21, 2006 | NO | YES | YES | YES | YES | YES | YES |
| 333-135846 | CWABS, Inc. | August 8, 2006 | NO | YES | YES | YES | YES | YES | YES |
| 333-140960 | CWABS, Inc. | April 24, 2007 | NO | YES | YES | YES | YES | YES | NO |
| 333-121378 | CWHEQ, Inc. | December 17, 2004 | NO | YES | YES | YES | YES | NO | NO |
| 333-126790 | CWHEQ, Inc. | August 4, 2005 | NO | YES | YES | YES | YES | YES | YES |
| 333-132375 | CWHEQ, Inc. | April 12, 2006 | NO | YES | YES | YES | YES | YES | YES |
| 333-139891 | CWHEQ, Inc. | May 22, 2007 | NO | YES | YES | YES | YES | YES | NO |

3

## SAC Appendix Exhibit D

### Countrywide MBS Offerings Included in Class Definitions of Prior Complaints

| Offering | Included in Initial Luther Complaint (11/14/08)? | Included in Washington State Complaint (6/12/08)? | Included in Amended Luther Complaint (9/9/08)? | Included in Luther Consolidated Complaint (10/16/08)? | Included in Federal Complaint (1/14/10)? | Included in FAC (7/13/10)? |
|---|---|---|---|---|---|---|
| CWALT 2006-43CB | NO | YES | YES | YES | YES | YES |
| CWALT 2005-3CB | YES | NO | YES | YES | YES | YES |
| CWALT 2005-J1 | YES | NO | YES | YES | YES | YES |
| CWALT 2005-1CB | YES | NO | YES | YES | YES | YES |
| CWALT 2005-2 | YES | NO | YES | YES | YES | YES |
| CWALT 2005-5R | NO | NO | YES | YES | YES | YES |
| CWALT 2005-6CB | YES | NO | YES | YES | YES | YES |
| CWALT 2005-7CB | YES | NO | YES | YES | YES | YES |
| CWALT 2005-4 | YES | NO | YES | YES | YES | YES |
| CWALT 2005-J2 | NO | NO | YES | YES | YES | YES |
| CWALT 2005-13CB | YES | NO | YES | YES | YES | YES |
| CWALT 2005-9CB | YES | NO | YES | YES | YES | YES |
| CWALT 2005-10CB | NO | NO | YES | YES | YES | YES |
| CWALT 2005-14 | YES | NO | YES | YES | YES | YES |
| CWALT 2005-J3 | YES | NO | YES | YES | YES | YES |
| CWALT 2005-18CB | YES | NO | YES | YES | YES | YES |
| CWALT 2005-J5 | YES | NO | YES | YES | YES | YES |
| CWALT 2005-19CB | YES | NO | YES | YES | YES | YES |
| CWALT 2005-16 | YES | NO | YES | YES | YES | YES |
| CWALT 2005-21CB | YES | NO | YES | YES | YES | YES |
| CWALT 2005-22T1 | YES | NO | YES | YES | YES | YES |
| CWALT 2005-23CB | YES | NO | YES | YES | YES | YES |
| CWALT 2005-11CB | YES | NO | YES | YES | YES | YES |
| CWALT 2005-25T1 | YES | NO | YES | YES | YES | YES |
| CWALT 2005-26CB | YES | NO | YES | YES | YES | YES |
| CWALT 2005-29 | NO | NO | NO | YES | YES | YES |
| CWALT 2005-20CB | YES | NO | YES | YES | YES | YES |
| CWALT 2005-17 | YES | NO | YES | YES | YES | YES |
| CWALT 2005-24 | YES | NO | YES | YES | YES | YES |
| CWALT 2005-J4 | YES | NO | YES | YES | YES | YES |
| CWALT 2005-J6 | YES | NO | YES | YES | YES | YES |
| CWALT 2005-33CB | YES | YES | YES | YES | YES | YES |
| CWALT 2005-36 | YES | YES | YES | YES | YES | YES |
| CWALT 2005-32T1 | NO | YES | YES | YES | YES | YES |
| CWALT 2005-28CB | YES | YES | YES | YES | YES | YES |
| CWALT 2005-30CB | YES | YES | YES | YES | YES | YES |
| CWALT 2005-31 | YES | YES | YES | YES | YES | YES |
| CWALT 2005-27 | YES | YES | YES | YES | YES | YES |
| CWALT 2005-J7 | YES | YES | YES | YES | YES | YES |
| CWALT 2005-J8 | YES | YES | YES | YES | YES | YES |
| CWALT 2005-J9 | YES | YES | YES | YES | YES | YES |
| CWALT 2005-69 | YES | YES | YES | YES | YES | YES |
| CWALT 2005-34CB | YES | YES | YES | YES | YES | YES |
| CWALT 2005-37T1 | YES | YES | YES | YES | YES | YES |
| CWALT 2005-35CB | YES | YES | YES | YES | YES | YES |
| CWALT 2005-38 | YES | YES | YES | YES | YES | YES |
| CWALT 2005-41 | YES | YES | YES | YES | YES | YES |
| CWALT 2005-40CB | YES | YES | YES | YES | YES | YES |

| Offering | Included in Initial Luther Complaint (11/14/08)? | Included in Washington State Complaint (6/12/08)? | Included in Amended Luther Complaint (9/9/08)? | Included in Luther Consolidated Complaint (10/16/08)? | Included in Federal Complaint (1/14/08)? | Included in FAC (7/13/08)? |
|---|---|---|---|---|---|---|
| CWALT 2005-43 | YES | YES | YES | YES | YES | YES |
| CWALT 2005-47CB | YES | YES | YES | YES | YES | YES |
| CWALT 2005-42CB | YES | YES | YES | YES | YES | YES |
| CWALT 2005-44 | YES | YES | YES | YES | YES | YES |
| CWALT 2005-45 | YES | YES | YES | YES | YES | YES |
| CWALT 2005-46CB | YES | YES | YES | YES | YES | YES |
| CWALT 2005-J10 | YES | YES | YES | YES | YES | YES |
| CWALT 2005-48T1 | YES | YES | YES | YES | YES | YES |
| CWALT 2005-52CB | YES | YES | YES | YES | YES | YES |
| CWALT 2005-49CB | YES | YES | YES | YES | YES | YES |
| CWALT 2005-50CB | YES | YES | YES | YES | YES | YES |
| CWALT 2005-54CB | YES | YES | YES | YES | YES | YES |
| CWALT 2005-53T2 | YES | YES | YES | YES | YES | YES |
| CWALT 2005-55CB | YES | YES | YES | YES | YES | YES |
| CWALT 2005-56 | YES | YES | YES | YES | YES | YES |
| CWALT 2005-51 | YES | YES | YES | YES | YES | YES |
| CWALT 2005-59 | NO | YES | YES | YES | YES | YES |
| CWALT 2005-J11 | YES | YES | YES | YES | YES | YES |
| CWALT 2005-60T1 | YES | YES | YES | YES | YES | YES |
| CWALT 2005-63 | YES | YES | YES | YES | YES | YES |
| CWALT 2005-61 | YES | YES | YES | YES | YES | YES |
| CWALT 2005-J12 | YES | YES | YES | YES | YES | YES |
| CWALT 2005-J13 | YES | YES | YES | YES | YES | YES |
| CWALT 2005-58 | YES | YES | YES | YES | YES | YES |
| CWALT 2005-64CB | YES | YES | YES | YES | YES | YES |
| CWALT 2005-57CB | YES | YES | YES | YES | YES | YES |
| CWALT 2005-62 | YES | YES | YES | YES | YES | YES |
| CWALT 2005-75CB | YES | YES | YES | YES | YES | YES |
| CWALT 2005-71 | YES | YES | YES | YES | YES | YES |
| CWALT 2005-74T1 | YES | YES | YES | YES | YES | YES |
| CWALT 2005-70CB | YES | YES | YES | YES | YES | YES |
| CWALT 2005-65CB | YES | YES | YES | YES | YES | YES |
| CWALT 2005-73CB | YES | YES | YES | YES | YES | YES |
| CWALT 2005-72 | YES | YES | YES | YES | YES | YES |
| CWALT 2005-J14 | YES | YES | YES | YES | YES | YES |
| CWALT 2005-IM1 | YES | YES | YES | YES | YES | YES |
| CWALT 2005-67CB | YES | YES | YES | YES | YES | YES |
| CWALT 2005-79CB | YES | YES | YES | YES | YES | YES |
| CWALT 2005-84 | YES | YES | YES | YES | YES | YES |
| CWALT 2005-77T1 | YES | YES | YES | YES | YES | YES |
| CWALT 2005-82 | YES | YES | YES | YES | YES | YES |
| CWALT 2005-85CB | YES | YES | YES | YES | YES | YES |
| CWALT 2005-AR1 | YES | YES | YES | YES | YES | YES |
| CWALT 2005-80CB | YES | YES | YES | YES | YES | YES |
| CWALT 2005-81 | YES | YES | YES | YES | YES | YES |
| CWALT 2005-86CB | YES | YES | YES | YES | YES | YES |
| CWALT 2005-76 | YES | YES | YES | YES | YES | YES |
| CWALT 2005-83CB | NO | YES | YES | YES | YES | YES |
| CWALT 2006-HY3 | YES | YES | YES | YES | YES | YES |
| CWALT 2006-OA1 | NO | YES | YES | YES | YES | YES |
| CWALT 2006-2CB | YES | YES | YES | YES | YES | YES |
| CWALT 2006-OA2 | NO | YES | YES | YES | YES | YES |
| CWMBS 2006-J1 | YES | YES | YES | YES | YES | YES |
| CWALT 2006-4CB | YES | YES | YES | YES | YES | YES |
| CWALT 2006-5T2 | YES | YES | YES | YES | YES | YES |

5

| Offering | Included in Initial Luther Complaint (11/14/08)? | Included in Washington State Complaint (6/12/08)? | Included in Amended Luther Complaint (9/9/08)? | Included in Luther Consolidated Complaint (10/16/08)? | Included in Federal Complaint (1/14/08)? | Included in FAC (7/13/08)? |
|---|---|---|---|---|---|---|
| CWALT 2006-8T1 | NO | YES | YES | YES | YES | YES |
| CWALT 2006-11CB | YES | YES | YES | YES | YES | YES |
| CWALT 2006-12CB | YES | YES | YES | YES | YES | YES |
| CWALT 2006-OC2 | YES | YES | YES | YES | YES | YES |
| CWALT 2006-HY10 | YES | YES | YES | YES | YES | YES |
| CWALT 2006-J2 | YES | YES | YES | YES | YES | YES |
| CWALT 2006-OA21 | YES | YES | YES | YES | YES | YES |
| CWALT 2006-13T1 | YES | YES | YES | YES | YES | YES |
| CWALT 2006-6CB | YES | YES | YES | YES | YES | YES |
| CWALT 2006-7CB | YES | YES | YES | YES | YES | YES |
| CWALT 2006-9T1 | YES | YES | YES | YES | YES | YES |
| CWALT 2006-OA9 | YES | YES | YES | YES | YES | YES |
| CWALT 2006-OA6 | YES | YES | YES | YES | YES | YES |
| CWALT 2006-15CB | YES | YES | YES | YES | YES | YES |
| CWALT 2006-14CB | YES | YES | YES | YES | YES | YES |
| CWALT 2006-17T1 | YES | YES | YES | YES | YES | YES |
| CWALT 2006-16CB | YES | YES | YES | YES | YES | YES |
| CWALT 2006-HY11 | YES | YES | YES | YES | YES | YES |
| CWALT 2006-J3 | YES | YES | YES | YES | YES | YES |
| CWALT 2006-OC3 | YES | YES | YES | YES | YES | YES |
| CWALT 2006-OA8 | YES | YES | YES | YES | YES | YES |
| CWALT 2006-OA7 | YES | YES | YES | YES | YES | YES |
| CWALT 2006-20CB | YES | YES | YES | YES | YES | YES |
| CWALT 2006-OC4 | YES | YES | YES | YES | YES | YES |
| CWALT 2006-18CB | YES | YES | YES | YES | YES | YES |
| CWALT 2006-21CB | YES | YES | YES | YES | YES | YES |
| CWALT 2006-22R | NO | YES | YES | YES | YES | YES |
| CWALT 2006-OC1 | YES | YES | YES | YES | YES | YES |
| CWALT 2006-23CB | YES | YES | YES | YES | YES | YES |
| CWALT 2006-HY12 | YES | YES | YES | YES | YES | YES |
| CWALT 2006-19CB | YES | YES | YES | YES | YES | YES |
| CWALT 2006-24CB | YES | YES | YES | YES | YES | YES |
| CWALT 2006-OC5 | YES | YES | YES | YES | YES | YES |
| CWALT 2006-J4 | YES | YES | YES | YES | YES | YES |
| CWALT 2006-OA10 | YES | YES | YES | YES | YES | YES |
| CWALT 2006-OA11 | YES | YES | YES | YES | YES | YES |
| CWALT 2006-25CB | YES | YES | YES | YES | YES | YES |
| CWALT 2006-26CB | YES | YES | YES | YES | YES | YES |
| CWALT 2006-J5 | YES | YES | YES | YES | YES | YES |
| CWALT 2006-OA12 | YES | YES | YES | YES | YES | YES |
| CWALT 2006-OC6 | YES | YES | YES | YES | YES | YES |
| CWALT 2006-27CB | YES | YES | YES | YES | YES | YES |
| CWALT 2006-28CB | YES | YES | YES | YES | YES | YES |
| CWALT 2006-29T1 | YES | YES | YES | YES | YES | YES |
| CWALT 2006-OA16 | YES | YES | YES | YES | YES | YES |
| CWALT 2006-OC7 | YES | YES | YES | YES | YES | YES |
| CWALT 2006-32CB | YES | YES | YES | YES | YES | YES |
| CWALT 2006-J6 | YES | YES | YES | YES | YES | YES |
| CWALT 2006-30T1 | YES | YES | YES | YES | YES | YES |
| CWALT 2006-31CB | NO | YES | YES | YES | YES | YES |
| CWALT 2006-34 | YES | YES | YES | YES | YES | YES |
| CWALT 2006-33CB | YES | YES | YES | YES | YES | YES |
| CWALT 2006-OA17 | YES | YES | YES | YES | YES | YES |
| CWALT 2006-OC8 | YES | YES | YES | YES | YES | YES |
| CWALT 2006-OA14 | NO | YES | YES | YES | YES | YES |

| Offering | Included in Initial Luther Complaint (11/14/08)? | Included in Washington State Complaint (6/12/08)? | Included in Amended Luther Complaint (9/9/08)? | Included in Luther Consolidated Complaint (10/16/08)? | Included in Federal Complaint (1/14/08)? | Included in FAC (7/13/08)? |
|---|---|---|---|---|---|---|
| CWALT 2006-35CB | YES | YES | YES | YES | YES | YES |
| CWALT 2006-36T2 | YES | YES | YES | YES | YES | YES |
| CWALT 2006-37R | NO | YES | YES | YES | YES | YES |
| CWALT 2006-J7 | YES | YES | YES | YES | YES | YES |
| CWALT 2006-OA18 | YES | YES | YES | YES | YES | YES |
| CWALT 2006-OC9 | YES | YES | YES | YES | YES | YES |
| CWALT 2006-42 | YES | YES | YES | YES | YES | YES |
| CWALT 2006-40T1 | YES | YES | YES | YES | YES | YES |
| CWALT 2006-39CB | YES | YES | YES | YES | YES | YES |
| CWALT 2006-41CB | YES | YES | YES | YES | YES | YES |
| CWALT 2006-OA19 | YES | YES | YES | YES | YES | YES |
| CWALT 2006-OC10 | YES | YES | YES | YES | YES | YES |
| CWALT 2006-OA3 | YES | YES | YES | YES | YES | YES |
| CWALT 2006-J8 | YES | YES | YES | YES | YES | YES |
| CWALT 2006-45T1 | YES | YES | YES | YES | YES | YES |
| CWALT 2006-46 | YES | YES | YES | YES | YES | YES |
| CWALT 2006-OC11 | YES | YES | YES | YES | YES | YES |
| CWALT 2006-HY13 | YES | YES | YES | YES | YES | YES |
| CWALT 2006-OA22 | YES | YES | YES | YES | YES | YES |
| CWALT 2007-1T1 | YES | YES | YES | YES | YES | YES |
| CWALT 2007-2CB | YES | YES | YES | YES | YES | YES |
| CWALT 2007-HY2 | YES | YES | YES | YES | YES | YES |
| CWALT 2007-OA2 | YES | YES | YES | YES | YES | YES |
| CWALT 2007-3T1 | YES | YES | YES | YES | YES | YES |
| CWALT 2007-5CB | NO | YES | YES | YES | YES | YES |
| CWALT 2007-6 | YES | YES | YES | YES | YES | YES |
| CWALT 2007-7T2 | YES | YES | YES | YES | YES | YES |
| CWALT 2007-HY3 | YES | YES | YES | YES | YES | YES |
| CWALT 2007-J1 | YES | YES | YES | YES | YES | YES |
| CWALT 2007-OA3 | YES | YES | YES | YES | YES | YES |
| CWALT 2007-10CB | YES | YES | YES | YES | YES | YES |
| CWALT 2007-8CB | YES | YES | YES | YES | YES | YES |
| CWALT 2007-OA4 | YES | YES | YES | YES | YES | YES |
| CWALT 2007-11T1 | YES | YES | YES | YES | YES | YES |
| CWALT 2007-9T1 | YES | YES | YES | YES | YES | YES |
| CWALT 2007-HY5R | NO | YES | YES | YES | YES | YES |
| CWALT 2007-OA7 | YES | YES | YES | YES | YES | YES |
| CWALT 2007-4CB | YES | YES | YES | YES | YES | YES |
| CWALT 2007-26R | NO | YES | YES | YES | YES | YES |
| CWALT 2007-13 | YES | YES | YES | YES | YES | YES |
| CWALT 2007-12T1 | YES | YES | YES | YES | YES | YES |
| CWALT 2007-OA6 | YES | YES | YES | YES | YES | YES |
| CWALT 2007-14T2 | YES | YES | YES | YES | YES | YES |
| CWALT 2007-J2 | YES | YES | YES | YES | YES | YES |
| CWALT 2007-OH1 | YES | YES | YES | YES | YES | YES |
| CWALT 2007-15CB | YES | YES | YES | YES | YES | YES |
| CWALT 2007-HY4 | YES | YES | YES | YES | YES | YES |
| CWALT 2007-AL1 | YES | YES | YES | YES | YES | YES |
| CWALT 2007-20 | NO | YES | YES | YES | YES | YES |
| CWALT 2007-16CB | NO | YES | YES | YES | YES | YES |
| CWALT 2007-17CB | NO | YES | YES | YES | YES | YES |
| CWALT 2007-18CB | NO | YES | YES | YES | YES | YES |
| CWALT 2007-19 | NO | YES | YES | YES | YES | YES |
| CWALT 2007-HY7C | NO | YES | YES | YES | YES | YES |
| CWALT 2007-OA8 | NO | YES | YES | YES | YES | YES |

| Offering | Included in Initial Luther Complaint (11/14/08)? | Included in Washington State Complaint (6/12/08)? | Included in Amended Luther Complaint (9/9/08)? | Included in Luther Consolidated Complaint (10/16/08)? | Included in Federal Complaint (1/14/08)? | Included in FAC (7/13/08)? |
|---|---|---|---|---|---|---|
| CWALT 2007-OH2 | NO | YES | YES | YES | YES | YES |
| CWALT 2007-HY6 | NO | YES | YES | YES | YES | YES |
| CWALT 2007-21CB | NO | YES | YES | YES | YES | YES |
| CWALT 2007-22 | NO | YES | YES | YES | YES | YES |
| CWALT 2007-OA9 | NO | YES | YES | YES | YES | YES |
| CWALT 2007-OH3 | NO | YES | YES | YES | YES | YES |
| CWALT 2007-23CB | NO | YES | YES | YES | YES | YES |
| CWALT 2007-HY8C | NO | YES | YES | YES | YES | YES |
| CWALT 2007-OA10 | NO | YES | YES | YES | YES | YES |
| CWALT 2007-24 | NO | YES | YES | YES | YES | YES |
| CWALT 2007-25 | NO | YES | YES | YES | YES | YES |
| CWALT 2007-HY9 | NO | YES | YES | YES | YES | YES |
| CWALT 2007-OA11 | NO | YES | YES | YES | YES | YES |
| CWHEL 2005-C | NO | YES | YES | YES | YES | NO |
| CWHEL 2005-D | NO | YES | YES | YES | YES | YES |
| CWHEL 2005-E | NO | YES | YES | YES | YES | YES |
| CWHEL 2005-F | NO | YES | YES | YES | YES | YES |
| CWHEL 2005-G | NO | YES | YES | YES | YES | YES |
| CWHEL 2005-H | NO | YES | YES | YES | YES | YES |
| CWHEL 2005-I | NO | YES | YES | YES | YES | YES |
| CWHEL 2005-J | NO | YES | YES | YES | YES | YES |
| CWHEL 2005-L | NO | YES | YES | YES | YES | YES |
| CWHEL 2005-K | NO | YES | YES | YES | YES | YES |
| CWHEL 2005-M | NO | YES | YES | YES | YES | YES |
| CWHEL 2006-A | NO | YES | YES | YES | YES | YES |
| CWHEL 2006-B | NO | YES | YES | YES | YES | YES |
| CWHEL 2006-C | NO | YES | YES | YES | YES | YES |
| CWHEL 2006-D | NO | YES | YES | YES | YES | YES |
| CWL 2006-S1 | NO | YES | YES | YES | YES | YES |
| CWL 2006-S2 | NO | YES | YES | YES | YES | YES |
| CWHEL 2006-E | NO | YES | YES | YES | YES | YES |
| CWL 2006-S3 | NO | YES | YES | YES | YES | YES |
| CWHEL 2006-F | NO | YES | YES | YES | YES | YES |
| CWHEL 2006-G | NO | YES | YES | YES | YES | YES |
| CWL 2006-S4 | NO | YES | YES | YES | YES | YES |
| CWL 2006-S5 | NO | YES | YES | YES | YES | YES |
| CWHEL 2006-H | NO | YES | YES | YES | YES | YES |
| CWL 2006-S6 | NO | YES | YES | YES | YES | YES |
| CWL 2006-S7 | NO | YES | YES | YES | YES | YES |
| CWHEL 2006-I | NO | YES | YES | YES | YES | YES |
| CWL 2006-S8 | NO | YES | YES | YES | YES | YES |
| CWL 2006-S10 | NO | YES | YES | YES | YES | YES |
| CWL 2006-S9 | NO | YES | YES | YES | YES | YES |
| CWHEL 2007-A | NO | YES | YES | YES | YES | YES |
| CWL 2007-S1 | NO | YES | YES | YES | YES | YES |
| CWHEL 2007-B | NO | YES | YES | YES | YES | YES |
| CWHEL 2007-C | NO | YES | YES | YES | YES | YES |
| CWL 2007-S2 | NO | YES | YES | YES | YES | YES |
| CWL 2007-S3 | NO | YES | YES | YES | YES | YES |
| CWHEL 2007-D | NO | YES | YES | YES | YES | YES |
| CWHEL 2007-E | NO | YES | YES | YES | YES | YES |
| CWHEL 2007-G | NO | YES | YES | YES | YES | YES |
| CWL 2005-BC3 | NO | YES | YES | YES | YES | YES |
| CWL 2005-4 | NO | YES | YES | YES | YES | YES |
| CWL 2005-AB2 | NO | YES | YES | YES | YES | YES |

| Offering | Included in Initial Luther Complaint (11/14/08)? | Included in Washington State Complaint (6/12/08)? | Included in Amended Luther Complaint (9/9/08)? | Included in Luther Consolidated Complaint (10/16/08)? | Included in Federal Complaint (1/14/08)? | Included in FAC (7/13/08)? |
|---|---|---|---|---|---|---|
| CWL 2005-5 | NO | YES | YES | YES | YES | YES |
| CWL 2005-6 | NO | YES | YES | YES | YES | YES |
| CWL 2005-7 | NO | YES | YES | YES | YES | YES |
| CWL 2005-IM1 | NO | YES | YES | YES | YES | YES |
| CWL 2005-8 | NO | YES | YES | YES | YES | YES |
| CWL 2005-10 | NO | YES | YES | YES | YES | YES |
| CWL 2005-AB3 | NO | YES | YES | YES | YES | YES |
| CWL 2005-9 | NO | YES | YES | YES | YES | YES |
| CWL 2005-11 | NO | YES | YES | YES | YES | YES |
| CWL 2005-BC4 | NO | YES | YES | YES | YES | YES |
| CWL 2005-12 | NO | YES | YES | YES | YES | YES |
| CWL 2005-IM2 | NO | YES | YES | YES | YES | YES |
| CWL 2005-13 | NO | YES | YES | YES | YES | YES |
| CWL 2005-AB4 | NO | YES | YES | YES | YES | YES |
| CWHL 2005-HYB9 | NO | YES | YES | YES | YES | YES |
| CWL 2005-14 | NO | YES | YES | YES | YES | YES |
| CWL 2005-IM3 | NO | YES | YES | YES | YES | YES |
| CWL 2005-16 | NO | YES | YES | YES | YES | YES |
| CWL 2005-17 | NO | YES | YES | YES | YES | YES |
| CWL 2005-AB5 | NO | YES | YES | YES | YES | YES |
| CWL 2005-BC5 | NO | YES | YES | YES | YES | YES |
| CWL 2005-15 | NO | YES | YES | YES | YES | YES |
| CWL 2006-IM1 | NO | YES | YES | YES | YES | YES |
| CWL 2006-1 | NO | YES | YES | YES | YES | YES |
| CWL 2006-2 | NO | YES | YES | YES | YES | YES |
| CWL 2006-3 | NO | YES | YES | YES | YES | YES |
| CWL 2006-4 | NO | YES | YES | YES | YES | YES |
| CWL 2006-5 | NO | YES | YES | YES | YES | YES |
| CWL 2006-6 | NO | YES | YES | YES | YES | YES |
| CWL 2006-BC1 | NO | YES | YES | YES | YES | YES |
| CWL 2006-BC2 | NO | YES | YES | YES | YES | YES |
| CWL 2006-7 | NO | YES | YES | YES | YES | YES |
| CWL 2006-8 | NO | YES | YES | YES | YES | YES |
| CWL 2006-SPS1 | NO | YES | YES | YES | YES | YES |
| CWL 2006-13 | NO | YES | YES | YES | YES | YES |
| CWL 2006-ABC1 | NO | YES | YES | YES | YES | YES |
| CWL 2006-11 | NO | YES | YES | YES | YES | YES |
| CWL 2006-10 | NO | YES | YES | YES | YES | YES |
| CWL 2006-12 | NO | YES | YES | YES | YES | YES |
| CWL 2006-9 | NO | YES | YES | YES | YES | YES |
| CWL 2006-BC3 | NO | YES | YES | YES | YES | YES |
| CWL 2006-SPS2 | NO | YES | YES | YES | YES | YES |
| CWL 2006-14 | NO | YES | YES | YES | YES | YES |
| CWL 2006-17 | NO | YES | YES | YES | YES | YES |
| CWL 2006-15 | NO | YES | YES | YES | YES | YES |
| CWL 2006-16 | NO | YES | YES | YES | YES | YES |
| CWL 2006-18 | NO | YES | YES | YES | YES | YES |
| CWL 2006-BC4 | NO | YES | YES | YES | YES | YES |
| CWL 2006-19 | NO | YES | YES | YES | YES | YES |
| CWL 2006-20 | NO | YES | YES | YES | YES | YES |
| CWL 2006-21 | NO | YES | YES | YES | YES | YES |
| CWL 2006-22 | NO | YES | YES | YES | YES | YES |
| CWL 2006-23 | NO | YES | YES | YES | YES | YES |
| CWL 2006-24 | NO | YES | YES | YES | YES | YES |
| CWL 2006-25 | NO | YES | YES | YES | YES | YES |

| Offering | Included in Initial Luther Complaint (11/14/08)? | Included in Washington State Complaint (6/12/08)? | Included in Amended Luther Complaint (9/9/08)? | Included in Luther Consolidated Complaint (10/16/08)? | Included in Federal Complaint (1/14/08)? | Included in FAC (7/13/08)? |
|---|---|---|---|---|---|---|
| CWL 2006-26 | NO | YES | YES | YES | YES | YES |
| CWL 2006-BC5 | NO | YES | YES | YES | YES | YES |
| CWL 2007-1 | NO | YES | YES | YES | YES | YES |
| CWL 2007-2 | NO | YES | YES | YES | YES | YES |
| CWL 2007-BC1 | NO | YES | YES | YES | YES | YES |
| CWL 2007-3 | NO | YES | YES | YES | YES | YES |
| CWL 2007-4 | NO | YES | YES | YES | YES | YES |
| CWL 2007-5 | NO | YES | YES | YES | YES | YES |
| CWL 2007-6 | NO | YES | YES | YES | YES | YES |
| CWL 2007-BC2 | NO | YES | YES | YES | YES | YES |
| CWL 2007-7 | NO | YES | YES | YES | YES | YES |
| CWL 2007-8 | NO | YES | YES | YES | YES | YES |
| CWL 2007-9 | NO | YES | YES | YES | YES | YES |
| CWL 2007-10 | NO | YES | YES | YES | YES | YES |
| CWL 2007-11 | NO | YES | YES | YES | YES | YES |
| CWL 2007-BC3 | NO | YES | YES | YES | YES | YES |
| CWL 2007-12 | NO | YES | YES | YES | YES | YES |
| CWL 2007-13 | NO | YES | YES | YES | YES | YES |
| CWHL 2005-HY10 | NO | YES | YES | YES | YES | YES |
| CWHL 2005-HYB4 | NO | YES | YES | YES | YES | YES |
| CWHL 2005-15 | NO | YES | YES | YES | YES | YES |
| CWHL 2005-J2 | NO | YES | YES | YES | YES | YES |
| CWHL 2005-17 | NO | YES | YES | YES | YES | YES |
| CWHL 2005-16 | NO | YES | YES | YES | YES | YES |
| CWHL 2005-HYB5 | NO | YES | YES | YES | YES | YES |
| CWHLS 2005-J3 | NO | YES | YES | YES | YES | YES |
| CWHL 2005-19 | NO | YES | YES | YES | YES | YES |
| CWHL 2005-18 | NO | YES | YES | YES | YES | YES |
| CWHL 2005-20 | NO | YES | YES | YES | YES | YES |
| CWHL 2005-21 | NO | YES | YES | YES | YES | YES |
| CWHL 2005-HYB6 | NO | YES | YES | YES | YES | YES |
| CWHL 2005-27 | NO | YES | YES | YES | YES | YES |
| CWHL 2005-28 | NO | YES | YES | YES | YES | YES |
| CWHL 2005-29 | NO | YES | YES | YES | YES | YES |
| CWHL 2005-23 | NO | YES | YES | YES | YES | YES |
| CWHL 2005-22 | NO | YES | YES | YES | YES | YES |
| CWHL 2005-24 | NO | YES | YES | YES | YES | YES |
| CWHL 2005-25 | NO | YES | YES | YES | YES | YES |
| CWHL 2005-26 | NO | YES | YES | YES | YES | YES |
| CWHL 2005-HYB7 | NO | YES | YES | YES | YES | YES |
| CWHLS 2005-J4 | NO | YES | YES | YES | YES | YES |
| CWHL 2005-HYB8 | NO | YES | YES | YES | YES | YES |
| CWHL 2005-30 | NO | YES | YES | YES | YES | YES |
| CWHL 2005-31 | NO | YES | YES | YES | YES | YES |
| CWHL 2006-1 | NO | YES | YES | YES | YES | YES |
| CWHL 2006-HYB1 | NO | YES | YES | YES | YES | YES |
| CWHL 2006-J1 | NO | YES | YES | YES | YES | YES |
| CWHL 2006-3 | NO | YES | YES | YES | YES | YES |
| CWHL 2006-6 | NO | YES | YES | YES | YES | YES |
| CWHL 2006-HYB2 | NO | YES | YES | YES | YES | YES |
| CWHL 2006-J2 | NO | YES | YES | YES | YES | YES |
| CWHL 2006-OA4 | NO | YES | YES | YES | YES | YES |
| CWHL 2006-OA5 | NO | YES | YES | YES | YES | YES |
| CWHL 2006-TM1 | NO | YES | YES | YES | YES | YES |
| CWHL 2006-9 | NO | YES | YES | YES | YES | YES |

| Offering | Included in Initial Luther Complaint (11/14/08)? | Included in Washington State Complaint (6/12/08)? | Included in Amended Luther Complaint (9/9/08)? | Included in Luther Consolidated Complaint (10/16/08)? | Included in Federal Complaint (1/14/08)? | Included in FAC (7/13/08)? |
|---|---|---|---|---|---|---|
| CWHL 2006-10 | NO | YES | YES | YES | YES | YES |
| CWHL 2006-8 | NO | YES | YES | YES | YES | YES |
| CWHL 2006-11 | NO | YES | YES | YES | YES | YES |
| CWHL 2006-HYB3 | NO | YES | YES | YES | YES | YES |
| CWHL 2006-12 | NO | YES | YES | YES | YES | YES |
| CWHL 2006-J3 | NO | YES | YES | YES | YES | YES |
| CWHL 2006-HYB4 | NO | YES | YES | YES | YES | YES |
| CWHL 2006-13 | NO | YES | YES | YES | YES | YES |
| CWHL 2006-HYB5 | NO | YES | YES | YES | YES | YES |
| CWHL 2006-J4 | NO | YES | YES | YES | YES | YES |
| CWHL 2006-14 | NO | YES | YES | YES | YES | YES |
| CWHL 2006-15 | NO | YES | YES | YES | YES | YES |
| CWHL 2006-16 | NO | YES | YES | YES | YES | YES |
| CWHL 2006-17 | NO | YES | YES | YES | YES | YES |
| CWHL 2006-18 | NO | YES | YES | YES | YES | YES |
| CWHL 2006-19 | NO | YES | YES | YES | YES | YES |
| CWHL 2006-20 | NO | YES | YES | YES | YES | YES |
| CWHL 2006-21 | NO | YES | YES | YES | YES | YES |
| CWHL 2007-1 | NO | YES | YES | YES | YES | YES |
| CWHL 2007-HYB1 | NO | YES | YES | YES | YES | YES |
| CWHL 2007-J1 | NO | YES | YES | YES | YES | YES |
| CWHL 2007-3 | NO | YES | YES | YES | YES | YES |
| CWHL 2007-HY1 | NO | YES | YES | YES | YES | YES |
| CWHL 2007-HYB2 | NO | YES | YES | YES | YES | YES |
| CWHL 2007-5 | NO | YES | YES | YES | YES | YES |
| CWHL 2007-2 | NO | YES | YES | YES | YES | YES |
| CWHL 2007-4 | NO | YES | YES | YES | YES | YES |
| CWHL 2007-6 | NO | YES | YES | YES | YES | YES |
| CWHL 2007-7 | NO | YES | YES | YES | YES | YES |
| CWHL 2007-HY3 | NO | YES | YES | YES | YES | YES |
| CWHL 2007-10 | NO | YES | YES | YES | YES | YES |
| CWHL 2007-8 | NO | YES | YES | YES | YES | YES |
| CWHL 2007-9 | NO | YES | YES | YES | YES | YES |
| CWHL 2007-J2 | NO | YES | YES | YES | YES | YES |
| CWHL 2007-11 | NO | YES | YES | YES | YES | YES |
| CWHL 2007-12 | NO | YES | YES | YES | YES | YES |
| CWHL 2007-13 | NO | YES | YES | YES | YES | YES |
| CWHL 2007-J3 | NO | YES | YES | YES | YES | YES |
| CWHL 2007-14 | NO | YES | YES | YES | YES | YES |
| CWHL 2007-15 | NO | YES | YES | YES | YES | YES |
| CWHL 2007-HY5 | NO | YES | YES | YES | YES | YES |
| CWHL 2007-16 | NO | YES | YES | YES | YES | YES |
| CWHL 2007-17 | NO | YES | YES | YES | YES | YES |
| CWHL 2007-18 | NO | YES | YES | YES | YES | YES |
| CWHL 2007-HY4 | NO | YES | YES | YES | YES | YES |
| CWHL 2007-HY6 | NO | YES | YES | YES | YES | YES |
| CWHL 2007-19 | NO | YES | YES | YES | YES | YES |
| CWHL 2007-HY7 | NO | YES | YES | YES | YES | YES |
| CWHL 2007-20 | NO | YES | YES | YES | YES | YES |
| CWHL 2007-21 | NO | YES | YES | YES | YES | YES |

**SAC Appendix Exhibit E**

**SAC Plaintiffs' Standing to Pursue Claims on Offerings as Derived from the Standing of Named-Plaintiffs in Previously-Filed Complaints as Per the Countrywide Tolling Decision**

*\* Although the Complaints were filed in 2008, the standing of named plaintiffs in the state court proceedings only became known, for the most part, in April 2010 in connection with the PSLRA requirement that lead plaintiff movants identify their investment histories.*

NI = Offering Not Included in Class Definition
--- = Offering Included in Class Definition, Not Purchased by Named Plaintiff

| Offering | Plaintiff(s) with Standing in Initial Luther Complaint (11/14/07) (*)[1] | Plaintiff(s) with Standing in Washington State Complaint (6/12/08) (*) | Plaintiff(s) with Standing in Amended Luther Complaint (9/9/08) (*) | Plaintiff(s) with Standing in Luther Consolidated Complaint (10/16/08) (*) | Plaintiff(s) with Standing in Federal Complaint (1/14/10) | Plaintiff(s) with Standing in FAC (7/13/10) | Plaintiff(s) with Standing in SAC (12/6/10) |
|---|---|---|---|---|---|---|---|
| CWALT 2006-43CB | NI | --- | Vermont | Vermont | Vermont | --- | NI |
| CWALT 2005-3CB | --- | NI | --- | --- | --- | --- | NI |
| CWALT 2005-J1 | --- | NI | Vermont | Vermont | Vermont | --- | NI |
| CWALT 2005-1CB | --- | NI | --- | --- | --- | --- | NI |
| CWALT 2005-2 | --- | NI | --- | --- | --- | --- | NI |
| CWALT 2005-5R | NI | NI | --- | --- | --- | --- | NI |
| CWALT 2005-6CB | --- | NI | --- | --- | --- | --- | NI |
| CWALT 2005-7CB | --- | NI | --- | --- | --- | --- | NI |
| CWALT 2005-4 | --- | NI | --- | --- | --- | --- | NI |
| CWALT 2005-J2 | NI | NI | --- | --- | --- | --- | NI |
| CWALT 2005-13CB | --- | NI | --- | --- | --- | --- | NI |
| CWALT 2005-9CB | --- | NI | --- | --- | --- | --- | NI |
| CWALT 2005-10CB | NI | NI | --- | --- | --- | --- | NI |
| CWALT 2005-14 | --- | NI | --- | --- | --- | --- | NI |
| CWALT 2005-J3 | --- | NI | --- | --- | --- | --- | NI |
| CWALT 2005-18CB | --- | NI | --- | --- | --- | --- | NI |
| CWALT 2005-J5 | Luther[2] | NI | Luther | Luther | --- | --- | NI |
| CWALT 2005-19CB | --- | NI | --- | --- | --- | --- | NI |
| CWALT 2005-16 | --- | NI | --- | --- | --- | --- | NI |
| CWALT 2005-21CB | --- | NI | --- | --- | --- | --- | NI |
| CWALT 2005-22T1 | --- | NI | --- | --- | --- | --- | NI |
| CWALT 2005-23CB | --- | NI | --- | --- | --- | --- | NI |
| CWALT 2005-11CB | --- | NI | Vermont | Vermont | Vermont | --- | NI |
| CWALT 2005-25T1 | --- | NI | --- | --- | --- | --- | NI |
| CWALT 2005-26CB | --- | NI | Vermont | Vermont | Vermont | --- | NI |
| CWALT 2005-29 | NI | NI | NI | --- | --- | --- | NI |
| CWALT 2005-20CB | --- | NI | --- | --- | --- | --- | NI |

---

[1]     The information necessary to determine which specific Offerings the Luther Plaintiffs had standing to pursue claims on, indicated in the columns with (*) notations, was not known nor could it have been known by the public until January 14, 2010 with respect to Maine's investments in Countrywide MBS (*see* ¶25), and April 2, 2010 for the remaining Luther Plaintiffs. *See* SAC at ¶¶27, 60-83.

[2]     The investments in Countrywide MBS by David Luther, named-plaintiff in the November 14, 2007 Initial Luther Complaint, have yet to be disclosed publicly, and are only now known as a result of a request made to Luther's counsel. *See* SAC at ¶27.

| Offering | Plaintiff(s) with Standing in Initial Luther Complaint (11/14/07) | Plaintiff(s) with Standing in Washington State Complaint (6/12/08) | Plaintiff(s) with Standing in Amended Luther Complaint (9/9/08) | Plaintiff(s) with Standing in Luther Consolidated Complaint (10/16/08) | Plaintiff(s) with Standing in Federal Complaint (1/14/10) | Plaintiff(s) with Standing in FAC (7/13/10) | Plaintiff(s) with Standing in SAC (12/6/10) |
|---|---|---|---|---|---|---|---|
| CWALT 2005-17 | --- | NI | --- | --- | --- | IPERS, OPERS | NI |
| CWALT 2005-24 | --- | NI | --- | --- | --- | IPERS, OPERS | NI |
| CWALT 2005-J4 | --- | NI | --- | --- | --- | --- | NI |
| CWALT 2005-J6 | --- | NI | --- | --- | --- | --- | NI |
| CWALT 2005-33CB | --- | --- | --- | --- | --- | --- | NI |
| CWALT 2005-36 | --- | --- | --- | --- | --- | --- | NI |
| CWALT 2005-32T1 | NI | --- | --- | --- | --- | --- | NI |
| CWALT 2005-28CB | --- | --- | --- | --- | --- | --- | NI |
| CWALT 2005-30CB | --- | --- | --- | --- | --- | --- | NI |
| CWALT 2005-31 | --- | --- | --- | --- | --- | --- | NI |
| CWALT 2005-27 | --- | --- | --- | --- | --- | --- | NI |
| CWALT 2005-J7 | Luther | --- | Luther | Luther | --- | --- | NI |
| CWALT 2005-J8 | --- | --- | --- | --- | --- | --- | NI |
| CWALT 2005-J9 | --- | --- | --- | --- | --- | --- | NI |
| CWALT 2005-69 | --- | --- | --- | --- | --- | --- | NI |
| CWALT 2005-34CB | --- | --- | --- | --- | --- | --- | NI |
| CWALT 2005-37T1 | --- | --- | --- | --- | --- | --- | NI |
| CWALT 2005-35CB | --- | --- | --- | --- | --- | --- | NI |
| CWALT 2005-38 | --- | --- | MASH | MASH | MASH | OPERS | NI |
| CWALT 2005-41 | --- | --- | --- | --- | --- | --- | NI |
| CWALT 2005-40CB | --- | --- | --- | --- | --- | --- | NI |
| CWALT 2005-43 | --- | --- | --- | --- | --- | --- | NI |
| CWALT 2005-47CB | --- | --- | --- | --- | --- | --- | NI |
| CWALT 2005-42CB | --- | --- | --- | --- | --- | --- | NI |
| CWALT 2005-44 | --- | --- | --- | --- | --- | OPERS | NI |
| CWALT 2005-45 | --- | --- | --- | --- | --- | --- | NI |
| CWALT 2005-46CB | Luther | --- | Luther, Vermont | Luther, Vermont | Vermont | --- | NI |
| CWALT 2005-J10 | Luther | --- | Luther, Vermont | Luther, Vermont | Vermont | --- | NI |
| CWALT 2005-48T1 | --- | --- | --- | --- | --- | --- | NI |
| CWALT 2005-52CB | --- | --- | --- | --- | --- | --- | NI |
| CWALT 2005-49CB | --- | --- | --- | --- | --- | --- | NI |
| CWALT 2005-50CB | --- | --- | --- | --- | --- | --- | NI |
| CWALT 2005-54CB | --- | --- | Vermont | Vermont | Vermont | --- | NI |
| CWALT 2005-53T2 | --- | --- | --- | --- | --- | --- | NI |
| CWALT 2005-55CB | --- | --- | --- | --- | --- | --- | NI |
| CWALT 2005-56 | --- | --- | PTOE | PTOE | PTOE | IPERS | NI |
| CWALT 2005-51 | --- | --- | MASH | MASH | MASH | --- | NI |
| CWALT 2005-59 | NI | --- | MASH/PTOE | MASH/PTOE | MASH/PTOE | --- | NI |
| CWALT 2005-J11 | --- | --- | --- | --- | --- | --- | NI |
| CWALT 2005-60T1 | --- | --- | --- | --- | --- | --- | NI |
| CWALT 2005-63 | --- | WASH | Vermont | WASH, Vermont | WASH, Vermont | --- | NI |
| CWALT 2005-61 | --- | --- | --- | --- | --- | GBPHB | NI |
| CWALT 2005-J12 | --- | --- | --- | --- | --- | OPERS | NI |
| CWALT 2005-J13 | --- | --- | --- | --- | --- | --- | NI |
| CWALT 2005-58 | --- | --- | --- | --- | --- | --- | NI |
| CWALT 2005-64CB | --- | --- | Vermont | Vermont | --- | --- | NI |
| CWALT 2005-57CB | --- | --- | --- | --- | --- | --- | NI |
| CWALT 2005-62 | --- | WASH | MASH, PTOE | WASH, MASH, PTOE | WASH, MASH, PTOE | OPERS | OPERS |

| Offering | Plaintiff(s) with Standing in Initial Luther Complaint (11/14/07) | Plaintiff(s) with Standing in Washington State Complaint (6/12/08) | Plaintiff(s) with Standing in Amended Luther Complaint (9/9/08) | Plaintiff(s) with Standing in Luther Consolidated Complaint (10/16/08) | Plaintiff(s) with Standing in Federal Complaint (1/14/10) | Plaintiff(s) with Standing in FAC (7/13/10) | Plaintiff(s) with Standing in SAC (12/6/10) |
|---|---|---|---|---|---|---|---|
| CWALT 2005-75CB | --- | --- | --- | --- | --- | --- | NI |
| CWALT 2005-71 | --- | --- | --- | --- | --- | --- | NI |
| CWALT 2005-74T1 | --- | --- | --- | --- | --- | --- | NI |
| CWALT 2005-70CB | --- | --- | --- | --- | --- | --- | NI |
| CWALT 2005-65CB | --- | --- | --- | --- | --- | --- | NI |
| CWALT 2005-73CB | --- | --- | --- | --- | --- | --- | NI |
| CWALT 2005-72 | --- | --- | PTOE | PTOE | PTOE | OPERS | OPERS |
| CWALT 2005-J14 | --- | --- | --- | --- | --- | --- | NI |
| CWALT 2005-1M1 | --- | --- | --- | --- | --- | --- | NI |
| CWALT 2005-67CB | --- | --- | --- | --- | --- | --- | NI |
| CWALT 2005-79CB | --- | --- | --- | --- | --- | --- | NI |
| CWALT 2005-84 | --- | --- | --- | --- | --- | --- | NI |
| CWALT 2005-77T1 | --- | --- | --- | --- | --- | --- | NI |
| CWALT 2005-82 | --- | --- | --- | --- | --- | --- | NI |
| CWALT 2005-85CB | --- | --- | --- | --- | --- | --- | NI |
| CWALT 2005-AR1 | --- | --- | --- | --- | --- | --- | NI |
| CWALT 2005-80CB | --- | --- | --- | --- | --- | --- | NI |
| CWALT 2005-81 | --- | --- | --- | Maine | Maine | --- | NI |
| CWALT 2005-86CB | --- | --- | --- | --- | --- | --- | NI |
| CWALT 2005-76 | --- | --- | OEAP, MASH | OEAP, MASH | OEAP, MASH | --- | NI |
| CWALT 2005-83CB | NI | --- | --- | --- | --- | --- | NI |
| CWALT 2006-HY3 | --- | --- | --- | --- | --- | --- | NI |
| CWALT 2006-OA1 | NI | --- | --- | --- | --- | --- | NI |
| CWALT 2006-2CB | --- | WASH | Vermont | WASH, Vermont | WASH, Vermont | --- | NI |
| CWALT 2006-OA2 | NI | --- | --- | Maine | Maine | --- | NI |
| CWMBS 2006-J1 | --- | --- | --- | --- | --- | --- | NI |
| CWALT 2006-4CB | --- | --- | --- | --- | --- | --- | NI |
| CWALT 2006-5T2 | --- | --- | --- | --- | --- | --- | NI |
| CWALT 2006-8T1 | NI | --- | --- | --- | --- | --- | NI |
| CWALT 2006-11CB | --- | --- | --- | --- | --- | --- | NI |
| CWALT 2006-12CB | --- | --- | --- | --- | --- | --- | NI |
| CWALT 2006-OC2 | --- | --- | --- | --- | --- | --- | NI |
| CWALT 2006-HY10 | --- | --- | --- | --- | --- | --- | NI |
| CWALT 2006-J2 | --- | --- | --- | --- | --- | --- | NI |
| CWALT 2006-OA21 | --- | --- | --- | --- | --- | --- | NI |
| CWALT 2006-13T1 | --- | --- | --- | --- | --- | --- | NI |
| CWALT 2006-6CB | --- | --- | --- | --- | --- | --- | NI |
| CWALT 2006-7CB | --- | --- | --- | --- | --- | --- | NI |
| CWALT 2006-9T1 | --- | --- | --- | --- | --- | --- | NI |
| CWALT 2006-OA9 | --- | --- | --- | --- | --- | --- | NI |
| CWALT 2006-OA6 | --- | --- | --- | --- | --- | --- | NI |
| CWALT 2006-15CB | --- | --- | --- | --- | --- | --- | NI |
| CWALT 2006-14CB | --- | --- | --- | --- | --- | --- | NI |
| CWALT 2006-17T1 | --- | --- | --- | --- | --- | --- | NI |
| CWALT 2006-16CB | --- | --- | --- | --- | --- | --- | NI |
| CWALT 2006-HY11 | --- | --- | --- | --- | --- | --- | NI |
| CWALT 2006-J3 | --- | --- | --- | --- | --- | --- | NI |
| CWALT 2006-OC3 | --- | --- | --- | --- | --- | --- | NI |
| CWALT 2006-OA8 | --- | --- | --- | --- | --- | --- | NI |
| CWALT 2006-OA7 | --- | --- | --- | --- | --- | --- | NI |
| CWALT 2006-20CB | --- | --- | --- | --- | --- | --- | NI |
| CWALT 2006-OC4 | --- | --- | --- | --- | --- | --- | NI |

| Offering | Plaintiff(s) with Standing in Initial Luther Complaint (11/14/07) | Plaintiff(s) with Standing in Washington State Complaint (6/12/08) | Plaintiff(s) with Standing in Amended Luther Complaint (9/9/08) | Plaintiff(s) with Standing in Luther Consolidated Complaint (10/16/08) | Plaintiff(s) with Standing in Federal Complaint (1/14/10) | Plaintiff(s) with Standing in FAC (7/13/10) | Plaintiff(s) with Standing in SAC (12/6/10) |
|---|---|---|---|---|---|---|---|
| CWALT 2006-18CB | --- | --- | --- | --- | --- | --- | NI |
| CWALT 2006-21CB | --- | --- | --- | --- | --- | --- | NI |
| CWALT 2006-22R | NI | --- | --- | --- | --- | --- | NI |
| CWALT 2006-OC1 | --- | --- | --- | --- | --- | --- | NI |
| CWALT 2006-23CB | --- | --- | --- | --- | --- | --- | NI |
| CWALT 2006-HY12 | --- | --- | --- | Maine | Maine | --- | NI |
| CWALT 2006-19CB | --- | --- | --- | --- | --- | --- | NI |
| CWALT 2006-24CB | --- | --- | --- | --- | --- | --- | NI |
| CWALT 2006-OC5 | --- | --- | --- | --- | --- | IPERS | NI |
| CWALT 2006-J4 | --- | --- | --- | --- | --- | --- | NI |
| CWALT 2006-OA10 | --- | --- | --- | --- | --- | --- | NI |
| CWALT 2006-OA11 | --- | --- | --- | --- | --- | OPERS | NI |
| CWALT 2006-25CB | --- | --- | --- | --- | --- | --- | NI |
| CWALT 2006-26CB | --- | --- | --- | --- | --- | --- | NI |
| CWALT 2006-J5 | --- | --- | --- | --- | --- | --- | NI |
| CWALT 2006-OA12 | --- | --- | --- | --- | --- | --- | NI |
| CWALT 2006-OC6 | --- | --- | --- | --- | --- | --- | NI |
| CWALT 2006-27CB | --- | --- | --- | --- | --- | --- | NI |
| CWALT 2006-28CB | --- | --- | MASH | MASH | MASH | --- | NI |
| CWALT 2006-29T1 | --- | --- | --- | --- | --- | --- | NI |
| CWALT 2006-OA16 | --- | --- | --- | --- | --- | --- | NI |
| CWALT 2006-OC7 | --- | --- | --- | --- | --- | --- | NI |
| CWALT 2006-32CB | --- | --- | --- | --- | --- | --- | NI |
| CWALT 2006-J6 | --- | --- | --- | --- | --- | --- | NI |
| CWALT 2006-30T1 | --- | --- | --- | --- | --- | --- | NI |
| CWALT 2006-31CB | NI | --- | --- | --- | --- | --- | NI |
| CWALT 2006-34 | --- | --- | --- | --- | --- | --- | NI |
| CWALT 2006-33CB | --- | WASH | Vermont | WASH, Vermont | WASH, Vermont | --- | NI |
| CWALT 2006-OA17 | --- | --- | --- | --- | --- | --- | NI |
| CWALT 2006-OC8 | --- | --- | --- | --- | --- | --- | NI |
| CWALT 2006-OA14 | NI | --- | --- | --- | --- | --- | NI |
| CWALT 2006-35CB | --- | --- | --- | --- | --- | --- | NI |
| CWALT 2006-36T2 | --- | --- | --- | --- | --- | --- | NI |
| CWALT 2006-37R | NI | --- | --- | --- | --- | --- | NI |
| CWALT 2006-J7 | --- | --- | --- | --- | --- | --- | NI |
| CWALT 2006-OA18 | --- | --- | --- | --- | --- | --- | NI |
| CWALT 2006-OC9 | --- | --- | --- | --- | --- | GBPHB | NI |
| CWALT 2006-42 | --- | --- | --- | --- | --- | --- | NI |
| CWALT 2006-40T1 | --- | --- | --- | --- | --- | --- | NI |
| CWALT 2006-39CB | --- | --- | --- | --- | --- | --- | NI |
| CWALT 2006-41CB | --- | --- | --- | --- | --- | --- | NI |
| CWALT 2006-OA19 | --- | --- | --- | --- | --- | GBPHB | NI |
| CWALT 2006-OC10 | --- | --- | --- | --- | --- | --- | NI |
| CWALT 2006-OA3 | --- | --- | --- | --- | --- | --- | NI |
| CWALT 2006-J8 | --- | --- | --- | --- | --- | --- | NI |
| CWALT 2006-45T1 | --- | --- | --- | --- | --- | --- | NI |
| CWALT 2006-46 | --- | --- | --- | --- | --- | --- | NI |
| CWALT 2006-OC11 | --- | --- | --- | --- | --- | --- | NI |
| CWALT 2006-HY13 | --- | --- | --- | --- | --- | --- | NI |
| CWALT 2006-OA22 | --- | --- | --- | --- | --- | --- | NI |
| CWALT 2007-1T1 | --- | --- | --- | --- | --- | --- | NI |
| CWALT 2007-2CB | --- | --- | --- | --- | --- | --- | NI |
| CWALT 2007-HY2 | --- | --- | --- | --- | --- | --- | NI |

15

| Offering | Plaintiff(s) with Standing in Initial Luther Complaint (11/14/07) | Plaintiff(s) with Standing in Washington State Complaint (6/12/08) | Plaintiff(s) with Standing in Amended Luther Complaint (9/9/08) | Plaintiff(s) with Standing in Luther Consolidated Complaint (10/16/08) | Plaintiff(s) with Standing in Federal Complaint (1/14/10) | Plaintiff(s) with Standing in FAC (7/13/10) | Plaintiff(s) with Standing in SAC (12/6/10) |
|---|---|---|---|---|---|---|---|
| CWALT 2007-OA2 | --- | --- | --- | --- | --- | --- | NI |
| CWALT 2007-3T1 | --- | --- | --- | --- | --- | --- | NI |
| CWALT 2007-5CB | NI | --- | --- | --- | --- | IPERS, OPERS | NI |
| CWALT 2007-6 | --- | --- | --- | --- | --- | --- | NI |
| CWALT 2007-7T2 | --- | --- | --- | --- | --- | --- | NI |
| CWALT 2007-HY3 | --- | --- | --- | --- | --- | --- | NI |
| CWALT 2007-J1 | --- | --- | --- | --- | --- | IPERS | NI |
| CWALT 2007-OA3 | --- | --- | --- | --- | --- | --- | NI |
| CWALT 2007-10CB | --- | --- | --- | --- | --- | --- | NI |
| CWALT 2007-8CB | --- | --- | --- | --- | --- | --- | NI |
| CWALT 2007-OA4 | --- | --- | --- | --- | --- | --- | NI |
| CWALT 2007-11T1 | --- | --- | --- | --- | --- | --- | NI |
| CWALT 2007-9T1 | --- | --- | --- | --- | --- | --- | NI |
| CWALT 2007-HY5R | NI | --- | --- | --- | --- | OPERS, GBPHB | NI |
| CWALT 2007-OA7 | --- | --- | --- | --- | --- | OCERS | NI |
| CWALT 2007-4CB | --- | --- | --- | --- | --- | --- | NI |
| CWALT 2007-26R | NI | --- | --- | --- | --- | --- | NI |
| CWALT 2007-13 | --- | --- | --- | --- | --- | --- | NI |
| CWALT 2007-12T1 | --- | --- | --- | --- | --- | --- | NI |
| CWALT 2007-OA6 | --- | --- | --- | --- | --- | --- | NI |
| CWALT 2007-14T2 | --- | --- | --- | --- | --- | --- | NI |
| CWALT 2007-J2 | --- | --- | --- | --- | --- | --- | NI |
| CWALT 2007-OH1 | --- | --- | --- | --- | --- | --- | NI |
| CWALT 2007-15CB | --- | --- | --- | --- | --- | --- | NI |
| CWALT 2007-HY4 | --- | --- | --- | --- | --- | --- | NI |
| CWALT 2007-AL1 | --- | --- | --- | --- | --- | --- | NI |
| CWALT 2007-20 | NI | --- | --- | --- | --- | --- | NI |
| CWALT 2007-16CB | NI | --- | --- | --- | --- | --- | NI |
| CWALT 2007-17CB | NI | --- | Vermont | Vermont | Vermont | --- | NI |
| CWALT 2007-18CB | NI | --- | --- | --- | --- | --- | NI |
| CWALT 2007-19 | NI | --- | Vermont | Vermont | Vermont | --- | NI |
| CWALT 2007-HY7C | NI | --- | --- | --- | --- | --- | NI |
| CWALT 2007-OA8 | NI | --- | --- | --- | --- | --- | NI |
| CWALT 2007-OH2 | NI | --- | --- | --- | --- | --- | NI |
| CWALT 2007-HY6 | NI | --- | --- | --- | --- | --- | NI |
| CWALT 2007-21CB | NI | --- | --- | --- | --- | --- | NI |
| CWALT 2007-22 | NI | --- | Vermont | Vermont | Vermont | --- | NI |
| CWALT 2007-OA9 | NI | --- | --- | --- | --- | --- | NI |
| CWALT 2007-OH3 | NI | --- | --- | --- | --- | --- | NI |
| CWALT 2007-23CB | NI | --- | --- | --- | --- | --- | NI |
| CWALT 2007-HY8C | NI | --- | --- | --- | --- | --- | NI |
| CWALT 2007-OA10 | NI | --- | --- | --- | --- | --- | NI |
| CWALT 2007-24 | NI | --- | MASH | MASH | MASH | --- | NI |
| CWALT 2007-25 | NI | --- | --- | --- | --- | --- | NI |
| CWALT 2007-HY9 | NI | --- | --- | --- | --- | --- | NI |
| CWALT 2007-OA11 | NI | --- | --- | --- | --- | --- | NI |
| CWHEL 2005-C | NI | --- | --- | --- | --- | NI | NI |
| CWHEL 2005-D | NI | --- | --- | --- | --- | --- | NI |
| CWHEL 2005-E | NI | --- | --- | --- | --- | --- | NI |
| CWHEL 2005-F | NI | --- | --- | --- | --- | OPERS | NI |
| CWHEL 2005-G | NI | --- | --- | --- | --- | OPERS | NI |
| CWHEL 2005-H | NI | --- | PTOE | PTOE | PTOE | OPERS | OPERS |

16

| Offering | Plaintiff(s) with Standing in Initial Luther Complaint (11/14/07) | Plaintiff(s) with Standing in Washington State Complaint (6/12/08) | Plaintiff(s) with Standing in Amended Luther Complaint (9/9/08) | Plaintiff(s) with Standing in Luther Consolidated Complaint (10/16/08) | Plaintiff(s) with Standing in Federal Complaint (1/14/10) | Plaintiff(s) with Standing in FAC (7/13/10) | Plaintiff(s) with Standing in SAC (12/6/10) |
|---|---|---|---|---|---|---|---|
| CWHEL 2005-I | NI | --- | --- | --- | --- | --- | NI |
| CWHEL 2005-J | NI | --- | --- | --- | --- | --- | NI |
| CWHEL 2005-L | NI | --- | --- | --- | --- | --- | NI |
| CWHEL 2005-K | NI | --- | --- | --- | --- | GBPHB | NI |
| CWHEL 2005-M | NI | --- | --- | --- | --- | --- | NI |
| CWHEL 2006-A | NI | --- | --- | --- | --- | --- | NI |
| CWHEL 2006-B | NI | --- | --- | --- | --- | --- | NI |
| CWHEL 2006-C | NI | --- | --- | --- | --- | --- | NI |
| CWHEL 2006-D | NI | --- | --- | --- | --- | --- | NI |
| CWL 2006-S1 | NI | --- | --- | --- | --- | --- | NI |
| CWL 2006-S2 | NI | --- | Vermont | Vermont | Vermont | --- | NI |
| CWHEL 2006-E | NI | --- | --- | --- | --- | --- | NI |
| CWL 2006-S3 | NI | WASH | Vermont | WASH, Vermont | WASH, Vermont | IPERS | IPERS |
| CWHEL 2006-F | NI | --- | --- | --- | --- | --- | NI |
| CWHEL 2006-G | NI | --- | --- | --- | --- | --- | NI |
| CWL 2006-S4 | NI | --- | --- | --- | --- | --- | NI |
| CWL 2006-S5 | NI | --- | --- | --- | --- | --- | NI |
| CWHEL 2006-H | NI | --- | --- | --- | --- | --- | NI |
| CWL 2006-S6 | NI | WASH | Vermont | WASH, Vermont | WASH, Vermont | --- | NI |
| CWL 2006-S7 | NI | WASH | Vermont | WASH, Vermont | WASH, Vermont | --- | NI |
| CWHEL 2006-I | NI | --- | --- | --- | --- | --- | NI |
| CWL 2006-S8 | NI | --- | --- | --- | --- | IPERS | NI |
| CWL 2006-S10 | NI | --- | --- | --- | --- | --- | NI |
| CWL 2006-S9 | NI | WASH | Vermont | WASH, Vermont | WASH, Vermont | IPERS | IPERS |
| CWHEL 2007-A | NI | --- | --- | --- | --- | --- | NI |
| CWL 2007-S1 | NI | --- | --- | --- | --- | OCERS | NI |
| CWHEL 2007-B | NI | --- | --- | --- | --- | --- | NI |
| CWHEL 2007-C | NI | --- | --- | --- | --- | --- | NI |
| CWL 2007-S2 | NI | --- | --- | --- | --- | --- | NI |
| CWL 2007-S3 | NI | --- | --- | --- | --- | --- | NI |
| CWHEL 2007-D | NI | --- | --- | --- | --- | --- | NI |
| CWHEL 2007-E | NI | --- | --- | --- | --- | IPERS | NI |
| CWHEL 2007-G | NI | --- | --- | --- | --- | --- | NI |
| CWL 2005-BC3 | NI | --- | --- | --- | --- | --- | NI |
| CWL 2005-4 | NI | --- | Vermont | Vermont | Vermont | GBPHB | NI |
| CWL 2005-AB2 | NI | --- | --- | --- | --- | --- | NI |
| CWL 2005-5 | NI | --- | --- | Maine | Maine | --- | NI |
| CWL 2005-6 | NI | --- | --- | Maine | Maine | IPERS | NI |
| CWL 2005-7 | NI | WASH | --- | WASH | WASH | --- | NI |
| CWL 2005-IM1 | NI | --- | --- | --- | --- | IPERS | NI |
| CWL 2005-8 | NI | --- | --- | --- | --- | --- | NI |
| CWL 2005-10 | NI | --- | --- | --- | --- | GBPHB | NI |
| CWL 2005-AB3 | NI | --- | PTOE | PTOE | PTOE | GBPHB | NI |
| CWL 2005-9 | NI | --- | --- | Maine | Maine | --- | NI |
| CWL 2005-11 | NI | --- | PTOE | PTOE | PTOE | GBPHB | GBPHB |
| CWL 2005-BC4 | NI | --- | --- | --- | --- | --- | NI |
| CWL 2005-12 | NI | WASH | Vermont | WASH, Vermont | WASH, Vermont | --- | NI |
| CWL 2005-IM2 | NI | --- | --- | --- | --- | --- | NI |
| CWL 2005-13 | NI | --- | --- | --- | --- | GBPHB | NI |

| Offering | Plaintiff(s) with Standing in Initial Luther Complaint (11/14/07) | Plaintiff(s) with Standing in Washington State Complaint (6/12/08) | Plaintiff(s) with Standing in Amended Luther Complaint (9/9/08) | Plaintiff(s) with Standing in Luther Consolidated Complaint (10/16/08) | Plaintiff(s) with Standing in Federal Complaint (1/14/10) | Plaintiff(s) with Standing in FAC (7/13/10) | Plaintiff(s) with Standing in SAC (12/6/10) |
|---|---|---|---|---|---|---|---|
| CWL 2005-AB4 | NI | --- | --- | --- | --- | --- | NI |
| CWHL 2005-HYB9 | NI | --- | --- | Maine | Maine | OCERS | OCERS |
| CWL 2005-14 | NI | --- | --- | --- | --- | --- | NI |
| CWL 2005-IM3 | NI | --- | --- | --- | --- | --- | NI |
| CWL 2005-16 | NI | --- | --- | --- | --- | --- | NI |
| CWL 2005-17 | NI | --- | --- | --- | --- | --- | NI |
| CWL 2005-AB5 | NI | --- | --- | --- | --- | --- | NI |
| CWL 2005-BC5 | NI | --- | --- | --- | --- | --- | NI |
| CWL 2005-15 | NI | --- | --- | --- | --- | --- | NI |
| CWL 2006-IM1 | NI | --- | --- | --- | --- | GBPHB | NI |
| CWL 2006-1 | NI | WASH | --- | WASH | WASH | --- | NI |
| CWL 2006-2 | NI | --- | --- | --- | --- | --- | NI |
| CWL 2006-3 | NI | --- | --- | Maine | Maine | GBPHB | GBPHB |
| CWL 2006-4 | NI | --- | --- | Maine | Maine | --- | NI |
| CWL 2006-5 | NI | --- | --- | --- | --- | GBPHB | NI |
| CWL 2006-6 | NI | --- | --- | Maine | Maine | GBPHB | GBPHB |
| CWL 2006-BC1 | NI | --- | --- | --- | --- | GBPHB | NI |
| CWL 2006-BC2 | NI | --- | --- | --- | --- | --- | NI |
| CWL 2006-7 | NI | --- | --- | --- | --- | --- | NI |
| CWL 2006-8 | NI | --- | --- | --- | --- | --- | NI |
| CWL 2006-SPS1 | NI | --- | --- | --- | --- | --- | NI |
| CWL 2006-13 | NI | --- | --- | --- | --- | --- | NI |
| CWL 2006-ABC1 | NI | --- | --- | --- | --- | --- | NI |
| CWL 2006-11 | NI | WASH | Vermont | WASH, Vermont | WASH, Vermont | GBPHB | GBPHB |
| CWL 2006-10 | NI | --- | --- | --- | --- | --- | NI |
| CWL 2006-12 | NI | --- | --- | --- | --- | --- | NI |
| CWL 2006-9 | NI | --- | Vermont | Vermont | Vermont | GBPHB | GBPHB |
| CWL 2006-BC3 | NI | --- | --- | --- | --- | --- | NI |
| CWL 2006-SPS2 | NI | --- | --- | --- | --- | --- | NI |
| CWL 2006-14 | NI | --- | --- | --- | --- | --- | NI |
| CWL 2006-17 | NI | --- | --- | --- | --- | --- | NI |
| CWL 2006-15 | NI | WASH | Vermont | WASH, Vermont | WASH, Vermont | GBPHB | GBPHB |
| CWL 2006-16 | NI | --- | --- | --- | --- | --- | NI |
| CWL 2006-18 | NI | --- | --- | --- | --- | --- | NI |
| CWL 2006-BC4 | NI | --- | --- | --- | --- | --- | NI |
| CWL 2006-19 | NI | --- | --- | --- | --- | --- | NI |
| CWL 2006-20 | NI | --- | --- | --- | --- | --- | NI |
| CWL 2006-21 | NI | --- | --- | --- | --- | --- | NI |
| CWL 2006-22 | NI | --- | --- | --- | --- | GBPHB | NI |
| CWL 2006-23 | NI | --- | --- | --- | --- | GBPHB | NI |
| CWL 2006-24 | NI | --- | Vermont | Vermont | Vermont | GBPHB | GBPHB |
| CWL 2006-25 | NI | --- | --- | --- | --- | --- | NI |
| CWL 2006-26 | NI | --- | --- | --- | --- | --- | NI |
| CWL 2006-BC5 | NI | --- | --- | --- | --- | --- | NI |
| CWL 2007-1 | NI | --- | --- | --- | --- | IPERS, OPERS | NI |
| CWL 2007-2 | NI | --- | --- | --- | --- | --- | NI |
| CWL 2007-BC1 | NI | --- | --- | --- | --- | --- | NI |
| CWL 2007-3 | NI | --- | --- | --- | --- | --- | NI |
| CWL 2007-4 | NI | --- | --- | --- | --- | --- | NI |
| CWL 2007-5 | NI | --- | --- | --- | --- | --- | NI |
| CWL 2007-6 | NI | --- | --- | --- | --- | --- | NI |

| Offering | Plaintiff(s) with Standing in Initial Luther Complaint (11/14/07) | Plaintiff(s) with Standing in Washington State Complaint (6/12/08) | Plaintiff(s) with Standing in Amended Luther Complaint (9/9/08) | Plaintiff(s) with Standing in Luther Consolidated Complaint (10/16/08) | Plaintiff(s) with Standing in Federal Complaint (1/14/10) | Plaintiff(s) with Standing in FAC (7/13/10) | Plaintiff(s) with Standing in SAC (12/6/10) |
|---|---|---|---|---|---|---|---|
| CWL 2007-BC2 | NI | --- | --- | --- | --- | --- | NI |
| CWL 2007-7 | NI | --- | --- | --- | --- | --- | NI |
| CWL 2007-8 | NI | --- | --- | --- | --- | --- | NI |
| CWL 2007-9 | NI | --- | --- | --- | --- | --- | NI |
| CWL 2007-10 | NI | --- | --- | --- | --- | --- | NI |
| CWL 2007-11 | NI | --- | --- | --- | --- | IPERS | NI |
| CWL 2007-BC3 | NI | --- | --- | --- | --- | --- | NI |
| CWL 2007-12 | NI | --- | --- | --- | --- | --- | NI |
| CWL 2007-13 | NI | --- | --- | --- | --- | IPERS | NI |
| CWHL 2005-HY10 | NI | --- | --- | --- | --- | --- | NI |
| CWHL 2005-HYB4 | NI | --- | MASH | MASH | MASH | --- | NI |
| CWHL 2005-15 | NI | --- | --- | --- | --- | --- | NI |
| CWHL 2005-J2 | NI | --- | --- | --- | --- | --- | NI |
| CWHL 2005-17 | NI | --- | --- | --- | --- | --- | NI |
| CWHL 2005-16 | NI | --- | --- | --- | --- | --- | NI |
| CWHL 2005-HYB5 | NI | --- | --- | --- | --- | --- | NI |
| CWHLS 2005-J3 | NI | --- | --- | --- | --- | --- | NI |
| CWHL 2005-19 | NI | --- | --- | --- | --- | --- | NI |
| CWHL 2005-18 | NI | --- | --- | --- | --- | --- | NI |
| CWHL 2005-20 | NI | --- | --- | --- | --- | --- | NI |
| CWHL 2005-21 | NI | --- | --- | --- | --- | --- | NI |
| CWHL 2005-HYB6 | NI | --- | --- | --- | --- | IPERS, OCERS | NI |
| CWHL 2005-27 | NI | --- | --- | --- | --- | --- | NI |
| CWHL 2005-28 | NI | --- | --- | --- | --- | --- | NI |
| CWHL 2005-29 | NI | WASH | Vermont | WASH, Vermont | WASH, Vermont | --- | NI |
| CWHL 2005-23 | NI | WASH | Vermont | WASH, Vermont | WASH, Vermont | --- | NI |
| CWHL 2005-22 | NI | --- | --- | --- | --- | --- | NI |
| CWHL 2005-24 | NI | --- | --- | --- | --- | --- | NI |
| CWHL 2005-25 | NI | --- | --- | --- | --- | --- | NI |
| CWHL 2005-26 | NI | --- | --- | --- | --- | --- | NI |
| CWHL 2005-HYB7 | NI | --- | --- | --- | --- | --- | NI |
| CWHLS 2005-J4 | NI | --- | --- | --- | --- | --- | NI |
| CWHL 2005-HYB8 | NI | WASH | Vermont | WASH, Vermont | WASH, Vermont | --- | NI |
| CWHL 2005-30 | NI | --- | --- | --- | --- | --- | NI |
| CWHL 2005-31 | NI | --- | --- | --- | --- | OCERS | NI |
| CWHL 2006-1 | NI | WASH | Vermont | WASH, Vermont | WASH, Vermont | --- | NI |
| CWHL 2006-HYB1 | NI | --- | --- | --- | --- | --- | NI |
| CWHL 2006-J1 | NI | --- | --- | --- | --- | --- | NI |
| CWHL 2006-3 | NI | --- | MASH | MASH | MASH | IPERS | NI |
| CWHL 2006-6 | NI | --- | --- | --- | --- | --- | NI |
| CWHL 2006-HYB2 | NI | --- | --- | --- | --- | --- | NI |
| CWHL 2006-J2 | NI | --- | --- | --- | --- | --- | NI |
| CWHL 2006-OA4 | NI | --- | --- | --- | --- | --- | NI |
| CWHL 2006-OA5 | NI | --- | --- | --- | --- | IPERS, OPERS | NI |
| CWHL 2006-TM1 | NI | --- | --- | --- | --- | --- | NI |
| CWHL 2006-9 | NI | --- | --- | --- | --- | --- | NI |
| CWHL 2006-10 | NI | --- | --- | --- | --- | --- | NI |

19

| Offering | Plaintiff(s) with Standing in Initial Luther Complaint (11/14/07) | Plaintiff(s) with Standing in Washington State Complaint (6/12/08) | Plaintiff(s) with Standing in Amended Luther Complaint (9/9/08) | Plaintiff(s) with Standing in Luther Consolidated Complaint (10/16/08) | Plaintiff(s) with Standing in Federal Complaint (1/14/10) | Plaintiff(s) with Standing in FAC (7/13/10) | Plaintiff(s) with Standing in SAC (12/6/10) |
|---|---|---|---|---|---|---|---|
| CWHL 2006-8 | NI | --- | --- | --- | --- | --- | NI |
| CWHL 2006-11 | NI | --- | --- | --- | --- | --- | NI |
| CWHL 2006-HYB3 | NI | WASH | Vermont | WASH, Vermont | WASH, Vermont | OPERS | OPERS |
| CWHL 2006-12 | NI | --- | --- | --- | --- | --- | NI |
| CWHL 2006-J3 | NI | --- | --- | --- | --- | --- | NI |
| CWHL 2006-HYB4 | NI | WASH | Vermont, MASH | WASH,MASH, Vermont | WASH, MASH Vermont | --- | NI |
| CWHL 2006-13 | NI | --- | --- | --- | --- | --- | NI |
| CWHL 2006-HYB5 | NI | --- | --- | --- | --- | --- | NI |
| CWHL 2006-J4 | NI | --- | --- | --- | --- | --- | NI |
| CWHL 2006-14 | NI | --- | --- | --- | --- | --- | NI |
| CWHL 2006-15 | NI | --- | --- | --- | --- | --- | NI |
| CWHL 2006-16 | NI | --- | --- | --- | --- | --- | NI |
| CWHL 2006-17 | NI | --- | --- | --- | --- | --- | NI |
| CWHL 2006-18 | NI | --- | --- | --- | --- | --- | NI |
| CWHL 2006-19 | NI | --- | --- | --- | --- | --- | NI |
| CWHL 2006-20 | NI | --- | --- | --- | --- | --- | NI |
| CWHL 2006-21 | NI | --- | --- | --- | --- | --- | NI |
| CWHL 2007-1 | NI | --- | --- | --- | --- | --- | NI |
| CWHL 2007-HYB1 | NI | --- | --- | --- | --- | IPERS | NI |
| CWHL 2007-J1 | NI | --- | --- | --- | --- | --- | NI |
| CWHL 2007-3 | NI | --- | Vermont | Vermont | Vermont | --- | NI |
| CWHL 2007-HY1 | NI | --- | --- | --- | --- | OCERS | NI |
| CWHL 2007-HYB2 | NI | --- | --- | --- | --- | IPERS | NI |
| CWHL 2007-5 | NI | --- | Vermont | Vermont | Vermont | --- | NI |
| CWHL 2007-2 | NI | --- | --- | --- | --- | --- | NI |
| CWHL 2007-4 | NI | --- | --- | --- | --- | --- | NI |
| CWHL 2007-6 | NI | --- | --- | --- | --- | --- | NI |
| CWHL 2007-7 | NI | --- | --- | --- | --- | --- | NI |
| CWHL 2007-HY3 | NI | --- | --- | --- | --- | --- | NI |
| CWHL 2007-10 | NI | --- | --- | --- | --- | OPERS | NI |
| CWHL 2007-8 | NI | --- | --- | --- | --- | --- | NI |
| CWHL 2007-9 | NI | --- | Vermont | Vermont | Vermont | --- | NI |
| CWHL 2007-J2 | NI | --- | --- | --- | --- | --- | NI |
| CWHL 2007-11 | NI | --- | --- | --- | --- | --- | NI |
| CWHL 2007-12 | NI | --- | --- | --- | --- | --- | NI |
| CWHL 2007-13 | NI | --- | --- | --- | --- | --- | NI |
| CWHL 2007-J3 | NI | --- | --- | --- | --- | --- | NI |
| CWHL 2007-14 | NI | --- | --- | --- | --- | --- | NI |
| CWHL 2007-15 | NI | --- | --- | --- | --- | --- | NI |
| CWHL 2007-HY5 | NI | --- | --- | --- | --- | --- | NI |
| CWHL 2007-16 | NI | --- | --- | --- | --- | IPERS, OPERS | NI |
| CWHL 2007-17 | NI | --- | --- | --- | --- | --- | NI |
| CWHL 2007-18 | NI | --- | --- | --- | --- | --- | NI |
| CWHL 2007-HY4 | NI | --- | --- | --- | --- | --- | NI |
| CWHL 2007-HY6 | NI | --- | --- | --- | --- | --- | NI |
| CWHL 2007-19 | NI | --- | --- | --- | --- | --- | NI |
| CWHL 2007-HY7 | NI | --- | --- | --- | --- | --- | NI |
| CWHL 2007-20 | NI | --- | --- | --- | --- | --- | NI |
| CWHL 2007-21 | NI | --- | --- | --- | --- | --- | NI |

## SAC Appendix Exhibit F

### Timeliness of Claims Asserted in the SAC Based on Statutes of Tolling and Repose, as Per the Countrywide Tolling Decision

| Offering | Effective Date of Shelf Registration Statement | Effective Date of Prospectus Supplement | Date of Bona Fide Offering to Public for Section 11 Purposes (for Issuers and Underwriters ONLY) | Date of Bona Fide Offering to Public for Section 12(a)(2) Purposes | Date of Pleading on which Plaintiffs base American Pipe Tolling | Luther Plaintiff(s) Standing as of Date Tolling Commenced | Plaintiff(s) with Standing in SAC |
|---|---|---|---|---|---|---|---|
| CWL 2005-11 | June 10, 2005 | September 23, 2005 | June 10, 2005 | September 23, 2005 | September 9, 2008 | PTOE | GBPHB |
| CWHL 2005-HYB9 | June 10, 2005 | November 29, 2005 | June 10, 2005 | November 29, 2005 | October 16, 2008 | Maine | OCERS |
| CWALT 2005-62 | July 25, 2005 | October 28, 2005 | July 25, 2005 | October 28, 2005 | June 12, 2008 | WASH, MASH | OPERS |
| CWALT 2005-72 | July 25, 2005 | November 29, 2005 | July 25, 2005 | November 29, 2005 | September 9, 2008 | PTOE | OPERS |
| CWHEL 2005-H | August 4, 2005 | September 28, 2005 | August 4, 2005 | September 28, 2005 | September 9, 2008 | PTOE | OPERS |
| CWL 2006-3 | February 21, 2006 | February 23, 2006 | February 23, 2006 | February 23, 2006 | October 16, 2008 | Maine | GBPHB |
| CWL 2006-6 | February 21, 2006 | March 27, 2006 | March 27, 2006 | March 27, 2006 | October 16, 2008 | Maine | GBPHB |
| CWL 2006-11 | February 21, 2006 | June 28, 2006 | June 28, 2006 | June 28, 2006 | June 12, 2008 | WASH, Vermont | GBPHB |
| CWL 2006-9 | February 21, 2006 | June 29, 2006 | June 29, 2006 | June 29, 2006 | September 9, 2008 | Vermont | GBPHB |
| CWHL 2006-HYB3 | March 6, 2006 | April 26, 2006 | April 26, 2006 | April 26, 2006 | June 12, 2008 | WASH, Vermont | OPERS |
| CWL 2006-S3 | April 12, 2006 | June 26, 2006 | June 26, 2006 | June 26, 2006 | June 12, 2008 | WASH, Vermont | IPERS |
| CWL 2006-S9 | April 12, 2006 | December 28, 2006 | December 28, 2006 | December 28, 2006 | June 12, 2008 | WASH, Vermont | IPERS |
| CWL 2006-15 | August 8, 2006 | September 27, 2006 | September 27, 2006 | September 27, 2006 | June 12, 2008 | WASH, Vermont | GBPHB |
| CWL 2006-24 | August 8, 2006 | December 28, 2006 | December 28, 2006 | December 28, 2006 | September 9, 2008 | Vermont | GBPHB |

**NOTE: Each Individual Defendant signed each Shelf Registration Statement. Because the Individual Defendants signed as officers or directors, in all cases the date of bona fide offering to the public for Section 11 purposes for these Defendants is the effective date of the relevant shelf registration statement.** *See* 17 C.F.R. §§ 230.430B(f)(2), 230.430B(f)(4); *In re Countrywide Fin. Corp. Secs. Litig.*, 2009 WL 943271, at *6-7 (C.D. Cal. Apr. 26, 2009).

21

## SAC Appendix Exhibit G

**Percentage of Offerings at Issue in the SAC that Initially Were Awarded AAA Ratings**

| Series | Total Offering Amount | Initial Amount Rated AAA | Initial Percentage of Total Offering Rated AAA |
|---|---|---|---|
| CWALT 2005-62 | $1,559,819,100 | $1,427,495,100 | 92% |
| CWALT 2005-72 | $737,628,100 | $660,862,000 | 90% |
| CWHEL 2005-H | $1,771,875,000 | $1,771,875,000 | 100% |
| CWL 2006-S3 | $1,000,000,100 | $1,000,000,100 | 100% |
| CWL 2006-S9 | $1,000,000,100 | $1,000,000,100 | 100% |
| CWL 2005-11 | $1,929,704,100 | $1,556,688,100 | 81% |
| CWHL 2005-HYB9 | $1,088,954,000 | $1,072,675,000 | 99% |
| CWL 2006-3 | $1,361,500,100 | $1,109,500,100 | 81% |
| CWL 2006-6 | $1,762,200,100 | $1,461,600,100 | 83% |
| CWL 2006-9 | $563,832,100 | $484,386,100 | 86% |
| CWL 2006-11 | $1,846,600,100 | $1,639,510,100 | 89% |
| CWL 2006-15 | $937,000,100 | $826,000,100 | 88% |
| CWL 2006-24 | $1,305,024,100 | $1,099,392,100 | 84% |
| CWHL 2006-HYB3 | $966,897,100 | $923,706,100 | 96% |

## CITATIONS TO MISSTATEMENTS AND
## OMISSIONS IN THE OFFERING DOCUMENTS

### SAC Appendix Exhibit H

| Registration Statement | Page Number |
|---|---|
| 333-123902 (CWALT) | S-18-19 |
| 333-125963(CWMBS) | S-21 |

### SAC Appendix Exhibit I

| Series | Page Number | Series | Page Number |
|---|---|---|---|
| CWALT 2005-62 | S-54 | CWHL 2006-HYB3 | S-98 |
| CWALT 2005-72 | S-36 | | |

### SAC Appendix Exhibit J

| Registration Statement | Page Number |
|---|---|
| 333-125164 (CWABS) | S-47 |
| 333-131591 (CWABS) | S-38-39 |
| 333-135846 (CWABS) | S-38-39 |
| 333-126790 (CWHEQ) | S-25 |
| 333-132375 (CWHEQ) | S-38-39 |

### SAC Appendix Exhibit K

| Series | Page Number | Series | Page Number |
|---|---|---|---|
| CWL 2005-H | S-21 | CWL 2006-6 | S-35 |
| CWL 2006-S3 | S-25 | CWL 2006-9 | S-40 |
| CWL 2006-S9 | S-31 | CWL 2006-11 | S-42 |
| CWL 2005-11 | S-29-30 | CWL 2006-15 | S-33-34 |
| CWHL 2005-HYB9 | S-43 | CWL 2006-24 | S-40 |
| CWL 2006-3 | S-37-38 | | |

### SAC Appendix Exhibit L

| Series | Page Number | Series | Page Number |
|---|---|---|---|
| CWL 2005-H | S-21 | CWL 2006-S9 | S-31 |
| CWL 2006-S3 | S-25 | | |

23

## SAC Appendix Exhibit M

| Series | Page Number | Series | Page Number |
|---|---|---|---|
| CWL 2005-H | S-22 | CWL 2006-S9 | S-32 |
| CWL 2006-S3 | S-26-27 | | |

## SAC Appendix Exhibit N

| Registration Statement | Page Number |
|---|---|
| 333-123902 (CWALT) | 23 |
| 333-126790 (CWHEQ) | 23 |
| 333-132375 (CWHEQ) | 39 |
| 333-125164 (CWABS) | 18 |
| 333-135846 (CWABS) | 39 |
| 333-131591 (CWABS) | 39 |
| 333-131662 (CWMBS) | 25 |

## SAC Appendix Exhibit O

| Registration Statement | Page Number |
|---|---|
| 333-123902 (CWALT) | S-23 |
| 333-126790 (CWHEQ) | S-26 |
| 333-132375 (CWHEQ) | S-54 |
| 333-125164 (CWABS) | S-48 |
| 333-135846 (CWABS) | S-40 |
| 333-131591 (CWABS) | S-40 |
| 333-131662 (CWMBS) | S-41 |

## SAC Appendix Exhibit P

| Registration Statement | Page Number |
|---|---|
| 333-123902 (CWALT) | S-19 |

## SAC Appendix Exhibit Q

| Series | Page Number | Series | Page Number |
|---|---|---|---|
| CWALT 2005-62 | S-53 | CWALT 2005-72 | S-35-36 |

24

### SAC Appendix Exhibit R

| Registration Statement | Page Number |
|---|---|
| 333-123902 (CWALT) | S-20 |

### SAC Appendix Exhibit S

| Series | Page Number | Series | Page Number |
|---|---|---|---|
| CWALT 2005-62 | S-55 | CWALT 2005-72 | S-37 |

### SAC Appendix Exhibit T

| Registration Statement | Page Number |
|---|---|
| 333-123902 (CWALT) | S-21 |

### SAC Appendix Exhibit U

| Series | Page Number | Series | Page Number |
|---|---|---|---|
| CWALT 2005-62 | S-56 | CWALT 2005-72 | S-38 |

### SAC Appendix Exhibit V

| Registration Statement | Page Number |
|---|---|
| 333-123902 (CWALT) | S-21 |

### SAC Appendix Exhibit W

| Series | Page Number | Series | Page Number |
|---|---|---|---|
| CWALT 2005-62 | S-56 | CWALT 2005-72 | S-38 |

### SAC Appendix Exhibit X

| Registration Statement | Page Number |
|---|---|
| 333-123902 (CWALT) | S-21 |

### SAC Appendix Exhibit Y

| Series | Page Number | Series | Page Number |
|---|---|---|---|
| CWALT 2005-62 | S-56 | CWALT 2005-72 | S-38 |

## SAC Appendix Exhibit Z

| Registration Statement | Page Number |
|---|---|
| 333-123902 (CWALT) | S-21-22 |

## SAC Appendix Exhibit AA

| Series | Page Number | Series | Page Number |
|---|---|---|---|
| CWALT 2005-62 | S-56 | CWALT 2005-72 | S-38 |

## SAC Appendix Exhibit BB

| Registration Statement | Page Number |
|---|---|
| 333-123902 (CWALT) | S-20 |
| 333-131662 (CWMBS) | S-54 |

## SAC Appendix Exhibit CC

| Series | Page Number | Series | Page Number |
|---|---|---|---|
| CWALT 2005-62 | S-55 | CWHL 2006-HYB3 | S-99 |
| CWALT 2005-72 | S-37 | | |

## SAC Appendix Exhibit DD

| Registration Statement | Page Number |
|---|---|
| 333-125164 (CWABS) | S-47 |
| 333-131591 (CWABS) | S-39 |
| 333-135846 (CWABS) | S-38-39 |
| 333-132375 (CWHEQ) | S-39 |
| 333-126790 (CWHEQ) | S-25 |

## SAC Appendix Exhibit EE

| Series | Page Number | Series | Page Number |
|---|---|---|---|
| CWL 2006-S3 | S-26 | CWL 2006-6 | S-36 |
| CWL 2006-S9 | S-31-32 | CWL 2006-9 | S-40 |
| CWL 2005-11 | S-30 | CWL 2006-11 | S-42-43 |
| CWHL 2005-HYB9 | 41 | CWL 2006-15 | S-34 |
| CWL 2006-3 | S-38 | CWL 2006-24 | S-40 |

## SAC Appendix Exhibit FF

| Series | Page Number | Series | Page Number |
|---|---|---|---|
| CWL 2005-H | S-22 | CWL 2006-S3 | S-26 |

26

### SAC Appendix Exhibit GG

| Series | Page Number | Series | Page Number |
|---|---|---|---|
| CWL 2006-S9 | S-32 | | |

### SAC Appendix Exhibit HH

| Series | Page Number | Series | Page Number |
|---|---|---|---|
| CWALT 2005-62 | S-57 | CWALT 2005-72 | S-39 |

### SAC Appendix Exhibit II

| Series | Page Number | Series | Page Number |
|---|---|---|---|
| CWALT 2005-62 | S-55 | CWL 2006-3 | S-38 |
| CWALT 2005-72 | S-37 | CWL 2006-6 | S-36 |
| CWL 2005-H | S-23 | CWL 2006-9 | S-40-41 |
| CWL 2006-S3 | S-22 | CWL 2006-11 | S-43 |
| CWL 2006-S9 | S-27 | CWL 2006-15 | S-34 |
| CWL 2005-11 | S-23-24 | CWL 2006-24 | S-41-42 |
| CWL 2005-HYB9 | 42 | CWHL 2006-HYB3 | S-99 |

27

**PROOF OF SERVICE VIA ELECTRONIC MAIL**

I, the undersigned, say:

I am a citizen of the United States and am employed in the office of a member of the Bar of this Court. I am over the age of 18 and not a party to the within action. My business address is 1801 Avenue of the Stars, Suite 311, Los Angeles, California 90067.

On December 6, 2010, I caused to be served the following document:

**SECOND AMENDED CLASS ACTION COMPLAINT**

By sending this document for receipt electronically by the parties as listed on the attached Service List.

And on the following non-ECF registered party:

Lauren G Kerkhoff
Robbins Geller Rudman & Dowd LLP
655 West Broadway  Suite 1900
San Diego, CA 92101-8498

**By Mail**: By placing true and correct copies thereof in individual sealed envelopes, with postage thereon fully prepaid, which I deposited with my employer for collection and mailing by the United States Postal Service. I am readily familiar with my employer's practice for the collection and processing of correspondence for mailing with the United States Postal Service. In the ordinary course of business, this correspondence would be deposited by my employer with the United States Postal Service that same day.

I certify under penalty of perjury under the laws of the United States of America that the foregoing is true and correct. Executed on December 6, 2010, at Los Angeles, California.

Harry H. Kharadjian

## Mailing Information for a Case 2:10-cv-00302-MRP -MAN

### Electronic Mail Notice List

The following are those who are currently on the list to receive e-mail notices for this case.

- **Seth A Aronson**
  saronson@omm.com

- **Randall K Berger**
  rberger@kmllp.com

- **Leiv H Blad , Jr**
  leiv.blad@bingham.com

- **S Douglas Bunch**
  dbunch@cohenmilstein.com

- **Spencer Alan Burkholz**
  spenceb@rgrdlaw.com,jillk@rgrdlaw.com,e_file_sd@rgrdlaw.com

- **Christopher G Caldwell**
  caldwell@caldwell-leslie.com,martindale@caldwell-leslie.com,hammer@caldwell-leslie.com,pettit@caldwell-leslie.com,willingham@caldwell-leslie.com,hayes@caldwell-leslie.com,popescu@caldwell-leslie.com,strother@caldwell-leslie.com,wong@caldwell-leslie.com,wilson@caldwell-leslie.com

- **Matthew D Caplan**
  matthew.caplan@dlapiper.com,carmen.ferrera@dlapiper.com,DocketingLA@dlapiper.com

- **Peter Young Hoon Cho**
  petercho@paulhastings.com

- **Boyd Cloern**
  boyd.cloern@bingham.com

- **Matthew W Close**
  mclose@omm.com

- **David C Codell**
  codell@caldwell-leslie.com,pettit@caldwell-leslie.com

- **Jeffrey B Coopersmith**
  jeff.coopersmith@dlapiper.com,evelyn.dacuag@dlapiper.com

- **Brian Charles Devine**
  bdevine@goodwinprocter.com,MEnglish@goodwinprocter.com,ABoivin@goodwinprocter.com

- **Joshua S Devore**
  jdevore@cohenmilstein.com

- **Daniel S. Drosman**
  ddrosman@rgrdlaw.com,tholindrake@rgrdlaw.com,e_file_sd@rgrdlaw.com

- **Thomas E Egler**
  tome@rgrdlaw.com

- **Inez H Friedman-Boyce**
  ifriedmanboyce@goodwinprocter.com

- **Michael M Goldberg**
  mmgoldberg@glancylaw.com,dmacdiarmid@glancylaw.com,asohrn@glancylaw.com,info@glancylaw.com,rprongay@glancylaw.com,lglancy@glancylaw.com

- **Penelope A Graboys Blair**
  pgraboysblair@orrick.com

- **Joshua G Hamilton**
  joshuahamilton@paulhastings.com,melmanahan@paulhastings.com

- **Jeffrey M Hammer**
  hammer@caldwell-leslie.com

- **Sean M Handler**
  shandler@btkmc.com

- **Jennifer L Joost**
  jjoost@btkmc.com,acashwell@btkmc.com,mswift@btkmc.com

- **Matthew B Kaplan**
  mkaplan@cohenmilstein.com,efilings@cohenmilstein.com

- **Dean J Kitchens**
  dkitchens@gibsondunn.com,MOstrye@gibsondunn.com

- **Joel P Laitman**
  jlaitman@cohenmilstein.com

- **Christopher Lometti**
  clometti@cohenmilstein.com

- **Jennifer B Luz**
  jluz@goodwinprocter.com

- **Azra Z Mehdi**
  amehdi@milberg.com

- **Alexander K Mircheff**
  amircheff@gibsondunn.com,dlanning@gibsondunn.com,inewman@gibsondunn.com

- **Nicolas Morgan**
  nicolas.morgan@dlapiper.com

- **Sharan Nirmul**
  snirmul@btkmc.com,azivitz@btkmc.com

- **Brian E Pastuszenski**
  bpastuszenski@goodwinprocter.com,ktayman@goodwinprocter.com

- **Lauren Wagner Pederson**
  lpederson@btkmc.com,neena.verma@btkmc.com,dpotts@btkmc.com

- **Ira M Press**
  ipress@kmllp.com,lmorris@kmllp.com

- **David A Priebe**
  david.priebe@dlapiper.com,stacy.murray@dlapiper.com

- **Daniel B Rehns**
  drehns@cohenmilstein.com,efilings@cohenmilstein.com

- **Julie G Reiser**
  jreiser@cohenmilstein.com

- **Jonathan Rosenberg**
  jrosenberg@omm.com

- **Christina A Royce**
  croyce@rgrdlaw.com,e_file_sd@rgrdlaw.com

- **Scott H Saham**
  scotts@rgrdlaw.com,e_file_sd@rgrdlaw.com

- **Jennifer M Sepic**
  jennifer.sepic@bingham.com

- **Arthur L Shingler , III**
  ashingler@scott-scott.com,efile@scott-scott.com

- **Richard A Speirs**
  rspeirs@cohenmilstein.com

- **William F Sullivan**
  williamsullivan@paulhastings.com,lisavermeulen@paulhastings.com

- **Steven J Toll**
  stoll@cohenmilstein.com

- **Michael D Torpey**
  mtorpey@orrick.com

- **Michael C Tu**
  mtu@orrick.com,fphan@orrick.com

- **Avi N Wagner**
  avi@thewagnerfirm.com,anwagneresq@hotmail.com

- **Shirli Fabbri Weiss**
  shirli.weiss@dlapiper.com,emiko.gonzales@dlapiper.com

- **Lloyd Winawer**
  lwinawer@goodwinprocter.com,ahsia@goodwinprocter.com,sasmith@goodwinprocter.com,monyeagbako@goodwinprocter.com,cburgos@goodwinprocter.com

- **Andrew L Zivitz**
  azivitz@btkmc.com

## Manual Notice List

The following is the list of attorneys who are **not** on the list to receive e-mail notices for this case (who therefore require manual noticing). You may wish to use your mouse to select and copy this list into your word processing program in order to create notices or labels for these recipients.

```
Lauren G Kerkhoff
Robbins Geller Rudman & Dowd LLP
655 West Broadway  Suite 1900
San Diego, CA 92101-8498
```

Name & Address:
Lionel Z. Glancy
GLANCY BINKOW & GOLDBERG LLP
1801 Avenue of the Stars, Suite 311
Los Angeles, CA 90067

## UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| MAINE STATE RETIREMENT SYSTEM, Individually and On Behalf of All Others Similarly Situated,<br><br>PLAINTIFF(S)<br><br>v.<br><br>COUNTRYWIDE FINANCIAL CORPORATION; COUNTRYWIDE SECURITIES CORPORATION; [See Attachment for Additional Defendants]<br><br>DEFENDANT(S). | CASE NUMBER<br><br>2:10-cv-00302-MRP-MAN<br><br><br>**SUMMONS**<br>ON SECOND AMENDED CLASS ACTION COMPLAINT |

TO:    DEFENDANT(S): <u>ALL NAMED DEFENDANTS</u>

A lawsuit has been filed against you.

Within ___21___ days after service of this summons on you (not counting the day you received it), you must serve on the plaintiff an answer to the attached ☐ complaint ☑ ___Second___ amended complaint ☐ counterclaim ☐ cross-claim or a motion under Rule 12 of the Federal Rules of Civil Procedure.   The answer or motion must be served on the plaintiff's attorney, <u>Lionel Z. Glancy</u>, whose address is <u>Glancy Binkow & Goldberg LLP, 1801 Ave. of the Stars, Ste 311, Los Angels, CA 90067</u>.  If you fail to do so, judgment by default will be entered against you for the relief demanded in the complaint.  You also must file your answer or motion with the court.

Clerk, U.S. District Court

Dated: __DEC - 6 2010__

By: _____
          Deputy Clerk

JULIE PRADO

(SEAL)

*(Seal of the Court)*

*[Use 60 days if the defendant is the United States or a United States agency, or is an officer or employee of the United States.  Allowed 60 days by Rule 12(a)(3)].*

Name & Address:
Lionel Z. Glancy
GLANCY BINKOW & GOLDBERG LLP
1801 Avenue of the Stars, Suite 311
Los Angeles, CA 90067

# UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA

| MAINE STATE RETIREMENT SYSTEM, Individually and On Behalf of All Others Similarly Situated,<br><br>PLAINTIFF(S)<br><br>v.<br><br>COUNTRYWIDE FINANCIAL CORPORATION; COUNTRYWIDE SECURITIES CORPORATION; [See Attachment for Additional Defendants]<br><br>DEFENDANT(S). | CASE NUMBER<br><br>2:10-cv-00302-MRP-MAN<br><br><br>**SUMMONS**<br>ON SECOND AMENDED CLASS ACTION COMPLAINT |
|---|---|

TO:   DEFENDANT(S): ALL NAMED DEFENDANTS _____

_____

A lawsuit has been filed against you.

Within __21__ days after service of this summons on you (not counting the day you received it), you must serve on the plaintiff an answer to the attached ☐ complaint ☑ ___Second___ amended complaint ☐ counterclaim ☐ cross-claim or a motion under Rule 12 of the Federal Rules of Civil Procedure.   The answer or motion must be served on the plaintiff's attorney, _Lionel Z. Glancy_____, whose address is _Glancy Binkow & Goldberg LLP, 1801 Ave. of the Stars, Ste 311, Los Angels, CA 90067_. If you fail to do so, judgment by default will be entered against you for the relief demanded in the complaint.  You also must file your answer or motion with the court.

Clerk, U.S. District Court

Dated: **DEC - 6 2010** _____

By: _____
        Deputy Clerk
        (Seal of the Court)

*[Use 60 days if the defendant is the United States or a United States agency, or is an officer or employee of the United States. Allowed 60 days by Rule 12(a)(3)].*

1    <u>SUMMONS ON SECOND AMENDED CLASS ACTION COMPLAINT</u>
       2:10-CV-00302-MRP-MAN

2

3

4    [Attachment of Additional Defendants]

5    COUNTRYWIDE HOME LOANS, INC.; COUNTRYWIDE CAPITAL
     MARKETS; BANK OF AMERICA CORP.; NB HOLDINGS CORPORATION;
6    CWALT, INC.; CWMBS, INC.; CWABS, INC.; CWHEQ, INC.; J.P. MORGAN
     SECURITIES, INC.; DEUTSCHE BANK SECURITIES INC.; BEAR, STEARNS
7    & CO., INC.; JPMORGAN CHASE, INC.; BANC OF AMERICA SECURITIES
     LLC; UBS SECURITIES LLC; MORGAN STANLEY & CO., INC.; EDWARD
8    D. JONES & CO., L.P.; CITIGROUP GLOBAL MARKETS, INC.; GOLDMAN,
     SACHS & CO.; CREDIT SUISSE SECURITIES (USA) LLC; RBS SECURITIES
9    INC.; BARCLAY'S CAPITAL, INC.; HSBC SECURITIES (USA) INC.; BNP
     PARIBAS SECURITIES CORP.; MERRILL LYNCH, PIERCE, FENNER &
10   SMITH, INC.; STANFORD L. KURLAND; DAVID A. SPECTOR; ERIC P.
     SIERACKI; N. JOSHUA ADLER; RANJIT KRIPALANI; JENNIFER S.
11   SANDEFUR; THOMAS KEITH MCLAUGHLIN; THOMAS H. BOONE;
     JEFFREY P. GROGIN; and DAVID A. SAMBOL.

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28