UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

## CIVIL MINUTES - GENERAL

| Case No. | 2:10-cv-00302-MRP-MAN | Date | December 14, 2010 |
|---|---|---|---|
| Title | Maine State Retirement System v. Countrywide Financial Corp. et al | | |

| Present: The Honorable | **MARIANA R. PFAELZER** | |
|---|---|---|
| Cynthia Salyer | None | N/A |
| Deputy Clerk | Court Reporter / Recorder | Tape No. |

| Attorneys Present for Plaintiff: | Attorneys Present for Defendant: |
|---|---|
| None | None |

**Proceedings:**      **(In Chambers)**

     The Court indicated in its November 4, 2010 Order that it would consider further Defendants' respective motions to dismiss after Plaintiffs amended their complaint to explicate the basis for tolling the statute of limitations. (Docket No. 222.) The Court has reviewed Plaintiffs' Second Amended Class Complaint, which was filed on December 6, 2010. (Docket No. 227.) The Court **ORDERS** Defendants to submit supplemental briefing that addresses Plaintiffs' amended allegations, but only with respect to the issue of tolling. The brief is due on or before Monday, January 17, 2011. As usual, several defendants may join in a single brief. There is no page limit. Plaintiffs shall not file a responsive brief.

     IT IS SO ORDERED.