UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

### CIVIL MINUTES - GENERAL

| Case No. | 2:10-cv-00302-MRP-MAN | Date | February 15, 2011 |
|---|---|---|---|
| Title | Maine State Retirement System v. Countrywide Financial Corp. et al | | |

| Present: The Honorable | **MARIANA R. PFAELZER** | |
|---|---|---|
| Cynthia Salyer | None | N/A |
| Deputy Clerk | Court Reporter / Recorder | Tape No. |

| Attorneys Present for Plaintiff: | Attorneys Present for Defendant: |
|---|---|
| None | None |

**Proceedings:**     (In Chambers)

### ORDER OF DISMISSAL

On January 14, 2011, Defendants Ranjit Kripalani and Jennifer Sandefur filed a Request for Entry of Order of Dismissal With Prejudice. Docket No. 230. On January 21, 2011, Defendant N. Joshua Adler filed a Request for Entry of Order of Dismissal With Prejudice. Docket No. 237. Plaintiffs have not responded to the respective requests. Therefore, in accordance with the Court's Order of February 2, 2011, the Court deems the requests unopposed. The requests are **GRANTED**.

Accordingly, all claims and counts against Ranjit Kripalani, Jennifer Sandefur, and N. Joshua Adler are hereby **DISMISSED WITH PREJUDICE**.

IT IS SO ORDERED.

No JS-6