UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

CIVIL MINUTES - GENERAL

Case No.  **LA10CV00302-MPR (MANx)**                                    Date: March 1, 2011

TITLE: MAINE STATE RETIREMENT SYSTEM v. COUNTRYWIDE FINANCIAL CORP.,
========================================================================
PRESENT:  <u>THE HONORABLE MARIANA R. PFAELZER, SENIOR U.S. DISTRICT JUDGE</u>

| Cynthia Salyer | Not Present |
|---|---|
| Courtroom Clerk | Court Reporter |

ATTORNEYS PRESENT FOR PLAINTIFFS         ATTORNEYS PRESENT FOR DEFENDANTS:

Not present                                              Not Present

PROCEEDINGS:     **IN CHAMBERS**

The Court schedules a further hearing on the Motion to Dismiss for Wednesday, March 23, 2011 at 11:00 a.m.

MINUTES FORM 11                                          Initials of Deputy Clerk <u>CS</u>
CIVIL - GEN                                                     TIME: