UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

CIVIL MINUTES - GENERAL

Case No.   LA10CV00302-MRP(MANx)                          Date: August 1, 2013
           LA12CV05122-MRP(MANx)
           LA12CV05125-MRP(MANx)

Title:  **Maine State Retirement System v. Countrywide Financial Corporation, et al.**
        **Western Conference of Teamsters Pension Trust Fund v. Countrywide Financial Corporation, et al.**
        **David H. Luther et al v. Countrywide Financial Corporation, et al.**
=================================================================================
PRESENT:  THE HONORABLE MARIANA R. PFAELZER, SENIOR U.S. DISTRICT JUDGE

  Isabel Martinez                           Miriam Baird
  Courtroom Clerk                           Court Reporter

ATTORNEYS PRESENT FOR PLAINTIFFS           ATTORNEYS PRESENT FOR DEFENDANTS:

   Julie Goldsmith-Rieser                    Brian Pastuszenski
   Ashley M. Robinson                        Grant P. Alexander
   Andrew L. Zivitz                          Alexander K. Mircheff
   Spencer Alan Burkholz                     Michael C. Tu
                                             Alexis Shapiro
                                             Catherine D. Lee
                                             William Sullivan
                                             Jeffrey M. Hammer
                                             Smita Reddy

**PROCEEDINGS:  CONTINUED PRELIMINARY APPROVAL OF CLASS ACTION SETTLEMENT (fld 6/25/13; doc #397) (held & completed)**

   The case is called and appearances are made.  The Court hears from counsel. Counsel for Plaintiffs are ordered to lodge the Proposed Order re Preliminary Approval of Settlement.

MINUTES FORM 11                                            Initials of Deputy Clerk: IM
CIVIL - GEN                                                TIME:  :30