1   ROBBINS GELLER RUDMAN
      & DOWD LLP
2   SPENCER A. BURKHOLZ (147029)
    655 West Broadway, Suite 1900
3   San Diego, CA 92101
    Telephone: 619/231-1058
4   619/231-7423 (fax)
    spenceb@rgrdlaw.com
5
    KESSLER TOPAZ MELTZER
6     & CHECK, LLP
    ANDREW L. ZIVITZ
7   280 King of Prussia Road
    Radnor, PA 19087
8   Telephone: 610/667-7706
    610/667-7056 (fax)
9   azivitz@ktmc.com

10  Co-Lead Counsel in the *Luther*
    and *Western Conference* actions

11  COHEN MILSTEIN SELLERS
      & TOLL PLLC
12  STEVEN J. TOLL (*phv*)                      THE MEHDI FIRM, PC
    1100 New York Avenue, N.W.                  AZRA Z. MEHDI (220406)
13  West Tower, Suite 500                       One Market
    Washington, DC 20005-3964                   Spear Tower, Suite 3600
14  Telephone: 202/408-4600                     San Francisco, CA 94105
    202/408-4699 (fax)                          Telephone: 415/293-8039
15  stoll@cohenmilstein.com                     415/293-8001 (fax)
                                                azram@themehdifirm.com
16  Lead Counsel in the *Maine State*          Counsel for MashreqBank, psc in the
    action only                                 *Luther* action

17

18                   UNITED STATES DISTRICT COURT

19                  CENTRAL DISTRICT OF CALIFORNIA

20  MAINE STATE RETIREMENT          )  No. 2:10-cv-00302-MRP(MANx)
    SYSTEM, Individually and On Behalf )
    of All Others Similarly Situated, )
21                                    )  CLASS ACTION
                                      )
22            Plaintiff,             )  DECLARATION OF AZRA Z.
                                      )  MEHDI ON BEHALF OF THE
23     vs.                           )  MEHDI FIRM, PC IN SUPPORT OF
                                      )  APPLICATION FOR AWARD OF
24  COUNTRYWIDE FINANCIAL           )  ATTORNEYS' FEES AND
    CORPORATION, et al.,             )  EXPENSES
                                      )
25            Defendants.            )
                                      )
26  _____)
    [Caption continued on following page.]

27

28

1   WESTERN CONFERENCE OF
    TEAMSTERS PENSION TRUST
2   FUND, Individually and On Behalf of
    All Others Similarly Situated,
3
                        Plaintiff,
4
            vs.
5
    COUNTRYWIDE FINANCIAL
6   CORPORATION, et al.,
7                       Defendants.
8   DAVID H. LUTHER, et al.,
    Individually and On Behalf of All
9   Others Similarly Situated,
10                      Plaintiffs,
11          vs.
12  COUNTRYWIDE FINANCIAL
    CORPORATION, et al.,
13
                        Defendants.
14

No. 2:12-cv-05122-MRP(MANx)

CLASS ACTION

No. 2:12-cv-05125-MRP(MANx)

CLASS ACTION

I, AZRA Z. MEHDI, declare as follows:

1.      I am the principal at The Mehdi Firm, PC ("The Mehdi Firm"), counsel to Lead Plaintiff MashreqBank, psc ("MashreqBank") in the above-referenced case, particularly in the action entitled, *Luther v. Countrywide Financial Corporation, et al.*, Case No. 2:12-cv-05125-MRP(MANx) ("*Luther*"). I am admitted to practice in the State of California and the State of New York. I am also admitted to the Central District of California, as well as several other federal courts in the country.

2.      I respectfully submit this declaration in support of The Mehdi Firm's application for an award of attorneys' fees and expenses in connection with my services and my firm's services rendered in the above-entitled action. I have personal knowledge of the facts stated herein and upon request can and will competently testify thereto.

3.      Until December 2009, I was a partner at Coughlin Stoia Geller Rudman & Robbins LLP, now known as Robbins Geller Rudman & Dowd LLP (hereinafter collectively referred to as "Robbins Geller"), Co-Lead Counsel in the *Luther* action.

4.      In late 2008, MashreqBank, a Dubai-based, United Arab Emirates bank, retained me and my then law firm Robbins Geller to investigate and represent its interests in connection with losses incurred through MashreqBank's investments in securities issued by Countrywide Financial Corporation ("CFC"), including various subsidiaries and special purpose vehicles. In that capacity, I have participated in the litigation at various levels since 2008. Prior to this action, MashreqBank had never previously been a plaintiff in any securities litigation in the United States and relied substantially on my expertise as well as that of Co-Lead Counsel Robbins Geller.

5.      MashreqBank was appointed as one of the lead plaintiffs in the *Luther* action in the Superior Court of California, Los Angeles County. I have been counsel to MashreqBank since the commencement of that matter and its subsequent removal and incorporation into the above-referenced cases. I have since inception been and

currently am MashreqBank's primary contact and liaison in connection with this litigation. I have had the sole responsibility for analyzing and collecting MashreqBank's transactions and related information and investments in the CFC securities to provide to Robbins Geller. I have kept MashreqBank fully informed of the status of the case both in state court and federal court as well as during the appellate process. In addition, I have kept MashreqBank informed of the settlement process and obtained input regarding litigation and settlement discussions specifically pertaining to settlement parameters in the lengthy settlement negotiations that resulted in the $500 million Settlement, including crafting of the proposed Plan of Allocation.

6.     MashreqBank's participation in this litigation has greatly enhanced the value of the Settlement inasmuch as MashreqBank was the sole representative for various offerings and tranches, including the following:

| No. | Offering (Tranche) | Registration Statement No. |
|-----|--------------------|----------------------------|
| 1 | CWALT 2005-38(A3) | 333-125902 |
| 2 | CWALT 2005-51(1A1) | 333-125902 |
| 3 | CWALT 2005-51(2A1) | 333-125902 |
| 4 | CWALT 2005-51(4A1) | 333-125902 |
| 5 | CWALT 2005-59(1A2A) | 333-125902 |
| 6 | CWALT 2005-62(1A1) | 333-125902 |
| 7 | CWALT 2005-76 (3A1) | 333-125902 |
| 8 | CWALT 2006-28CB(A8) | 333-131630 |
| 9 | CWALT-2007-24(A4) | 333-140962 |
| 10 | CWHL 2005-HYB4(2A1) | 333-121249 |
| 11 | CWHL 2006-3(1A1) | 333-125963 |
| 12 | CWL 2006-S5(A1) | 333-132375 |

Class members falling within these 12 tranches would not have been able to obtain any recovery without MashreqBank's role in this litigation.

7.     I have thoroughly reviewed the terms of the Settlement and the Stipulation with MashreqBank and MashreqBank has agreed to the terms of the Settlement, including the award of attorneys' fees to plaintiffs' counsel.

8.     The information in this declaration regarding The Mehdi Firm's time and expenses is taken from time and expense printouts prepared and maintained by my firm in the ordinary course of business. I oversaw and/or conducted the day-to-day activities in the litigation and have reviewed the time and expenses being submitted herein for reasonableness of the time and expenses committed to the litigation. The total lodestar amount for attorney/paralegal time based on The Mehdi Firm's current rates is $140,672.50. The hourly rates shown below are the usual and customary rates set by my firm for each individual. A breakdown of the lodestar is as follows:

| *NAME* | | *HOURS* | *RATE* | *LODESTAR* |
|--------|------|---------|---------|-----------|
| Azra Mehdi | (P) | 187.25 | $725.00 | $135,756.25 |
| Gabriela Hamilton | (PL) | 17.25 | $285.00 | $   4,916.25 |
| *TOTAL:* | | *204.50* | | *$140,672.50* |

9.     My firm seeks an award of $2,704.84 in expenses in connection with the prosecution of the litigation. They are broken down as follows:

### EXPENSES

From Inception to August 31, 2013

| *EXPENSE CATEGORY* | *TOTAL* |
|--------------------|---------|
| Meals, Hotels & Transportation | 2,125.82 |
| Photocopies | 0 |
| Postage | 0 |
| Telephone, Facsimile | 267.30 |
| Messenger, Overnight Delivery | 0 |
| Filing, Witness & Other Fees | 110.00 |
| Court Hearing and Deposition Reporting, and Transcripts | 0 |
| Online Legal and Financial Research | 201.72 |
| Class Action Notices/Business Wire | 0 |
| Mediation Fees | 0 |

| EXPENSE CATEGORY | | TOTAL |
|---|---|---|
| Experts/Consultants/Investigators | | 0 |
| Insert Name | $ | 0 |
| | | 0 |
| | | 0 |
| Database Management Charges | | 0 |
| Assessments/Contributions to Litigation Expense Fund | | 0 |
| TOTAL | | $2,704.84 |

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct. Executed this 17th day of September, 2013 at San Francisco, California.

/s/Azra Z. Mehdi
AZRA Z. MEHDI

CERTIFICATE OF SERVICE

I hereby certify that on September 23, 2013, I authorized the electronic filing of the foregoing with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the e-mail addresses denoted on the attached Electronic Mail Notice List, and I hereby certify that I caused to be mailed the foregoing document or paper via the United States Postal Service to the non-CM/ECF participants indicated on the attached Manual Notice List.

I certify under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.  Executed on September 23, 2013.

           s/ Spencer A. Burkholz
           SPENCER A. BURKHOLZ

           ROBBINS GELLER RUDMAN
             & DOWD LLP
           655 West Broadway, Suite 1900
           San Diego, CA  92101-3301
           Telephone:  619/231-1058
           619/231-7423 (fax)

           E-mail:  spenceb@rgrdlaw.com

## Mailing Information for a Case 2:10-cv-00302-MRP-MAN

**Electronic Mail Notice List**

The following are those who are currently on the list to receive e-mail notices for this case.

- **Seth A Aronson**
  saronson@omm.com,LitigationCalendar@omm.com,skemp@omm.com

- **Randall K Berger**
  rberger@kmllp.com

- **Leiv H Blad , Jr**
  leiv.blad@bingham.com

- **Stephen Douglas Bunch**
  dbunch@cohenmilstein.com,efilings@cohenmilstein.com

- **Spencer Alan Burkholz**
  spenceb@rgrdlaw.com,jillk@rgrdlaw.com,e_file_sd@rgrdlaw.com

- **Christopher G Caldwell**
  caldwell@caldwell-leslie.com,hammer@caldwell-leslie.com, ,hong@caldwell-leslie.com,perigoe@caldwell-leslie.com,pettit@caldwell-leslie.com,records@caldwell-leslie.com,hayes@caldwell-leslie.com,popescu@caldwell-leslie.com,strother@caldwell-leslie.com

- **Matthew D Caplan**
  matthew.caplan@dlapiper.com,susan.byrd@dlapiper.com

- **Matthew W Close**
  mclose@omm.com

- **Jeffrey B Coopersmith**
  jeffcoopersmith@dwt.com,evelyndacuag@dwt.com

- **John B Daukas**
  jdaukas@goodwinprocter.com

- **Brian Charles Devine**
  bdevine@goodwinprocter.com,ABoivin@goodwinprocter.com

- **Joshua S Devore**
  jdevore@cohenmilstein.com,efilings@cohenmilstein.com

- **Rajiv S Dharnidharka**
  rajiv.dharnidharka@dlapiper.com

- **Daniel S Drosman**
  ddrosman@rgrdlaw.com,tholindrake@rgrdlaw.com,e_file_sd@rgrdlaw.com

- **Thomas E Egler**
  tome@rgrdlaw.com

- **Andrew A Esbenshade**
  esbenshade@caldwell-leslie.com,records@caldwell-leslie.com,harper@caldwell-leslie.com

- **John O Farley**
  jfarley@goodwinprocter.com

- **James O Fleckner**
  jfleckner@goodwinprocter.com

- **Inez H Friedman-Boyce**
  ifriedmanboyce@goodwinprocter.com,MConnolly@goodwinprocter.com

- **Jeanne A Fugate**
  fugate@caldwell-leslie.com,records@caldwell-leslie.com,harper@caldwell-leslie.com

- **Michael M Goldberg**
  mmgoldberg@glancylaw.com,dmacdiarmid@glancylaw.com,info@glancylaw.com

- **Penelope A Graboys Blair**
  pgraboysblair@orrick.com

- **Joshua G Hamilton**
  joshuahamilton@paulhastings.com,melmanahan@paulhastings.com,lindayoung@paulhastings.com

- **Jeffrey M Hammer**
  hammer@caldwell-leslie.com

- **Sean M Handler**
  shandler@btkmc.com

- **Jennifer L Joost**
  jjoost@ktmc.com,mswift@ktmc.com

- **Matthew B Kaplan**
  mbkaplan@thekaplanlawfirm.com

- **Don M Kennedy**
  dkennedy@goodwinprocter.com

- **Dean J Kitchens**
  dkitchens@gibsondunn.com,MOstrye@gibsondunn.com

- **Joel P Laitman**
  jlaitman@cohenmilstein.com

- **Christopher Lometti**
  clometti@cohenmilstein.com

- **Jennifer B Luz**
  jluz@goodwinprocter.com

- **Azra Z Mehdi**
  azram@themehdifirm.com,ghamilton@themehdifirm.com

- **Alexander K Mircheff**
  amircheff@gibsondunn.com,mostrye@gibsondunn.com,inewman@gibsondunn.com,cnowlin@gibsondunn.com,mpulley@gibsondunn.com

- **Nicolas Morgan**
  nicolas.morgan@dlapiper.com,docketingpaloalto@dlapiper.com,sonji.leblanc@dlapiper.com,paul.puzon@dlapiper.com

- **Sharan Nirmul**
  snirmul@ktmc.com,azivitz@ktmc.com

- **Brian E Pastuszenski**
  bpastuszenski@goodwinprocter.com,dkantrowitz@goodwinprocter.com,aboivin@goodwinprocter.com,ashapiro@goodwinprocter.com

- **Kelly L Perigoe**
  perigoe@caldwell-leslie.com,records@caldwell-leslie.com

- **Ira M Press**
  ipress@kmllp.com,lmorris@kmllp.com

- **David A Priebe**
  david.priebe@dlapiper.com,carmen.manzano@dlapiper.com

- **Daniel B Rehns**
  drehns@cohenmilstein.com,efilings@cohenmilstein.com

- **Julie G Reiser**
  jreiser@cohenmilstein.com

- **Daniel P Roeser**
  droeser@goodwinprocter.com

- **Jonathan Rosenberg**
  jrosenberg@omm.com

- **Scott H Saham**
  scotts@rgrdlaw.com,e_file_sd@rgrdlaw.com

- **Jennifer M Sepic**
  jennifer.sepic@bingham.com

- **Richard A Speirs**
  rspeirs@cohenmilstein.com

- **William F Sullivan**
  williamsullivan@paulhastings.com,lisavermeulen@paulhastings.com,lindayoung@paulhastings.com

- **Steven J Toll**
  stoll@cohenmilstein.com

- **Michael D Torpey**
  mtorpey@orrick.com

- **Michael C Tu**
  mtu@orrick.com,cchiang@orrick.com

- **Avi N Wagner**
  avi@thewagnerfirm.com,anwagneresq@hotmail.com

- **Shirli Fabbri Weiss**
  shirli.weiss@dlapiper.com,emiko.gonzales@dlapiper.com

- **Lloyd Winawer**
  lwinawer@goodwinprocter.com,ahsia@goodwinprocter.com,cburgos@goodwinprocter.com

- **Andrew L Zivitz**
  azivitz@ktmc.com,dpotts@ktmc.com,jenck@ktmc.com,cchiappinelli@ktmc.com,acashwell@ktmc.com

## Manual Notice List

The following is the list of attorneys who are **not** on the list to receive e-mail notices for this case (who therefore require manual noticing). You may wish to use your mouse to select and copy this list into your word processing program in order to create notices or labels for these recipients.

```
Peter              Young Hoon Cho
'

Dennis             N D'Angelo
Goodwin Procter LLP
Exchange Place
53 State Street
Boston, MA 02109

Lauren             G Kerkhoff
Robbins Geller Rudman & Dowd LLP
655 West Broadway  Suite 1900
San Diego, CA 92101-8498

Lauren             Wagner Pederson
Kessler Topaz Meltzer & Check LLP
280 King of Prussia Road
Radnor, PA 19087

Christina          A Royce
Robbins Geller Rudman & Dowd LLP
655 West Broadway  Suite 1900
San Diego, CA 92101

Arthur             L Shingler                              , III
Scott and Scott LLP
6424 Santa Monica Boulevard
Los Angeles, CA 90038
```