```
 1  ROBBINS GELLER RUDMAN
       & DOWD LLP
 2  SPENCER A. BURKHOLZ (147029)
    THOMAS E. EGLER (189871)
 3  SCOTT H. SAHAM (188355)
    NATHAN R. LINDELL (248668)
 4  ASHLEY M. ROBINSON (281597)
    655 West Broadway, Suite 1900
 5  San Diego, CA  92101
    Telephone:  619/231-1058
 6  619/231-7423 (fax)
    spenceb@rgrdlaw.com
 7  tome@rgrdlaw.com
    scotts@rgrdlaw.com
 8  nlindell@rgrdlaw.com
    arobinson@rgrdlaw.com
 9
    KESSLER TOPAZ MELTZER
10     & CHECK, LLP
    ANDREW L. ZIVITZ              COHEN MILSTEIN SELLERS
11  SHARAN NIRMUL                    & TOLL PLLC
    KIMBERLY JUSTICE              STEVEN J. TOLL (pro hac vice)
12  JENNIFER L. JOOST             JULIE GOLDSMITH REISER (pro hac vice)
    280 King of Prussia Road      JOSHUA S. DEVORE (pro hac vice)
13  Radnor, PA  19087             1100 New York Avenue, N.W.
    Telephone:  610/667-7706      West Tower, Suite 500
14  610/667-7056 (fax)            Washington, DC  20005-3964
    azivitz@ktmc.com              Telephone:  202/408-4600
15  snirmul@ktmc.com              202/408-4699 (fax)
    kjustice@ktmc.com             stoll@cohenmilstein.com
16  jjoost@ktmc.com               jreiser@cohenmilstein.com
                                  jdevore@cohenmilstein.com
17  Co-Lead Counsel in the Luther
    and Western Conference actions    Lead Counsel in the Maine State action only
18
                       UNITED STATES DISTRICT COURT
19                    CENTRAL DISTRICT OF CALIFORNIA
```

| | |
|---|---|
| MAINE STATE RETIREMENT SYSTEM, Individually and On Behalf of All Others Similarly Situated,<br><br>      Plaintiff,<br><br>vs.<br><br>COUNTRYWIDE FINANCIAL CORPORATION, et al.,<br><br>      Defendants.<br>_____<br>[Caption continued on following page.] | No. 2:10-cv-00302-MRP(MANx)<br><br>CLASS ACTION<br><br>DECLARATION OF SPENCER A. BURKHOLZ IN SUPPORT OF PLAINTIFFS' REPLY IN SUPPORT OF PLAINTIFFS' MOTIONS FOR FINAL APPROVAL OF CLASS ACTION SETTLEMENT, PLAN OF ALLOCATION OF SETTLEMENT PROCEEDS, AND REQUEST FOR AN AWARD OF ATTORNEYS' FEES AND EXPENSES<br><br>DATE: October 28, 2013<br>TIME: 1:30 p.m.<br>CTRM: 12, Hon. Mariana R. Pfaelzer |

885263_1

| | | |
|---|---|---|
| 1 | WESTERN CONFERENCE OF TEAMSTERS PENSION TRUST FUND, Individually and On Behalf of All Others Similarly Situated, | No. 2:12-cv-05122-MRP(MANx) |
| 2 | | CLASS ACTION |
| 3 | | |
| 4 | Plaintiff, | |
| 5 | vs. | |
| 6 | COUNTRYWIDE FINANCIAL CORPORATION, et al., | |
| 7 | Defendants. | |
| 8 | DAVID H. LUTHER, et al., Individually and On Behalf of All Others Similarly Situated, | No. 2:12-cv-05125-MRP(MANx) |
| 9 | | CLASS ACTION |
| 10 | Plaintiffs, | |
| 11 | vs. | |
| 12 | COUNTRYWIDE FINANCIAL CORPORATION, et al., | |
| 13 | Defendants. | |

885263_1

I, SPENCER A. BURKHOLZ, declare as follows:

1. I am an attorney duly licensed to practice before all of the courts of the State of California and this District Court. I am a member of the law firm of Robbins Geller Rudman & Dowd LLP, one of the counsel of record for plaintiffs in the above-entitled action. I have personal knowledge of the matters stated herein and, if called upon, I could and would competently testify thereto.

2. Attached are true and correct copies of the following exhibits:

Exhibit A: *In re Enron Corp. Sec. Litig.*, No. H-01-3624, Lead Plaintiff's Amended Motion for Class Certification (S.D. Tex.), filed May 28, 2003;

Exhibit B: *In the Matter of the Application of the Bank of New York Mellon*, Index No. 651786/11 (New York Cnty. NY), trial testimony of Terry Laughlin from June 10, 2013;

Exhibit C: Bruce B. Bingham, FASA, *Countrywide Financial Corp. Valuation Analysis Prepared at the Request of Counsel* (Capstone Valuation Services, LLC), June 6, 2011;

Exhibit D: *In the Matter of the Application of the Bank of New York Mellon*, Index No. 651786/11 (New York Cnty. NY), trial testimony of Daniel R. Fischel Sept. 9, 2013;

Exhibit E: *In re Wells Fargo Mortgage-Backed Certificates Litig.*, No. 09-CV-1376-LHK (PSG), Notice of Pendency of Class Action and Proposed Settlement, Final Approval Hearing, and Motion for Attorneys' Fees and Reimbursement of Litigation Expense (N.D. Cal.), dated July 26, 2011;

Exhibit F: Excerpts from *In re Wells Fargo Mortgage-Backed Certificates Litig.*, No. 09-CV-1376-SI, Amended Consolidated Class Action Complaint for Violations of §§11, 12(a)(2) and 15 of the Securities Act of 1933 (N.D. Cal.), filed May 28, 2010;

- 1 -

885263_1

Exhibit G: *In re Lehman Brothers Sec. & ERISA Litig.*, No. 09 MD 2017 (LAK), Notice of Pendency of Class Action and Proposed Settlement, Final Approval of Hearing, and Motion for Attorneys' Fees and Reimbursement of Litigation Expenses (S.D.N.Y.), dated Apr. 12, 2012;

Exhibit H: Excerpts from *In re Lehman Brothers Sec. & ERISA Litig.*, No. 09 MD 2017 (LAK), Consolidated Securities Class Action Complaint (S.D.N.Y.), filed Feb. 28, 2008;

Exhibit I: *In re Lehman Brothers Sec. & ERISA Litig.*, No. 09 MD 2017 (LAK), Order Certifying Settlement Class, Approving Notice to the Class and Scheduling of Final Approval Hearing (S.D.N.Y. Mar. 22, 2012); and

Exhibit J: *In re Enron Corp. Sec. Litig.*, No. H-01-3624, Notice of Hearing for Final Approval of: (A) Plan of Allocation of Settlement Proceeds; and (B) Plaintiffs' Counsel's Application for an Award of an Attorney Fee and Lead Plaintiff's and Certain Other Persons' Application for Reimbursement of Expenses (S.D. Tex.), dated Dec. 20, 2007.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct. Executed this 21st day of October, 2013, at San Diego, California.

               s/ SPENCER A. BURKHOLZ
               SPENCER A. BURKHOLZ

885263_1


## CERTIFICATE OF SERVICE

I hereby certify that on October 21, 2013, I authorized the electronic filing of the foregoing with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the e-mail addresses denoted on the attached Electronic Mail Notice List, and I hereby certify that I caused to be mailed the foregoing document or paper via the United States Postal Service to the non-CM/ECF participants indicated on the attached Manual Notice List.

I certify under penalty of perjury under the laws of the United States of America that the foregoing is true and correct. Executed on October 21, 2013.

s/ SPENCER A. BURKHOLZ
SPENCER A. BURKHOLZ

ROBBINS GELLER RUDMAN
  & DOWD LLP
655 West Broadway, Suite 1900
San Diego, CA  92101-3301
Telephone:  619/231-1058
619/231-7423 (fax)

E-mail:  spenceb@rgrdlaw.com

885263_1

## Mailing Information for a Case 2:10-cv-00302-MRP-MAN

**Electronic Mail Notice List**

The following are those who are currently on the list to receive e-mail notices for this case.

- **Seth A Aronson**
  saronson@omm.com,LitigationCalendar@omm.com,skemp@omm.com

- **Randall K Berger**
  rberger@kmllp.com

- **Leiv H Blad , Jr**
  leiv.blad@bingham.com

- **Stephen Douglas Bunch**
  dbunch@cohenmilstein.com,efilings@cohenmilstein.com

- **Spencer Alan Burkholz**
  spenceb@rgrdlaw.com,jillk@rgrdlaw.com,e_file_sd@rgrdlaw.com

- **Christopher G Caldwell**
  caldwell@caldwell-leslie.com,hammer@caldwell-leslie.com, ,hong@caldwell-leslie.com,perigoe@caldwell-leslie.com,pettit@caldwell-leslie.com,records@caldwell-leslie.com,hayes@caldwell-leslie.com,popescu@caldwell-leslie.com,strother@caldwell-leslie.com

- **Matthew D Caplan**
  matthew.caplan@dlapiper.com,susan.byrd@dlapiper.com

- **Matthew W Close**
  mclose@omm.com

- **Jeffrey B Coopersmith**
  jeffcoopersmith@dwt.com,evelyndacuag@dwt.com

- **John B Daukas**
  jdaukas@goodwinprocter.com

- **Brian Charles Devine**
  bdevine@goodwinprocter.com,ABoivin@goodwinprocter.com

- **Joshua S Devore**
  jdevore@cohenmilstein.com,efilings@cohenmilstein.com

- **Rajiv S Dharnidharka**
  rajiv.dharnidharka@dlapiper.com

- **Daniel S Drosman**
  ddrosman@rgrdlaw.com,tholindrake@rgrdlaw.com,e_file_sd@rgrdlaw.com

- **Thomas E Egler**
  tome@rgrdlaw.com

- **Andrew A Esbenshade**
  esbenshade@caldwell-leslie.com,records@caldwell-leslie.com,harper@caldwell-leslie.com

- **John O Farley**
  jfarley@goodwinprocter.com

- **James O Fleckner**
  jfleckner@goodwinprocter.com

- **Inez H Friedman-Boyce**
  ifriedmanboyce@goodwinprocter.com,MConnolly@goodwinprocter.com

- **Jeanne A Fugate**
  fugate@caldwell-leslie.com,records@caldwell-leslie.com,harper@caldwell-leslie.com

- **Michael M Goldberg**
  mmgoldberg@glancylaw.com,dmacdiarmid@glancylaw.com,info@glancylaw.com

-5-

- **Penelope A Graboys Blair**
  pgraboysblair@orrick.com

- **Joshua G Hamilton**
  joshuahamilton@paulhastings.com,melmanahan@paulhastings.com,lindayoung@paulhastings.com

- **Jeffrey M Hammer**
  hammer@caldwell-leslie.com

- **Sean M Handler**
  shandler@btkmc.com

- **Jennifer L Joost**
  jjoost@ktmc.com,mswift@ktmc.com

- **Matthew B Kaplan**
  mbkaplan@thekaplanlawfirm.com

- **Don M Kennedy**
  dkennedy@goodwinprocter.com

- **Dean J Kitchens**
  dkitchens@gibsondunn.com,MOstrye@gibsondunn.com

- **Joel P Laitman**
  jlaitman@cohenmilstein.com

- **Christopher Lometti**
  clometti@cohenmilstein.com

- **Jennifer B Luz**
  jluz@goodwinprocter.com

- **Azra Z Mehdi**
  azram@themehdifirm.com,ghamilton@themehdifirm.com

- **Alexander K Mircheff**
  amircheff@gibsondunn.com,mostrye@gibsondunn.com,inewman@gibsondunn.com,cnowlin@gibsondunn.com,mpulley@gibsondunn.com

- **Nicolas Morgan**
  nicolas.morgan@dlapiper.com,docketingpaloalto@dlapiper.com,sonji.leblanc@dlapiper.com,paul.puzon@dlapiper.com

- **Sharan Nirmul**
  snirmul@ktmc.com,azivitz@ktmc.com

- **Brian E Pastuszenski**
  bpastuszenski@goodwinprocter.com,dkantrowitz@goodwinprocter.com,aboivin@goodwinprocter.com,ashapiro@goodwinprocter.com

- **Kelly L Perigoe**
  perigoe@caldwell-leslie.com,records@caldwell-leslie.com

- **Ira M Press**
  ipress@kmllp.com,lmorris@kmllp.com

- **David A Priebe**
  david.priebe@dlapiper.com,carmen.manzano@dlapiper.com

- **Daniel B Rehns**
  drehns@cohenmilstein.com,efilings@cohenmilstein.com

- **Julie G Reiser**
  jreiser@cohenmilstein.com

- **Daniel P Roeser**
  droeser@goodwinprocter.com

- **Jonathan Rosenberg**
  jrosenberg@omm.com

- **Scott H Saham**
  scotts@rgrdlaw.com,e_file_sd@rgrdlaw.com

- **Jennifer M Sepic**
  jennifer.sepic@bingham.com

- **Richard A Speirs**
  rspeirs@cohenmilstein.com

- **William F Sullivan**
  williamsullivan@paulhastings.com,lisavermeulen@paulhastings.com,lindayoung@paulhastings.com

- **Steven J Toll**
  stoll@cohenmilstein.com

- **Michael D Torpey**
  mtorpey@orrick.com

- **Michael C Tu**
  mtu@orrick.com,cchiang@orrick.com

- **Avi N Wagner**
  avi@thewagnerfirm.com,anwagneresq@hotmail.com

- **Shirli Fabbri Weiss**
  shirli.weiss@dlapiper.com,emiko.gonzales@dlapiper.com

- **Lloyd Winawer**
  lwinawer@goodwinprocter.com,ahsia@goodwinprocter.com,cburgos@goodwinprocter.com

- **Andrew L Zivitz**
  azivitz@ktmc.com,dpotts@ktmc.com,jenck@ktmc.com,cchiappinelli@ktmc.com,acashwell@ktmc.com

**Manual Notice List**

The following is the list of attorneys who are **not** on the list to receive e-mail notices for this case (who therefore require manual noticing). You may wish to use your mouse to select and copy this list into your word processing program in order to create notices or labels for these recipients.

```
Peter            Young Hoon Cho
,

Dennis           N D'Angelo
Goodwin Procter LLP
Exchange Place
53 State Street
Boston, MA 02109

Lauren           G Kerkhoff
Robbins Geller Rudman & Dowd LLP
655 West Broadway  Suite 1900
San Diego, CA 92101-8498

Lauren           Wagner Pederson
Kessler Topaz Meltzer & Check LLP
280 King of Prussia Road
Radnor, PA 19087

Christina        A Royce
Robbins Geller Rudman & Dowd LLP
655 West Broadway   Suite 1900
San Diego, CA 92101

Arthur           L Shingler                                       , III
Scott and Scott LLP
6424 Santa Monica Boulevard
Los Angeles, CA 90038
```

-7-

## Manual List – Objectors

Howard B. Prossnitz, Esq.
LAW OFFICE OF HOWARD PROSSNITZ
218 North Jefferson, Suite 300
Chicago, IL 60661

Talcott J. Franklin, Esq.
Martha Evans, Esq.
Derek White, Esq.
Dylan Savage, Esq.
TALCOTT FRANKLIN P.C.
208 North Market Street, Suite 200
Dallas, TX 75202

William N. Herbert
CALVO FISHER & JACOB LLP
One Lombard Street, Second Floor
San Francisco, CA 94111

David J. Grais
Owen L. Cyrulink
Kathryn E. Matthews
GRAIS & ELLSWORTH LLP
1211 Avenue of the Americas
New York, NY 10036