ROBBINS GELLER RUDMAN
  & DOWD LLP
SPENCER A. BURKHOLZ (147029)
THOMAS E. EGLER (189871)
SCOTT H. SAHAM (188355)
NATHAN R. LINDELL (248668)
655 West Broadway, Suite 1900
San Diego, CA 92101
Telephone: 619/231-1058
619/231-7423 (fax)
spenceb@rgrdlaw.com
tome@rgrdlaw.com
scotts@rgrdlaw.com
nlindell@rgrdlaw.com

KESSLER TOPAZ MELTZER
  & CHECK, LLP
ANDREW L. ZIVITZ
SHARAN NIRMUL
KIMBERLY JUSTICE
JENNIFER L. JOOST
280 King of Prussia Road
Radnor, PA 19087
Telephone: 610/667-7706
610/667-7056 (fax)
azivitz@ktmc.com
snirmul@ktmc.com
kjustice@ktmc.com
jjoost@ktmc.com

COHEN MILSTEIN SELLERS
  & TOLL PLLC
STEVEN J. TOLL (*pro hac vice*)
JULIE GOLDSMITH REISER (*pro hac vice*)
JOSHUA S. DEVORE (*pro hac vice*)
1100 New York Avenue, N.W.
West Tower, Suite 500
Washington, DC 20005-3964
Telephone: 202/408-4600
202/408-4699 (fax)
stoll@cohenmilstein.com
jreiser@cohenmilstein.com
jdevore@cohenmilstein.com

Co-Lead Counsel in the *Luther* and *Western Conference* actions

Lead Counsel in the *Maine State* action only

[Additional counsel appear on signature page.]

UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| MAINE STATE RETIREMENT SYSTEM, Individually and On Behalf of All Others Similarly Situated,<br><br>               Plaintiff,<br><br>  vs.<br><br>COUNTRYWIDE FINANCIAL CORPORATION, et al.,<br><br>               Defendants. | No. 2:10-cv-00302-MRP(MANx)<br><br><u>CLASS ACTION</u><br><br>NOTICE OF NON OPPOSITION TO PLAINTIFFS' COUNSEL'S MOTION FOR ENTRY OF CLASS DISTRIBUTION ORDER |

[Caption continued on following page.]

1192882_1

| | | |
|---|---|---|
| 1 | WESTERN CONFERENCE OF TEAMSTERS PENSION TRUST FUND, Individually and On Behalf of All Others Similarly Situated, | ) No. 2:12-cv-05122-MRP(MANx) |
| 2 | | ) CLASS ACTION |
| 3 | | ) |
| 4 | Plaintiff, | ) |
| 5 | vs. | ) |
| 6 | COUNTRYWIDE FINANCIAL CORPORATION, et al., | ) |
| 7 | Defendants. | ) |
| 8 | DAVID H. LUTHER, et al., Individually and On Behalf of All Others Similarly Situated, | ) No. 2:12-cv-05125-MRP(MANx) |
| 9 | | ) CLASS ACTION |
| 10 | Plaintiffs, | ) |
| 11 | vs. | ) |
| 12 | COUNTRYWIDE FINANCIAL CORPORATION, et al., | ) |
| 13 | Defendants. | ) |

1192882_1

On August 22, 2016, Plaintiffs' Counsel, on behalf of Plaintiffs,[1] filed a Motion for Entry of Class Distribution Order (the "Motion") in the above-captioned cases. *See Maine State Retirement System v. Countrywide Financial Corp., et al.*, Case No. 2:10-cv-00302-MRP (MANx) ("*Maine*"), Dkt. No. 593. On August 29, 2016, the Court entered an order requiring that "[a]ny opposition to the Motion shall be filed within thirty days of entry of this Order." *Maine* Dkt. No. 596. On August 31, 2016, Plaintiffs' Counsel served that order on the individuals discussed in the Motion, and filed a declaration of service with the Court. *Maine* Dkt. No. 597.

The 30 days provided to file any opposition has now passed, and no opposition to the Motion has been filed. Plaintiffs' Counsel respectfully request the Court grant the Motion and enter the [Proposed] Order attached as part of the Motion. *See Maine* Dkt. No. 593, Ex. 1.

DATED: October 3, 2016

Respectfully submitted,

ROBBINS GELLER RUDMAN
  & DOWD LLP
SPENCER A. BURKHOLZ
THOMAS E. EGLER
SCOTT H. SAHAM
NATHAN R. LINDELL

s/ Scott H. Saham
SCOTT H. SAHAM

655 West Broadway, Suite 1900
San Diego, CA  92101
Telephone:  619/231-1058
619/231-7423 (fax)

---

[1] "Plaintiffs" means Iowa Public Employees' Retirement System, David H. Luther, General Board of Pension and Health Benefits of the United Methodist Church, Maine State Retirement System, Mashreqbank, p.s.c., Operating Engineers Annuity Plan, Orange County Employees' Retirement System, Pension Trust Fund for Operating Engineers, the State of Oregon, by and through the Oregon State Treasurer and the Oregon Public Employee Retirement Board on behalf of the Oregon Public Employee Retirement Fund, Vermont Pension Investment Committee, Washington State Plumbing and Pipefitting Pension Trust, and Western Conference of Teamsters Pension Trust Fund, both in their individual capacities on behalf of themselves and as representatives of the Class.

- 1 -

1192882_1

KESSLER TOPAZ MELTZER
 & CHECK, LLP
ANDREW L. ZIVITZ
SHARAN NIRMUL
KIMBERLY JUSTICE
JENNIFER L. JOOST

      s/ Andrew L. Zivitz
        ANDREW L. ZIVITZ

280 King of Prussia Road
Radnor, PA  19087
Telephone:  610/667-7706
610/667-7056 (fax)

Co-Lead Counsel for Plaintiffs and the Class
in the *Luther* and *Western Conference* actions

DEUTSCH & LIPNER
SETH E. LIPNER
1325 Franklin Avenue, Suite 225
Garden City, NY  11530
Telephone:  516/294-8899
516/742-9416 (fax)

THE MEHDI FIRM
AZRA Z. MEHDI
One Market
Spear Tower, Suite 3600
San Francisco, CA  94105
Telephone:  415/293-8039
415/293-8001 (fax)

Additional Counsel for Plaintiff

COHEN MILSTEIN SELLERS
 & TOLL PLLC
STEVEN J. TOLL (*pro hac vice*)
JULIE GOLDSMITH REISER (*pro hac vice*)
JOSHUA S. DEVORE (*pro hac vice*)


      s/ Steven J. Toll
        STEVEN J. TOLL

1100 New York Avenue, N.W.
West Tower, Suite 500
Washington, DC  20005-3964
Telephone:  202/408-4600
202/408-4699 (fax)

- 2 -

1192882_1

COHEN MILSTEIN SELLERS
  & TOLL PLLC
JOEL P. LAITMAN (*pro hac vice*)
CHRISTOPHER LOMETTI (*pro hac vice*)
RICHARD SPEIRS (*pro hac vice*)
DANIEL B. REHNS (*pro hac vice*)
77 Pine Street, 14th Floor
New York, NY  10005
Telephone:  212/838-7797
212/838-7745 (fax)

Lead Counsel for Plaintiffs and the Class in the *Maine State* action only

GLANCY PRONGAY & MURRAY LLP
LIONEL Z. GLANCY
MICHAEL GOLDBERG
1801 Avenue of the Stars, Suite 311
Los Angeles, CA  90067
Telephone:  310/201-9150
310/201-9106 (fax)

Liaison Counsel for Plaintiffs in the *Maine State* action

KIRBY McINERNEY LLP
IRA M. PRESS
RANDALL K. BERGER
825 Third Avenue, 16th Floor
New York, NY  10022
Telephone: 212/371-6600
212/751-2540 (fax)

Additional Counsel for United Methodist Churches Benefit Board, Inc.

**ECF CERTIFICATION**

The filing attorney attests that he has obtained concurrence regarding the filing of this document from the signatories to this document.

DATED:  October 3, 2016        By:  s/ Scott H. Saham
                                                    SCOTT H. SAHAM

## CERTIFICATE OF SERVICE

I hereby certify that on October 3, 2016, I authorized the electronic filing of the foregoing with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the e-mail addresses denoted on the attached Electronic Mail Notice List, and I hereby certify that I caused to be mailed the foregoing document or paper via the United States Postal Service to the non-CM/ECF participants indicated on the attached Manual Notice List.

I certify under penalty of perjury under the laws of the United States of America that the foregoing is true and correct. Executed on October 3, 2016.

      s/ Scott H. Saham
SCOTT H. SAHAM

ROBBINS GELLER RUDMAN
  & DOWD LLP
655 West Broadway, Suite 1900
San Diego, CA 92101-8498
Telephone: 619/231-1058
619/231-7423 (fax)

E-mail: scotts@rgrdlaw.com

1192882_1

**Mailing Information for a Case 2:10-cv-00302-MRP-MAN Maine State Retirement System v. Countrywide Financial Corporation et al**

**Electronic Mail Notice List**

The following are those who are currently on the list to receive e-mail notices for this case.

- **Jeffrey B Coopersmith**
  jeffcoopersmith@dwt.com,michellehallgriffith@dwt.com,samanthafunk@dwt.com,SEADocket@dwt.com

- **Seth A Aronson**
  saronson@omm.com,LitigationCalendar@omm.com

- **Randall K Berger**
  rberger@kmllp.com

- **Leiv H Blad , Jr**
  leiv.blad@morganlewis.com,nicolette.young@bingham.com

- **Stephen Douglas Bunch**
  dbunch@cohenmilstein.com,efilings@cohenmilstein.com

- **Spencer Alan Burkholz**
  spenceb@rgrdlaw.com,jillk@rgrdlaw.com,e_file_sd@rgrdlaw.com

- **Christopher G Caldwell**
  caldwell@caldwell-leslie.com,hammer@caldwell-leslie.com, ,hong@caldwell-leslie.com,perigoe@caldwell-leslie.com,pettit@caldwell-leslie.com,records@caldwell-leslie.com,hayes@caldwell-leslie.com,popescu@caldwell-leslie.com,strother@caldwell-leslie.com

- **Matthew W Close**
  mclose@omm.com

- **Owen L Cyrulnik**
  ocyrulnik@graisellsworth.com

- **John B Daukas**
  jdaukas@goodwinprocter.com

- **Brian Charles Devine**
  bdevine@goodwinprocter.com,ABoivin@goodwinprocter.com

- **Joshua S Devore**
  jdevore@cohenmilstein.com,efilings@cohenmilstein.com

- **Rajiv S Dharnidharka**
  rajiv.dharnidharka@dlapiper.com,carmen.manzano@dlapiper.com

- **Daniel S Drosman**
  ddrosman@rgrdlaw.com,tholindrake@rgrdlaw.com,e_file_sd@rgrdlaw.com

- **Anne K Edwards**
  aedwards@rodipollock.com

- **Thomas E Egler**
  tome@rgrdlaw.com,jillk@rgrdlaw.com,E_File_SD@rgrdlaw.com,kathyj@rgrdlaw.com

- **Andrew A Esbenshade**
  esbenshade@caldwell-leslie.com,records@caldwell-leslie.com,harper@caldwell-leslie.com

- **Martha Evans**
  tfpc@talcottfranklin.com

- **Martha A Evans**
  martha@talcottfranklin.com

- **John O Farley**
  jfarley@goodwinprocter.com

- **James O Fleckner**
  jfleckner@goodwinlaw.com

- **Talcott J Franklin**
  tal@talcottfranklin.com

- **Inez H Friedman-Boyce**
  ifriedmanboyce@goodwinprocter.com,MConnolly@goodwinprocter.com

- **Jeanne A Fugate**
  fugate@caldwell-leslie.com,records@caldwell-leslie.com,harper@caldwell-leslie.com

- **Michael M Goldberg**
  michael@goldberglawpc.com,dmacdiarmid@glancylaw.com,info@glancylaw.com,brian@goldberglawpc.com

- **Penelope A Graboys Blair**
  pgraboysblair@orrick.com

- **David J Grais**
  DGrais@graisellsworth.com,vreznik@graisellsworth.com,ehall@graisellsworth.com

- **Joshua G Hamilton**
  joshuahamilton@paulhastings.com,melmanahan@paulhastings.com

- **Jeffrey M Hammer**
  hammer@caldwell-leslie.com

- **Sean M Handler**
  shandler@btkmc.com

- **William N Hebert**
  whebert@calvofisher.com,docket@calvoclark.com,SF-receptionist@calvoclark.com

- **Jennifer L Joost**
  jjoost@ktmc.com,mswift@ktmc.com

- **Matthew B Kaplan**
  mbkaplan@thekaplanlawfirm.com

- **Michael I Katz**
  mkatz@ggtriallaw.com,pgrenner@ggtriallaw.com

- **Don M Kennedy**
  dkennedy@goodwinprocter.com

- **Dean J Kitchens**
  dkitchens@gibsondunn.com,atan@gibsondunn.com,MOstrye@gibsondunn.com

- **Joel P Laitman**
  jlaitman@cohenmilstein.com

- **Christopher Lometti**
  clometti@cohenmilstein.com

- **Jennifer B Luz**
  jluz@goodwinprocter.com

- **Kathryn E Matthews**
  kmatthews@graisellsworth.com

- **Azra Z Mehdi**
  azram@themehdifirm.com,ghamilton@themehdifirm.com

- **Alexander K Mircheff**
  amircheff@gibsondunn.com,mostrye@gibsondunn.com,inewman@gibsondunn.com

- **Nicolas Morgan**
  nicolasmorgan@paulhastings.com,luperochin@paulhastings.com,kylejones@paulhastings.com

- **Sharan Nirmul**
  snirmul@ktmc.com,azivitz@ktmc.com,rmuchnick@ktmc.com,dcheck@ktmc.com

- **Brian E Pastuszenski**
  bpastuszenski@goodwinprocter.com,dkantrowitz@goodwinprocter.com,aboivin@goodwinprocter.com,ashapiro@goodwinprocter.com

- **Kelly L Perigoe**
  perigoe@caldwell-leslie.com,records@caldwell-leslie.com

- **Ira M Press**
  ipress@kmllp.com

- **David A Priebe**
  david.priebe@dlapiper.com,carmen.manzano@dlapiper.com

- **Howard Prossnitz**
  howard@prossnitzlaw.com

- **Daniel Brett Rehns**
  drehns@cohenmilstein.com,drehns@hrsclaw.com

- **Julie G Reiser**
  jreiser@cohenmilstein.com

- **Daniel P Roeser**
  droeser@goodwinprocter.com

- **Jonathan Rosenberg**
  jrosenberg@omm.com

- **Scott H Saham**
  scotts@rgrdlaw.com,e_file_sd@rgrdlaw.com

- **Arthur L Shingler , III**
  ashingler@law-mediation.com,administrator@law-mediation.com

- **Richard A Speirs**
  rspeirs@cohenmilstein.com

- **William F Sullivan**
  williamsullivan@paulhastings.com,lisavermeulen@paulhastings.com,lindayoung@paulhastings.com

- **Steven J Toll**
  stoll@cohenmilstein.com

- **Michael D Torpey**
  mtorpey@orrick.com

- **Michael C Tu**
  mtu@orrick.com

- **Avi N Wagner**
  avi@thewagnerfirm.com,anwagneresq@hotmail.com

- **Shirli Fabbri Weiss**
  shirli.weiss@dlapiper.com,emiko.gonzales@dlapiper.com

- **Lloyd Winawer**
  lwinawer@goodwinprocter.com

- **Andrew L Zivitz**
  azivitz@ktmc.com,dpotts@ktmc.com,jenck@ktmc.com,acashwell@ktmc.com

## Manual Notice List

The following is the list of attorneys who are **not** on the list to receive e-mail notices for this case (who therefore require manual noticing). You may wish to use your mouse to select and copy this list into your word processing program in order to create notices or labels for these recipients.

```
Dennis            N D'Angelo
Goodwin Procter LLP
Exchange Place
53 State Street
Boston, MA 02109
```

**Lauren                  G Kerkhoff**
Robbins Geller Rudman & Dowd LLP
655 West Broadway  Suite 1900
San Diego, CA 92101-8498

**Lauren                  Wagner Pederson**
Kessler Topaz Meltzer & Check LLP
280 King of Prussia Road
Radnor, PA 19087

**Christina           A Royce**
Robbins Geller Rudman & Dowd LLP
655 West Broadway    Suite 1900
San Diego, CA 92101

- 8 -

MANUAL SERVICE LIST

Edward W. Johnson, Jr.
1938 Andina Ave.
Cincinnati, OH  45237

Robert Foreman
15961 SW Dozier Way
Tigard, OR  97224

Connie Francis
305 Las Lomas Way
Walnut Creek, CA  94598

Tommy Sims
7570 Chester Dr.
Salinas, CA  93907

Christopher Labarthe
78 Tidewind
Irvine, CA  92603